IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RESEARCH IN MOTION LIMITED AND | ) |
| RESEARCH IN MOTION CORPORATION, | ) C.A. No. _____ |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |
| | ) |
| | ) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Motorola, Inc. ("Motorola") has no parent organization and no publicly held corporation owns 10% or more of its stock. Motorola notes that a privately held investment adviser, Dodge & Cox, manages mutual funds that own 10% or more of Motorola's stock. Pursuant to Canon 3C(3)(c)(i) of the Code of Conduct for United States Judges, "ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities unless the judge participates in the management of the fund."

Respectfully submitted,

/s/ *signature*

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
  TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
enorman@ycst.com
*Attorneys for Plaintiff Motorola, Inc.*

OF COUNSEL:

Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: February 16, 2008