AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## for the

DISTRICT OF        DELAWARE

MOTOROLA, INC.,

            Plaintiff(s),

       v.

RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION,

            Defendant(s).

*Alias*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-104-UNA

TO:      Research In Motion Corporation
          c/o  Corporation Trust Company
          Corporation Trust Company
          1209 Orange Street
          Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Josy W. Ingersoll (No. 1088)
     Elena C. Norman (No. 4780)
     Monté T. Squire (No. 4764)
     Young Conaway Stargatt & Taylor, LLP
     The Brandywine Building
     1000 West Street, 17th Floor
     P. O. Box 391
     Wilmington, DE  19899-0391

an answer to the amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 2 1 2008

CLERK                                 DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  2/21/08 |
| NAME OF SERVER (PRINT)  DAVID GERSHWIN | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally Served Research In Motion Corporation by Serving The Registered Agent, The Corporation Trust Co, At 1209 Orange St, Wilm DE 19801 At 3:45 PM Person Accepting: Scott La Scala

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/21/08 _____     _____
Date                                             Signature of Server

230 N Market St, Wilm DE 19801
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.