IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:08-cv-00104-SLR |
| | ) | |
| RESEARCH IN MOTION LIMITED AND | ) | |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **STIPULATION**

Subject to the Court's approval, Plaintiff Motorola, Inc., and Defendants Research In Motion Limited and Research In Motion Corporation (collectively, "the Parties") agree and stipulate as follows:

The Parties agree and stipulate that Defendants Research In Motion Limited and Research In Motion Corporation shall have until **April 10, 2008** by which to answer, move, or otherwise respond to Plaintiff's First Amended Complaint (D.I. 5). This stipulation is subject to, and without waiver of, any party's right to move or respond under Rule 12 of the Federal Rules of Civil Procedure.

Dated: March 6, 2008

**AGREED TO AS TO FORM AND SUBSTANCE**:

Respectfully Submitted,


/s/ Monté T. Squire
Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: 302-571-6600
Fax: 302-571-1253
msquire@ycst.com

*Of Counsel*:

Jesse J. Jenner (Motion For Admission *Pro Hac Vice* To Be Submitted)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer (Motion For Admission *Pro Hac Vice* To Be Submitted)
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi (Motion For Admission *Pro Hac Vice* To Be Submitted)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

**ATTORNEYS FOR PLAINTIFF MOTOROLA, INC.**

/s/ Patricia S. Rogowski
Patricia S. Rogowski (No. 2632)
Paul E. Crawford (No. 493)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 888-6201
Fax: (302) 658-5614
*progowski@cblh.com*

William F. Lee (Motion For Admission *Pro Hac Vice* To Be Submitted)
Michelle D. Miller (Motion For Admission *Pro Hac Vice* To Be Submitted)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: 617-526-6000
Fax: 617-526-5000
*william.lee@wilmerhale.com*
*michelle.miller@wilmerhale.com*

William J. Bohler (Motion For Admission *Pro Hac Vice* To Be Submitted)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: 650-858-6114
Fax: 650-858-6100
*william.bohler@wilmerhale.com*

**ATTORNEYS FOR DEFENDANTS RESEARCH
IN MOTION LIMITED AND RESEARCH IN
MOTION CORPORATION**

**SO ORDERED, this \_\_\_day of _____, 2008:**

_____
UNITED STATES DISTRICT JUDGE