IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 08-104-\*\*\* |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION LIMITED | ) | |
| and RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AFFIDAVIT OF NON-RESIDENCE OF RESEARCH IN MOTION LIMITED PURSUANT TO 10 DEL. C. § 3104

| | |
|---|---|
| **STATE OF DELAWARE** | ) |
| | ) **ss.** |
| **COUNTY OF NEW CASTLE** | ) |

**BE IT REMEMBERED** that on this 18th day of March, 2008, the deponent Monté T. Squire, personally appeared before me, a Notary Public for the State and County aforesaid, and deposed and stated as follows:

1.      I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the plaintiff in the above captioned matter.

2.      Defendant, Research in Motion Limited, is a non-resident of the State of Delaware, and on February 21, 2008, and all other times pertinent, was a non-resident of the State of Delaware.  The last known available address of Research in Motion Limited is 295 Phillip Street, Waterloo, Ontario, Canada N2L 3WB.

3.      On February 28, 2008, I caused to be mailed by registered mail an envelope to Research in Motion Limited at the address above.  The envelope contained copies of a Notice in

the form attached hereto as Exhibit 1, and copies of the Summons and Complaint, attached

hereto as Exhibit 2, to the last-known address listed in paragraph 2 of this Affidavit.  Attached

hereto as Exhibit 3 is the receipt of registered mail which was obtained at the Post Office upon

mailing of the envelope.

4.       On March 17, 2008, I received from the United States Post Office the return

receipt showing delivery and acceptance by Research in Motion Limited of the envelope.

Pursuant to Local Rule 4.1(b), said return receipt is attached hereto as Exhibit 4.

_____

Monté T. Squire (No. 4764)

**SWORN TO AND SUBSCRIBED** before me, a Notary Public in and for the State and

County aforesaid, on the day and year first above written.

_____

Notary Public

My Commission Expires: 3-27-2011

063528.1003

# EXHIBIT 1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. OILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6713
DIRECT FAX: 302-571-1253
msquire@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

JENNIFER M. KINKUS
EDWARD J KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

February 28, 2008

## BY REGISTERED MAIL

Research In Motion Limited
295 Phillip Street
Waterloo, Ontario
Canada N2L 3WB

**NOTICE OF SERVICE**
**PURSUANT TO 10 DEL. C. § 3104**

Re:    Motorola, Inc. v. Research In Motion Limited, et al.,
       D. Del., C.A. No. 08-104

Dear Sir/Madam:

Please take notice that there has been served upon the Secretary of State of the State of Delaware the original of a Summons and Amended Complaint, copies of which are attached hereto, in which you are named as a defendant in an action brought by Motorola, Inc. Said Summons and Amended Complaint were served upon the Secretary of State of the State of Delaware on February 21, 2008, and service of process was filed with the United States District Court for the District of Delaware on February 26, 2008. Under the provisions of 10 Del. C. § 3104, service of the original Summons and Complaint upon the Secretary of State as aforesaid is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
February 28, 2008
Page 2

    Failure on your part to obey the command of the within writ could result in a default judgment being taken against you.

<div align="right">

Very truly yours,

Monté T. Squire
</div>

MTS:y
Enclosures

# EXHIBIT 2
# PART 1 OF 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the

DISTRICT OF _____ DELAWARE _____

MOTOROLA, INC.,

                Plaintiff(s),

        v.

RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION,

                Defendant(s).

Alias

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-104-UNA

TO:    Research In Motion Limited
       c/o Secretary of State
       Division of Corporations
       John G. Townsend Building
       401 Federal Street, Suite 4
       Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       Josy W. Ingersoll (No. 1088)
       Elena C. Norman (No. 4780)
       Monté T. Squire (No. 4764)
       Young Conaway Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       P. O. Box 391
       Wilmington, DE  19899-0391

an answer to the amended complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

FEB 2 1 2008

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE February 21, 2008 |
| NAME OF SERVER (*PRINT*)<br>Edward Jones I | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.   Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Served upon Research In Motion Limited by serving the Delaware Secretary of State located at 401 Federal Street Dover DE 19901. Service accepted by Hilary Webb at 4:34 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     *Edward Jones I*
       Date                    Signature of Server

15 East North Street Dover DE 19901
Address of Server

_____
[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 08-104-*** |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION LIMITED | ) | |
| AND RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, Motorola, Inc. ("Motorola"), for its complaint against defendants, Research in Motion Limited ("RIM Ltd.") and Research in Motion Corporation ("RIM Corp.," collectively "Defendants"), hereby demands a jury trial and avers as follows:

### JURISDICTION AND VENUE

1. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(a) and 2201(a).

2. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(b), (c), (d), and 1400(b).

3. Upon information and belief, this Court has personal jurisdiction over Defendants, because defendant RIM Corp. is a corporation organized under the laws of the State of Delaware, and because Defendants regularly conduct business in this District.

1

## THE PARTIES

4.    Plaintiff Motorola is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at 1303 East Algonquin Road, Schaumburg, Illinois 60196.

5.    Upon information and belief, defendant RIM Ltd. is a corporation organized under the laws of Canada and has its principal place of business at 295 Phillip Street, Waterloo, Ontario, Canada N2L 3WB.  Upon information and belief, defendant RIM Ltd. directly or indirectly through its subsidiaries and affiliated companies, distributes, markets, sells and/or offers to sell throughout the United States (including in this Judicial District), and/or imports into the United States products, including wireless communication devices, associated equipment and software.

6.    Upon information and belief, defendant RIM Corp. is a corporation organized under the laws of the State of Delaware and has its principal place of business at 122 West John Carpenter Parkway, Suite 430, Irving, Texas 75039.  Upon information and belief, defendant RIM Corp. directly or indirectly through its subsidiaries and affiliated companies, distributes, markets, sells and/or offers to sell throughout the United States (including in this Judicial District), and/or imports into the United States products, including wireless communication devices, associated equipment and software.

## BACKGROUND

7.    In March 2003, Motorola and Defendants entered into a cross-license agreement, whereby the parties agreed to license to each other certain United States Patents relating to cellular telephone technology.

8.    In anticipation of that license agreement's December 31, 2007 expiration, the parties engaged in negotiations directed toward an amicable solution.

2

9.    In an effort to avoid paying royalties as part of future license agreements, Defendants asserted that Motorola requires a license to practice several patents in Defendant's portfolio, including patents Defendants recently acquired from Multimedia Patent Trust.

10.    Specifically, upon information and belief, Defendants have stated to Motorola that Defendants are the owner by assignment of the following United States Patents ("patents in suit"):

a.    United States Patent No. 5,664,055, entitled "CS-ACELP SPEECH COMPRESSION SYSTEM WITH ADAPTIVE PITCH PREDICTION FILTER GAIN BASED ON A MEASURE OF PERIODICITY" ("the '055 patent"), which was issued on September 2, 1997, to Peter Kroon;

b.    United States Patent No. 5,699,485, entitled "PITCH DELAY MODIFICATION DURING FRAME ERASURES" ("the '485 patent"), which was issued on December 16, 1997, to Yair Shoham;

c.    United States Patent No. 6,278,442 B1, entitled "HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS" ("the '442 patent"), which was issued on August 21, 2001, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major;

d.    United States Patent No. 6,452,588 B2, entitled "HAND-HELD E-MAIL DEVICE" ("the '588 patent"), which was issued on September 17, 2002, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major;

e.    United States Patent No. 6,489,950 B1, entitled "HAND-HELD ELECTRONIC DEVICE WITH AUXILIARY INPUT DEVICE" ("the '950 patent"), which was issued on December 3, 2002, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, Harry R. Major, Craig Dunk, Michael Brown, and Jérôme Lang;

3

f.     United States Patent No. 6,611,254 B1, entitled "HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS" ("the '254 patent"), which was issued on August 26, 2003, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major;

g.     United States Patent No. 6,611,255 B2, entitled "HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS" ("the '255 patent"), which was issued on August 26, 2003, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major; and

h.     United States Patent No. 6,919,879 B2, entitled "HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS" ("the '879 patent"), which was issued on July 19, 2005, to Jason T. Griffin, David M. Walters, John A. Holmes, and Mihal Lazaridis

i.     United States Patent No. 7,227,536 B2, entitled "HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS" ("the '536 patent"), which was issued on June 5, 2007, to Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major.

11.     True and correct copies of the patents in suit are attached hereto as Exhibits A–I, respectively.

12.     A controversy has arisen as to whether Motorola requires a license to continue engaging in its sale of various mobile communication devices as well as for past sales of such devices. Defendants have represented to Motorola during the negotiations—including as recently as February 8, 2008—that Motorola is on notice of the patents in suit, that Motorola requires a license in order to continue selling various mobile communication devices, and that Defendants are entitled to damages for Motorola's past alleged infringement. Because Motorola

4

is licensed under some of Defendants' patents and because no valid claim of the patents in suit is infringed, Motorola asserts that no additional license is necessary.

## CLAIM ONE
### (The '055 Patent)

13.    Upon information and belief, Motorola is licensed to practice the '055 patent.

14.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '055 patent.

15.    Upon information and belief, any claim by Defendants against Motorola for past damages for alleged infringement of the '055 patent is barred by the equitable doctrine of laches.

16.    Upon information and belief, any claim by Defendants against Motorola for alleged infringement of the '055 patent is barred by the doctrine of equitable estoppel.

## CLAIM TWO
### (The '485 Patent)

17.    Upon information and belief, Motorola is licensed to practice the '485 patent.

18.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '485 patent.

19.    Upon information and belief, any claim by Defendants against Motorola for past damages for alleged infringement of the '485 patent is barred by the equitable doctrine of laches.

20.    Upon information and belief, any claim by Defendants against Motorola for alleged infringement of the '485 patent is barred by the doctrine of equitable estoppel.

900002.0011

### CLAIM THREE
### (The '442 Patent)

21.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '442 patent.

### CLAIM FOUR
### (The '588 Patent)

22.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '588 patent.

### CLAIM FIVE
### (The '950 Patent)

23.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '950 patent.

### CLAIM SIX
### (The '254 Patent)

24.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '254 patent.

### CLAIM SEVEN
### (The '255 Patent)

25.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '255 patent.

### CLAIM EIGHT
### (The '879 Patent)

26.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '879 patent.

## CLAIM NINE
### (The '536 Patent)

27.    Upon information and belief, Motorola does not infringe and has not infringed any valid claim of the '536 patent.

## PRAYER FOR RELIEF

WHEREFORE, Motorola prays that the Court enter a judgment against Defendants:

a.    Declaring that Motorola has not infringed any valid claim of any of the patents in suit;

b.    Declaring that Defendants are not entitled to recover damages for any act of past infringement of any of the patents in suit;

c.    Declaring that Defendants are not entitled to enforce either the '055 patent or the '485 patent against Motorola;

d.    Finding this is an exceptional case under 35 U.S.C. § 285;

e.    Awarding to Motorola its costs and attorney fees; and

f.    Awarding to Motorola such other and further relief as this Court deems proper and just.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and the Seventh Amendment to the U.S. Constitution, Motorola hereby demands a trial by jury of all claims and all issues triable as of right by jury in this action.

7

Respectfully submitted,

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 571-6600
msquire@ycst.com
*Attorneys for Plaintiff Motorola, Inc.*

Of Counsel:

Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: February 20, 2008

8

# EXHIBIT A

US005664055A

# United States Patent [19]

## Kroon

[11] Patent Number: 5,664,055

[45] Date of Patent: Sep. 2, 1997

[54] CS-ACELP SPEECH COMPRESSION SYSTEM WITH ADAPTIVE PITCH PREDICTION FILTER GAIN BASED ON A MEASURE OF PERIODICITY

[75] Inventor: Peter Kroon, Green Grook, N.J.

[73] Assignee: Lucent Technologies Inc., Murray Hill, N.J.

[21] Appl. No.: 482,715

[22] Filed: Jun. 7, 1995

[51] Int. Cl.[6] ............................................. G10L 9/14

[52] U.S. Cl. ............................ 704/223; 704/208; 704/219; 704/220; 704/222

[58] Field of Search ............................ 395/2.16, 2.17, 395/2.28, 2.29, 2.3, 2.31, 2.32, 2.34, 2.33; 381/38, 40

[56] References Cited

## PUBLICATIONS

Peter Noll, "Digital Audio Coding for Visual Communications", Proc. IEEE, vol. 83, No. 6, pp. 925–943, Jun. 1995.
Allen Gersho, "Advances in Speech and Audio Compression", Proc. IEEE, vol. 82, No. 6, pp. 900–918, Jun. 1994.
Schroeder et al., "Code–Excited Linear Prediction (CELP): High Quality Speech at Very Low Bit Rates", Proc. ICASSP, pp. 937–940, 1985.
Kleijn et al., "An Efficient Stochastically Excited Linear Predictive Coding Algorithm for High Quality Low Bit Rate Transmission of Speech," Speech Communication, vol. 7, No. 3, pp. 305–316, 1988.
Kroon et al., "On the Use of Pitch Predictors with High Temporal Resolution," IEEE Trans Signal Proc., vol. 39, No. 3, pp. 733–735, 1991.
Tohkura et al., "Spectral smoothing Technique in PARCOR Speech Analysis–Synthesis," IEEE Trans on ASSP, vol. 26, No. 6, pp. 587–596, Dec. 1978.
Itakura, "Line Spectrum Representation of Linear Predictive Coefficients of Speech Signals", J. Acoust. Soc. Amer., vol. 57, Suppl. No. 1, S35, 1975.
Soong et al., "Line Spectrum Pair (LSP) and Speech Data Compression," Proc ICASSP, pp. 1.10.1–1.10.4, 1984.
Kabal et al., "The Computation of Line Spectral Frequencies Using Chebyshev Polynomials," IEEE Trans. on ASSP, vol. 34, No. 6, pp. 1419–1426, Dec. 1986.
Paliwal et al, "Efficient Vector Quantization of LPC parameters at 24 bits/frame," IEEE Trans, on Acoust, Speech and Signal Proc., Jan. 1993, pp. 3–14.
Laflamme et al, "16 kpbs Wideband Speech Coding Technique Based on Algebraic CELP," Proc. ICASSP, pp. 13–16.

Primary Examiner—Allen R. MacDonald
Assistant Examiner—Tǎlivaldis Ivais Smits
Attorney, Agent, or Firm—Thomas A. Restaino; Kenneth M. Brown

[57] ABSTRACT

A speech coding system employing an adaptive codebook model of periodicity is augmented with a pitch-predictive filter (PPF). This PPF has a delay equal to the integer component of the pitch-period and a gain which is adaptive based on a measure of periodicity of the speech signal. In accordance with an embodiment of the present invention, speech processing systems which include a first portion comprising an adaptive codebook and corresponding adaptive codebook amplifier and a second portion comprising a fixed codebook coupled to a pitch filter, are adapted to delay the adaptive codebook gain; determine the pitch filter gain based on the delayed adaptive codebook gain, and amplify samples of a signal in the pitch filter based on said determined pitch filter gain. The adaptive codebook gain is delayed for one subframe. The pitch filter gain equals the delayed, adaptive codebook gain, except when the adaptive codebook gain is either less than 0.2 or greater than 0.8., in which cases the pitch filter gain is set equal to 0.2 or 0.8, respectively.

19 Claims, 5 Drawing Sheets



Case 1:08-cv-00104-SLR    Document 13-3    Filed 03/18/2008    Page 14 of 117

*FIG.   1*

PRIOR ART





*FIG.   2*

PRIOR ART





Case 1:08-cv-00104-SLR    Document 13-3    Filed 03/18/2008    Page 15 of 117

## FIG. 3



Case 1:08-cv-00104-SLR    Document 13-3    Filed 03/18/2008    Page 16 of 117

## FIG. 4



U.S. Patent          Sep. 2, 1997          Sheet 4 of 5          5,664,055

FIG. 5



FIG. 6



*FIG. 7*



*FIG. 8*



5,664,055

# 1

## CS-ACELP SPEECH COMPRESSION SYSTEM WITH ADAPTIVE PITCH PREDICTION FILTER GAIN BASED ON A MEASURE OF PERIODICITY

### CROSS-REFERENCE TO RELATED APPLICATION

This application is related to Application Ser. No. 08/485,420, entitled "Codebook Gain Attenuation During Frame Erasure," filed on even date herewith, which is incorporated by reference as if set forth fully herein.

### FIELD OF THE INVENTION

The present invention relates generally to adaptive codebook-based speech compression systems, and more particularly to such systems operating to compress speech having a pitch-period less than or equal to adaptive codebook vector (subframe) length.

### BACKGROUND OF THE INVENTION

Many speech compression systems employ a subsystem to model the periodicity of a speech signal. Two such periodicity models in wide use in speech compression (or coding) systems are the pitch prediction filter (PPF) and the adaptive codebook (ACB).

The ACB is fundamentally a memory which stores samples of past speech signals, or derivatives thereof such as speech residual or excitation signals (hereafter speech signals). Periodicity is introduced (or modeled) by copying samples from the past (as stored in the memory) speech signal into the present to "predict" what the present speech signal will look like.

The PPF is a simple IIR filter which is typically of the form

$$y(n)=x(n)+g_p y(n-M) \qquad (1)$$

where n is a sample index, y is the output, x is the input, M is a delay value of the filter, and $g_p$ is a scale factor (or gain). Because the current output of the PPF is dependent on a past output, is introduced the PPF.

Although either the ACB or PPF can be used in speech coding, these periodicity models do not operate identically under all circumstances. For example, while a PPF and an ACB will yield the same results when the pitch-period of voiced speech is greater than or equal to the subframe (or codebook vector) size, this is not the case if the pitch-period is less than the subframe size. This difference is illustrated by FIGS. 1 and 2, where it is assumed that the pitch-period (or delay) is 2.5 ms and the subframe size is 5 ms.

FIG. 1 presents a conventional combination of a fixed codebook (FCB) and an ACB as used in a typical CELP speech compression system (this combination is used in both the encoder and decoder of the CELP system). As shown in the Figure, FCB 1 receives an index value, I, which causes the FCB to output a speech signal (excitation) vector of a predetermined duration. This duration is referred to as a subframe (here, 5 ms.). Illustratively, this speech excitation signal will consist of one or more main pulses located in the subframe. For purposes of clarity of presentation, the output vector will be assumed to have a single large pulse of unit magnitude. The output vector is scaled by a gain, $g_c$, applied by amplifier 5.

In parallel with the operation of the FCB 1 and gain 5, ACB 10 generates a speech signal based on previously synthesized speech. In a conventional fashion, the ACB 10

# 2

searches its memory of past speech for samples of speech which most closely match the original speech being coded. Such samples are in the neighborhood of one pitch-period (M) in the past from the present sample it is attempting to synthesize. Such past speech samples may not exist if the pitch is fractional; they may have to be synthesized by the ACB from surrounding speech sample values by linear interpolation, as is conventional. The ACB uses a past sample identified (or synthesized) in this way as the current sample. For clarity of explanation, the balance of this discussion will assume that the pitch-period is an integral multiple of the sample period and that past samples are identified by M for copying into the present subframe. The ACB outputs individual samples in this manner for the entire subframe (5 ms.). All samples produced by the ACB are scaled by a gain, $g_p$, applied by amplifier 15.

For current samples in the second half of the subframe, the "past" samples used as the "current" samples are those samples in the first half of the subframe. This is because the subframe is 5 ms in duration, but the pitch-period, M,—the time period used to identify past samples to use as current samples—is 2.5 ms. Therefore, if the current sample to be synthesized is at the 4 ms point in the subframe, the past sample of speech is at the 4 ms −2.5 ms or 1.5 ms point in the same subframe.

The output signals of the FCB and ACB amplifiers 5, 15 are summed at summing circuit 20 to yield an excitation signal for a conventional linear predictive (LPC) synthesis filter (not shown). A stylized representation of one subframe of this excitation signal produced by circuit 20 is also shown in FIG. 1. Assuming pulses of unit magnitudes before scaling, the system of codebooks yields several pulses in the 5 ms subframe. A first pulse of height $g_c$, a second pulse of height $g_c$, and a third pulse of height $g_p$. The third pulse is simply a copy of the first pulse created by the ACB. Note that there is no copy of the second pulse in the second half of the subframe since the ACB memory does not include the second pulse (and the fixed codebook has but one pulse per subframe).

FIG. 2 presents a periodicity model comprising a FCB 25 in series with a PPF 50. The PPF 50 comprises a summing circuit 45, a delay memory 35, and an amplifier 40. As with the system discussed above, an index, I, applied to the FCB 25 causes the FCB to output an excitation vector corresponding to the index. This vector has one major pulse. The vector is scaled by amplifier 30 which applies gain $g_c$. The scaled vector is then applied to the PPF 50. PPF 50 operates according to equation (1) above. A stylized representation of one subframe of PPF 50 output signal is also presented in FIG. 2. The first pulse of the PPF output subframe is the result of a delay, M, applied to a major pulse (assumed to have unit amplitude) from the previous subframe (not shown). The next pulse in the subframe is a pulse contained in the FCB output vector scaled by amplifier 30. Then, due to the delay 35 of 2.5 ms, these two pulses are repeated 2.5 ms later, respectively, by amplifier 40.

There are major differences between the output signals of the ACB and PPF implementations of the periodicity model. They manifest themselves in the later half of the synthesized frames depicted in FIGS. 1 and 2. First, the amplitudes of the third pulses are different—$g_p$, as compared with $g_p^2$. Second, there is no fourth pulse in output of the ACB model. Regarding this missing pulse, when the pitch-period is less than the frame size, the combination of an ACB and a FCB will not introduce a second fixed codebook contribution in the subframe. This is unlike the operation of a pitch prediction filter in series with a fixed codebook.

5,664,055

3

## SUMMARY OF THE INVENTION

For those speech coding systems which employ an ACB model of periodicity, it has been proposed that a PPF be used at the output of the FCB. This PPF has a delay equal to the integer component of the pitch-period and a fixed gain of 0.8. The PPF does accomplish the insertion of the missing FCB pulse in the subframe, but with a gain value which is speculative. The reason the gain is speculative is that joint quantization of the ACB and FCB gains prevents the determination of an ACB gain for the current subframe until both ACB and FCB vectors have been determined.

The inventor of the present invention has recognized that the fixed-gain aspect of the pitch loop added to an ACB based synthesizer results in synthesized speech which is too periodic at times, resulting in an unnatural "buzzyness" of the synthesized speech.

The present invention solves a shortcoming of the proposed use of a PPF at the output of the FCB in systems which employ an ACB. The present invention provides a gain for the PPF which is not fixed, but adaptive based on a measure of periodicity of the speech signal. The adaptive PPF gain enhances PPF performance in that the gain is small when the speech signal is not very periodic and large when the speech signal is highly periodic. This adaptability avoids the "buzzyness" problem.

In accordance with an embodiment of the present invention, speech processing systems which include a first portion comprising an adaptive codebook and corresponding adaptive codebook amplifier and a second portion comprising a fixed codebook coupled to a pitch filter, are adapted to delay the adaptive codebook gain; determine the pitch filter gain based on the delayed adaptive codebook gain, and amplify samples of a signal in the pitch filter based on said determined pitch filter gain. The adaptive codebook gain is delayed for one subframe. The delayed gain is used since the quantized gain for the adaptive codebook is not available until the fixed codebook gain is determined. The pitch filter gain equals the delayed adaptive codebook gain, except when the adaptive codebook gain is either less than 0.2 or greater than 0.8, in which cases the pitch filter gain is set equal to 0.2 or 0.8, respectively. The limits are there to limit perceptually undesirable effects due to errors in estimating how periodic the excitation signal actually is.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 presents a conventional combination of FCB and ACB systems as used in a typical CELP speech compression system, as well as a stylized representation of one subframe of an excitation signal generated by the combination.

FIG. 2 presents a periodicity model comprising a FCB and a PPF, as well as a stylized representation of one subframe of PPF output signal.

FIG. 3 presents an illustrative embodiment of a speech encoder in accordance with the present invention.

FIG. 4 presents an illustrative embodiment of a decoder in accordance with the present invention.

FIG. 5 presents a block diagram of a conceptual G.729 CELP synthesis model.

FIG. 6 presents the signal flow at the G.729 CS-ACELP encoder.

## DETAILED DESCRIPTION

### I.1 Introduction to the Illustrative Embodiments

For clarity of explanation, the illustrative embodiments of the present invention is presented as comprising individual

4

functional blocks (including functional blocks labeled as "processors"). The functions these blocks represent may be provided through the use of either shared or dedicated hardware, including, but not limited to, hardware capable of executing software. For example, the functions of processors presented in FIG. 3 and 4 may be provided by a single shared processor. (Use of the term "processor" should not be construed to refer exclusively to hardware capable of executing software.)

Illustrative embodiments may comprise digital signal processor (DSP) hardware, such as the AT&T DSP16 or DSP32C, read-only memory (ROM) for storing software performing the operations discussed below, and random access memory (RAM) for storing DSP results. Very large scale integration (VLSI) hardware embodiments, as well as custom VLSI circuitry in combination with a general purpose DSP circuit, may also be provided.

The embodiments described below are suitable for use in many speech compression systems such as, for example, that described in a preliminary Draft Recommendation G.729 to the ITU Standards Body (G.729 Draft), which is provided in Section II. This speech compression system operates at 8 kbit/s and is based on Code-Excited Linear-Predictive (CELP) coding. See G.729 Draft Subsection II.2. This draft recommendation includes a complete description of the speech coding system, as well as the use of the present invention therein. See generally, for example, FIG. 6 and the discussion at Subsection II.2.1 of the G.729 Draft. With respect to the an embodiment of present invention, see the discussion at Subsections II.3.8 and II.4.1.2 of the G.729 Draft.

### I.2: The Illustrative Embodiments

FIGS. 3 and 4 present illustrative embodiments of the present invention as used in the encoder and decoder of the G.729 Draft. FIG. 3 is a modified version of FIG. 6, which shows the signal flow at the G.729 CS-ACELP encoder. FIG. 3 has been augmented to show the detail of the illustrative encoder embodiment. FIG. 4 is similar to FIG. 7, which shows signal flow at the G.729 CS-ACELP decoder. FIG. 4 is augmented to show the details of the illustrative decoder embodiment. In the discussion which follows, reference will be made to Subsections of the G.729 Draft where appropriate. A general description of the encoder of the G.729 Draft is presented at Subsection II.2.1, while a general description of the decoder is presented at Subsection II.2.2.

#### A. The Encoder

In accordance with the embodiment, an input speech signal (16 bit PCM at 8 kHz sampling rate) is provided to a preprocessor 100. Preprocessor 100 high-pass filters the speech signal to remove undesirable low frequency components and scales the speech signal to avoid processing overflow. See Subsection II.3.1. The preprocessed speech signal, s(n), is then provided to linear prediction analyzer 105. See Subsection II.3.2. Linear prediction (LP) coefficients, $\bar{a}_i$, are provided to LP synthesis filter 155 which receives an excitation signal, u(n), formed of the combined output of FCB and ACB portions of the encoder. The excitation signal is chosen by using an analysis-by-synthesis search procedure in which the error between the original and synthesized speech is minimized according to a perceptually weighted distortion measure by perceptual weighting filter 165. See Subsection II.3.3

Regarding the ACB portion 112 of the embodiment, a signal representing the perceptually weighted distortion (error) is used by pitch period processor 170 to determine an

5,664,055

| 5 | 6 |

open-loop pitch-period (delay) used by the adaptive codebook system 110. The encoder uses the determined open-loop pitch-period as the basis of a closed-loop pitch search. ACB 110 computes an adaptive codebook vector, V(n), by interpolating the past excitation at a selected fractional pitch. See Subsection II.3.4–II.3.7. The adaptive codebook gain amplifier 115 applies a scale factor $\beta_a$ to the output of the ACB system 110. See Subsection II.3.9.2.

Regarding the PPF portion 118 of the embodiment, an index generated by the mean squared error (MSE) search processor 175 is received by the FCB system 120 and a codebook vector, c(n), is generated in response. See Subsection II.3.8. This codebook vector is provided to the PPF system 128 operating in accordance with the present invention (see discussion below). The output of the PPF system 128 is scaled by FCB amplifier 145 which applies a scale factor $\beta_c$. Scale factor $\beta_c$ is determined in accordance with Subsection II.3.9.

The vectors output from the ACB and FCB portions 112, 118 of the encoder are summed at summer 150 and provided to the LP synthesis filter as discussed above.

B. The PPF System

As mentioned above, the PPF system addresses the shortcoming of the ACB system exhibited when the pitch-period of the speech being synthesized is less than the size of the subframe and the fixed PPF gain is too large for speech which is not very periodic.

PPF system 128 includes a switch 126 which controls whether the PPF system contributes to the excitation signal. If the delay, M, is less than the size of the subframe, L, than the switch 126 is closed and PPF 128 contributes to the excitation. If M≧L, switch 126 is open and the PPF 128 does not contribute to the excitation. A switch control signal K is set when M<L. Note that use of switch 126 is merely illustrative. Many alternative designs are possible, including, for example, a switch which is used to by-pass PPF 128 entirely when M≧L.

The delay used by the PPF system is the integer portion of the pitch-period, M, as computed by pitch-period processor 170. The memory of delay processor 135 is cleared prior to PPF 128 operation on each subframe. The delay applied by the PPF system is provided by delay processor 125. Processor 125 receives the excitation ACB gain, $\beta_a$, and stores it for one subframe (one subframe delay). The stored gain value is then compared with upper and lower limits of 0.8 and 0.2, respectively. Should the stored value of the gain be either greater than the upper limit or less than the lower limit, the gain is set to the respective limit. In other words, the PPF gain is limited to a range of values greater than or equal to 0.2 and less than or equal to 0.8. Within that range, the gain may assume the value of the delayed adaptive codebook gain.

The upper and lower limits are placed on the value of the adaptive PPF gain so that the synthesized signal is neither overperiodic nor aperiodic, which are both perceptually undesirable. As such, extremely small or large values of the ACB gain should be avoided.

It will be apparent to those of ordinary skill in the art that ACB gain could be limited to the specified range prior to storage for a subframe. As such, the processor stores a signal reflecting the ACB gain, whether pre- or post-limited to the specified range. Also, the exact values of the upper and lower limits are a matter of choice which may be varied to achieve desired results in any specific realization of the present invention.

C. The Decoder

The encoder described above (and in the referenced subsections of the G.729 Draft provided in Section II of this specification provides a frame of data representing compressed speech every 10 ms. The frame comprises 80 bits and is detailed in Tables 1 and 9 of the G.729 Draft. Each 80-bit frame of compressed speech is sent over a communication channel to a decoder which synthesizes a speech (representing two subframes). The channel over which the frames are communicated (not shown) may be of any type (such as conventional telephone networks, cellular or wireless networks, ATM networks, etc.) and/or may comprise a storage medium (such as magnetic storage, semiconductor RAM or ROM, optical storage such as CD-ROM, etc.).

An illustrative decoder in accordance with the present invention is presented in FIG. 4. The decoder is much like the encoder of FIG. 3 in that it includes both an adaptive codebook portion 240 and a fixed codebook portion 200. The decoder decodes transmitted parameters (see Subsection II.4.1) and performs synthesis to obtain reconstructed speech.

The FCB portion includes a FCB 205 responsive to a FCB index, I, communicated to the decoder from the encoder. The FCB 205 generates a vector, c(n), of length equal to a subframe. See Subsection II.4.1.3. This vector is applied to the PPF 210 of the decoder. The PPF 210 operates as described above (based on a value of ACB gain, $\beta_a$, delayed in delay processor 225 and ACB pitch-period, M, both received from the encoder via the channel) to yield a vector for application to the FCB gain amplifier 235. The amplifier, which applies a gain, $\beta_c$, from the channel, generates a scaled version of the vector produced by the PPF 210. See Subsection II.4.1.4. The output signal of the amplifier 235 is supplied to summer 255 which generates an excitation signal, u(n).

Also provided to the summer 255 is the output signal generated by the ACB portion 240 of the decoder. The ACB portion 240 comprises the ACB 245 which generates an adaptive codebook contribution, v(n), of length equal to a subframe based on past excitation signals and the ACB pitch-period, M, received from encoder via the channel. See Subsection II.4.1.2. This vector is scaled by amplifier 250 based on gain factor, $\beta_a$, received over the channel. This scaled vector is the output of ACB portion 240.

The excitation signal, u(n), produced by summer 255 is applied to an LPC synthesis filter 260 which synthesizes a speech signal based on LPC coefficients, $a_i$, received over the channel. See Subsection II.4.1.6.

Finally, the output of the LPC synthesis filter 260 is supplied to a post processor 265 which performs adaptive postfiltering (see Subsections II.4.2.1–II.4.2.4), high-pass filtering (see Subsection II.4.2.5), and up-scaling (see Subsection II.4.2.5).

I.3 Discussion

Although a number of specific embodiments of this invention have been shown and described herein, it is to be understood that these embodiments are merely illustrative of the many possible specific arrangements which can be devised in application of the principles of the invention. Numerous and varied other arrangements can be devised in accordance with these principles by those of ordinary skill in the art without departing from the spirit and scope of the invention.

For example, should scalar gain quantization be employed, the gain of the PPF may be adapted based on the

5,664,055

| 7 | 8 |

**7**

current, rather than the previous, ACB gain. Also, the values of the limits on the PPF gain (0.2, 0.8) are merely illustrative. Other limits, such as 0.1 and 0.7 could suffice.

In addition, although the illustrative embodiment of present invention refers to codebook "amplifiers," it will be understood by those of ordinary skill in the art that this term encompasses the scaling of digital signals. Moreover, such scaling may be accomplished with scale factors (or gains) which are less than or equal to one (including negative values), as well as greater than one.

The following Appendix to the Detailed Description contains the G.729 Draft described above. This document, at the time of the filing of the present application, is intended to be submitted to a standards body of The International Telecommunications Union (ITU), and provides a more complete description of an illustrative 8 kbit/s speech coding system which employs, inter alia, the principles of the present invention.

### APPENDIX TO THE DETAILED DESCRIPTION

SECTION—Draft Recommendation G.729

Coding of Speech at 8kbit/s Using

Conjugate-Structure-Algebraic-Code-Excited

Linear-Predictive (CS-ACELP) Coding

Jun. 7, 1995—Version 4.0

Study Group 15 Contribution—Q.12/15—Submitted to the International Telecommunication Union— Telecommunications Standardization Sector. Until approved by the ITU, neither the C code nor the test vectors contained herein will be available from the ITU. To obtain the C source code, contact Mr. Gerhard Schroeder (Rapporteur SG15/ Q.12) at the Deutsche Telekom AG, Postfach 10003, 64276 Darmstadt, Germany; telephone +49 6151 83 3973; facsimile +49 6151 837828; E-mail; gerhard.schroeder@fz13.fz.dbp.de

### II.1 INTRODUCTION

This Recommendation contains the description of an algorithm for the coding of speech signals at 8 kbit/s using Conjugate-Structure-Algebraic-Code-Excited Linear-Predictive (CS-ACELP) coding.

This coder is designed to operate with a digital signal obtained by first performing telephone bandwidth filtering (ITU Rec. G.710) of the analog input signal, then sampling it at 8000 Hz, followed by conversion to 16 bit linear PCM for the input to the encoder. The output of the decoder should be converted back to an analog signal by similar means. Other input/output characteristics, such as those specified by ITU Rec. G.711 for 64 kbit/s PCM data, should be converted to 16 bit linear PCM before encoding, or from 16 bit linear PCM to the appropriate format after decoding. The bitstream from the encoder to the decoder is defined within this standard.

This Recommendation is organized as follows: Subsection II.2 gives a general outline of the SC-ACELP algorithm. In Subsections II.3 and II.4, the CS-ACELP encoder and decoder principles are discussed, respectively. Subsection II.5 describes the software that defines this coder in 16 bit fixed point arithmetic.

### II.2 General Description of the Coder

The CS-ACELP coder is based on the code-excited linear-predictive (CELP) coding model. The coder operates on

**8**

speech frames of 10 ms corresponding to 80 samples at a sampling rate of 8000 samples/sec. For every 10 msec frame, the speech signal is analyzed to extract the parameters of the CELP model (LP filter coefficients, adaptive and fixed codebook indices and gains). These parameters are encoded and transmitted. The bit allocation of the coder parameters is shown in Table 1. At the decoder, these parameters are used to retrieve the excitation and synthesis filter

#### TABLE 1

Bit allocation of the 8 kbit/s CS-ACELP algorithm (10 msec frame).

| Parameter | Codeword | Subframe 1 | Subframe 2 | Total per frame |
|---|---|---|---|---|
| LSP | L0, L1, L2, L3 | | | 18 |
| Adaptive codebook delay | P1, P2 | 8 | 5 | 13 |
| Delay parity | P0 | 1 | | 1 |
| Fixed codebook index | C1, C2 | 13 | 13 | 26 |
| Fixed codebook sign | S1, S2 | 4 | 4 | 8 |
| Codebook gains (stage 1) | GA1, GA2 | 3 | 3 | 6 |
| Codebook gains (stage 2) | GB1, GB2 | 4 | 4 | 8 |
| Total | | | | 80 |

parameters. The speech is reconstructed by filtering this excitation through the LP synthesis filter, as is shown in FIG. 5. The short-term synthesis filter is based on a 10th order linear prediction (LP) filter. The long-term, or pitch synthesis filter is implemented using the so-called adaptive codebook approach for delays less than the subframe length. After computing the reconstructed speech, it is further enhanced by a postfilter.

II.2.1 Encoder

The signal flow at the encoder is shown in FIG. 6. The input signal is high-pass filtered and scaled in the pre-processing block. The pre-processed signal serves as the input signal for all subsequent analysis. LP analysis is done once per 10 ms frame to compute the LP filter coefficients. These coefficients are converted to line spectrum pairs (LSP) and quantized using predictive two-stage vector quantization (VQ) with 18 bits. The excitation sequence is chosen by using an analysis-by-synthesis search procedure in which the error between the original and synthesized speech is minimized according to a perceptually weighted distortion measure. This is done by filtering the error signal with a perceptual weighting filter, whose coefficients are derived from the unquantized LP filter. The amount of perceptual weighting is made adaptive to improve the performance for input signals with a flat frequency-response.

The excitation parameters (fixed and adaptive codebook parameters) are determined per subframe of 5 ms (40 samples) each. The quantized and unquantized LP filter coefficients are used for the second subframe, while in the first subframe interpolated LP filter coefficients are used (both quantized and unquantized). An open-loop pitch delay is estimated once per 10 ms frame based on the perceptually weighted speech signal. Then the following operations are repeated for each subframe. The target signal $x(n)$ is computed by filtering the LP residual through the weighted synthesis filter $W(z)/\hat{A}(z)$. The initial states of these filters are updated by filtering the error between LP residual and excitation. This is equivalent to the common approach of

5,664,055

9

subtracting the zero-input response of the weighted synthesis filter from the weighted speech signal. The impulse response, h(n), of the weighted synthesis filter is computed. Closed-loop pitch analysis is then done (to find the adaptive codebook delay and gain), using the target x(n) and impulse response h(n), by searching around the value of the open-loop pitch delay. A fractional pitch delay with 1/3 resolution is used. The pitch delay is encoded with 8 bits in the first subframe and differentially encoded with 5 bits in the second subframe. The target signal x(n) is updated by removing the adaptive codebook contribution (filtered adaptive codevector), and this new target, $x_2(n)$, is used in the fixed algebraic codebook search (to find the optimum excitation). An algebraic codebook with 17 bits is used for the fixed codebook excitation. The gains of the adaptive and fixed codebook are vector quantized with 7 bits, (with MA prediction applied to the fixed codebook gain). Finally, the filter memories are updated using the determined excitation signal.

2.2 Decoder

The signal flow at the decoder is shown in FIG. 7. First, the parameters indices are extracted from the received bitstream. These indices are decoded to obtain the coder parameters corresponding to a 10 ms speech frame. These parameters are the LSP coefficients, the 2 fractional pitch delays, the 2 fixed codebook vectors, and the 2 sets of adaptive and fixed codebook gains. The LSP coefficients are interpolated and converted to LP filter coefficients for each subframe. Then, for each 40-sample subframe the following steps are done:

the excitation is constructed by adding the adaptive and fixed codebook vectors scaled by their respective gains,

the speech is reconstructed by filtering the excitation through the LP synthesis filter,

the reconstructed speech signal is passed through a post-processing stage, which comprises of an adaptive post-filter based on the long-term and short-term synthesis filters, followed by a high-pass filter and scaling operation.

II.2.3 Delay

This coder encodes speech and other audio signals with 10 ms frames. In addition, there is a look-ahead of 5 ms, resulting in a total algorithmic delay of 15 ms. All additional delays in a practical implementation of this coder are due to:

processing time needed for encoding and decoding operations,

transmission time on the communication link,

multiplexing delay when combining audio data with other data.

II.2.4 Speech Coder Description

The description of the speech coding algorithm of this Recommendation is made in terms of bit-exact, fixed-point mathematical operations. The ANSI C code indicated in Subsection II.5, which constitutes an integral part of this Recommendation, reflects this bit-exact, fixed-point descriptive approach. The mathematical descriptions of the encoder (Subsection II.3), and decoder (Subsection II.4), can be implemented in several other fashions, possibly leading to a codec implementation not complying with this Recommendation. Therefore, the algorithm description of the C code of Subsection II.5 shall take precedence over the mathematical descriptions of Subsection II.3 and II.4 whenever discrepancies are found. A non-exhaustive set of test sequences which can be used in conjunction with the C code are available from the ITU.

10

2.5 Notational Conventions

Throughout this document it is tried to maintain the following notational conventions.

Codebooks are denoted by caligraphic characters (e.g. C).

Time signals are denoted by the symbol and the sample time index between parenthesis (e.g. s(n)). The symbol n is used as sample instant index.

Superscript time indices (e.g. $g^{(m)}$) refer to that variable corresponding to subframe m.

Superscripts identify a particular element in a coefficient array.

A $\hat{0}$ identifies a quantized version of a parameter.

Range notations are done using square brackets, where the boundaries are included (e.g. [0.6, 0.9]).

log denotes a logarithm with base 10.

Table 2 lists the most relevant symbols used throughout this document. A glossary of the most

TABLE 2

Glossary of symbols.

| Name | Reference | Description |
|---|---|---|
| 1/A(z) | Eq. (2) | LP synthesis filter |
| $H_{h1}(z)$ | Eq. (1) | input high-pass filter |
| $H_p(z)$ | Eq. (77) | pitch postfilter |
| $H_f(z)$ | Eq. (83) | short-term postfilter |
| $H_t(z)$ | Eq. (85) | tilt-compensation filter |
| $H_{h2}(z)$ | Eq. (90) | output high-pass filter |
| P(z) | Eq. (46) | pitch filter |
| W(z) | Eq. (27) | weighting filter |

relevant signals is given in Table 3. Table 4 summarizes relevant variables and their dimension. Constant parameters are listed in Table 5. The acronyms used in this Recommendation are summarized in Table 6.

TABLE 3

Glossary of signals.

| Name | Description |
|---|---|
| h(n) | impulse response of weighting and synthesis filters |
| r(k) | auto-correlation sequence |
| r'(k) | modified auto-correlation sequence |
| R(k) | correlation sequence |
| sw(n) | weighted speech signal |
| s(n) | speech signal |
| s'(n) | windowed speech signal |
| sf(n) | postfiltered output |
| sf'(n) | gain-scaled postfiltered output |
| ŝ(n) | reconstructed speech signal |
| r(n) | residual signal |
| x(n) | target signal |
| $x_2(n)$ | second target signal |
| v(n) | adaptive codebook contribution |
| c(n) | fixed codebook contribution |
| y(n) | v(n) * h(n) |
| z(n) | c(n) * h(n) |
| u(n) | excitation to LP synthesis filter |
| d(n) | correlation between target signal and h(n) |
| ew(n) | error signal |

5,664,055

11

### TABLE 4

#### Glossary of variables.

| Name | Size | Description |
|---|---|---|
| $g_p$ | 1 | adaptive codebook gain |
| $g_c$ | 1 | fixed codebook gain |
| $g_0$ | 1 | modified gain for pitch postfilter |
| $g_{pit}$ | 1 | pitch gain for pitch postfilter |
| $g_{sf}$ | 1 | gain term short-term postfilter |
| $g_t$ | 1 | gain term tilt postfilter |
| $T_{op}$ | 1 | open-loop pitch delay |
| $a_i$ | 10 | LP coefficients |
| $k_i$ | 10 | reflection coefficients |
| $o_i$ | 2 | LAR coefficients |
| $w_i$ | 10 | LSP normalized frequencies |
| $q_i$ | 10 | LSP coefficients |
| $r(k)$ | 11 | correlation coefficients |
| $w_i$ | 10 | LSP weighting coefficients |
| $l_i$ | 10 | LSP quantizer output |

### TABLE 5

#### Glossary of constants.

| Name | Value | Description |
|---|---|---|
| $f_s$ | 8000 | sampling frequency |
| $l_0$ | 60 | bandwidth expansion |
| $\gamma_1$ | 0.94/0.98 | weight factor perceptual weighting filter |
| $\gamma_2$ | 0.60/[0.4–0.7] | weight factor perceptual weighting filter |
| $\gamma_n$ | 0.55 | weight factor post filter |
| $\gamma_d$ | 0.70 | weight factor post filter |
| $\gamma_p$ | 0.50 | weight factor pitch post filter |
| $\gamma_t$ | 0.90/0.2 | weight factor tilt post filter |
| C | Table 7 | fixed (algebraic) codebook |
| L0 | Section 3.2.4 | moving average predictor codebook |
| L1 | Section 3.2.4 | First stage LSP codebook |
| L2 | Section 3.2.4 | Second stage LSP codebook (low part) |
| L3 | Section 3.2.4 | Second stage LSP codebook (high part) |
| GA | Section 3.9 | First stage gain codebook |
| GB | Section 3.9 | Second stage gain codebook |
| $w_{lag}$ | Eq. (6) | correlation lag window |
| $w_{lp}$ | Eq. (3) | LPC analysis window |

### TABLE 6

#### Glossary of acronyms.

| Acronym | Description |
|---|---|
| CELP | code-excited linear-prediction |
| MA | moving average |
| MSB | most significant bit |
| LP | linear prediction |
| LSP | line spectral pair |
| LSF | line spectral frequency |
| VQ | vector quantization |

### II.3.0 Functional Description of the Encoder

In this section we describe the different functions of the encoder represented in the blocks of FIG. 5.

### II.3.1 Pre-Processing

As stated in Subsection II.2, the input to the speech encoder is assumed to be a 16 bit PCM signal. Two pre-processing functions are applied before the encoding process: 1) signal scaling, and 2) high-pass filtering.

12

The scaling consists of dividing the input by a factor 2 to reduce the possibility of overflows in the fixed-point implementation. The high-pass filter serves as a precaution against undesired low-frequency components. A second order pole/zero filter with a cutoff frequency of 140 Hz is used. Both the scaling and high-pass filtering are combined by dividing the coefficients at the numerator of this filter by 2. The resulting filter is given by

$$H_{h1}(z) = \frac{0.46363718 - 0.92724705z^{-1} + 0.46363718z^{-2}}{1 - 1.9059465z^{-1} + 0.9114024z^{-2}} \quad (1)$$

The input signal filtered through $H_{h1}(z)$ is referred to as $s(n)$, and will be used, in all subsequent coder operations.

### II.3.2 Linear Prediction Analysis and Quantization

The short-term analysis and synthesis filters are based on 10th order linear prediction (LP) filters. The LP synthesis filter is defined as

$$\frac{1}{\hat{A}(z)} = \frac{1}{1 + \sum_{i=1}^{10} \hat{a}_i z^{-i}}, \quad (2)$$

where $\hat{a}_i$, $i=1, \ldots , 10$, are the (quantized) linear prediction (LP) coefficients. Short-term prediction, or linear prediction analysis is performed once per speech frame using the autocorrelation approach with a 30 ms asymmetric window. Every 80 samples (10 ms), the autocorrelation coefficients of windowed speech are computed and converted to the LP coefficients using the Levinson algorithm. Then the LP coefficients are transformed to the LSP domain for quantization and interpolation purposes. The interpolated quantized and unquantized filters are converted back to the LP filter coefficients (to construct the synthesis and weighting filters at each subframe).

### II.3.2.1 Windowing and Autocorrelation Computation

The LP analysis window consists of two parts: the first part is half a Hamming window and the second part is a quarter of a cosine function cycle. The window is given by:

$$w_{lp}(n) = \begin{cases} 0.54 - 0.46 \cos\left(\frac{2\pi n}{399}\right), & n = 0, \ldots, 199, \\ \cos\left(\frac{2\pi(n-200)}{159}\right), & n = 200, \ldots, 239. \end{cases} \quad (3)$$

There is a 5 ms lookahead in the LP analysis which means that 40 samples are needed from the future speech frame. This translates into an extra delay of 5 ms at the encoder stage. The LP analysis window applies to 120 samples from past speech frames, 80 samples from the present speech frame, and 40 samples from the future frame. The windowing in LP analysis is illustrated in FIG. 8.

The autocorrelation coefficients of the windowed speech

$$s'(n) = w_{lp}(n)s(n), \ n=0, \ldots, 239, \quad (4)$$

are computed by

$$r(k) = \sum_{n=k}^{239} s'(n)s'(n-k), \quad (5)$$
$$k = 0, \ldots, 10,$$

To avoid arithmetic problems for low-level input signals the value of $r(0)$ has a lower boundary of $r(0)=1.0$. A 60 Hz bandwidth expansion is applied, by multiplying the auto-correlation coefficients with

5,664,055

**13**

$$w_{lag}(k) = \exp\left[-\frac{1}{2}\left(\frac{2\pi f_0 k}{f_s}\right)^2\right], \qquad (6)$$
$$k = 1, \ldots, 10,$$

where $f_0 = 60$ Hz is the bandwidth expansion and $f_s = 8000$ Hz is the sampling frequency. Further, $r(0)$ is multiplied by the white noise correction factor 1.0001, which is equivalent to adding a noise floor at −40 dB.

II.3.2.2 Levinson-Durbin Algorithm

The modified autocorrelation coefficients

$$r'(0) = 1.001 r(0)$$

$$r'(k) = w_{lag}(k) r(k), \, k = 1, \ldots, 10 \qquad (7)$$

are used to obtain the LP filter coefficients $a_i$, $i = 1, \ldots, 10$, by solving the set of equations

$$\sum_{i=1}^{10} a_i r'(|i - k|) = -r'(k), \qquad (8)$$
$$k = 1, \ldots, 10.$$

The set of equations in (8) is solved using the Levinson-Durbin algorithm. This algorithm uses the following recursion:

```
E(0) = r'(0)
for i = 1 to 10
   a_0^(i-1) = 1
   k_i = -[ Σ_{j=0}^{i-1} a_j^(i-1) r'(i-j) ] / E(i-1)
   a_i^(i) = k_i
   for j = 1 to i-1
      a_j^(i) = a_j^(i-1) + k_i a_{i-j}^(i-1)
   end
   E(i) = (1 - k_i^2) E(i-1),
   if E(i) < 0 then E(i) = 0.01
end
```

The final solution is given as $a_j = a_j^{(10)}$, $j = 1, \ldots, 10$.

II.3.2.3 LP to LSP Conversion

The LP filter coefficients $a_i$, $i = 1, \ldots, 10$ are converted to the line spectral pair (LSP) representation for quantization and interpolation purposes. For a 10th order LP filter, the LSP coefficients are defined as the roots of the sum and difference polynomials

$$F'_1(z) = A(z) + z^{-11} A(z^{-1}), \qquad (9)$$

and

$$F'_2(z) = A(z) - z^{-11} A(z^{-1}), \qquad (10)$$

respectively. The polynomial $F'_1(z)$ is symmetric, and $F'_2(z)$ is antisymmetric. It can be proven that all roots of these polynomials are on the unit circle and they alternate each other. $F'_1(z)$ has a root $z = -1$ ($w = \pi$) and $F'_2(z)$ has a root $z = 1$ ($w = 0$). To eliminate these two roots, we define the new polynomials

$$F_1(z) = F'_1(z)/(1 + z^{-1}), \qquad (11)$$

and

$$F_2(z) = F'_2(z)/(1 - z^{-1}). \qquad (12)$$

Each polynomial has 5 conjugate roots on the unit circle ($e^{\pm j w_i}$), therefore, the polynomials can be written as

$$F_1(z) = \prod_{i=1,3,\ldots,9} (1 - 2q_i z^{-1} + z^{-2}) \qquad (13)$$

**14**

-continued

and

$$F_2(z) = \prod_{i=2,4,\ldots,10} (1 - 2q_i z^{-1} + z^{-2}), \qquad (14)$$

where $q_i = \cos(w_i)$ with $w_i$ being the line spectral frequencies (LSF) and they satisfy the ordering property $0 < w_1 < w_2 < \ldots < w_{10} < \pi$. We refer to $q_i$ as the LSP coefficients in the cosine domain.

Since both polynomials $F_1(z)$ and $F_2(z)$ are symmetric only the first 5 coefficients of each polynomial need to be computed. The coefficients of these polynomials are found by the recursive relations

$$f_1(i+1) = a_{i+1} + a_{10-i} - f_1(i), \, i = 0, \ldots, 4,$$

$$f_2(i+1) = a_{i+1} - a_{10-i} + f_2(i), \, i = 0, \ldots, 4, \qquad (15)$$

where $f_1(0) = f_2(0) = 1.0$. The LSP coefficients are found by evaluating the polynomials $F_1(z)$ and $F_2(z)$ at 60 points equally spaced between 0 and $\pi$ and checking for sign changes. A sign change signifies the existence of a root and the sign change interval is then divided 4 times to better track the root. The Chebyshev polynomials are used to evaluate $F_1(z)$ and $F_2(z)$. In this method the roots are found directly in the cosine domain $\{q_i\}$. The polynomials $F_1(z)$ or $F_2(z)$, evaluated at $z = e^{jw}$, can be written as

$$F(w) = 2e^{-j5w} C(x), \qquad (16)$$

with

$$C(x) = T_5(x) + f(1) T_4(x) + f(2) T_3(x) + f(3) T_2(x) + f(4) T_1(x) + f(5)/2, \qquad (17)$$

where $T_m(x) = \cos(mw)$ is the $m$th order Chebyshev polynomial, and $f(i)$, $i = 1, \ldots, 5$, are the coefficients of either $F_1(z)$ or $F_2(z)$, computed using the equations in (15). The polynomial $C(x)$ is evaluated at a certain value of $x = \cos(w)$ using the recursive relation:

```
for k = 4 downto 1
   b_k = 2xb_{k+1} - b_{k+2} + f(5 - k)
end
C(x) = xb_1 - b_2 + f(5)/2
```

with initial values $b_5 = 1$ and $b_6 = 0$.

II.3.2.4 Quantization of the LSP Coefficients

The LP filter coefficients are quantized using the LSP representation in the frequency domain; that is

$$w_i = \arccos(q_i), \, i = 1, \ldots, 10, \qquad (18)$$

where $w_i$ are the line spectral frequencies (LSF) in the normalized frequency domain $[0, \pi]$. A switched 4th order MA prediction is used to predict the current set of LSF coefficients. The difference between the computed and predicted set of coefficients is quantized using a two-stage vector quantizer. The first stage is a 10-dimensional VQ using codebook L1 with 128 entries (7 bits). The second stage is a 10 bit VQ which has been implemented as a split VQ using two 5-dimensional codebooks, L2 and L3 containing 32 entries (5 bits) each.

To explain the quantization process, it is convenient to first describe the decoding process. Each coefficient is obtained from the sum of 2 codebooks:

5,664,055

15

$$l_i = \begin{cases} L1(L1) + L2(L2) & i = 1, \ldots, 5, \\ L1(L1) + L3_{(i-5)}(L3) & i = 6, \ldots, 10. \end{cases} \quad (19)$$

where L1, L2, and L3 are the codebook indices. To avoid sharp resonances in the quantized LP synthesis filters, the coefficients $l_i$ are arranged such that adjacent coefficients have a minimum distance of J. The rearrangement routine is shown below:

```
for i = 2, . . . 10
   if(l_{i-1} > l_i − J)
      l_{i-1} = (l_i + l_{i-1} − J)/2
      l_i = (l_i + l_{i-1} + J)/2
   end
end
```

This rearrangement process is executed twice. First with a value of J=0.0001, then with a value of J=0.000095.

After this rearrangement process, the quantized LSF coefficients $\hat{w}_i^{(m)}$ for the current frame n, are obtained from the weighted sum of previous quantizer outputs $l^{(m-k)}$, and the current quantizer output $l^{(m)}$

$$\hat{\omega}_i^{(m)} = \left(1 - \sum_{k=1}^{4} m_i^k\right) l_i^{(m)} + \sum_{k=1}^{4} m_i^k l_i^{(m-k)}, \; i = 1, \ldots, 10, \quad (20)$$

where $m_i^k$ are the coefficients of the switched MA predictor. Which MA predictor to use is defined by a separate bit L0. At startup the initial values of $l_i^{(k)}$ are given by $l_i = i\pi/11$ for all k <0.

After computing $\hat{w}_i$, the corresponding filter is checked for stability. This is done as follows:
1. Order the coefficient $\hat{w}_i$ in increasing value.
2. If $\hat{w}_1 < 0.005$ then $\hat{w}_1 = 0.005$.
3. If $\hat{w}_{i+1} - \hat{w}_i < 0.0001$, then $\hat{w}_{i+1} = \hat{w}_i + 0.0001$ i=1, . . . , 9.
4. If $\hat{w}_{10} > 3.135$ then $\hat{w}_{10} = 3.135$.

The procedure for encoding the LSF parameters can be outlined as follows. For each of the two MA predictors the best approximation to the current LSF vector has to be found. The best approximation is defined as the one that minimizes a weighted mean-squared error

$$E_{LPC} = \sum_{i=1}^{10} \omega_i (\omega_i - \omega_i)^2. \quad (21)$$

The weights $w_i$ are made adaptive as a function of the unquantized LSF coefficients.

$$w_1 = \begin{cases} 1.0 & \text{if } \omega_2 - 0.04\pi - 1 > 0, \\ 10\,(\omega_2 - 0.04\pi - 1)^2 + 1 & \text{otherwise} \end{cases} \quad (22)$$

$$w_i \; 2 \leq i \leq 9 = \begin{cases} 1.0 & \text{if } \omega_{i+1} - \omega_{i-1} - 1 > 0, \\ 10\,(\omega_{i+1} - \omega_{i-1} - 1)^2 + 1 & \text{otherwise} \end{cases}$$

$$w_{10} = \begin{cases} 1.0 & \text{if } -\omega_9 + 0.92\pi - 1 > 0, \\ 10\,(-\omega_9 + 0.92\pi - 1)^2 + 1 & \text{otherwise} \end{cases}$$

In addition, the weights $w_5$ and $w_6$ are multiplied by 1.2 each.

The vector to be quantized for the current frame is obtained from

$$l_i^n = \left[ \hat{\omega}_i^{(m)} - \sum_{k=1}^{4} m_i^k l_i^{(m-k)} \right] / \left(1 - \sum_{k=1}^{4} m_i^k\right), \; i = 1, \ldots, 10. \quad (23)$$

The first codebook L1 is searched and the entry L1 that minimizes the (unweighted) mean-squared error is selected. This is followed by a search of the second codebook L2,

16

which defines the lower part of the second stage. For each possible candidate, the partial vector $\hat{w}_i$, i=1, . . . . 5 is reconstructed using Eq. (20), and rearranged to guarantee a minimum distance of 0.0001. The vector with index L2 which after addition to the first stage candidate and rearranging, approximates the lower part of the corresponding target best in the weighted MSE sense is selected. Using the selected first stage vector L1 and the lower part of the second stage (L2), the higher part of the second stage is searched from codebook L3. Again the rearrangement procedure is used to guarantee a minimum distance of 0.0001. The vector L3 that minimizes the overall weighted MSE is selected.

This process is done for each of the two MA predictors defined by L0, and the MA predictor L0 that produces the lowest weighted MSE is selected.

### II.3.2.5 Interpolation of the LSP Coefficients

The quantized (and unquantized) LP coefficients are used for the second subframe. For the first subframe, the quantized (and unquantized) LP coefficients are obtained from linear interpolation of the corresponding parameters in the adjacent subframes. The interpolation is done on the LSP coefficients in the q domain. Let $q_i^{(m)}$ be the LSP coefficients at the 2nd subframe of frame m, and $q_i^{(m-1)}$ the LSP coefficients at the 2nd subframe of the past frame (m−1). The (unquantized) interpolated LSP coefficients in each of the 2 subframes are given by

$$\text{Subframe 1:} \quad q1_i = 0.5q_i^{(m-1)} + 0.5q_i^{(m)}, \quad i = 1, \ldots, 10, \quad (24)$$

$$\text{Subframe 2:} \quad q2_i = q_i^{(m)} \quad i = 1, \ldots, 10.$$

The same interpolation procedure is used for the interpolation of the quantized LSP coefficients by substituting $q_i$ by $\hat{q}_i$ in Eq. (24).

### II.3.2.6 LSP to LP Conversion

Once the LSP coefficients are quantized and interpolated they are converted back to LP coefficients $\{a_i\}$. The conversion to the LP domain is done as follows. The coefficients of $F_1(z)$ and $F_2(z)$ are found by expanding Eqs. (13) and (14) knowing the quantized and interpolated LSP coefficients. The following recursive relation is used to compute $f_1(i)$, i=1, . . . 5, from $q_i$

```
for i = 1 to 5
   f_1(i) = −2q_{2i-1}f_1(i−1) + 2f_1(i − 2)
   for j = i − 1 downto 1
      f_1(j) = f_1(j) − 2q_{2i-1}f_1(j−1) + f_1(j − 2)
   end
end
```

with initial values $f_1(0)=1$ and $f_1(−1)=0$. The coefficients $f_2(i)$ are computed similarly by replacing $q_{2i-1}$ by $q_{2i}$.

Once the coefficients $f_1(i)$ and $f_2(i)$ are found, $F_1(z)$ and $F_2(z)$ are multiplied by $1+z^{-1}$ and $1−z^{-1}$ respectively, to obtain $F'_1(z)$ and $F'_2(z)$; that is

$$f'_1(i) = f_1(i) + f_1(i−1), \; i = 1, \ldots, 5,$$
$$f'_2(i) = f_2(i) − f_2(i−1), \; i = 1, \ldots, 5. \quad (25)$$

Finally the LP coefficients are found by

$$a_i = \begin{cases} 0.5f'_1(i) + 0.5f'_2(i), & i = 1, \ldots, 5, \\ 0.5f'_1(i − 5) − 0.5f'_2(i − 5), & i = 6, \ldots, 10. \end{cases} \quad (26)$$

This is directly derived from the relation $A(z)=(F'_1(z)+F'_2(z))/2$; and because $F'_1(z)$ and $F'_2(z)$ are symmetric and antisymmetric polynomials, respectively.

### II.3.3 Perceptual Weighting

The perceptual weighting filter is based on the unquantized LP filter coefficients and is given by

5,664,055

17

$$W(z) = \frac{A(z/\gamma_1)}{A(z/\gamma_2)} = \frac{1 + \sum_{i=1}^{10} \gamma_1^i a_i z^{-i}}{1 + \sum_{i=1}^{10} \gamma_2^i a_i z^{-i}}, \qquad (27)$$

The values of $\gamma_1$ and $\gamma_2$ determine the frequency response of the filter $W(z)$. By proper adjustment of these variables it is possible to make the weighting more effective. This is accomplished by making $\gamma_1$ and $\gamma_2$ a function of the spectral shape of the input signal. This adaptation is done once per 10 ms frame, but an interpolation procedure for each first subframe is used to smooth the adaptation process. The spectral shape is obtained from a 2nd-order linear prediction filter, obtained as a by product from the Levinson-Durbin recursion (Subsection II.3.2.2). The reflection coefficients $k_i$, are converted to Log Area Ratio (LAR) coefficients $o_i$ by

$$o_i = \log \frac{(1.0 + k_i)}{(1.0 - k_i)} \qquad i = 1,2. \qquad (28)$$

These LAR coefficients are used for the second subframe. The LAR coefficients for the first subframe are obtained through linear interpolation with the LAR parameters from the previous frame, and are given by:

Subframe 1: $o1_i = 0.5o_i^{(m-1)} + 0.5o_i^{(m)}, \qquad i = 1, \ldots, 2,$ \qquad (29)

Subframe 2: $o2_i = o_i^{(m)}, \qquad i = 1, \ldots, 2.$

The spectral envelope is characterized as being either flat (flat=1) or tilted (flat=0). For each subframe this characterization is obtained by applying a threshold function to the LAR coefficients. To avoid rapid changes, a hysteresis is used by taking into account the value of flat in the previous subframe (m−1),

$$\text{flat}^{(m)} = \begin{cases} 0 & \text{if } o_1 < -1.74 \text{ and } o_2 > 0.65 \text{ and flat}^{(m-1)} = 1, \\ 1 & \text{if } o_1 > -1.52 \text{ and } o_2 < 0.43 \text{ and flat}^{(m-1)} = 0, \\ \text{flat}^{(m-1)} & \text{otherwise.} \end{cases} \qquad (30)$$

If the interpolated spectrum for a subframe is classified as flat (flat$^{(m)}$=1), the weight factors are set to $\gamma_1$=0.94 and $\gamma_2$=0.6. If the spectrum is classified as tilted (flat$^{(m)}$=0), the value of $\gamma_1$, is set to 0.98, and the value of $\gamma_2$ is adapted to the strength of the resonances in the LP synthesis filter, but is bounded between 0.4 and 0.7. If a strong resonance is present, the value of $\gamma_2$ is set closer to the upperbound. This adaptation is achieved by a criterion based on the minimum distance between 2 successive LSP coefficients for the current subframe. The minimum distance is given by

$$d_{min} = \min|w_{i+1} - w_i| i = 1, \ldots, 9. \qquad (31)$$

The following linear relation is used to compute $\gamma_2$:

$$\gamma_2 = -6.0 \cdot d_{min} + 1.0, \text{ and } 0.4 \leq \gamma_2 \leq 0.7 \qquad (32)$$

The weighted speech signal in a subframe is given by

$$sw(n) = s(n) + \sum_{i=1}^{10} o_i \gamma_1^i s(n-i) - \sum_{i=1}^{10} o_i \gamma_2^i sw(n-i), n = 0, \ldots, 39. \qquad (33)$$

The weighted speech signal $sw(n)$ is used to find an estimation of the pitch delay in the speech frame.

II.3.4 Open-Loop Pitch Analysis

To reduce the complexity of the search for the best adaptive codebook delay, the search range is limited around a candidate delay $T_{op}$, obtained from an open-loop pitch analysis.

18

This open-loop pitch analysis is done once per frame (10 ms). The open-loop pitch estimation uses the weighted speech signal sw(n) of Eq. (33), and is done as follows: In the first step, 3 maxima of the correlation

$$R(k) = \sum_{n=0}^{79} sw(n) sw(n-k) \qquad (34)$$

are found in the following three ranges

$i = 1: \quad 80, \ldots, 143,$

$i = 2: \quad 40, \ldots, 79,$

$i = 3: \quad 20, \ldots, 39.$

The retained maxima $R(t_i)$, $i=1, \ldots 3$, are normalized through

$$R(t_i) = \frac{R(t_i)}{\sqrt{\sum_n sw^2(n-t_i)}}, i = 1, \ldots, 3. \qquad (35)$$

The winner among the three normalized correlations is selected by favoring the delays with the values in the lower range. This is done by weighting the normalized correlations corresponding to the longer delays. The best open-loop delay $T_{op}$ is determined as follows:

```
T_op = t_1
R(T_op) = R(t_1)
if R(t_2) ≧ 0.85 R(T_op)
    R(T_op) = R(t_2)
    T_op = t_2
end
if R(t_3) ≧ 0.85 R(T_op)
    R(T_op) = R(t_3)
    T_op = t_3
end
```

This procedure of dividing the delay range into 3 sections and favoring the lower sections is used to avoid choosing pitch multiples.

II.3.5 Computation of the Impulse Response

The impulse response, h(n), of the weighted synthesis filter $W(z)/\hat{A}(z)$ is computed for each subframe. This impulse response is needed for the search of adaptive and fixed codebooks. The impulse response h(n) is computed by filtering the vector of coefficients of the filter $A(z/\gamma_1)$ extended by zeros through the two filters $1/\hat{A}(z)$ and $1/A(z/\gamma_2)$.

II.3.6 Computation of the Target Signal

The target signal x(n) for the adaptive codebook search is usually computed by subtracting the zero-input response of the weighted synthesis filter $W(z)/\hat{A}(z) = A(z/\gamma_1)/[\hat{A}(z)A(z/\gamma_2)]$ from the weighted speech signal sw(n) of Eq. (33). This is done on a subframe basis.

An equivalent procedure for computing the target signal, which is used in this Recommendation, is the filtering of the LP residual signal r(n) through the combination of synthesis filter $1/\hat{A}(z)$ and the weighting filter $A(z/\gamma_1)/A(z/\gamma_2)$. After determining the excitation for the subframe, the initial states of these filters are updated by filtering the difference between the LP residual and excitation. The memory update of these filters is explained in Subsection II.3.10.

The residual signal r(n), which is needed for finding the target vector is also used in the adaptive codebook search to extend the past excitation buffer. This simplifies the adaptive codebook search procedure for delays less than the subframe size of 40 as will be explained in the next section. The LP residual is given by

5,664,055

**19**

$$r(n) = x(n) + \sum_{i=1}^{10} \hat{a}_i x(n-i), n = 0, \ldots, 39. \qquad (36)$$

**II.3.7 Adaptive-Codebook Search**

The adaptive-codebook parameters (or pitch parameters) are the delay and gain. In the adaptive codebook approach for implementing the pitch filter, the excitation is repeated for delays less than the subframe length. In the search stage, the excitation is extended by the LP residual to simplify the closed-loop search. The adaptive-codebook search is done every (5 ms) subframe. In the first subframe, a fractional pitch delay $T_1$ is used with a resolution of ⅓ in the range [19½, 84⅔] and integers only in the range [85, 143]. For the second subframe, a delay $T_2$ with a resolution of ⅓ is always used in the range [(int)$T_1$−5⅔, (int)$T_1$+4⅔], where (int)$T_1$ is the nearest integer to the fractional pitch delay $T_1$ of the first subframe. This range is adapted for the cases where $T_1$ straddles the boundaries of the delay range.

For each subframe the optimal delay is determined using closed-loop analysis that minimizes the weighted mean-squared error. In the first subframe the delay $T_1$ is found by searching a small range (6 samples) of delay values around the open-loop delay $T_{op}$ (see Subsection II.3.4). The search boundaries $t_{min}$ and $t_{max}$ are defined by

$$t_{min} = T_{op} - 3$$
$$\text{if } t_{min} < 20 \text{ then } t_{min} = 20$$
$$t_{max} = t_{min} + 6$$
$$\text{if } t_{max} > 143 \text{ then}$$
$$\quad t_{max} = 143$$
$$\quad t_{min} = t_{max} - 6$$
$$\text{end}$$

For the second subframe, closed-loop pitch analysis is done around the pitch selected in the first subframe to find the optimal delay $T_2$. The search boundaries are between $t_{min}$−⅔ and $t_{max}$+⅔, where $t_{min}$ and $t_{max}$ are derived from $T_1$ as follows:

$$t_{min} = (\text{int})T_1 - 5$$
$$\text{if } t_{min} < 20 \text{ then } t_{min} = 20$$
$$t_{max} = t_{min} + 9$$
$$\text{if } t_{max} > 143 \text{ then}$$
$$\quad t_{max} = 143$$
$$\quad t_{min} = t_{max} - 9$$
$$\text{end}$$

The closed-loop pitch search minimizes the mean-squared weighted error between the original and synthesized speech. This is achieved by maximizing the term

$$R(k) = \frac{\sum_{n=0}^{39} x(n) y_k(n)}{\sqrt{\sum_{n=0}^{39} y_k(n) y_k(n)}}, \qquad (37)$$

where $x(n)$ is the target signal and $y_k(n)$ is the past filtered excitation at delay k (past excitation convolved with h(n)). Note that the search range is limited around a preselected value, which is the open-loop pitch $T_{op}$ for the first subframe, and $T_1$ for the second subframe.

The convolution $y_k(n)$ is computed for the delay $t_{min}$, and for the other integer delays in the search range k=$t_{min}$+1, . . . ,$t_{max}$, it is updated using the recursive relation

$$y_k(n) = y_{k-1}(n-1) + u(-k) h(n), n = 39, \ldots, 0, \qquad (38)$$

where u(n), n=−143, . . . , 39, is the excitation buffer, and $y_{k-1}(-1)=0$. Note that in the search stage, the samples u(n), n=0, . . . , 39 are not known, and they are needed for pitch

**20**

delays less than 40. To simplify the search, the LP residual is copied to u(n) to make the relation in Eq. (38) valid for all delays.

For the determination of $T_2$, and $T_1$ if the optimum integer closed-loop delay is less than 84, the fractions around the optimum integer delay have to be tested. The fractional pitch search is done by interpolating the normalized correlation in Eq. (37) and searching for its maximum. The interpolation is done using a FIR filter $b_{12}$ based on a Hamming windowed sine function with the sine truncated at ±11 and padded with zeros at ±12 ($b_{12}(12)=0$). The filter has its cut-off frequency (3 dB) at 3600 Hz in the oversampled domain. The interpolated values of R(k) for the fractions −⅔, −⅓, 0, ⅓, and ⅔ are obtained using the interpolation formula

$$R(k)_t = \sum_{i=0}^{3} R(k-i) b_{12}(t+i \cdot 3) + \sum_{i=0}^{3} R(k+1+i) b_{12}(3-t+i \cdot 3), \qquad (39)$$

$$t = 0, 1, 2,$$

where t=0, 1, 2 corresponds to the fractions 0, ⅓, and ⅔, respectively. Note that it is necessary to compute correlation terms in Eq. (37) using a range $t_{min}$−4, $t_{max}$+4, to allow for the proper interpolation.

**II.3.7.1 Generation of the Adaptive Codebook Vector**

Once the noninteger pitch delay has been determined, the adaptive codebook vector v(n) is computed by interpolating the past excitation signal u(n) at the given integer delay k and fraction t

$$v(n) = \sum_{i=0}^{9} u(n-k+i) b_{30}(t+i \cdot 3) + \sum_{i=0}^{9} u(n-k+1+i) b_{30}(3-t+i \cdot 3), n = 0, \ldots, 39, t = 0, 1, 2. \qquad (40)$$

The interpolation filter $b_{30}$ is based on a Hamming windowed sine functions with the sine truncated at ±29 and padded with zeros at ±30 ($b_{30}(30)=0$). The filters has a cut-off frequency (−3 dB) at 3600 Hz in the oversampled domain.

**II.3.7.2 Codeword Computation for Adaptive Codebook Delays**

The pitch delay $T_1$ is encoded with 8 bits in the first subframe and the relative delay in the second subframe is encoded with 5 bits. A fractional delay T is represented by its integer part (int)T, and a fractional part frac/3, frac=−1, 0,1. The pitch index P1 is now encoded as

$$P1 = \qquad (41)$$

$$\begin{cases} ((\text{int})T_1 - 19)^*3 + \text{frac} - 1, & \text{if } T_1 = [19, \ldots, 85], \text{frac} = [-1, 0, 1] \\ ((\text{int})T_1 - 85) + 197, & \text{if } T_1 = [86, \ldots, 143], \text{frac} = 0 \end{cases}$$

The value of the pitch delay $T_2$ is encoded relative to the value of $T_1$. Using the same interpretation as before, the fractional delay $T_2$ represented by its integer part (int)$T_2$, and a fractional part frac/3, frac=−1,0,1, is encoded as

$$P2 = ((\text{int})T_2 - t_{min})^*3 + \text{frac} + 2 \qquad (42)$$

where $t_{min}$ is derived from $T_1$ as before.

To make the coder more robust against random bit errors, a parity bit P0 is computed on the delay index of the first subframe. The parity bit is generated through an XOR operation on the 6 most significant bits of P1. At the decoder this parity bit is recomputed and if the recomputed value

5,664,055

<div style="column: left">

21

does not agree with the transmitted value, an error conceal-ment procedure is applied.

II.3.7.3 Computation of the Adaptive-Codebook Gain
Once the adaptive-codebook delay is determined, the adaptive-codebook gain $g_p$ is computed as

$$g_p = \frac{\sum_{n=0}^{39} x(n)y(n)}{\sum_{n=0}^{39} y(n)y(n)}, \text{ bounded by } 0 \leq g_p \leq 1.2, \quad (43)$$

where $y(n)$ is the filtered adaptive codebook vector (zero-state response of $W(z)/\hat{A}(z)$ to $v(n)$). This vector is obtained by convolving $v(n)$ with $h(n)$.

$$y(n) = \sum_{i=0}^{n} v(i)h(n-i) \, n = 0, \ldots, 39. \quad (44)$$

Note that by maximizing the term in Eq. (37) in most cases $g_p > 0$. In case the signal contains only negative correlations, the value of $g_p$ is set to 0.

II.3.8 Fixed Codebook: Structure and Search
The fixed codebook is based on an algebraic codebook structure using an interleaved single-pulse permutation (ISPP) design. In this codebook, each codebook vector contains 4 non-zero pulses. Each pulse can have either the amplitudes +1 or −1, and can assume the positions given in Table 7.

The codebook vector $c(n)$ is constructed by taking a zero vector, and putting the 4 unit pulses at the found locations, multiplied with their corresponding sign.

$$c(n) = a_0\delta(n-m_0) + a_1\delta(n-m_1) + a_2\delta(n-m_2) + a_3\delta(n-m_3), \, n = 0, \ldots, 39. \quad (45)$$

where $\delta(0)$ is a unit pulse. A special feature incorporated in the codebook is that the selected codebook vector is filtered through an adaptive pre-filter $P(z)$ which enhances harmonic components to improve the synthesized speech quality. Here the filter

$$P(z) = 1/(1 - \beta z^{-T}) \quad (46)$$

## TABLE 7

### Structure of fixed codebook $C$.

| Pulse | Sign | Positions |
|-------|------|-----------|
| i0 | s0 | 0, 5, 10, 15, 20, 25, 30, 35 |
| i1 | s1 | 1, 6, 11, 16, 21, 26, 31, 36 |
| i2 | s2 | 2, 7, 12, 17, 22, 27, 32, 37 |
| i3 | s3 | 3, 8, 13, 18, 23, 28, 33, 38 |
|    |    | 4, 9, 14, 19, 24, 29, 34, 39 |

is used, where $T$ is the integer component of the pitch delay of the current subframe, and $\beta$ is a pitch gain. The value of $\beta$ is made adaptive by using the quantized adaptive code-book gain from the previous subframe bounded by 0.2 and 0.8.

$$\beta = g_p^{(m-1)}, \, 0.2 \leq \beta \leq 0.8. \quad (47)$$

This filter enhances the harmonic structure for delays less than the subframe size of 40. This modification is incorpo-rated in the fixed codebook search by modifying the impulse response $h(n)$, according to

$$h(n) = h(n) + \beta h(n-T), \, n = T, \ldots, 39. \quad (48)$$

II.3.8.1 Fixed-Codebook Search Procedure
The fixed codebook is searched by minimizing the mean-squared error between the weighted input speech $sw(n)$ of

</div>

<div style="column: right">

22

Eq. (33). and the weighted reconstructed speech. The target signal used in the closed-loop search is updated by subtracting the adaptive codebook contribution. That is

$$x_2(n) = x(n) - g_p y(n), \, n = 0, \ldots, 39. \quad (49)$$

where $y(n)$ is the filtered adaptive codebook vector of Eq. (44).

The matrix $H$ is defined as the lower triangular Toepliz convolution matrix with diagonal $h(0)$ and lower diagonals $h(1), \ldots, h(39)$. If $c_k$ is the algebraic codevector at index k. then the codebook is searched by maximizing the term

$$\frac{C_k^2}{E_k} = \frac{\left(\sum_{n=0}^{39} d(n)c_k(n)\right)^2}{c_k^t \Phi c_k}, \quad (50)$$

where $d(n)$ is the correlation between the target signal $x_2(n)$ and the impulse response $h(n)$, and $\Phi = H^t H$ is the matrix of correlations of $h(n)$. The signal $d(n)$ and the matrix $\Phi$ are computed before the codebook search. The elements of $d(n)$ are computed from

$$d(n) = \sum_{i=n}^{39} x(i)h(i-n), \, n = 0, \ldots, 39, \quad (51)$$

and the elements of the symmetric matrix $\Phi$ are computed by

$$\phi(i,j) = \sum_{n=j}^{39} h(n-i)h(n-j), \, (j \geq i), \quad (52)$$

Note that only the elements actually needed are computed and an efficient storage procedure has been designed to speed up the search procedure.

The algebraic structure of the codebook $C$ allows for a fast search procedure since the codebook vector $c_k$ contains only four nonzero pulses. The correlation in the numerator of Eq. (50) for a given vector $c_k$ is given by

$$C = \sum_{i=0}^{3} a_i d(m_i), \quad (53)$$

where $m_i$ is the position of the ith pulse and $a_i$ is its amplitude. The energy in the denominator of Eq. (50) is given by

$$E = \sum_{i=0}^{3} \phi(m_i, m_i) + 2 \sum_{i=0}^{2} \sum_{j=i+1}^{3} a_i a_j \phi(m_i, m_j). \quad (54)$$

To simplify the search procedure, the pulse amplitudes are predetermined by quantizing the signal $d(n)$. This is done by setting the amplitude of a pulse at a certain position equal to the sign of $d(n)$ at that position. Before the codebook search, the following steps are done. First, the signal $d(n)$ is decom-posed into two signals: the absolute signal $d'(n) = |d(n)|$ and the sign signal $sign[d(n)]$. Second, the matrix $\Phi$ is modified by including the sign information; that is.

$$\phi'(i,j) = sign[d(i)] sign[d(j)] \phi(i,j), \, i=0, \ldots, 39, j=i, \ldots, 39. \quad (55)$$

To remove the factor 2 in Eq. (54)

$$\phi'(i,i) = 0.5\phi(i,i), \, i=0, \ldots, 39. \quad (56)$$

The correlation in Eq. (53) is now given by

$$C = d'(m_0) + d'(m_1) + d'(m_2) + d'(m_3), \quad (57)$$

</div>

5,664,055

## 23

and the energy in Eq. (54) is given by

$$E = \phi'(m_0, m_0) + \tag{58}$$
$$\phi'(m_1, m_1) + \phi'(m_0, m_1) +$$
$$\phi'(m_2, m_2) + \phi'(m_0, m_2) + \phi'(m_1, m_2) +$$
$$\phi'(m_3, m_3) + \phi'(m_0, m_3) + \phi'(m_1, m_3) + \phi'(m_2, m_3).$$

A focused search approach is used to further simplify the search procedure. In this approach a precomputed threshold is tested before entering the last loop, and the loop is entered only if this threshold is exceeded. The maximum number of times the loop can be entered is fixed so that a low percentage of the codebook is searched. The threshold is computed based on the correlation C, the maximum absolute correlation and the average correlation due to the contribution of the first three pulses, $\max_3$ and $av_3$, are found before the codebook search. The threshold is given by

$$thr_3 = av_3 + K_3(max_3 - av_3). \tag{59}$$

The fourth loop is entered only if the absolute correlation (due to three pulses) exceeds $thr_3$, where $0 \leq K_3 < 1$. The value of $K_3$ controls the percentage of codebook search and it is set here to 0.4. Note that this results in a variable search time, and to further control the search the number of times the last loop is entered (for the 2 subframes) cannot exceed a certain maximum, which is set here to 180 (the average worst case per subframe is 90 times).

### II.3.8.2 Codeword Computation of the Fixed Codebook

The pulse positions of the pulses i0, i1, and i2, are encoded with 3 bits each, while the position of i3 is encoded with 4 bits. Each pulse amplitude is encoded with 1 bit. This gives a total of 17 bits for the 4 pulses. By defining s=1 if the sign is positive and s=0 is the sign is negative, the sign codeword is obtained from

$$S = s_0 + 2 * s_1 + 4 * s_2 + 8 * s_3 \tag{60}$$

and the fixed codebook codeword is obtained from

$$C = (i0/5) + 8 * (i1/5) + 64 * (i2/5) + 512 * (2 * (i3/5) + jx) \tag{61}$$

where $jx=0$ if $i3=3,8,\ldots$, and $jx=1$ if $i3=4,9,\ldots$

### II.3.9 Quantization of the Gains

The adaptive-codebook gain (pitch gain) and the fixed (algebraic) codebook gain are vector quantized using 7 bits. The gain codebook search is done by minimizing the mean-squared weighted error between original and reconstructed speech which is given by

$$E = x^t x + g_p^2 y^t y + g_c^2 z^t z - 2 g_p x^t y - 2 g_c x^t z + 2 g_p g_c y^t z \tag{62}$$

where x is the target vector (see Subsection II.3.6), y is the filtered adaptive codebook vector of Eq. (44), and z is the fixed codebook vector convolved with h(n).

$$z(n) = \sum_{i=0}^{n} c(i) h(n-i) \quad n = 0, \ldots, 39. \tag{63}$$

### II.3.9.1 Gain Prediction

The fixed codebook gain $g_c$ can be expressed as

$$g_c = \gamma' g'_c \tag{64}$$

where $g'_c$ a predicted gain based on previous fixed codebook energies, and $\gamma$ is a correction factor.

The mean energy of the fixed codebook contribution is given by

## 24

$$E = 10 \log \left( \frac{1}{40} \sum_{i=0}^{39} c_i^2 \right). \tag{65}$$

After scaling the vector $c_i$ with the fixed codebook gain $g_c$, the energy of the scaled fixed codebook is given by $20 \log g_c + E$. Let $E^{(m)}$ be the mean-removed energy (in dB) of the (scaled) fixed codebook contribution at subframe m, given by

$$E^{(m)} = 20 \log g_c + E - \bar{E}, \tag{66}$$

where $\bar{E} = 30$ dB is the mean energy of the fixed codebook excitation. The $g_c$ can be expressed as a function of $E^{(m)}$, E, and $\bar{E}$ by

$$g_c = 10^{(E^{(m)} + \bar{E} - E)/20}. \tag{67}$$

The predicted gain $g'_c$ is found by predicting the log-energy of the current fixed codebook contribution from the log-energy of previous fixed codebook contributions. The 4th order MA prediction is done as follows. The predicted energy is given by

$$\tilde{E}^{(m)} = \sum_{i=1}^{4} b_i \hat{R}^{(m-i)}, \tag{68}$$

where $[b_1 \; b_2 \; b_3 \; b_4] = [0.68 \; 0.58 \; 0.34 \; 0.19]$ are the MA prediction coefficients, and $\hat{R}^{(m)}$ is the quantized version of the prediction error $R^{(m)}$ at subframe m, defined by

$$R^{(m)} = E^{(m)} - \tilde{E}^{(m)}. \tag{69}$$

The predicted gain $g'_c$ is found by replacing $E^{(m)}$ by its predicted value in Eq (67).

$$g'_c = 10^{(\tilde{E}^{(m)} + \bar{E} - E)/20}. \tag{70}$$

The correction factor $\gamma$ is related to the gain-prediction error by

$$R^{(m)} = E^{(m)} - \tilde{E}^{(m)} = 20 \log (\gamma). \tag{71}$$

### II.3.9.2 Codebook Search for Gain Quantization

The adaptive-codebook gain, $g_p$, and the factor $\gamma$ are vector quantized using a 2-stage conjugate structured codebook. The first stage consists of a 3 bit two-dimensional codebook GA, and the second stage consists of a 4 bit two-dimensional codebook GB. The first element in each codebook represents the quantized adaptive codebook gain $\hat{g}_p$, and the second element represents the quantized fixed codebook gain correction factor $\hat{\gamma}$. Given codebook indices m and n for GA and GB, respectively, the quantized adaptive-codebook gain is given by

$$\hat{g}_p = GA_1(m) + GB_1(n) \tag{72}$$

and the quantized fixed-codebook gain by

$$\hat{g}_c = g'_c \hat{\gamma} = g'_c (GA_2(m) + GB_2(n)). \tag{73}$$

This conjugate structure simplifies the codebook search, by applying a pre-selection process. The optimum pitch gain $g_p$, and fixed-codebook gain, $g_c$, are derived from Eq. (62), and are used for the pre-selection. The codebook GA contains 8 entries in which the second element (corresponding to $g_c$) has in general larger values than the first element (corresponding to $g_p$). This bias alloyes a pre-selection using the value of $g_c$. In this pre-selection process, a cluster of 4 vectors whose second element are close to $gx_c$, where $gx_c$ is derived from $g_c$ and $g_p$. Similarly, the codebook GB contains

5,664,055

25

16 entries in which have a bias towards the first element (corresponding to $g_p$). A cluster of 8 vectors whose first elements are close to $g_p$ are selected. Hence for each codebook the best 50% candidate vectors are selected. This is followed by an exhaustive search over the remaining 4*8=32 possibilities, such that the combination of the two indices minimizes the weighted mean-squared error of Eq. (62).

II.3.9.3 Codeword Computation for Gain Quantizer

The codewords GA and GB for the gain quantizer are obtained from the indices corresponding to the best choice. To reduce the impact of single bit errors the codebook indices are mapped.

II.3.10 Memory Update

An update of the states of the synthesis and weighting filters is needed to compute the target signal in the next subframe. After the two gains are quantized, the excitation signal, u(n), in the present subframe is found by

$$u(n) = \hat{g}_p v(n) + \hat{g}_c c(n), \quad n = 0, \ldots, 39, \qquad (74)$$

where $\hat{g}_p$ and $\hat{g}_c$ are the quantized adaptive and fixed codebook gains, respectively, v(n) the adaptive codebook vector (interpolated past excitation), and c(n) is the fixed codebook vector (algebraic codevector including pitch sharpening). The states of the filters can be updated by filtering the signal r(n)—u(n) (difference between residual and excitation) through the filters 1/Â(z) and A(z/$\gamma_1$)/A(z/$\gamma_2$) for the 40 sample subframe and saving the states of the filters. This would require 3 filter operations. A simpler approach, which requires only one filtering is as follows. The local synthesis speech, ŝ(n), is computed by filtering the excitation signal through 1/Â(z). The output of the filter due to the input r(n)—u(n) is equivalent to e(n)=s(n)—ŝ(n). So the states of the synthesis filter 1/Â(z) are given by e(n), n=30, . . . , 39. Updating the states of the filter A(z/$\gamma_1$)/A(z/$\gamma_2$) can be done by filtering the error signal e(n)through this filter to find the perceptually weighted error ew(n). However, the signal ew(n) can be equivalently found by

$$cw(n) = x(n) - \hat{g}_p y(n) + \hat{g}_c z(n), \qquad (75)$$

Since the signals x(n), y(n), and z(n) are available, the states of the weighting filter are updated by computing cw(n) as in Eq. (75) for n=30, . . . , 39. This saves two filter operations.

II.3.11 Encoder and Decoder Initialization

All static encoder variables should be initialized to 0, except the variables listed in table 8. These variables need to be initialized for the decoder as well.

TABLE 8

Description of parameters with nonzero initialization.

| Variable | Reference | Initial value |
|---|---|---|
| β | Section 3.8 | 0.8 |
| $t_s$ | Section 3.24 | int/11 |
| $q_i$ | Section 3.24 | 0.9595, . . . , |
| ŝ(n) | Section 3.9.1 | −14 |

II.4.0 Functional Description of the Decoder

The signal now at the decoder was shown in Subsection II.2 (FIG. 7). First the parameters are decoded (LP coefficients, adaptive codebook vector, fixed codebook vector, and gains). These decoded parameters are used to compute the reconstructed speech signal. This process is described in Subsection II.4.1. This reconstructed signal is

26

enhanced by a post-processing operation consisting of a postfilter and a high-pass filter (Subsection II.4.2). Subsection II.4.3 describes the error concealment procedure used when either a parity error has occurred, or when the frame erasure flag has been set.

II.4.1 Parameter Decoding Procedure

The transmitted parameters are listed in Table 9. At startup all static encoder variables should be

TABLE 9

Description of transmitted parameters indices. The bitstream ordering is reflected by the order in the table. For each parameter the most significant bit (MSB) is transmitted first.

| Symbol | Description | Bits |
|---|---|---|
| L0 | Switched predictor index of LSP quantizer | 1 |
| L1 | First stage vector of LSP quantizer | 7 |
| L2 | Second stage lower vector of LSP quantizer | 5 |
| L3 | Second stage higher vector of LSP quantizer | 5 |
| P1 | Pitch delay 1st subframe | 8 |
| P0 | Parity bit for pitch | 1 |
| S1 | Signs of pulses 1st subframe | 4 |
| C1 | Fixed codebook 1st subframe | 13 |
| GA1 | Gain codebook (stage 1) 1st subframe | 3 |
| GB1 | Gain codebook (stage 2) 1st subframe | 4 |
| P2 | Pitch delay 2nd subframe | 5 |
| S2 | Signs of pulses 2nd subframe | 4 |
| C2 | Fixed codebook 2nd subframe | 13 |
| GA2 | Gain codebook (stage 1) 2nd subframe | 3 |
| GB2 | Gain codebook (stage 2) 2nd subframe | 4 |

initialized to 0, except the variables listed in Table 8. The decoding process is done in the following order:

II.4.1.1 Decoding of LP Filter Parameters

The received indices L0, L1, L2, and L3 of the LSP quantizer are used to reconstruct the quantized LSP coefficients using the procedure described in Subsection II.3.2.4. The interpolation procedure described in Subsection II.3.2.5 is used to obtain 2 interpolated LSP vectors (corresponding to 2 subframes). For each subframe, the interpolated LSP vector is converted to LP filter coefficients $a_i$, which are used for synthesizing the reconstructed speech in the subframe.

The following steps are repeated for each subframe:

1. decoding of the adaptive codebook vector,
2. decoding of the fixed codebook vector,
3. decoding of the adaptive and fixed codebook gains,
4. computation of the reconstructed speech.

II.4.1.2 Decoding of the Adaptive Codebook Vector

The received adaptive codebook index is used to find the integer and fractional parts of the pitch delay. The integer part (int)$T_1$ and fractional part frac of $T_1$ are obtained from P1 as follows:

```
if P1 < 197
    (int)T_1 = (P1 + 2)/3 + 19
    frac = P1 − (int)T_1 *3 + 58
else
    (int)T_1 = P1 − 112
    frac = 0
end
```

The integer and fractional part of $T_2$ are obtained from P2 and $t_{min}$, where $t_{min}$ is derived from P1 as follows

```
t_{min} = (int)T_1 − 5
if t_{min} < 20 then t_{min} = 20
t_{max} = t_{min} + 9
if t_{max} > 143 then
    t_{max} = 143
    t_{min} = t_{max} − 9
```

27

-continued

```
end
Now T₃ is obtained from
    (int)T₃ = (P2 + 2)/3 − 1 + t_min
    frac = P2 − 2 − ((P2 + 2)/3 − 1)*3
```

The adaptive codebook vector $v(n)$ is found by interpolating the past excitation $u(n)$ (at the pitch delay) using Eq. (40).

#### II.4.1.3 Decoding of the Fixed Codebook Vector

The received fixed codebook index C is used to extract the positions of the excitation pulses. The pulse signs are obtained from S. Once the pulse positions and signs are decoded the fixed codebook vector $c(n)$, can be constructed. If the integer part of the pitch delay, T, is less than the subframe size 40, the pitch enhancement procedure is applied which modifies $c(n)$ according to Eq. (48).

#### II.4.1.4 Decoding of the Adaptive and Fixed Codebook Gains

The received gain codebook index gives the adaptive codebook gain $g_p$ and the fixed codebook gain correction factor $\hat{\gamma}$. This procedure is described in detail Subsection II.3.9The estimated fixed codebook gain $g'_c$ is found using Eq. (70). The fixed codebook vector is obtained from the product of the quantized gain correction factor with this predicted gain (Eq. (64)). The adaptive codebook gain is reconstructed using Eq. (72).

#### II.4.1.5 Computation of the Parity Bit

Before the speech is reconstructed, the parity bit is recomputed from the adaptive codebook delay (Subsection II.3.7.2). If this bit is not identical to the transmitted parity bit P0, it is likely that bit errors occurred during transmission and the error concealment procedure of Subsection II.4.3 is used.

#### II.4.1.6 Computing the Reconstructed Speech

The excitation $u(n)$ at the input of the synthesis filter (see Eq. (74)) is input to the LP synthesis filter. The reconstructed speech for the subframe is given by

$$\hat{s}(n) = u(n) - \sum_{i=1}^{10} \hat{a}_i \hat{s}(n-i), \quad n = 0, \ldots, 39. \tag{76}$$

where $\hat{a}_i$ are the interpolated LP filter coefficients.

The reconstructed speech $\hat{s}(n)$ is then processed by a post processor which is described in the next section.

#### II.4.2 Post-Processing

Post-processing consists of three functions: adaptive postfiltering, high-pass filtering, and signal up-scaling. The adaptive postfilter is the cascade of three filters: a pitch postfilter $H_p(z)$, a short-term filter $H_f(z)$, and a tilt compensation filter $H_t(z)$, followed by an adaptive gain control procedure. The postfilter is updated every subframe of 5 ms. The postfiltering process is organized as follows. First, the synthesis speech $\hat{s}(n)$ is inverse filtered through $\hat{A}(z/\gamma_n)$ to produce the residual signal $\hat{r}(n)$. The signal $\hat{r}(n)$ is used to compute the pitch delay T and gain $g_{pit}$. The signal $\hat{r}(n)$ is filtered through the pitch postfilter $H_p(z)$ to produce the signal $r'(n)$ which, in its turn, is filtered by the synthesis filter $1/[g_f\hat{A}(z/\gamma_d)]$. Finally, the signal at the output of the synthesis filter $1/[g_f\hat{A}(z/\gamma_d)]$ is passed to the tilt compensation filter $H_t(z)$ resulting in the postfiltered synthesis speech signal $sf(n)$. Adaptive gain controle is then applied between $sf(n)$ and $\hat{s}(n)$ resulting in the signal $sf'(n)$. The high-pass filtering and scaling operation operate on the postfiltered signal $sf'(n)$.

28

#### II.4.2.1 Pitch Postfilter

The pitch, or harmonic, postfilter is given by

$$H_p(z) = \frac{1}{1 + g_p} (1 + g_p z^{-T}), \tag{77}$$

where T is the pitch delay and $g_0$ is a gain factor given by

$$g_0 = \gamma_p g_{pit} \tag{78}$$

where $g_{pit}$ is the pitch gain. Both the pitch delay and gain are determined from the decoder output signal. Note that $g_{pit}$ is bounded by 1, and it is set to zero if the pitch prediction gain is less than 3 dB. The factor $\gamma_p$ controls the amount of harmonic postfiltering and has the value $\gamma_p = 0.5$. The pitch delay and gain are computed from the residual signal $\hat{r}(n)$ obtained by filtering the speech $\hat{s}(n)$ through $\hat{A}(z/\gamma_n)$ which is the numerator of the short-term postfilter (see Subsection II.4.2.2)

$$\hat{r}(n) = \hat{s}(n) + \sum_{i=1}^{10} \gamma_n^i \hat{a}_i \hat{s}(n-i). \tag{79}$$

The pitch delay is computed using a two pass procedure. The first pass selects the best integer $T_0$ in the range $[T_1-1, T_1+1]$, where $T_1$ is the integer part of the (transmitted) pitch delay in the first subframe. The best integer delay is the one that maximizes the correlation

$$R(k) = \sum_{n=0}^{39} \hat{r}(n)\hat{r}(n-k). \tag{80}$$

The second pass chooses the best fractional delay T with resolution ⅛ around $T_0$. This is done by finding the delay with the highest normalized correlation.

$$R'(k) = \frac{\sum_{n=0}^{39} \hat{r}(n)\hat{r}_k(n)}{\sqrt{\sum_{n=0}^{39} \hat{r}_k(n)\hat{r}_k(n)}}. \tag{81}$$

where $\hat{r}_k(n)$ is the residual signal at delay k. Once the optimal delay T is found, the corresponding correlation value is compared against a threshold. If $R'(T) < 0.5$ then the harmonic postfilter is disabled by setting $g_{pit} = 0$. Otherwise the value of $g_{pit}$ is computed from:

$$g_{pit} = \frac{\sum_{n=0}^{39} \hat{r}(n)\hat{r}_k(n)}{\sum_{n=0}^{39} \hat{r}_k(n)\hat{r}_k(n)}, \quad \text{bounded by } 0 \le g_{pit} \le 1.0. \tag{82}$$

The noninteger delayed signal $\hat{r}_k(n)$ is first computed using an interpolation filter of length 33. After the selection of T, $\hat{r}_k(n)$ is recomputed with a longer interpolation filter of length 129. The new signal replaces the previous one only if the longer filter increases the value of $R'(T)$.

#### II.4.2.2 Short-Term Postfilter

The short-term post filter is given by

$$H_f(z) = \frac{1}{g_f} \frac{\hat{A}(z/\gamma_n)}{\hat{A}(z/\gamma_d)} = \frac{1}{g_f} \frac{1 + \sum_{i=1}^{10} \gamma_n^i \hat{a}_i z^{-i}}{1 + \sum_{i=1}^{10} \gamma_d^i \hat{a}_i z^{-i}}, \tag{83}$$

where $\hat{A}(z)$ is the received quantized LP inverse filter (LP analysis is not done at the decoder), and the factors $\gamma_n$ and $\gamma_d$ control the amount of short-term postfiltering, and are set to $\gamma_n = 0.55$, and $\gamma_d = 0.7$. The gain term $g_f$ is calculated on the

truncated impulse response, $h_f(n)$, of the filter $\hat{A}(z/\gamma_n)/\hat{A}(z/\gamma_d)$ and given by

$$g_l = \sum_{n=0}^{19} h_f(n)l. \qquad (84)$$

### II.4.2.3 Tilt Compensation

Finally, the filter $H_t(z)$ compensates for the tilt in the short-term postfilter $H_f(z)$ and is given by

$$H_t(z) = \frac{1}{g_t} \, (1 + \gamma_t k_1 z^{-1}), \qquad (85)$$

where $\gamma_t k_1$ is a tilt factor, $k_1$ being the first reflection coefficient calculated on $h_f(n)$ with

$$k_1 = -\frac{r_h(1)}{r_h(0)} \; ; \quad r_h(j) = \sum_{i=0}^{19-j} h_f(i)h_f(i+j). \qquad (86)$$

The gain term $g_t=1-|\gamma_t k_1|$ compensates for the decreasing effect of $g_f$ in $H_t(z)$. Furthermore, it has been shown that the product filter $H_t(z)H_f(z)$ has generally no gain.

Two values for $\gamma_t$ are used depending on the sign of $k_1$. If $k_1$ is negative, $\gamma_t=0.9$, and if $k_1$ is positive, $\gamma_t=0.2$.

### II.4.2.4 Adaptive Gain Control

Adaptive gain control is used to compensate for gain differences between the reconstructed speech signal $\hat{s}(n)$ and the postfiltered signal $sf(n)$. The gain scaling factor $G$ for the present subframe is computed by

$$G = \frac{\sum_{n=0}^{39} |\hat{s}(n)|}{\sum_{n=0}^{39} |sf(n)|} \, . \qquad (87)$$

The gain-scaled postfiltered signal $sf'(n)$ is given by

$$sf'(n) = g(n)sf(n), \; n=0, \ldots, 39, \qquad (88)$$

where $g(n)$ is updated on a sample-by-sample basis and given by

$$g(n) = 0.85g(n-1) + 0.15G, \; n=0, \ldots, 39. \qquad (89)$$

The initial value of $g(-1)=1.0$.

### II.4.2.5 High-pass Filtering and Up-Scaling

A high-pass filter at a cutoff frequency of 100 Hz is applied to the reconstructed and postfiltered speech $sf'(n)$. The filter is given by

$$H_{hl}(z) = \frac{0.93980581 - 1.8795834z^{-1} + 0.93980581z^{-2}}{1 - 1.9330735z^{-1} + 0.93589199z^{-2}}. \qquad (90)$$

Up-scaling consists of multiplying the high-pass filtered output by a factor 2 to retrieve the input signal level.

### II.4.3 Concealment of Frame Erasures and Parity Errors

An error concealment procedure has been incorporated in the decoder to reduce the degradations in the reconstructed speech because of frame erasures or random errors in the bitstream. This error concealment process is functional when either i) the frame of coder parameters (corresponding to a 10 ms frame) has been identified as being erased, or ii) a checksum error occurs on the parity bit for the pitch delay index P1. The latter could occur when the bitstream has been corrupted by random bit errors.

If a parity error occurs on P1, the delay value $T_1$ is set to the value of the delay of the previous frame. The value of $T_2$ is derived with the procedure outlined in Subsection II.4.1.2, using this new value of $T_1$. If consecutive parity errors occur, the previous value of $T_1$, incremented by 1, is used.

The mechanism for detecting frame erasures is not defined in the Recommendation, and will depend on the

application. The concealment strategy has to reconstruct the current frame, based on previously received information. The method used replaces the missing excitation signal with one of similar characteristics, while gradually decaying its energy. This is done by using a voicing classifier based on the long-term prediction gain, which is computed as part of the long-term postfilter analysis. The pitch postfilter (see Subsection II.4.2.1) finds the long-term predictor for which the prediction gain is more than 3 dB. This is done by setting a threshold of 0.5 on the normalized correlation $R'(k)$ (Eq. (81)). For the error concealment process, these frames will be classified as periodic. Otherwise the frame is declared nonperiodic. An erased frame inherits its class from the preceding (reconstructed) speech frame. Note that the voicing classification is continuously updated based on this reconstructed speech signal. Hence, for many consecutive erased frames the classification might change. Typically, this only happens if the original classification was periodic.

The specific steps taken for an erased frame are:
1. repetition of the LP filter parameters,
2. attenuation of adaptive and fixed codebook gains,
3. attenuation of the memory of the gain predictor,
4. generation of the replacement excitation.

### II.4.3.1 Repetition of LP Filter Parameters

The LP parameters of the last good frame are used. The states of the LSF predictor contain the values of the received codewords $l_i$. Since the current codeword is not available it is computed from the repeated LSF parameters $\hat{w}_i$ and the predictor memory from

$$\hat{l}_i = \left[ \hat{w}_i^{(n)} - \sum_{k=1}^{4} m_i^k \hat{l}_i^{(n-k)} \right] \bigg/ \left( 1 - \sum_{k=1}^{4} m_i^k \right), i=1, \ldots, 10. \qquad (91)$$

### II.4.3.2 Attenuation of Adaptive and Fixed Codebook Gains

An attenuated version of the previous fixed codebook gain is used.

$$g_c^{(n)} = 0.98 g_c^{(n-1)}. \qquad (92)$$

The same is done for the adaptive codebook gain. In addition a clipping operation is used to keep its value below 0.9.

$$g_p^{(n)} = 0.9 g_p^{(n-1)} \text{ and } g_p^{(n)} < 0.9. \qquad (93)$$

### II.4.3.3 Attenuation of the Memory of the Gain Predictor

The gain predictor uses the energy of previously selected codebooks. To allow for a smooth continuation of the coder once good frames are received, the memory of the gain predictor is updated with an attenuated version of the codebook energy. The value of $\hat{R}^{(n)}$ for the current subframe $n$ is set to the averaged quantized gain prediction error, attenuated by 4 dB.

$$\hat{R}^{(n)} = \left( 0.25 \sum_{i=1}^{4} \hat{R}^{(n-i)} \right) - 4.0 \text{ and } \hat{R}^{(n)} \geq -14. \qquad (94)$$

### II.4.3.4 Generation of the Replacement Excitation

The excitation used depends on the periodicity classification. If the last correctly received frame was classified as periodic, the current frame is considered to be periodic as well. In that case only the adaptive codebook is used, and the fixed codebook contribution is set to zero. The pitch delay is based on the last correctly received pitch delay and is repeated for each successive frame. To avoid excessive periodicity the delay is increased by one for each next subframe but bounded by 143. The adaptive codebook gain is based on an attenuated value according to Eq. (93).

If the last correctly received frame was classified as nonperiodic, the current frame is considered to be nonperi-

5,664,055

31

odic as well, and the adaptive codebook contribution is set to zero. The fixed codebook contribution is generated by randomly selecting a codebook index and sign index. The random generator is based on the function

$$seed=seed*31821+13849, \tag{95}$$

with the initial seed value of 21845. The random codebook index is derived from the 13 least significant bits of the next random number. The random sign is derived from the 4 least significant bits of the next random number. The fixed codebook gain is attenuated according to Eq. (92).

### II.5.6 Bit-Exact Description of the CS-ACELP Coder

ANSI C code simulating the CS-ACELP coder in 16 bit fixed-point is available from ITU-T. The following sections summarize the use of this simulation code, and how the software is organized.

### II.5.1 Use of the Simulation Software

The C code consists of two main programs coder.c, which simulates the encoder, and decoder.c, which simulates the decoder. The encoder is run as follows:

    coder inputfile bstreamfile

The inputfile and outputfile are sampled data files containing 16-bit PCM signals. The bitstream file contains 81 16-bit words, where the first word can be used to indicate frame erasure, and the remaining 80 words contain one bit each.

32

The decoder takes this bitstream file and produces a post-filtered output file containing a 16-bit PCM signal.

    decoder bstreamfile outputfile

### II.5.2 Organization of the Simulation Software

In the fixed-point ANSI C simulation, only two types of fixed-point data are used as is shown in Table 10. To facilitate the implementation of the simulation code, loop indices, Boolean values and

#### TABLE 10

| Data types used in ANSI C simulation. | | | |
|---|---|---|---|
| Type | Max. value | Min. value | Description |
| Word16 | 0 × 7fff | 0 × 8000 | signed 2's complement 16 bit word |
| Word32 | 0 × 7fffffffL | 0 × 80000000L | signed 2's complement 32 bit word |

flags use the type Flag, which would be either 16 bit or 32 bits depending on the target platform.

All the computations are done using a predefined set of basic operators. The description of these operators is given in Table 11. The tables used by the simulation coder are summarized in Table 12. These main programs use a library of routines that are summarized in Tables 13, 14, and 15.

#### TABLE 11

Kroon 4
Basic operations used in ANSI C simulation.

| Operation | Description |
|---|---|
| Word16 saturate(Word32 L__var1) | Limit to 16 bits |
| Word16 add(Word16 var1, Word16 var2) | Short addition |
| Word16 sub(Word16 var1, Word16 var2) | Short subtraction |
| Word16 abs_s(Word16 var1) | Short abs |
| Word16 shl(Word16 var1, Word16 var2) | Short shift left |
| Word16 shr(Word16 var1, Word16 var2) | Short shift right |
| Word16 mult(Word16 var1, Word16 var2) | Short multiplication |
| Word32 L__mult(Word16 var1, Word16 var2) | Long multiplication |
| Word16 negate(Word16 var1) | Short negate |
| Word16 extract_h(Word32 L__var1) | Extract high |
| Word16 extract_l(Word32 L__var1) | Extract low |
| Word16 round(Word32 L__var1) | Round |
| Word32 L__mac(Word32 L__var3, Word16 var1, Word16 var2) | Mac |
| Word32 L__msu(Word32 L__var3, Word16 var1, Word16 var2) | Msu |
| Word32 L__macNs(Word32 L__var3, Word16 var1, Word16 var2) | Mac without sat |
| Word32 L__msuNs(Word32 L__var3, Word16 var1, Word16 var2) | Msu without sat |
| Word32 L__add(Word32 L__var1, Word32 L__var2) | Long addition |
| Word32 L__sub(Word32 L__var1, Word32 L__var2) | Long subtraction |
| Word32 L__add_c(Word32 L__var1, Word32 L__var2) | Long add with c |
| Word32 L__sub_c(Word32 L__var1, Word32 L__var2) | Long sub with c |
| Word32 L__negate(Word32 L__var1) | Long negate |
| Word16 mult_r(Word16 var1, Word16 var2) | Multiplication with round |
| Word32 L__shl(Word32 L__var1, Word16 var2) | Long shift left |
| Word32 L__shr(Word32 L__var1, Word16 var2) | Long shift right |
| Word16 shr_r(Word16 var1, Word16 var2) | Shift right with round |
| Word16 mac_r(Word32 L__var3, Word16 var1, Word16 var2) | Mac with rounding |
| Word16 msu_r(Word32 L__var3, Word16 var1, Word16 var2) | Msu with rounding |
| Word32 L__deposit_h(Word16 var1) | 16 bit var1 - l  MSB |
| Word32 L__deposit_l(Word16 var1) | 16 bit var1 - l  LSB |
| Word32 L__shr_r(Word32 L__var1, Word16 var2) | Long shift right with round |
| Word32 L__abs(Word32 L__var1) | Long abs |
| Word32 L__sat(Word32 L__var1) | Long saturation |
| Word16 norm_s(Word16 var1) | Short norm |
| Word16 div_s(Word16 var1, Word16 var2) | Short division |
| Word16 norm_l(Word32 L__var1) | Long norm |

5,664,055

33
34

## TABLE 12

### Summary of tables.

| File | Table name | Size | Description |
|---|---|---|---|
| tab_hup.c | tab_hup_s | 28 | upsampling filter for postfilter |
| tab_hup.c | tab_hup_l | 112 | upsampling filter for postfilter |
| inter_3.c | inter_3 | 13 | FIR filter for interpolating the correlation |
| pred_lt3.c | inter_3 | 31 | FIR filter for interpolating past excitation |
| lspcb.tab | lspcb1 | 128 × 10 | LSP quantizer (first stage) |
| lspcb.tab | lspcb2 | 32 × 10 | LSP quantizer (second stage) |
| lspcb.tab | fg | 2 × 4 × 10 | MA predictors in LSP VQ |
| lspcb.tab | fg_sum | 2 × 10 | used in LSP VQ |
| lspcb.tab | fg_sum_inv | 2 × 10 | used in LSP VQ |
| qua_gain.tab | gbk1 | 8 × 2 | codebook GA in gain VQ |
| qua_gain.tab | gbk2 | 16 × 2 | codebook GB in gain VQ |
| qua_gain.tab | map1 | 8 | used in gain VQ |
| qua_gain.tab | imap1 | 8 | used in gain VQ |
| qua_gain.tab | map2 | 16 | used in gain VQ |
| qua_gain.tab | ima21 | 16 | used in gain VQ |
| window.tab | window | 240 | LP analysis window |
| lag_wind.tab | lag_h | 10 | lag window for bandwidth expansion (high part) |
| lag_wind.tab | lag_l | 10 | lag window for bandwidth expansion (low part) |
| grid.tab | grid | 61 | grid points in LP to LSP conversion |
| inv_sqrt.tab | table | 49 | lookup table in inverse square root computation |
| log2.tab | table | 33 | lookup table in base 2 logarithm computation |
| lsp_lsf.tab | table | 65 | lookup table in LSP to LSP conversion and vice versa |
| lsp_lsf.tab | slope | 64 | line slopes in LSP to LSP conversion |
| pow2.tab | table | 33 | lookup table in $2^x$ computation |
| acelp.h | | | prototypes for fixed codebook search |
| ld8k.h | | | prototypes and constants |
| typedef.h | | | type definitions |

30

## TABLE 13

### Summary of encoder specific routines.

| Filename | Description |
|---|---|
| acelp_co.c | Search fixed codebook |
| autocorr.c | Compute autocorrelation for LP analysis |
| az_lsp.c | compute LSPs from LP coefficients |
| cod_ld8k.c | encoder routine |
| convolve.c | convolution operation |
| corr_xy2.c | compute correlation terms for gain quantization |
| enc_lag3.c | encode adaptive codebook index |
| g_pitch.c | compute adaptive codebook gain |
| gainpred.c | gain predictor |
| int_lpc.c | interpolation of LSP |
| inter_3.c | fractional delay interpolation |
| lag_wind.c | lag-windowing |
| levinson.c | levinson recursion |
| lspenc.c | LSP encoding routine |
| lspgetq.c | LSP quantizer |
| lspgettc.c | compute LSP quantizer distortion |
| lspgetw.c | compute LSP weights |
| lsplast.c | select LSP MA predictor |
| lsppre.c | pre-selection first LSP codebook |
| lspprev.c | LSP predictor routines |
| lspsel1.c | first stage LSP quantizer |
| lspsel2.c | second stage LSP quantizer |
| lspstab.c | stability test for LSP quantizer |
| pitch_fr.c | closed-loop pitch search |
| pitch_ol.c | open-loop pitch search |
| pre_proc.c | pre-processing (HP filtering and scaling) |
| pwf.c | computation of perceptual weighting coefficients |
| qua_gain.c | gain quantizer |
| qua_lsp.c | LSP quantizer |
| relspwe.c | LSP quantizer |

35
40
45
50
55
60
65

## TABLE 14

### Summary of decoder specific routines.

| Filename | Description |
|---|---|
| d_lsp.c | decode LP information |
| de_acelp.c | decode algebraic codebook |
| dec_gain.c | decode gains |
| dec_lag3.c | decode adaptive codebook index |
| dec_ld8k.c | decoder routine |
| lspdec.c | LSP decoding routine |
| post_pro.c | post processing (HP filtering and scaling) |
| pred_lt3.c | generation of adaptive codebook |
| pst.c | postfilter routines |

## TABLE 15

### Summary of general routines.

| Filename | Description |
|---|---|
| basicop2.c | basic operators |
| bits.c | bit manipulation routines |
| gainpred.c | gain predictor |
| int_lpc.c | interpolation of LSP |
| inter_3.c | fractional delay interpolation |
| lsp_az.c | compute LP from LSP coefficients |
| lsp_lsf.c | conversion between LSP and LSF |
| lsp_lsf2.c | high precision conversion between LSP and LSF |
| lspexp.c | expansion of LSP coefficients |
| lspstab.c | stability test for LSP quantizer |
| p_parity.c | compute pitch parity |
| pred_lt3.c | generation of adaptive codebook |
| random.c | random generator |
| residu.c | compute residual signal |
| syn_filt.c | synthesis filter |
| weight_a.c | bandwidth expansion LP coefficients |

5,664,055

35

The invention claimed is:

1. A method for use in a speech processing system which includes a first portion comprising an adaptive codebook and corresponding adaptive codebook amplifier and a second portion comprising a fixed codebook coupled to a pitch filter, the pitch filter comprising a delay memory coupled to a pitch filter amplifier, the method comprising:

determining the pitch filter gain based on a measure of periodicity of a speech signal; and

amplifying samples of a signal in said pitch filter based on said determined pitch filter gain.

2. The method of claim 1 wherein the adaptive codebook gain is delayed for one subframe.

3. The method of claim 1 where the signal reflecting the adaptive codebook gain is delayed in time.

4. The method of claim 1 wherein the signal reflecting the adaptive codebook gain comprises values which are greater than or equal to a lower limit and less than or equal to an upper limit.

5. The method of claim 1 wherein the speech signal comprises a speech signal being encoded.

6. The method of claim 1 wherein the speech signal comprises a speech signal being synthesized.

7. A speech processing system comprising:

a first portion including an adaptive codebook and means for applying an adaptive codebook gain, and

a second portion including a fixed codebook, a pitch filter, wherein the pitch filter includes a means for applying a pitch filter gain,

and wherein the improvement comprises:

means for determining said pitch filter gain, based on a measure of periodicity of a speech signal.

8. The speech processing system of claim 7 wherein the signal reflecting the adaptive codebook gain is delayed for one subframe.

9. The speech processing system of claim 7 wherein the pitch filter gain equals a delayed adaptive codebook gain.

10. The speech processing of claim 7 wherein the pitch filter gain is limited to a range of values greater than or equal to 0.2 and less than or equal to 0.8 and, within said range, comprises a delayed adaptive codebook gain.

11. The speech processing system of claim 7 wherein the signal reflecting the adaptive codebook gain is limited to a range of values greater than or equal to 0.2 and less than or equal to 0.8 and, within said range, comprises an adaptive codebook gain.

12. The speech processing system of claim 7 wherein said first and second portions generate first and second output signals and wherein the system further comprises:

means for summing the first and second output signals; and

a linear prediction filter, coupled the means for summing, for generating a speech signal in response to the summed first and second signals.

36

13. The speech processing system of claim 12 further comprising a post filter for filtering said speech signal generated by said linear prediction filter.

14. The speech processing system of claim 7 wherein the speech processing system is used in a speech encoder.

15. The speech processing system of claim 7 wherein the speech processing system is used in aspeech decoder.

16. The speech processing system of claim 5 wherein the means for determining comprises a memory for delaying a signal reflecting the adaptive codebook gain used in said first portion.

17. A method for determining a gain of a pitch filter for use in a speech processing system, the system including a first portion comprising an adaptive codebook and corresponding adaptive codebook amplifier and a second portion comprising a fixed codebook coupled to a pitch filter, the pitch filter comprising a delay memory coupled to a pitch filter amplifier for applying said determined gain, the speech processing system for processing a speech signal, the method comprising:

determining the pitch filter gain based on periodicity of the speech signal.

18. A method for use in a speech processing system which includes a first portion which comprises an adaptive codebook and corresponding adaptive codebook amplifier and a second portion which comprises a fixed codebook coupled to a pitch filter, the pitch filter, comprising a delay memory coupled to a pitch filter amplifier, the method comprising:

delaying the adaptive codebook gain;

determining the pitch filter gain to be equal to the delayed adaptive codebook gain, except when the adaptive codebook gain is either less than 0.2 or greater than 0.8., in which cases the pitch filter gain is set equal to 0.2 or 0.8, respectively; and

amplifying samples of a signal in said pitch filter based on said determined pitch filter gain.

19. A speech processing system comprising:

a first portion including an adaptive codebook and means for applying an adaptive codebook gain, and

a second portion including a fixed codebook, a pitch filter, means for applying a second gain, wherein the pitch filter includes a means for applying a pitch filter gain,

and wherein the improvement comprises:

means for determining said pitch filter gain, said means for determining including means for setting the pitch filter gain equal to an adaptive codebook gain, said signal gain is either less than 0.2 or greater than 0.8., in which cases-the pitch filter gain is equal to 0.2 or 0.8, respectively.

\* \* \* \* \*

# EXHIBIT B

US005699485A

# United States Patent [19]

## Shoham

[11] Patent Number: 5,699,485

[45] Date of Patent: Dec. 16, 1997

[54] **PITCH DELAY MODIFICATION DURING FRAME ERASURES**

[75] Inventor: Yair Shoham, Watchung, N.J.

[73] Assignee: Lucent Technologies Inc., Murray Hill, N.J.

[21] Appl. No.: 482,709

[22] Filed: Jun. 7, 1995

[51] Int. Cl.[6] ............................. G10L 9/14; H04B 1/10
[52] U.S. Cl. ............... 395/2.32; 395/2.28; 395/2.29; 395/2.31; 371/31; 341/94
[58] Field of Search .................................. 395/2.28, 2.29, 395/2.3, 2.31, 2.32; 371/31; 341/94

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,305,332 | 4/1994 | Ozawa | 371/31 |
| 5,550,543 | 8/1996 | Chen et al. | 341/94 |

### OTHER PUBLICATIONS

Brian Bryden, Gerald E. Seguin, Jean Conan, Vijay K. Bhargava, and Andre Brind'Amour, "Error Correction/ Masking for Digital Voice Transmission Over the Land

Mobile Satellite System", IEEE Transactions on Communication, vol. 37, No. 3, pp. 309–314, Mar. 1989.

Primary Examiner—Allen R. MacDonald
Assistant Examiner—Tâlivaldis Ivars Smits
Attorney, Agent, or Firm—Thomas A. Restaino; Kenneth M. Brown

[57] **ABSTRACT**

In a speech decoder which experiences frame erasure, the pitch delay associated with the first of consecutive erased frames is incremented. The incremented value is used as the pitch delay for the second of consecutive erased frames. Pitch delay associated with the first of consecutive erased frames may correspond to the last correctly received pitch delay information from a speech encoder (associated with a non-erased frame), or it may itself be the result of an increment added to a still previous value of pitch delay (associated with a still previous erased frame).

5 Claims, 4 Drawing Sheets





FIG. 1



FIG. 2



FIG. 3

FIG. 4

U.S. Patent        Dec. 16, 1997        Sheet 4 of 4        5,699,485

*FIG. 5*



*FIG. 6*



5,699,485

| 1 | 2 |

## PITCH DELAY MODIFICATION DURING FRAME ERASURES

### CROSS-REFERENCE TO RELATED APPLICATION

This application is related to Application Ser. No. 08/482/715, entitled "Adaptive Codebook-Based Speech Compression System," filed on even date herewith, which is incorporated by reference as if set forth fully herein.

### FIELD OF THE INVENTION

The present invention relates generally to speech coding arrangements for use in communication systems, and more particularly to the ways in which such speech coders function in the event of burst-like errors in transmission.

### BACKGROUND OF THE INVENTION

Many communication systems, such as cellular telephone and personal communications systems, rely on wireless channels to communicate information. In the course of communicating such information, wireless communication channels can suffer from several sources of error, such as multipath fading. These error sources can cause, among other things, the problem of *frame erasure*. *Erasure* refers to the total loss or whole or partial corruption of a set of bits communicated to a receiver. A *frame* is a predetermined fixed number of bits which may be communicated as a block through a communication channel. A frame may therefore represent a time-segment of a speech signal.

If a frame of bits is totally lost, then the receiver has no bits to interpret. Under such circumstances, the receiver may produce a meaningless result. If a frame of received bits is corrupted and therefore unreliable, the receiver may produce a severely distorted result. In either case, the frame of bits may be thought of as "erased" in that the frame is unavailable or unusable by the receiver.

As the demand for wireless system capacity has increased, a need has arisen to make the best use of available wireless system bandwidth. One way to enhance the efficient use of system bandwidth is to employ a signal compression technique. For wireless systems which carry speech signals, speech compression (or *speech coding*) techniques may be employed for this purpose. Such speech coding techniques include analysis-by-synthesis speech coders, such as the well-known Code-Excited Linear Prediction (or CELP) speech coder.

The problem of packet loss in packet-switched networks employing speech coding arrangements is very similar to frame erasure in the wireless context. That is, due to packet loss, a speech decoder may either fail to receive a frame or receive a frame having a significant number of missing bits. In either case, the speech decoder is presented with the same essential problem—the need to synthesize speech despite the loss of compressed speech information. Both "frame erasure" and "packet loss" concern a communication channel (or network) problem which causes the loss of transmitted bits. For purposes of this description, the term "frame erasure" may be deemed to include "packet loss."

Among other things, CELP speech coders employ a codebook of *excitation signals* to encode an original speech signal. These excitation signals, scaled by an excitation gain, are used to "excite" filters which synthesize a speech signal (or some precursor to a speech signal) in response to the excitation. The synthesized speech signal is compared to the original speech signal. The codebook excitation signal is identified which yields a synthesized speech signal which most closely matches the original signal. The identified excitation signal's *codebook index* and *gain* representation (which is often itself a gain codebook index) are then communicated to a CELP decoder (depending upon the type of CELP system, other types of information, such as linear prediction (LPC) filter coefficients, may be communicated as well). The decoder contains codebooks identical to those of the CELP coder. The decoder uses the transmitted codebook index to select an excitation signal and gain value. This selected scaled excitation signal is used to excite the decoder's LPC filter. Thus excited, the LPC filter of the decoder generates a decoded (or quantized) speech signal—the same speech signal which was previously determined to be closest to the original speech signal.

Some CELP systems also employ other components, such as a *periodicity model* (e.g., a *pitch-predictive filter* or an *adaptive codebook*). Such a model simulates the periodicity of voiced speech. In such CELP systems, parameters relating to these components must also be sent to the decoder. In the case of an adaptive codebook, signals representing a *pitch-period (delay)* and adaptive codebook gain must also be sent to the decoder so that the decoder can recreate the operation of the adaptive codebook in the speech synthesis process.

Wireless and other systems which employ speech coders may be more sensitive to the problem of frame erasure than those systems which do not compress speech. This sensitivity is due to the reduced redundancy of coded speech (compared to uncoded speech) making the possible loss of each transmitted bit more significant. In the context of a CELP speech coders experiencing frame erasure, excitation signal codebook indices and other signals representing speech in the frame may be either lost or substantially corrupted preventing proper synthesis of speech at the decoder. For example, because of the erased frame(s), the CELP decoder will not be able to reliably identify which entry in its codebook should be used to synthesize speech. As a result, speech coding system performance may degrade significantly.

Because frame erasure causes the loss of excitation signal codebook indicies, LPC coefficients, adaptive codebook delay information, and adaptive and fixed codebook gain information, normal techniques for synthesizing an excitation signal in a speech decoder are ineffective. Therefore, these normal techniques must be replaced by alternative measures.

### SUMMARY OF THE INVENTION

The present invention addresses the problem of the lack of codebook gain information during frame erasure. In accordance with the present invention, a codebook-based speech decoder which fails to receive reliably at least a portion of a current frame of compressed speech information uses a codebook gain which is an attenuated version of a gain from a previous frame of speech.

An illustrative embodiment of the present invention is a speech decoder which includes a codebook memory and a signal amplifier. The memory and amplifier are use in generating a decoded speech signal based on compressed speech information. The compressed speech information includes a scale-factor for use by the amplifier in scaling a codebook vector. When a frame erasure occurs, a scale-factor corresponding to a previous frame of speech is attenuated and the attenuated scale factor is used to amplify the codebook vector corresponding to the current erased frame of speech. Specific details of an embodiment of the

5,699,485

3

present invention are presented in section II.D. of the Detailed Description set forth below.

The present invention is applicable to both fixed and adaptive codebook processing, and also to systems which insert decoder systems or other elements (such as a pitch-predictive filter) between a codebook and its amplifier. See section II.B.1 of the Detailed Description for a discussion relating to the present invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 presents a block diagram of a G.729 Draft decoder modified in accordance with the present invention.

FIG. 2 presents an illustrative wireless communication system employing the embodiment of the present invention presented in FIG. 1.

FIG. 3 presents a block diagram of a conceptual G.729 CELP synthesis model.

FIG. 4 presents the signal flow at the G.729 CS-ACELP encoder.

FIG. 5 presents the signal flow at the G.729 CS-ACELP encoder.

FIG. 6 presents an illustration of windowing in LP analysis.

DETAILED DESCRIPTION

I. Introduction

The present invention concerns the operation of a speech coding system experiencing frame erasure—that is, the loss of a group of consecutive bits in the compressed bit-stream, which group is ordinarily used to synthesize speech. The description which follows concerns features of the present invention applied illustratively to an 8 kbit/s CELP speech coding system proposed to the ITU for adoption as its international standard G.729. For the convenience of the reader, a preliminary draft recommendation for the G.729 standard is provided in Section III. Sections III.3 and III.4 include detailed descriptions of the speech encoder and decoder, respectively. The illustrative embodiment of the present invention is directed to modifications of normal G.729 decoder operation, as detailed in G.729 Draft section 4.3. No modifications to the encoder are required to implement the present invention.

The applicability of the present invention to the proposed G.729 standard notwithstanding, those of ordinary skill in the art will appreciate that features of the present invention have applicability to other speech coding systems.

Knowledge of the erasure of one or more frames is an input signal, e, to the illustrative embodiment of the present invention. Such knowledge may be obtained in any of the conventional ways well-known in the art. For example, whole or partially corrupted frames may be detected through the use of a conventional error detection code. When a frame is determined to have been erased, e=1 and special procedures are initiated as described below. Otherwise, if not erased (e=0) normal procedures are used. Conventional error protection codes could be implemented as part of a conventional radio transmission/reception subsystem of a wireless communication system.

In addition to the application of the full set of remedial measures applied as the result of an erasure (e=1), the decoder employs a subset of these measures when a parity error is detected. A parity bit is computed based on the pitch delay index of the first of two subframes of a frame of coded speech. See Subsection III.3.7.1. This parity bit is computed

4

by the decoder and checked against the parity bit received from the encoder. If the two parity bits are not the same, the delay index is said to be corrupted (PE=1, in the embodiment) and special processing of the pitch delay is invoked.

For clarity of explanation, the illustrative embodiment of the present invention is presented as comprising individual functional blocks. The functions these blocks represent may be provided through the use of either shared or dedicated hardware, including, but not limited to, hardware capable of executing software. For example, the blocks presented in FIG. 1 may be provided by a single shared processor. (Use of the term "processor" should not be construed to refer exclusively to hardware capable of executing software.)

Illustrative embodiments may comprise digital signal processor (DSP) hardware, such as the AT&T DSP16 or DSP32C, read-only memory (ROM) for storing software performing the operations discussed below, and random access memory (RAM) for storing DSP results. Very large scale integration (VLSI) hardware embodiments, as well as custom VLSI circuitry in combination with a general purpose DSP circuit, may also be provided.

II. An Illustrative Embodiment

FIG. 1 presents a block diagram of a G.729 Draft decoder modified in accordance with the present invention (FIG. 1 is a version of FIG. 5 (showing the signal flow at the G.729 CS-ACELP encoder) that has been augmented to more clearly illustrate features of the claimed invention). In normal operation (i.e., without experiencing frame erasure) the decoder operates in accordance with the description provided in Subsections III.4.1–III.4.2. During frame erasure, the operation of the embodiment of FIG. 1 is augmented by special processing to make up for the erasure of information from the encoder.

A. Normal Decoder Operation

The encoder described in Section III provides a frame of data representing compressed speech every 10 ms. The frame comprises 80 bits and is detailed in Tables 1 and 9 of Section III. Each 80-bit frame of compressed speech is sent over a communication channel to a decoder which synthesizes a speech (representing two subframes) signals based on the frame produced by the encoder. The channel over which the frame is communicated (not shown) may be of any type (such as conventional telephone networks, packet-based networks, cellular or wireless networks, ATM networks, etc.) and/or may comprise a storage medium (such as magnetic storage, semiconductor RAM or ROM, optical storage such as CD-ROM, etc.).

The illustrative decoder of FIG. 1 includes both an adaptive codebook (ACB) portion and a fixed codebook (FCB) portion. The ACB portion includes ACB 50 and a gain amplifier 55. The FCB portion includes a FCB 10, a pitch predictive filter (PPF) 20, and gain amplifier 30. The decoder decodes transmitted parameters (see Section III.4.1) and performs synthesis to obtain reconstructed speech.

The FCB 10 operates in response to an index, I, sent by the encoder. Index I is received through switch 40. The FCB 10 generates a vector, c(n), of length equal to a subframe. See Section III.4.1.2. This vector is applied to the PPF 20. PPF 20 operates to yield a vector for application to the FCB gain amplifier 30. See Sections III.3.8 and III.4.1.3. The amplifier, which applies a gain, $g_c$, from the channel, generates a scaled version of the vector produced by the PPF 20. See Section III.4.1.3. The output signal of the amplifier 30 is supplied to summer 85 (through switch 42).

The gain applied to the vector produced by PPF 20 is determined based on information provided by the encoder.

5,699,485

5

This information is communicated as codebook indices. The decoder receives these indicies and synthesizes a gain correction factor, $\hat{\gamma}$. See Section III.4.1.4. This gain correction factor, $\hat{\gamma}$, is supplied to code vector prediction energy (E-) processor 120. E-processor 120 determines a value of the code vector predicted error energy, $\hat{R}$, in accordance with the following expression:

$$\hat{R}^{(n)} = 20 \log \hat{\gamma}^{(dB)}$$

The value of $\hat{R}$ is stored in a processor buffer which holds the five most recent (successive) values of $\hat{R}$. $\hat{R}^{(n)}$ represents the predicted error energy of the fixed code vector at subframe n. The predicted mean-removed energy of the codevector is formed as a weighted sum of past values of $\hat{R}$:

$$\tilde{E}^{(n)} = \sum_{i=1}^{4} b_i \hat{R}^{(n-i)},$$

where b=[0.68 0.58 0.34 0.19] and where the past values of $\hat{R}$ are obtained from the buffer. This predicted energy is then output from processor 120 to a predicted gain processor 125.

Processor 125 determines the actual energy of the code vector supplied by codebook 10. This is done according to the following expression:

$$E = 10 \log \left( \frac{1}{40} \sum_{i=0}^{39} c_i^2 \right),$$

where i indexes the samples of the vector. The predicted gain is then computed as follows:

$$g'_e = 10^{(E(n) + \tilde{E} - E)/20},$$

where $\bar{E}$ is the mean energy of the FCB (e.g., 30 dB). Finally, the actual scale factor (or gain) is computed by multiplying the received gain correction factor, $\gamma$ by the predicted gain, $g'_e$ at multiplier 130. This value is then supplied to amplifier 30 to scale the fixed codebook contribution provided by PFF 20.

Also provided to the summer 85 is the output signal generated by the ACB portion of the decoder. The ACB portion comprises the ACB 50 which generates a excitation signal, v(n), of length equal to a subframe based on past excitation signals and the ACB pitch-period, M, received (through switch 43) from encoder via the channel. See Subsection III.4.1.1. This vector is scaled by amplifier 250 based on gain factor, $g_p$, received over the channel. This scaled vector is the output of the ACB portion.

Summer 85 generates an excitation signal, u(n), in response to signals from the FCB and ACB portions of the decoder. The excitation signal, u(n), is applied to an LPC synthesis filter 90 which synthesizes a speech signal based on LPC coefficients, $a_i$, received over the channel. See Subsection III.4.1.6.

Finally, the output of the LPC synthesis filter 90 is supplied to a post processor 100 which performs adaptive postfiltering (see Subsections III.4.2.1–III.4.2.4, high-pass filtering (see Subsection III.4.2.5), and up-scaling (see Subsections III.4.2.5).

B. Excitation Signal Synthesis During Frame Erasure

In the presence of frame erasures, the decoder of FIG. 1 does not receive reliable information (if it receives anything at all) from which an excitation signal, u(n), may be synthesized. As such, the decoder will not know which vector of signal samples should be extracted from codebook 10, or what is the proper delay value to use for the adaptive codebook 50. In this case, the decoder must obtain a

6

substitute excitation signal for use in synthesizing a speech signal. The generation of a substitute excitation signal during periods of frame erasure is dependent on whether the erased frame is classified as voiced (periodic) or unvoiced (aperiodic). An indication of periodicity for the erased frame is obtained from the post processor 100, which classifies each properly received frame as periodic or aperiodic. See Subsection III.4.2.1. The erased frame is taken to have the same periodicity classification as the previous frame, processed by the postfilter. The binary signal representing periodicity, v, is determined according to postfilter variable $g_{pit}$. Signal v=1 if $g_{pit} > 0$; else, v=0. As such, for example, if the last good frame was classified as periodic, v=1; otherwise v=0.

1. Erasure of Frames Representing Periodic Speech

For an erased frame (e=1) which is thought to have represented speech which is periodic (v=1), the contribution of the fixed codebook is set to zero. This is accomplished by switch 42 which switches states (in the direction of the arrow) from its normal (biased) operating position coupling amplifier 30 to summer 85 to a position which decouples the fixed codebook contribution from the excitation signal, u(n). This switching of state is accomplished in accordance with the control signal developed by AND-gate 110 (which tests for the condition that the frame is erased, e=1, and it was a periodic frame, v=1). On the other hand, the contribution of the adaptive codebook is maintained in its normal operating position by switch 45 (since e=1 but not_v=0).

The pitch delay, M, used by the adaptive codebook during an erased frame is determined by delay processor 60. Delay processor 60 stores the most recently received pitch delay from the encoder. This value is overwritten with each successive pitch delay received. For the first erased frame following a "good" (correctly received) frame, delay processor 60 generates a value for M which is equal to the pitch delay of the last good frame (i.e., the previous frame). To avoid excessive periodicity, for each successive erased frame processor 60 increments the value of M by one (1). The processor 60 restricts the value of M to be less than or equal to 143 samples. Switch 43 effects the application of the pitch delay from processor 60 to adaptive codebook 50 by changing state from its normal operating position to its "voiced frame erasure" position in response to an indication of an erasure of a voiced frame (since e=1 and v=1).

The adaptive codebook gain is also synthesized in the event of an erasure of a voiced frame in accordance with the procedure discussed below in section C. Note that switch 44 operates identically to switch 43 in that it effects the application of a synthesized adaptive codebook gain by changing state from its normal operating position to its "voiced frame erasure" position.

2. Erasure of Frames Representing Aperiodic Speech

For an erased frame (e=1) which is thought to have represented speech which is aperiodic (v=0), the contribution of the adaptive codebook is set to zero. This is accomplished by switch 45 which switches states (in the direction of the arrow) from its normal (biased) operating position coupling amplifier 85 to a position which decouples the adaptive codebook contribution from the excitation signal, u(n). This switching of state is accomplished in accordance with the control signal developed by AND-gate 75 (which tests for the condition that the frame is erased, e=1, and it was an aperiodic frame, not_v=1). On the other hand, the contribution of the fixed codebook is maintained in its normal operating position by switch 42 (since e=1 but v=0).

The fixed codebook index, I, and codebook vector sign are not available do to the erasure. In order to synthesize a

7

fixed codebook index and sign index from which a codebook vector, $c(n)$, could be determined, a random number generator 45 is used. The output of the random number generator 45 is coupled to the fixed codebook 10 through switch 40. Switch 40 is normally in a state which couples index I and sign information to the fixed codebook. However, gate 47 applies a control signal to the switch which causes the switch to change state when an erasure occurs of an aperiodic frame ($e=1$ and $not\_v=1$).

The random number generator 45 employs the function:

$$seed=seed* \ 31821+13849$$

to generate the fixed codebook index and sign. The initial seed value for the generator 45 is equal to 21845. For a given coder subframe, the codebook index is the 13 least significant bits of the random number. The random sign is the 4 least significant bits of the *next* random number. Thus the random number generator is run twice for each fixed codebook vector needed. Note that a noise vector could have been generated on a sample-by-sample basis rather than using the random number generator in combination with the FCB.

The fixed codebook gain is also synthesized in the event of an erasure of an aperiodic frame in accordance with the procedure discussed below in section D. Note that switch 41 operates identically to switch 40 in that it effects the application of a synthesized fixed codebook gain by changing state from its normal operating position to its "voiced frame erasure" position.

Since PPF 20 adds periodicity (when delay is less than a subframe), PPF 20 should not be used in the event of an erasure of an aperiodic frame. Therefore switch 21 selects either the output of FCB 10 when $e=0$ or the output of PPF 20 when $e=1$.

C. LPC Filter Coefficients for Erased Frames

The excitation signal, $u(n)$, synthesized during an erased frame is applied to the LPC synthesis filter 90. As with other components of the decoder which depend on data from the encoder, the LPC synthesis filter 90 must have substitute LPC coefficients, $a_i$, during erased frames. This is accomplished by repeating the LPC coefficients of the last good frame. LPC coefficients received from the encoder in a non-erased frame are stored by memory 95. Newly received LPC coefficients overwrite previously received coefficients in memory 95. Upon the occurrence of a frame erasure, the coefficients stored in memory 95 are supplied to the LPC synthesis filter via switch 46. Switch 46 is normally biased to couple LPC coefficients received in a good frame to the filter 90. However, in the event of an erased frame ($e=1$), the switch changes state (in the direction of the arrow) coupling memory 95 to the filter 90.

D. Attenuation of Adaptive and Fixed Codebook Gains

As discussed above, both the adaptive and fixed codebooks 50, 10 have a corresponding gain amplifier 55, 30 which applies a scale factor to the codebook output signal. Ordinarily, the values of the scale factors for these amplifiers is supplied by the encoder. However, in the event of a frame erasure, the scale factor information is not available from the encoder. Therefore, the scale factor information must be synthesized.

For both the fixed and adaptive codebooks, the synthesis of the scale factor is accomplished by attenuation processors 65 and 115 which scale (or attenuate) the value of the scale factor used in the previous subframe. Thus, in the case of a frame erasure following a good frame, the value of the scale factor of the first subframe of the erased frame for use by the amplifier is the second scale factor from the good frame

8

multiplied by an attenuation factor. In the case of successive erased subframes, the later erased subframe (subframe n) uses the value of the scale factor from the former erased subframe (subframe n−1) multiplied by the attenuation factor. This technique is used no matter how many successive erased frames (and subframes) occur. Attenuation processors 65, 115 store each new scale factor, whether received in a good frame or synthesized for an erased frame, in the event that the next subframe will be an erased subframe.

Specifically, attenuation processor 115 synthesizes the fixed codebook gain, $g_c$, for erased subframe n in accordance with:

$$g_c^{(n)}=0.98 \ g_c^{(n-1)}.$$

Attenuation processor 65 synthesizes the adaptive codebook gain, $g_p$, for erased subframe n in accordance with:

$$g_p^{(n)}=0.9 \ g_p^{(n-1)}.$$

In addition, processor 65 limits (or clips) the value of the synthesized gain to be less than 0.9. The process of attenuating gains is performed to avoid undesired perceptual effects.

E. Attenuation of Gain Predictor Memory

As discussed above, there is a buffer which forms part of E-Processor 120 which stores the five most recent values of the prediction error energy. This buffer is used to predict a value for the predicted energy of the code vector from the fixed codebook.

However, due to frame erasure, there will be no information communicated to the decoder from the encoder from which new values of the prediction error energy. Therefore, such values will have to be synthesized. This synthesis is accomplished by E-processor 120 according to the following expression:

$$\hat{R}^{(n)}= \left( 0.25 \sum_{i=1}^{4} \hat{R}^{(i)} \right) - 4.0.$$

Thus, a new value for $\hat{R}^{(n)}$ is computed as the average of the four previous values of $\hat{R}$ less 4 dB. The attenuation of the value of $\hat{R}$ is performed so as to ensure that once a good frame is received undesirable speech distortion is not created. The value of the synthesized R is limited not to fall below −14 dB.

F. An Illustrative Wireless System

As stated above, the present invention has application to wireless speech communication systems. FIG. 2 presents an illustrative wireless communication system employing an embodiment of the present invention. FIG. 2 includes a transmitter 600 and a receiver 700. An illustrative embodiment of the transmitter 600 is a wireless base station. An illustrative embodiment of the receiver 700 is a mobile user terminal, such as a cellular or wireless telephone, or other personal communications system device. (Naturally, a wireless base station and user terminal may also include receiver and transmitter circuitry, respectively.) The transmitter 600 includes a speech coder 610, which may be, for example, a coder according to Section III. The transmitter further includes a conventional channel coder 620 to provide error detection (or detection and correction) capability; a conventional modulator 630; and conventional radio transmission circuitry; all well known in the art. Radio signals transmitted by transmitter 600 are received by receiver 700 through a transmission channel. Due to, for example, possible destructive interference of various multipath components of the transmitted signal, receiver 700 may be in a deep fade

5,699,485

| 9 | 10 |

preventing the clear reception of transmitted bits. Under such circumstances, frame erasure may occur.

Receiver 700 includes conventional radio receiver circuitry 710, conventional demodulator 720, channel decoder 730, and a speech decoder 740 in accordance with the present invention. Note that the channel decoder generates a frame erasure signal whenever the channel decoder determines the presence of a substantial number of bit errors (or unreceived bits). Alternatively (or in addition to a frame erasure signal from the channel decoder), demodulator 720 may provide a frame erasure signal to the decoder 740.

G. Discussion

Although specific embodiments of this invention have been shown and described herein, it is to be understood that these embodiments are merely illustrative of the many possible specific arrangements which can be devised in application of the principles of the invention. Numerous and varied other arrangements can be devised in accordance with these principles by those of ordinary skill in the art without departing from the spirit and scope of the invention.

In addition, although the illustrative embodiment of present invention refers to codebook "amplifiers," it will be understood by those of ordinary skill in the art that this term encompasses the scaling of the excitation vector (or gains) which are less than or equal to one (including negative values), as well as greater than one.

The following section of the detailed description contains the G.729 Draft. This document, at the time of the filing of the present application, is intended to be submitted to a standards body of The International Telecommunications Union (ITU), and provides a more complete description of an illustrative 8 kbit/s speech coding system which employs, inter alia, the principles of the present invention.

III.1 INTRODUCTION

This Recommendation contains the description of an algorithm for the coding of speech signals at 8 kbit/s using Conjugate-Structure-Algebraic-Code-Excited Linear-Predictive (CS-ACELP) coding.

This coder is designed to operate with a digital signal obtained by first performing telephone bandwidth filtering (ITU Rec. G.710) of the analog input signal, then sampling it at 8000 Hz, followed by conversion to 16 bit linear PCM for the input to the encoder. The output of the decoder should be converted back to an analog signal by similar means. Other input/output characteristics, such as those specified by ITU Rec. G.711 for 64 kbit/s PCM data, should be converted to 16 bit linear PCM before encoding, or from 16 bit linear PCM to the appropriate format after decoding. The bitstream from the encoder to the decoder is defined within this standard.

This Recommendation is organized as follows: Subsection III.2 gives a general outline of the CS-ACELP algorithm. In Subsections III.3 and III.4, the CS-ACELP encoder and decoder principles are discussed, respectively. Subsection III.5 describes the software that defines this coder in 16 bit fixed point arithmetic.

III.2 GENERAL DESCRIPTION OF THE CODER

The CS-ACELP coder is based on the code-excited linear-predictive (CE, LP) coding model. The coder operates on speech frames of 10 ms corresponding to 80 samples at a sampling rate of 8000 samples/sec. For every 10 msec a frame, the speech signal is analyzed to extract the parameters of the CELP model (LP filter coefficients, adaptive and

fixed codebook indices and gains). These parameters are encoded and transmitted. The bit allocation of the coder parameters is shown in Table 1. At the decoder, these parameters are used to retrieve the excitation and synthesis filter

TABLE 1

Bit allocation of the 8 kbit/s CS-ACELP algorithm (10 msec frame).

| Parameter | Codeword | Subframe 1 | Subframe 2 | Total per frame |
|---|---|---|---|---|
| LSP | L0, L1, L2, L3 | | | 18 |
| Adaptive codebook delay | P1, P2 | 8 | 5 | 13 |
| Delay parity | P0 | 1 | | 1 |
| Fixed codebook index | C1, C2 | 13 | 13 | 26 |
| Fixed codebook sign | S1, S2 | 4 | 4 | 8 |
| Codebook gains (stage 1) | GA1, GA2 | 3 | 3 | 6 |
| Codebook gains (stage 2) | GB1, GB2 | 4 | 4 | 8 |
| Total | | | | 80 |

parameters. The speech is reconstructed by filtering this excitation through the LP synthesis filter, as is shown in FIG. 3. The short-term synthesis filter is based on a 10th order linear prediction (LP) filter. The long-term, or pitch synthesis filter is implemented using the so-called adaptive codebook approach for delays less than the subframe length. After computing the reconstructed speech, it is further enhanced by a postfilter.

III.2.1 Encoder

The signal flow at the encoder is shown in FIG. 4. The input signal is high-pass filtered and scaled in the pre-processing block. The pre-processed signal serves as the input signal for all subsequent analysis. LP analysis is done once per 10 ms frame to compute the LP filter coefficients. These coefficients are converted to line spectrum pairs (LSP) and quantized using predictive two-stage vector quantization (VQ) with 18 bits. The excitation sequence is chosen by using an analysis-by-synthesis search procedure in which the error between the original and synthesized speech is minimized according to a perceptually weighted distortion measure. This is done by filtering the error signal with a perceptual weighting filter, whose coefficients are derived from the unquantized LP filter. The amount of perceptual weighting is made adaptive to improve the performance for input signals with a flat frequency-response.

The excitation parameters (fixed and adaptive codebook parameters) are determined per subframe of 5 ms (40 samples) each. The quantized and unquantized LP filter coefficients are used for the second subframe, while in the first subframe interpolated LP filter coefficients are used (both quantized and unquantized). An open-loop pitch delay is estimated once per 10 ms frame based on the perceptually weighted speech signal. Then the following operations are repeated for each subframe. The target signal $x(n)$ is computed by filtering the LP residual through the weighted synthesis filter $W(z)/\hat{A}(z)$. The initial states of these filters are updated by filtering the error between LP residual and excitation. This is equivalent to the common approach of subtracting the zero-input response of the weighted synthesis filter from the weighted speech signal. The impulse response, $h(n)$, of the weighted synthesis filter is computed. Closed-loop pitch analysis is then done (to find the adaptive codebook delay and gain), using the target $x(n)$ and impulse response $h(n)$, by searching around the value of the open-loop pitch delay. A fractional pitch delay with 1/3 resolution

5,699,485

| 11 | 12 |

is used. The pitch delay is encoded with 8 bits in the first subframe and differentially encoded with 5 bits in the second subframe. The target signal $x(n)$ is updated by removing the adaptive codebook contribution (filtered adaptive codevector), and this new target, $x_2(n)$, is used in the fixed algebraic codebook search (to find the optimum excitation). An algebraic codebook with 17 bits is used for the fixed codebook excitation. The gains of the adaptive and fixed codebook are vector quantized with 7 bits, (with MA prediction applied to the fixed codebook gain). Finally, the filter memories are updated using the determined excitation signal.

### II.2.2 Decoder

The signal flow at the decoder is shown in FIG. 5. First, the parameters indices are extracted from the received bitstream. These indices are decoded to obtain the coder parameters corresponding to a 10 ms speech frame. These parameters are the LSP coefficients, the 2 fractional pitch delays, the 2 fixed codebook vectors, and the 2 sets of adaptive and fixed codebook gains. The LSP coefficients are interpolated and converted to LP filter coefficients for each subframe. Then, for each 40-sample subframe the following steps are done:

the excitation is constructed by adding the adaptive and fixed codebook vectors scaled by their respective gains,

the speech is reconstructed by filtering the excitation through the LP synthesis filter,

the reconstructed speech signal is passed through a post-processing stage, which comprises of an adaptive post-filter based on the long-term and short-term synthesis filters, followed by a high-pass filter and scaling operation.

### II.2.3 Delay

This coder encodes speech and other audio signals with 10 ms frames. In addition, there is a look-ahead of 5 ms, resulting in a total algorithmic delay of 15 ms. All additional delays in a practical implementation of this coder are due to:

processing time needed for encoding and decoding operations,

transmission time on the communication link,

multiplexing delay when combining audio data with other data.

### II.2.4 Speech Coder Description

The description of the speech coding algorithm of this Recommendation is made in terms of bit-exact, fixed-point mathematical operations. The ANSI C code indicated in Subsection III.5, which constitutes an integral part of this Recommendation, reflects this bit-exact, fixed-point descriptive approach. The mathematical descriptions of the encoder (Subsection III.3), and decoder (Subsection III.4), can be implemented in several other fashions, possibly leading to a codec implementation not complying with this Recommendation. Therefore, the algorithm description of the C code of Subsection III.5 shall take precedence over the mathematical descriptions of Subsections III.3 and III.4 whenever discrepancies are found. A non-exhaustive set of test sequences which can be used in conjunction with the C code are available from the ITU.

### II.2.5 Notational Conventions

Throughout this document it is tried to maintain the following notational conventions.

Codebooks are denoted by caligraphic characters (e.g. C).

Time signals are denoted by the symbol and the sample time index between parenthesis (e.g. $s(n)$). The symbol $n$ is used as sample instant index.

Superscript time indices (e.g $g^{(m)}$) refer to that variable corresponding to subframe m.

Superscripts identify a particular element in a coefficient array.

A identifies a quantized version of a parameter.

Range notations are done using square brackets, where the boundaries are included (e.g. [0.6, 0.9]).

log denotes a logarithm with base 10.

Table 2 lists the most relevant symbols used throughout this document. A glossary of the most

### TABLE 2

#### Glossary of symbols.

| Name | Reference | Description |
|---|---|---|
| $1/A(z)$ | Eq. (2) | LP synthesis filter |
| $H_{h1}(z)$ | Eq. (1) | input high-pass filter |
| $H_p(z)$ | Eq. (77) | pitch postfilter |
| $H_f(z)$ | Eq. (83) | short-term postfilter |
| $H_t(z)$ | Eq. (85) | tilt-compensation filter |
| $H_{h2}(z)$ | Eq. (90) | output high-pass filter |
| $P(z)$ | Eq. (46) | pitch filter |
| $W(z)$ | Eq. (27) | weighting filter |

relevant signals is given in Table 3. Table 4 summarizes relevant variables and their dimension. Constant parameters are listed in Table 5. The acronyms used in this Recommendation are summarized in Table 6.

### TABLE 3

#### Glossary of signals.

| Name | Description |
|---|---|
| $h(n)$ | impulse response of weighting and synthesis filters |
| $r(k)$ | auto-correlation sequence |
| $r'(k)$ | modified auto-correlation sequence |
| $R(k)$ | correlation sequence |
| $sw(n)$ | weighted speech signal |
| $s(n)$ | speech signal |
| $s'(n)$ | windowed speech signal |
| $sf(n)$ | postfiltered output |
| $sf'(n)$ | gain-scaled postfiltered output |
| $\hat{s}(n)$ | reconstructed speech signal |
| $r(n)$ | residual signal |
| $x(n)$ | target signal |
| $x_2(n)$ | second target signal |
| $v(n)$ | adaptive codebook contribution |
| $c(n)$ | fixed codebook contribution |
| $y(n)$ | $v(n) * h(n)$ |
| $z(n)$ | $c(n) * h(n)$ |
| $u(n)$ | excitation to LP synthesis filter |
| $d(n)$ | correlation between target signal and $h(n)$ |
| $ew(n)$ | error signal |

### TABLE 4

#### Glossary of variables.

| Name | Size | Description |
|---|---|---|
| $g_p$ | 1 | adaptive codebook gain |
| $g_c$ | 1 | fixed codebook gain |
| $g_o$ | 1 | modified gain for pitch postfilter |
| $g_{pit}$ | 1 | pitch gain for pitch postfilter |

5,699,485

| 13 | 14 |

## TABLE 4-continued

### Glossary of variables.

| Name | Size | Description |
|------|------|-------------|
| $g_f$ | 1 | gain term short-term postfilter |
| $g_t$ | 1 | gain term tilt postfilter |
| $T_{op}$ | 1 | open-loop pitch delay |
| $a_i$ | 10 | LP coefficients |
| $k_i$ | 10 | reflection coefficients |
| $o_i$ | 2 | LAR coefficients |
| $w_i$ | 10 | LSP normalized frequencies |
| $q_i$ | 10 | LSP coefficients |
| $r(k)$ | 11 | correlation coefficients |
| $w_i$ | 10 | LSP weighting coefficients |
| $l_i$ | 10 | LSP quantizer output |

## TABLE 5

### Glossary of constants.

| Name | Value | Description |
|------|-------|-------------|
| $f_s$ | 8000 | sampling frequency |
| $f_0$ | 60 | bandwidth expansion |
| $\gamma_1$ | 0.94/0.98 | weight factor perceptual weighting filter |
| $\gamma_2$ | 0.60/[0.4-0.7] | weight factor perceptual weighting filter |
| $\gamma_n$ | 0.55 | weight factor post filter |
| $\gamma_d$ | 0.70 | weight factor post filter |
| $\gamma_p$ | 0.50 | weight factor pitch post filter |
| $\gamma_t$ | 0.90/0.2 | weight factor tilt post filter |
| C | Table 7 | fixed (algebraic) codebook |
| L0 | Section 3.2.4 | moving average predictor codebook |
| L1 | Section 3.2.4 | First stage LSP codebook |
| L2 | Section 3.2.4 | Second stage LSP codebook (low part) |
| L3 | Section 3.2.4 | Second stage LSP codebook (high part) |
| GA | Section 3.9 | First stage gain codebook |
| GB | Section 3.9 | Second stage gain codebook |
| $w_{lag}$ | Eq. (6) | correlation lag window |
| $w_b$ | Eq. (3) | LPC analysis window |

## TABLE 6

### Glossary of acronyms.

| Acronym | Description |
|---------|-------------|
| CELP | code-excited linear-prediction |
| MA | moving average |
| MSB | most significant bit |
| LP | linear prediction |
| LSP | line spectral pair |
| LSF | line spectral frequency |
| VQ | vector quantization |

## III.3 FUNCTIONAL DESCRIPTION OF THE ENCODER

In this section we describe the different functions of the encoder represented in the blocks of FIG. 3.

### III.3.1 Pre-Processing

As stated in Subsection III.2, the input to the speech encoder is assumed to be a 16 bit PCM signal. Two pre-processing functions are applied before the encoding process: 1) signal scaling, and 2) high-pass filtering.

The scaling consists of dividing the input by a factor 2 to reduce the possibility of overflows in the fixed-point implementation. The high-pass filter serves as a precaution against undesired low-frequency components. A second order pole/zero filter with a cutoff frequency of 140 Hz is used. Both

the scaling and high-pass filtering are combined by dividing the coefficients at the numerator of this filter by 2. The resulting filter is given by

$$H_{h1}(z) = \frac{0.46363718 - 0.92724705z^{-1} + 0.46363718z^{-2}}{1 - 1.9059465z^{-1} + 0.9114024z^{-2}}. \quad (1)$$

The input signal filtered through $H_{h1}(z)$ is referred to as $s(n)$, and will be used in all subsequent coder operations.

### III.3.2 Linear Prediction Analysis and Quantization

The short-term analysis and synthesis filters are based on 10th order linear prediction (LP) filters. The LP synthesis filter is defined as

$$\frac{1}{\hat{A}(z)} = \frac{1}{1 + \sum_{i=1}^{10} \hat{a}_i z^{-i}}, \quad (2)$$

where $\hat{a}_i$, i=1, . . . , 10, are the (quantized) linear prediction (LP) coefficients. Short-term prediction, or linear prediction analysis is performed once per speech frame using the autocorrelation approach with a 30 ms asymmetric window. Every 80 samples (10 ms), the autocorrelation coefficients of windowed speech are computed and converted to the LP coefficients using the Levinson algorithm. Then the LP coefficients are transformed to the LSP domain for quantization and interpolation purposes. The interpolated quantized and unquantized filters are converted back to the LP filter coefficients (to construct the synthesis and weighting filters at each subframe).

### III.3.2.1 Windowing and Autocorrelation Computation

The LP analysis window consists of two parts: the first part is half a Hamming window and the second part is a quarter of a cosine function cycle. The window is given by:

$$w_b(n) = \begin{cases} 0.54 - 0.46 \cos\left(\dfrac{2\pi n}{399}\right), & n = 0, \ldots, 199, \\ \cos\left(\dfrac{2\pi(n - 200)}{159}\right), & n = 200, \ldots, 239. \end{cases} \quad (3)$$

There is a 5 ms lookahead in the LP analysis which means that 40 samples are needed from the future speech frame. This translates into an extra delay of 5 ms at the encoder stage. The LP analysis window applies to 120 samples from past speech frames, 80 samples from the present speech frame, and 40 samples from the future frame. The windowing in LP analysis is illustrated in FIG. 6.

The autocorrelation coefficients of the windowed speech

$$s'(n) = w_b(n) s(n), \quad n = 0, \ldots, 239, \quad (4)$$

are computed by

$$r(k) = \sum_{n=k}^{239} s'(n) s'(n-k), \quad k = 0, \ldots, 10, \quad (5)$$

To avoid arithmetic problems for low-level input signals the value of $r(0)$ has a lower boundary of $r(0)=1.0$. A 60 Hz bandwidth expansion is applied, by multiplying the autocorrelation coefficients with

$$w_{lag}(k) = \exp\left[-\frac{1}{2}\left(\frac{2\pi f_0 k}{f_s}\right)^2\right], \quad k = 1, \ldots, 10, \quad (6)$$

where $f_0=60$ Hz is the bandwidth expansion and $f_s=8000$ Hz is the sampling frequency. Further, $r(0)$ is multiplied by the

5,699,485

<table>
<tr><td>15</td><td>16</td></tr>
</table>

white noise correction factor 1.0001, which is equivMent to adding a noise floor at −40 dB.

### III.3.2.2 Levinson-Durbin Algorithm

The modified autocorrelation coefficients

$$r'(0)=1.0001 \ r(0)$$

$$r'(k)=w_{lag}(k)r(k), \ k=1, \ldots, 10, \qquad (7)$$

are used to obtain the LP filter coefficients $a_i$, $i=1, \ldots, 10$, by solving the set of equations

$$\sum_{i=1}^{10} a_i r'(i-k)=-r'(k), \quad k=1, \ldots, 10. \qquad (8)$$

The set of equations in (8) is solved using the Levinson-Durbin algorithm. This algorithm uses the following recursion:

$$E(0)=r'(0)$$
$$\text{for } i=1 \text{ to } 10$$
$$a_0^{(i)}=1$$
$$k_i=-\left[\sum_{j=0}^{i-1} a_j^{(i-1)} \ r'(i-j)\right]/E(i-1)$$
$$a_i^{(i)}=k_i$$
$$\text{for } j=1 \text{ to } i-1$$
$$a_j^{(i)}=a_j^{(i-1)}+k_i a_{i-j}^{(i-1)}$$
$$\text{end}$$
$$E(i)=(1-k_i^2)E(i-1), \quad \text{if } E(i)<0 \text{ then } E(i)=0.01$$
$$\text{end}$$

The final solution is given as $a_j=a_j^{(10)}$, $j=1, \ldots, 10$.

### III.3.2.3 LP to LSP Conversion

The LP filter coefficients $a_i$, $i=1, \ldots, 10$ are converted to the line spectral pair (LSP) representation for quantization and interpolation purposes. For a 10th order LP filter, the LSP coefficients are defined as the roots of the sum and difference polynomials

$$F'_1(z)=A(z)+z^{-11}A(z^{-1}), \qquad (9)$$

and

$$F'_2(z)=A(z)-z^{-11}A(z^{-1}), \qquad (10)$$

respectively. The polynomial $F'_1(z)$ is symmetric, and $F'_2(z)$ is antisymmetric. It can be proven that all roots of these polynomials are on the unit circle and they alternate each other. $F'_1(z)$ has a root $z=-1$ ($\omega=\pi$) and $F'_2(z)$ has a root $z=1$ ($\omega=0$). To eliminate these two roots, we define the new polynomials

$$F_1(z)=F'_1(z)/(1+z^{-1}), \qquad (11)$$

and

$$F_2(z)=F'_2(z)/(1-z^{-1}). \qquad (12)$$

Each polynomial has 5 conjugate roots on the unit circle ($e^{\pm j\omega i}$), therefore, the polynomials can be written as

$$F_1(z)=\prod_{i=1,3,\ldots,9}(1-2q_i z^{-1}+z^{-2}) \qquad (13)$$

and

---

-continued

$$F_2(z)=\prod_{i=2,4,\ldots,10}(1-2q_i z^{-1}+z^{-2}), \qquad (14)$$

where $q_i=\cos(\omega_i)$ with $\omega_i$ being the line spectral frequencies (LSF) and they satisfy the ordering property $0<\omega_1<\omega_2<\ldots<\omega_{10}<\pi$. We refer to $q_i$ as the LSP coefficients in the cosine domain.

Since both polynomials $F_1(z)$ and $F_2(z)$ are symmetric only the first 5 coefficients of each polynomial need to be computed. The coefficients of these polynomials are found by the recursive relations

$$f_1(i+1)=\sigma_{i+1}+\sigma_{10-i}-f_1(i), \ i=0, \ldots, 4,$$
$$f_2(i+1)=\sigma_{i+1}-\sigma_{10-i}-f_2(i), \ i=0, \ldots, 4, \qquad (15)$$

where $f_1(0)=f_2(0)=1.0$. The LSP coefficients are found by evaluating the polynomials $F_1(z)$ and $F_2(z)$ at 60 points equally spaced between 0 and $\pi$ and checking for sign changes. A sign change signifies the existence of a root and the sign change interval is then divided 4 times to better track the root. The Chebyshev polynomials are used to evaluate $F_1(z)$ and $F_2(z)$. In this method the roots are found directly in the cosine domain $\{q_i\}$. The polynomials $F_1(z)$ or $F_2(z)$, evaluated at $z=e^{j\omega}$, can be written as

$$F(\omega)=2e^{-j5\omega}C(x), \qquad (16)$$

with

$$C(x)=T_5(x)+f(1)T_4(x)+f(2)T_3(x)+f(3)T_2(x)+f(4)T_1(x)+f(5)/2, \qquad (17)$$

where $T_m(x)=\cos(m\omega)$ is the $m$th order Chebyshev polynomial, and $f(i)$, $i=1, \ldots, 5$, are the coefficients of either $F_1(z)$ or $F_2(z)$, computed using the equation in (15). The polynomial $C(x)$ is evaluated at a certain value of $x=\cos(\omega)$ using the recursive relation:

$$\text{for } k=4 \text{ downto } 1$$
$$b_k=2xb_{k+1}-b_{k+2}+f(5-k)$$
$$\text{end}$$
$$C(x)=xb_1-b_2+f(5)/2$$

with initial values $b_5=1$ and $b_6=0$.

### III.3.2.4 Quantization of the LSP Coefficients

The LP filter coefficients are quantized using the LSP representation in the frequency domain; that is

$$\omega_i=\arccos(q_i), \ i=1, \ldots, 10, \qquad (18)$$

where $\omega_i$ are the line spectral frequencies (LSF) in the normalized frequency domain $[0, \pi]$. A switched 4th order MA prediction is used to predict the current set of LSF coefficients. The difference between the computed and predicted set of coefficients is quantized using a two-stage vector quantizer. The first stage is a 10-dimensional VQ using codebook L1 with 128 entries (7 bits). The second stage is a 10 bit VQ which has been implemented as a split VQ using two 5-dimensional codebooks, L2 and L3 containing 32 entries (5 bits) each.

To explain the quantization process, it is convenient to first describe the decoding process. Each coefficient is obtained from the sum of 2 codebooks:

$$l_i=\begin{cases} \mathcal{L}_1(L1)+\mathcal{L}_2(L2) & i=1, \ldots, 5, \\ \mathcal{L}_1(L1)+\mathcal{L}_3(L3) & i=6, \ldots, 10, \end{cases} \qquad (19)$$

where L1, L2, and L3 are the codebook indices. To avoid sharp resonances in the quantized LP synthesis filters, the

5,699,485

17

coefficients $l_i$ are arranged such that adjacent coefficients have a minimum distance of J. The rearrangement routine is shown below:

```
for i = 2, . . . , 10
    if (l_{i-1} > l_i - J)
        l_{i-1} = (l_i + l_{i-1} - J)/2
        l_i = (l_i + l_{i-1} + J)/2
    end
end
```

This rearrangement process is executed twice. First with a value of J=0.0001; then with a value of J=0.000095.

After this rearrangement process, the quantized LSF coefficients $\bar{\omega}_i^{(n)}$ for the current frame n, are obtained from the weighted sum of previous quantizer outputs $l^{(m-k)}$, and the current quantizer output $l^{(m)}$

$$\hat{\omega}_i^{(n)} = \left(1 - \sum_{k=1}^{4} m_i^k\right) l_i^{(n)} + \sum_{k=1}^{4} m_i^k l_i^{(n-k)}, \quad i=1,\ldots,10, \quad (20)$$

where $m_i^k$ are the coefficients of the switched MA predictor. Which MA predictor to use is defined by a separate bit L0. At startup the initial values of $l_i^{(k)}$ are given by $l_i = i\pi/11$ for all k<0.

After computing $\bar{\omega}_i$, the corresponding filter is checked for stability. This is done as follows:

1. Order the coefficient $\bar{\omega}_i$ in increasing value,
2. If $\bar{\omega}_1 < 0.005$ then $\bar{\omega}_1 = 0.005$,
3. If $\bar{\omega}_{i+1} - \bar{\omega}_i < 0.0001$, then $\bar{\omega}_{i+1} = \bar{\omega}_i + 0.0001$ i=1, . . . ,9,
4. If $\bar{\omega}_{10} > 3.135$ then $\bar{\omega}_{10} = 3.135$.

The procedure for encoding the LSF parameters can be outlined as follows. For each of the two MA predictors the best approximation to the current LSF vector has to be found. The best approximation is defined as the one that minimizes a weighted mean-squared error

$$E_{LPC} = \sum_{i=1}^{10} w_i (\omega_i - \hat{\omega}_i)^2. \quad (21)$$

The weights $\omega_i$ are made adaptive as a function of the unquantized LSF coefficients,

$$w_1 = \begin{cases} 1.0 & \text{if } \omega_2 - 0.04\pi - 1 > 0, \\ 10(\omega_2 - 0.04\pi - 1)^2 + 1 & \text{otherwise} \end{cases} \quad (22)$$

$$w_i \, 2 \leq i \leq 9 = \begin{cases} 1.0 & \text{if } \omega_{i+1} - \omega_{i-1} - 1 > 0, \\ 10(\omega_{i+1} - \omega_{i-1} - 1)^2 + 1 & \text{otherwise} \end{cases}$$

$$w_{10} = \begin{cases} 1.0 & \text{if } -\omega_9 + 0.92\pi - 1 > 0, \\ 10(-\omega_9 + 0.92\pi - 1)^2 + 1 & \text{otherwise} \end{cases}$$

In addition, the weights $\omega_5$ and $\omega_6$ are multiplied by 1.2 each.

The vector to be quantized for the current frame is obtained from

$$t_i = \left[ \hat{\omega}_i^{(n)} - \sum_{k=1}^{4} m_i^k l_i^{(n-k)} \right] / \left( 1 - \sum_{k=1}^{4} m_i^k \right), \quad i=1,\ldots,10. \quad (23)$$

The first codebook L1 is searched and the entry L1 that minimizes the (unweighted) meansquared error is selected. This is followed by a search of the second codebook L2, which defines the lower part of the second stage. For each possible candidate, the partial vector $\bar{\omega}_i$ i=1, . . . ,5 is reconstructed using Eq. (20), and rearranged to guarantee a 65 minimum distance of 0.0001. The vector with index L2 which after addition to the first stage candidate and

18

rearranging, approximates the lower part of the corresponding target best in the weighted MSE sense is selected. Using the selected first stage vector L1 and the lower part of the second stage (L2), the higher part of the second stage is searched from codebook L3. Again the rearrangement procedure is used to guarantee a minimum distance of 0.0001. The vector L3 that minimizes the overall weighted MSE is selected.

This process is done for each of the two MA predictors defined by L0, and the MA predictor L0 that produces the lowest weighted MSE is selected.

### III.3.2.5 Interpolation of the LSP Coefficients

The quantized (and unquantized) LP coefficients are used for the second subframe. For the first subframe, the quantized (and unquantized) LP coefficients are obtained from linear interpolation of the corresponding parameters in the adjacent subframes. The interpolation is done on the LSP coefficients in the q domain. Let $q_i^{(m)}$ be the LSP coefficients at the 2nd subframe of frame m, and $q_i^{(m-1)}$ the LSP coefficients at the 2nd subframe of the past frame (m-1). The (unquantized) interpolated LSP coefficients in each of the 2 subframes are given by

$$\text{Subframe 1:} \quad q1_i = 0.5q_i^{(m-1)} + 0.5q_i^{(m)}, \quad i=1,\ldots,10, \quad (24)$$

$$\text{Subframe 2:} \quad q2_i = q_i^{(m)} \quad i=1,\ldots,10.$$

The same interpolation procedure is used for the interpolation of the quantized LSP coefficients by substituting $q_i$ by $\bar{q}_i$ in Eq. (24).

### III.3.2.6 LSP to LP Conversion

Once the LSP coefficients are quantized and interpolated, they are converted back to LP coefficients $\{a_i\}$. The conversion to the LP domain is done as follows. The coefficients of $F_1(z)$ and $F_2(z)$ are found by expanding Eqs. (13) and (14) knowing the quantized and interpolated LSP coefficients. The following recursive relation is used to compute $f_1(i)$, i=1, . . . ,5, from $q_i$

```
for i = 1 to 5
    f_1(i) = -2q_{2i-1}f_1(i - 1) + 2f_1(i - 2)
    for j = i - 1 downto 1
        f_1(i) = f_1(i) - 2q_{2i-1}f_1(j - 1) + f_1(j - 2)
    end
end
```

with initial values $f_1(0)=1$ and $f_1(-1)=0$. The coefficients $f_2(i)$ are computed similarly by replacing $q_{2i-1}$ by $q_{2i}$.

Once the coefficients $f_1(i)$ and $f_2(i)$ are found, $F_1(z)$ and $F_2(z)$ are multiplied by $1+z^{-1}$ and $1-z^{-1}$ respectively, to obtain $F_1'(z)$ and $F_2'(z)$; that is

$$f_1'(i) = f_1(i) + f_1(i - 1), \quad i=1,\ldots,5, \quad (25)$$

$$f_2'(i) = f_2(i) - f_2(i - 1), \quad i=1,\ldots,5.$$

Finally the LP coefficients are found by

$$a_i = \begin{cases} 0.5 f_1'(i) + 0.5 f_2'(i), & i=1,\ldots,5, \\ 0.5 f_1'(i - 5) - 0.5 f_2'(i - 5), & i=1,\ldots,10. \end{cases} \quad (26)$$

This is directly derived from the relation $A(z)=(F_1(z)+F_2(z))/2$, and because $F_1(z)$ and $F_2(z)$ are symmetric and antisymmetric polynomials, respectively.

### III.3.3 Perceptual Weighting

The perceptual weighting filter is based on the unquantized LP filter coefficients and is given by

5,699,485

| 19 | | 20 |

$$W(z) = \frac{A(z/\gamma_1)}{A(z/\gamma_2)} = \frac{1 + \sum_{i=1}^{10} \gamma_1^i a_i z^{-i}}{1 + \sum_{i=1}^{10} \gamma_2^i a_i z^{-i}} \,. \tag{27}$$

The values of $\gamma_1$ and $\gamma_2$ determine the frequency response of the filter $W(z)$. By proper adjustment of these variables it is possible to make the weighting more effective. This is accomplished by making $\gamma_1$ and $\gamma_2$ a function of the spectral shape of the input signal. This adaptation is done once per 10 ms frame, but an interpolation procedure for each first subframe is used to smooth this adaptation process. The spectral shape is obtained from a 2nd-order linear prediction filter, obtained as a by product from the Levinson-Durbin recursion (Subsection III.3.2.2). The reflection coefficients $k_i$ are converted to Log Area Ratio (LAR$_i$) coefficients $o_i$ by

$$o_i = \log \frac{(1.0 + k_i)}{(1.0 - k_i)} \qquad i = 1, 2. \tag{28}$$

These LAR$_i$ coefficients are used for the second subframe. The LAR$_i$ coefficients for the first subframe are obtained through linear interpolation with the LAR$_i$ parameters from the previous frame, and are given by:

$$\text{Subframe 1: } o1_i = 0.5 o_i^{(m-1)} + 0.5 o_i^{(m)}, \quad i = 1, \dots, 2,$$

$$\text{Subframe 2: } o2_i = o_i^{(m)}, \qquad\qquad i = 1, \dots, 2. \tag{29}$$

The spectral envelope is characterized as being either flat (flat=1) or tilted (flat=0). For each subframe this characterization is obtained by applying a threshold function to the LAR coefficients. To avoid rapid changes, a hysteresis is used by taking into account the value of flat in the previous subframe (m-1),

$$flat^{(m)} = \begin{cases} 0 & \text{if } o_1 < -1.74 \text{ and } o_2 > 0.65 \text{ and } flat^{(m-1)} = 1, \\ 1 & \text{if } o_1 > -1.52 \text{ and } o_2 < 0.43 \text{ and } flat^{(m-1)} = 0, \\ flat^{(m-1)} & \text{otherwise.} \end{cases} \tag{30}$$

If the interpolated spectrum for a subframe is classified as flat (flat$^{(m)}$=1), the weight factors are set to $\gamma_1$=0.94 and $\gamma_2$=0.6. If the spectrum is classified as tilted (flat$^{(m)}$=0), the value of $\gamma_1$ is set to 0.98, and the value of $\gamma_2$ is adapted to the strength of the resonances in the LP synthesis filter, but is bounded between 0.4 and 0.7. If a strong resonance is present, the value of $\gamma_2$ is set closer to the upperbound. This adaptation is achieved by a criterion based on the minimum distance between 2 successive LSP coefficients for the current subframe. The minimum distance is given by

$$d_{min} = min[\omega_{i+1} - \omega_i] i = 1, \dots, 9. \tag{31}$$

The following linear relation is used to compute $\gamma_2$:

$$\gamma_2 = 6.0 \cdot d_{min} + 1.0, \text{ and } 0.4 \le \gamma_2 \le 0.7 \tag{32}$$

The weighted speech signal in a subframe is given by

$$sw(n) = s(n) + \sum_{i=1}^{10} o_i \gamma_1^i s(n-i) - \sum_{i=1}^{10} o_i \gamma_2^i sw(n-i), \tag{33}$$

$$n = 0, \dots, 39.$$

The weighted speech signal sw(n) is used to find an estimation of the pitch delay in the speech frame.

### III.3.4 Open-Loop Pitch Analysis

To reduce the complexity of the search for the best adaptive codebook delay, the search range is limited around a candidate delay $T_{op}$, obtained from an open-loop pitch analysis. This open-loop pitch analysis is done once per frame (10 ms). The open-loop pitch estimation uses the weighted speech signal sw(n) of Eq. (33), and is done as follows: In the first step, 3 maxima of the correlation

$$R(k) = \sum_{n=0}^{79} sw(n) sw(n-k) \tag{34}$$

are found in the following three ranges

$$i = 1: 80, \dots, 143,$$
$$i = 2: 40, \dots, 79,$$
$$i = 3: 20, \dots, 39.$$

The retained maxima $R(t_i)$, i=1, . . . , 3, are normalized through

$$R(t_i) = \frac{R(t_i)}{\sqrt{\sum_n sw^2(n - t_i)}} \,, \qquad i = 1, \dots, 3, \tag{35}$$

The winner among the three normalized correlations is selected by favoring the delays with the values in the lower range. This is done by weighting the normalized correlations corresponding to the longer delays. The best open-loop delay $T_{op}$ is determined as follows:

$$T_{op} = t_1$$
$$R(T_{op}) = R(t_1)$$
$$\text{if } R(t_2) \ge 0.85 R(T_{op})$$
$$\quad R(T_{op}) = R(t_2)$$
$$\quad T_{op} = t_2$$
$$\text{end}$$
$$\text{if } R(t_3) \ge 0.85 R(T_{op})$$
$$\quad R(T_{op}) = R(t_3)$$
$$\quad T_{op} = t_3$$
$$\text{end}$$

This procedure of dividing the delay range into 3 sections and favoring the lower sections is used to avoid choosing pitch multiples.

### III.3.5 Computation of the Impulse Response

The impulse response, h(n), of the weighted synthesis filter $W(z)/\hat{A}(z)$ is computed for each subframe. This impulse response is needed for the search of adaptive and fixed codebooks. The impulse response h(n) is computed by filtering the vector of coefficients of the filter $A(z/\gamma_1)$ extended by zeros through the two filters $1/\hat{A}(z)$ and $1/A(z/\gamma_2)$.

### III.3.6 Computation of the Target Signal

The target signal x(n) for the adaptive codebook search is usually computed by subtracting the zero-input response of the weighted synthesis filter $W(z)/\hat{A}(z) = A(z/\gamma_1)/[\hat{A}(z)A(z/\gamma_2)]$ from the weighted speech signal sw(n) of Eq. (33). This is done on a subframe basis.

An equivalent procedure for computing the target signal, which is used in this Recommendation, is the filtering of the LP residual signal r(n) through the combination of synthesis filter $1/\hat{A}(z)$ and the weighting filter $A(z/\gamma_1)/A(z/\gamma_2)$. After determining the excitation for the subframe, the initial states of these filters are updated by filtering the difference between the LP residual and excitation. The memory update of these filters is explained in Subsection III.3.10.

The residual signal r(n), which is needed for finding the target vector is also used in the adaptive codebook search to extend the past excitation buffer. This simplifies the adaptive codebook search procedure for delays less than the subframe

5,699,485

## 21

size of 40 as will be explained in the next section. The LP residual is given by

$$r(n) = s(n) + \sum_{i=1}^{10} \hat{a}_i s(n-i), \qquad n = 0, \ldots, 39. \qquad (36)$$

### III.3.7 Adaptive-Codebook Search

The adaptive-codebook parameters (or pitch parameters) are the delay and gain. In the adaptive codebook approach for implementing the pitch filter, the excitation is repeated for delays less than the subframe length. In the search stage, the excitation is extended by the LP residual to simplify the closed-loop search. The adaptive-codebook search is done every (5 ms) subframe. In the first subframe, a fractional pitch delay $T_1$ is used with a resolution of $\frac{1}{3}$ in the range $[19\frac{1}{3}, 84\frac{2}{3}]$ and integers only in the range $[85, 143]$. For the second subframe, a delay $T_2$ with a resolution of $\frac{1}{3}$ is always used in the range $[(int)T_1 - 5\frac{2}{3}, (int)T_1 + 4\frac{2}{3}]$, where $(int)T_1$ is the nearest integer to the fractional pitch delay $T_1$ of the first subframe. This range is adapted for the cases where $T_1$ straddles the boundaries of the delay range.

For each subframe the optimal delay is determined using close&loop analysis that minimizes the weighted mean-squared error. In the first subframe the delay $T_1$ is found be searching a small range (6 samples) of delay values around the open-loop delay $T_{op}$ (see Subsection III.3.7). The search boundaries $t_{min}$ and $t_{max}$ are defined by

$$t_{min} = T_{op} - 3$$

if $t_{min} < 20$ then $t_{min} = 20$
if $t_{max} > 143$ then
$\qquad t_{max} = 143$
$\qquad t_{min} = t_{max} - 6$
end

For the second subframe, closed-loop pitch analysis is done around the pitch selected in the first subframe to find the optimal delay $T_2$. The search boundaries are between $t_{min} - \frac{2}{3}$ and $t_{max} + \frac{2}{3}$, where $t_{min}$ and $t_{max}$ are derived from $T_1$ as follows:

$$t_{min} = (int)T_1 - 5$$
if $t_{min} < 20$ then $t_{min} = 20$
$t_{max} = t_{min} + 9$
if $t_{max} > 143$ then
$\qquad t_{max} = 143$
$\qquad t_{min} = t_{max} - 9$
end

The closed-loop pitch search minimizes the mean-squared weighted error between the original and synthesized speech. This is achieved by maximizing the term

$$R(k) = \frac{\sum_{n=0}^{39} x(n) y_k(n)}{\sqrt{\sum_{n=0}^{39} y_k(n) y_k(n)}}, \qquad (37)$$

where $x(n)$ is the target signal and $y_k(n)$ is the past filtered excitation at delay $k$ (past excitation convolved with $h(n)$). Note that the search range is limited around a preselected value, which is the open-loop pitch $T_{op}$ for the first subframe, and $T_1$ for the second subframe.

The convolution $y_k(n)$ is computed for the delay $t_{min}$, and for the other integer delays in the search range $k = t_{min} + 1, \ldots, t_{max}$, it is updated using the recursive relation

$$y_k(n) = y_{k-1}(n-1) + u(-k) h(n), \quad n = 39, \ldots, 0, \qquad (38)$$

## 22

where $u(n)$, $n = -143, \ldots, 39$, is the excitation buffer, and $y_{k-1}(-1) = 0$. Note that in the search stage, the samples $u(n)$, $n = 0, \ldots, 39$ are not known, and they are needed for pitch delays less than 40. To simplify the search, the LP residual is copied to $u(n)$ to make the relation in Eq. (38) valid for all delays.

For the determination of $T_2$, and $T_1$ if the optimum integer closed-loop delay is less than 84, the fractions around the optimum integer delay have to be tested. The fractional pitch search is done by interpolating the normalized correlation in Eq. (37) and searching for its maximum. The interpolation is done using a FIR filter $b_{12}$ based on a Hamming windowed sine function with the sine truncated at $\pm 11$ and padded with zeros at $\pm 12$ ($b_{12}(12) = 0$). The filter has its cut-off frequency ($-3$ dB) at 3600 Hz in the oversampled domain. The interpolated values of $R(k)$ for the fractions $-\frac{2}{3}, -\frac{1}{3}, 0, \frac{1}{3}$, and $\frac{2}{3}$ are obtained using the interpolation formula

$$R(k)_t = \sum_{i=0}^{3} R(k-i) b_{12}(t+i3) + \sum_{i=0}^{3} R(k+1+i) b_{12}(3-t+i3), \qquad (39)$$

$t = 0, 1, 2,$

where $t = 0, 1, 2$ corresponds to the fractions $0, \frac{1}{3}$, and $\frac{2}{3}$, respectively. Note that it is necessary to compute correlation terms in Eq. (37) using a range $t_{min} - 4, t_{max} + 4$, to allow for the proper interpolation.

### III.3.7.1 Generation of the Adaptive Codebook Vector

Once the noninteger pitch delay has been determined, the adaptive codebook vector $v(n)$ is computed by interpolating the past excitation signal $u(n)$ at the given integer delay $k$ and fraction $t$

$$v(n) = \sum_{i=0}^{9} u(n-k+i) b_{30}(t+i3) + \sum_{i=0}^{9} u(n-k+1+i) b_{30}(3-t+i3), \qquad (40)$$

$n = 0, 1, 2.$

The interpolation filter $b_{30}$ is based on a Hamming windowed sine functions with the sine truncated at $\pm 29$ and padded with zeros at $\pm 30$ ($b_{30}(30) = 0$). The filters has a cut-off frequency ($-3$ dB) at 3600 Hz in the oversampled domain.

### III.3.7.2 Codeword Computation for Adaptive Codebook Delays

The pitch delay $T_1$ is encoded with 8 bits in the first subframe and the relative delay in the second subframe is encoded with 5 bits. A fractional delay $T$ is represented by its integer part $(int)T$, and a fractional part $frac/3$, $frac = -1$, 0, 1. The pitch index P1 is now encoded as

$$P1 = \begin{cases} ((int)T_1 - 19)*3 + frac - 1, \\ \qquad \text{if } T_1 = [19, \ldots, 85], frac = [-1, 0, 1] \\ ((int)T_1 - 85) + 197, \\ \qquad \text{if } T_1 = [86, \ldots, 143], frac = 0 \end{cases} \qquad (41)$$

The value of the pitch delay $T_2$ is encoded relative to the value of $T_1$. Using the same interpretation as before, the fractional delay $T_2$ represented by its integer part $(int)T_2$, and a fractional part $frac/3$, $frac = -1$, 0, 1, is encoded as

$$P2 = ((int)T_2 - t_{min})*3 + frac + 2 \qquad (42)$$

where $t_{min}$ is derived from $T_1$ as before.

5,699,485

<table>
<tr><td>23</td><td>24</td></tr>
</table>

To make the coder more robust against random bit errors, a parity bit P0 is computed on the delay index of the first subframe. The parity bit is generated through an XOR operation on the 6 most significant bits of P1. At the decoder this parity bit is recomputed and if the recomputed value does not agree with the transmitted value, an error concealment procedure is applied.

### III.3.7.3 Computation of the Adaptive-Codebook Gain

Once the adaptive-codebook delay is determined, the adaptive-codebook gain $g_p$ is computed as

$$g_p = \frac{\sum_{n=0}^{39} x(n)y(n)}{\sum_{n=0}^{39} y(n)y(n)}, \quad \text{bounded by } 0 \le g_p \le 1.2, \quad (43)$$

where $y(n)$ is the filtered adaptive codebook vector (zero-state response of $W(z)/\hat{A}(z)$ to $v(n)$). This vector is obtained by convolving $v(n)$ with $h(n)$

$$y(n) = \sum_{i=0}^{n} v(i)h(n-i) \quad n=0,\ldots,39. \quad (44)$$

Note that by maximizing the term in Eq. (37) in most cases $g_p > 0$: In case the signal contains only negative correlations, the value of $g_p$ is set to 0.

### III.3.8 Fixed Codebook: Structure and Search

The fixed codebook is based on an algebraic codebook structure using an interleaved single-pulse permutation (ISPP) design. In this codebook, each codebook vector contains 4 non-zero pulses. Each pulse can have either the amplitudes +1 or −1, and can assume the positions given in Table 7.

The codebook vector $c(n)$ is constructed by taking a zero vector, and putting the 4 unit pulses at the found locations, multiplied with their corresponding sign.

$$c(n)=\pm0\delta(n-i0)\pm1\delta(n-i1)\pm2\delta(n-i2)\pm3\delta(n-i3), \ n=0,\ldots,39. \ (45)$$

where $\delta(n)$ is a unit pulse. A special feature incorporated in the codebook is that the selected codebook vector is filtered through an adaptive pre-filter $P(z)$ which enhances harmonic components to improve the synthesized speech quality. Here the filter

$$P(z)=1/(1-\beta z^{-T}) \quad (46)$$

is used, where $T$ is the integer component of the pitch delay of the current subframe, and $\beta$ is a pitch gain. The value of $\beta$ is made adaptive by using the quantized adaptive codebook gain from the previous subframe bounded by 0.2 and 0.8.

$$\beta=g_p^{(m-1)}, \ 0.2 \le \beta \le 0.8. \quad (47)$$

This filter enhances the harmonic structure for delays less than the subframe size of 40. This modification is incorpo-

rated in the fixed codebook search by modifying the impulse response $h(n)$, according to

$$h(n)=h(n)+\beta h(n-T), \ n=T,\ldots,39. \quad (48)$$

### III.3.8.1 Fixed-Codebook Search Procedure

The fixed codebook is searched by minimizing the mean-squared error between the weighted input speech $sw(n)$ of Eq. (33), and the weighted reconstructed speech. The target signal used in the closed-loop pitch search is updated by subtracting the adaptive codebook contribution. That is

$$x_2(n)=x(n)-g_p y(n), \ n=0,\ldots,39, \quad (49)$$

where $y(n)$ is the filtered adaptive codebook vector of Eq. (44).

The matrix H is defined as the lower triangular Toepliz convolution matrix with diagonal $h(0)$ and lower diagonals $h(1),\ldots,h(39)$. If $c_k$ is the algebraic codevector at index k, then the codebook is searched by maximizing the term

$$\frac{C_k^2}{E_k} = \frac{\left(\sum_{n=0}^{39} d(n)c_k(n)\right)^2}{c_k^t\Phi c_k} \quad (50)$$

where $d(n)$ is the correlation between the target signal $x_2(n)$ and the impulse response $h(n)$, and $\Phi=H^tH$ is the matrix of correlations of $h(n)$. The signal $d(n)$ and the matrix $\Phi$ are computed before the codebook search. The elements of $d(n)$ are computed from

$$d(n)=\sum_{i=n}^{39} x_2(i)h(i-n), \ n=0,\ldots,39, \quad (51)$$

and the elements of the symmetric matrix $\Phi$ are computed by

$$\phi(i,j)=\sum_{n=j}^{39} h(n-i)h(n-j), \ (j \ge i). \quad (52)$$

Note that only the elements actually needed are computed and an efficient storage procedure has been designed to speed up the search procedure.

The algebraic structure of the codebook C allows for a fast search procedure since the codebook vector $c_k$ contains only four nonzero pulses. The correlation in the numerator of Eq. (50) for a given vector $c_k$ is given by

$$C=\sum_{i=0}^{3} a_i d(m_i), \quad (53)$$

where $m_i$ is the position of the ith pulse and $a_i$ is its amplitude. The energy in the denominator of Eq. (50) is given by

$$E=\sum_{i=0}^{3} \phi(m_i, m_i) + 2\sum_{i=0}^{2}\sum_{j=i+1}^{3} a_i a_j \phi(m_i, m_j). \quad (54)$$

To simplify the search procedure, the pulse amplitudes are predetermined by quantizing the signal $d(n)$. This is done by setting the amplitude of a pulse at a certain position equal to the sign of $d(n)$ at that position. Before the codebook search, the following steps are done. First, the signal $d(n)$ is decomposed into two signals: the absolute signal $d'(n)=|d(n)|$ and the sign signal $sign[d(n)]$. Second, the matrix $\Phi$ is modified by including the sign information; that is,

$$\phi'(i,j)=sign[d(i)]sign[d(j)]\phi(i,j), \ i=0,\ldots,39, j=i,\ldots,39. \quad (55)$$

To remove the factor 2 in Eq. (54)

### TABLE 7

Structure of fixed codebook C.

| Pulse | Sign | Positions |
|-------|------|-----------|
| i0 | s0 | 0, 5, 10, 15, 20, 25, 30, 35 |
| i1 | s1 | 1, 6, 11, 16, 21, 26, 31, 36 |
| i2 | s2 | 2, 7, 12, 17, 22, 27, 32, 37 |
| i3 | s3 | 3, 8, 13, 18, 23, 28, 33, 38 |
|    |    | 4, 9, 14, 19, 24, 29, 34, 39 |

5,699,485

25

$$\phi'(i,i)=0.5\phi'(i,i), \quad i=0,\ldots,39.$$ (56)

The correlation in Eq. (53) is now given by

$$C=d'(m_0)+d'(m_1)+d'(m_2)+d'(m_3),$$ (57)

and the energy in Eq. (54) is given by

$$E=\phi'(m_0,m_0)$$

$$+\phi'(m_1,m_1)+\phi'(m_0,m_1)$$

$$+\phi'(m_2,m_2)+\phi'(m_0,m_2)+\phi'(m_1,m_2)$$

$$+\phi'(m_3,m_3)+\phi'(m_0,m_3)+\phi'(m_1,m_3)+\phi'(m_2,m_3).$$ (58)

A focused search approach is used to further simplify the search procedure. In this approach a precomputed threshold is tested before entering the last loop, and the loop is entered only if this threshold is exceeded. The maximum number of times the loop can be entered is fixed so that a low percentage of the codebook is searched. The threshold is computed based on the correlation C. The maximum absolute correlation and the average correlation due to the contribution of the first three pulses, $max_3$ and $av_3$, are found before the codebook search. The threshold is given by

$$thr_3=av_3+K_3(max_3-av_3).$$ (59)

The fourth loop is entered only if the absolute correlation (due to three pulses) exceeds $thr_3$, where $0\le K_3<1$. The value of $K_3$ controls the percentage of codebook search and it is set here to 0.4. Note that this results in a variable search time, and to further control the search the number of times the last loop is entered (for the 2 subframes) cannot exceed a certain maximum, which is set here to 180 (the average worst case per subframe is 90 times).

### III.3.8.2 Codeword Computation of the Fixed Codebook

The pulse positions of the pulses i0, i1, and i2, are encoded with 3 bits each, while the position of i3 is encoded with 4 bits. Each pulse amplitude is encoded with 1 bit. This gives a total of 17 bits for the 4 pulses. By defining s=1 if the sign is positive and s=0 is the sign is negative, the sign codeword is obtained from

$$S=s0+2*s1+4*s2+8*s3$$ (60)

and the fixed codebook codeword is obtained from

$$C=(i0/5)+8*(i1/5)+64*(i2/5)+512*(2*(i3/5)+jx)$$ (61)

where jx=0 if i3=3,8, . . . , and jz=1 if i3=4,9, . . .

### III.3.9 Quantization of the Gains

The adaptive-codebook gain (pitch gain) and the fixed (algebraic) codebook gain are vector quantized using 7 bits. The gain codebook search is done by minimizing the mean-squared weighted error between original and reconstructed speech which is given by

$$E=x^t x+g_p^2 y^t y+g_c^2 z^t z-2g_p x^t y-2g_c x^t z+2g_p g_c y^t z+tm$$ (62)

where x is the target vector (see Subsection III.3.6), y is the filtered adaptive codebook vector of Eq. (44), and z is the fixed codebook vector convolved with h(n),

26

$$z(n)=\sum_{i=0}^{n} c(i)h(n-i) \quad n=0,\ldots,39.$$ (63)

### III.3.9.1 Gain Prediction

The fixed codebook gain gc can be expressed as

$$g_c=\tilde{\gamma}g'_c$$ (64)

where $g'_c$ is a predicted gain based on previous fixed codebook energies, and $\gamma$ is a correction factor.

The mean energy of the fixed codebook contribution is given by

$$E=10\log\left(\frac{1}{40}\sum_{i=0}^{39}c_i^2\right).$$ (65)

After scaling the vector $c_i$ with the fixed codebook gain $g_c$, the energy of the scaled fixed codebook is given by 20 log $g_c$+E. Let $E^{(m)}$ be the mean-removed energy (in dB) of the (scaled) fixed codebook contribution at subframe m, given by

$$E^{(m)}=20\log g_c+E-\bar{E},$$ (66)

where $\bar{E}$=30 dB is the mean energy of the fixed codebook excitation. The gain $g_c$ can be expressed as a function of $E^{(m)}$, E, and $\bar{E}$ by

$$g_c=10^{(E^{(m)}+\bar{E}-E)/20}.$$ (67)

The predicted gain $g'_c$ is found by predicting the log-energy of the current fixed codebook contribution from the log-energy of previous fixed codebook contributions. The 4th order MA prediction is done as follows. The predicted energy is given by

$$\tilde{E}^{(m)}=\sum_{i=1}^{4}b_i\tilde{R}^{(m-i)},$$ (68)

where [$b_1$ $b_2$ $b_3$ $b_4$]=[0.68 0.58 .034 0.19] are the MA prediction coefficients, and $\hat{R}^{(m)}$ is the quantized version of the prediction error $R^{(m)}$ at subframe m, defined by

$$\hat{R}^{(m)}=E^{(m)}-\tilde{E}^{(m)}.$$ (69)

The predicted gain $g'_c$ is found by replacing $E^{(m)}$ by its predicted value in Eq (67).

$$g'_c=10^{(\tilde{E}^{(m)}+\bar{E}-E)/20}.$$ (70)

The correction factor $\gamma$ is related to the gain-prediction error by

$$R^{(m)}=E^{(m)}-\tilde{E}^{(m)}=20\log(\gamma).$$ (71)

### III.3.9.2 Codebook Search for Gain Quantization

The adaptive-codebook gain, $g_p$, and the factor $\gamma$ are vector quantized using a 2-stage conjugate structured codebook. The first stage consists of a 3 bit two-dimensional codebook GA, and the second stage consists of a 4 bit two-dimensional codebook GB. The first element in each codebook represents the quantized adaptive codebook gain $g_p$, and the second element represents the quantized fixed codebook gain correction factor $\gamma$. Given codebook indices m and n for GA and GB, respectively, the quantized adaptive-codebook gain is given by

$$g_p=GA_1(m)+GB_1(n),$$ (72)

and the quantized fixed-codebook gain by

5,699,485

27

$$\hat{g}_c = g^*_c, \bar{z} = g^*_c(GA_2(m) + GB_2(n)).\qquad(73)$$

This conjugate structure simplifies the codebook search, by applying a pre-selection process. The optimum pitch gain $g_p$, and fixed-codebook gain, $g_c$, are derived from Eq. (62), and are used for the pre-selection. The codebook GA contains 8 entries in which the second element (corresponding to $g_c$) has in general larger values than the first element (corresponding to $g_p$). This bias allows a pre-selection using the value of $g_c$. In this pre-selection process, a cluster of 4 vectors whose second element are close to $gx_{ca}$ where $gx_c$ is derived from $g_c$ and $g_p$. Similarly, the codebook GB contains 16 entries in which have a bias towards the first element (corresponding to $g_p$). A cluster of 8 vectors whose first elements are close to $g_p$ are selected. Hence for each codebook the best 50% candidate vectors are selected. This is followed by an exhaustive search over the remaining 4*8=32 possibilities, such that the combination of the two indices minimizes the weighted mean-squared error of Eq. (62).

### III.3.9.3 Codeword Computation for Gain Quantizer

The codewords GA and GB for the gain quantizer are obtained from the indices corresponding to the best choice. To reduce the impact of single bit errors the codebook indices are mapped.

### III.3.10 Memory Update

An update of the states of the synthesis and weighting filters is needed to compute the target signal in the next subframe. After the two gains are quantized, the excitation signal, u(n), in the present subframe is found by

$$u(n) = \hat{g}_p v(n) + \hat{g}_c c(n), \quad n = 0, \ldots, 39,\qquad(74)$$

where $\hat{g}_p$ and $\hat{g}_c$ are the quantized adaptive and fixed codebook gains, respectively, v(n) the adaptive codebook vector (interpolated past excitation), and c(n) is the fixed codebook vector (algebraic codevector including pitch sharpening). The states of the filters can be updated by filtering the signal r(n)−u(n) (difference between residual and excitation) through the filters 1/Â(z) and A(z/γ₁)/A(z/γ₂) for the 40 sample subframe and saving the states of the filters. This would require 3 filter operations. A simpler approach, which requires only one filtering is as follows. The local synthesis speech, ŝ(n), is computed by filtering the excitation signal through 1/Â(z). The output of the filter due to the input r(n)−u(n) is equivalent to e(n)=s(n)−ŝ(n). So the states of the synthesis filter 1/Â(z) are given by e(n), n=30, . . . ,39. Updating the states of the filter A(z/γ₁)/A(z/γ₂) can be done by filtering the error signal e(n) through this filter to find the perceptually weighted error ew(n). However, the signal ew(n) can be equivalently found by

$$ew(n) = x(n) - \hat{g}_p y(n) + \hat{g}_c z(n)\qquad(75)$$

Since the signals z(n), y(n), and z(n) are available, the states of the weighting filter are updated by computing ew(n) as in Eq. (75) for n=30, . . . 39. This saves two filter operations.

### III.3.11 Encoder and Decoder Initialization

All static encoder variables should be initialized to 0, except the variables listed in table 8. These variables need to be initialized for the decoder as well.

28

TABLE 8

| Description of parameters with nonzero initialization. | | |
|---|---|---|
| Variable | Reference | Initial value |
| β | Section 3.8 | 0.8 |
| l₁ | Section 3.2.4 | iπ/11 |
| θₖ | Section 3.2.4 | 0.9595, . . . , |
| ŝ(n) | Section 3.9.1 | −14 |

### III.4.0 FUNCTIONAL DESCRIPTION OF THE DECODER

The signal flow at the decoder was shown in Subsection III.2 (FIG. 4). First the parameters are decoded (LP coefficients, adaptive codebook vector, fixed codebook vector, and gains). These decoded parameters are used to compute the reconstructed speech signal. This process is described in Subsection III.4.1. This reconstructed signal is enhanced by a post-processing operation consisting of a postfilter and a high-pass filter (Subsection III.4.2). Subsection III.4.3 describes the error concealment procedure used when either a parity error has occurred, or when the frame erasure flag has been set.

### III.4.1 Parameter Decoding Procedure

The transmitted parameters are listed in Table 9. At startup all static encoder variables should be

TABLE 9

| Description of transmitted parameters indices. The bitstream ordering is reflected by the order in the table. For each parameter the most significant bit (MSB) is transmitted first. | |
|---|---|
| Symbol | Description | Bits |
|---|---|---|
| L0 | Switched predictor index of LSP quantizer | 1 |
| L1 | First stage vector of LSP quantizer | 7 |
| L2 | Second stage lower vector of LSP quantizer | 5 |
| L3 | Second stage higher vector of LSP quantizer | 5 |
| P1 | Pitch delay 1st subframe | 8 |
| P0 | Parity bit for pitch | 1 |
| S1 | Signs of pulses 1st subframe | 4 |
| C1 | Fixed codebook 1st subframe | 13 |
| GA1 | Gain codebook (stage 1) 1st subframe | 3 |
| GB1 | Gain codebook (stage 2) 1st subframe | 4 |
| P2 | Pitch delay 2nd subframe | 5 |
| S2 | Signs of pulses 2nd subframe | 4 |
| C2 | Fixed codebook 2nd subframe | 13 |
| GA2 | Gain codebook (stage 1) 2nd subframe | 3 |
| GB2 | Gain codebook (stage 2) 2nd subframe | 4 |

initialized to 0, except the variables listed in Table 8. The decoding process is done in the following order:

### III.4.1.1 Decoding of LP Filter Parameters

The received indices L0, L1, L2, and L3 of the LSP quantizer are used to reconstruct the quantized LSP coefficients using the procedure described in Subsection III.3.2.4. The interpolation procedure described in Subsection III.3.2.5 is used to obtain 2 interpolated LSP vectors (corresponding to 2 subframes). For each subframe, the interpolated LSP vector is converted to LP filter coefficients aᵢ, which are used for synthesizing the reconstructed speech in the subframe.

The following steps are repeated for each subframe:
1. decoding of the adaptive codebook vector,
2. decoding of the fixed codebook vector,

5,699,485

<div style="columns:2">

29

3. decoding of the adaptive and fixed codebook gains,
4. computation of the reconstructed speech,

### III.4.1.2 Decoding of the Adaptive Codebook Vector

The received adaptive codebook index is used to find the integer and fractional parts of the pitch delay. The integer part $(int)T_1$ and fractional part frac of $T_1$ are obtained from P1 as follows:

```
if P1 < 197
    (int)T₁ = (P1 + 2)/3 + 19
    frac = P1 − (int)T₁*3 + 58
else
    (int)T₁ = P1 − 112
    frac = 0
end
```

The integer and fractional part of $T_2$ are obtained from P2 and $t_{min}$, where $t_{min}$ is derived from P1 as follows

```
t_min = (int)T₁ − 5
if t_min < 20 then t_min = 20
t_max = t_min + 9
if t_max > 143 then
    t_max = 143
    t_min = t_max − 9
end
```

Now T2 is obtained from

$$(int)T_2=(P2+2)/3-1+t_{min}$$

$$frac=P2-2-((P2+2)/3-1)*3$$

The adaptive codebook vector v(n) is found by interpolating the past excitation u(n) (at the pitch delay) using Eq. (40).

### III.4.1.3 Decoding of the Fixed Codebook Vector

The received fixed codebook index C is used to extract the positions of the excitation pulses. The pulse signs are obtained from S. Once the pulse positions and signs are decoded the fixed codebook vector c(n), can be constructed. If the integer part of the pitch delay, T, is less than the subframe size 40, the pitch enhancement procedure is applied which modifies c(n) according to Eq. (48).

### III.4.1.4 Decoding of the Adaptive and Fixed Codebook Gains

The received gain codebook index gives the adaptive codebook gain $\hat{g}_p$, and the fixed codebook gain correction factor $\hat{\gamma}$. This procedure is described in detail in Subsection III.3.9. The estimated fixed codebook gain g'_c is found using Eq. (70). The fixed codebook gain is obtained from the product of the quantized gain correction factor with this predicted gain (Eq. (64)). The adaptive codebook gain is reconstructed using Eq. (72).

### III.4.1.5 Computation of the Parity Bit

Before the speech is reconstructed, the parity bit is recomputed from the adaptive codebook delay (Subsection III.3.7.2). If this bit is not identical to the transmitted parity bit P0, it is likely that bit errors occurred during transmission and the error concealment procedure of Subsection III.4.3 is used.

### III.4.1.6 Computing the Reconstructed Speech

The excitation u(n) at the input of the synthesis filter (see Eq. (74)) is input to the LP synthesis filter. The reconstructed

30

speech for the subframe is given by

$$\hat{x}(n)=u(n)-\sum_{i=1}^{10}\hat{a}_i\hat{x}(n-i),\quad n=0,\ldots,39. \tag{76}$$

where $\hat{a}_i$ are the interpolated LP filter coefficients.

The reconstructed speech $\hat{s}(n)$ is then processed by a post processor which is described in the next section.

### III.4.2 Post-Processing

Post-processing consists of three functions: adaptive postfiltering, high-pass filtering, and signal up-scaling. The adaptive postfilter is the cascade of three filters: a pitch postfilter $H_p(z)$, a short-term postfilter $H_f(z)$, and a tilt compensation filter $H_t(z)$, followed by an adaptive gain control procedure. The postfilter is updated every subframe of 5 ms. The postfiltering process is organized as follows. First, the synthesis speech $\hat{s}(n)$ is inverse filtered through $\hat{A}(z/\gamma_n)$ to produce the residual signal $\hat{r}(n)$. The signal $\hat{r}(n)$ is used to compute the pitch delay T and gain $g_{pit}$. The signal $\hat{r}(n)$ is filtered through the pitch postfilter $H_p(z)$ to produce the signal $r'(n)$ which, in its turn, is filtered by the synthesis filter $1/[g_f\hat{A}(z/\gamma_d)]$. Finally, the signal at the output of the synthesis filter $1/[g_f\hat{A}(z/\gamma_d)]$ is passed to the tilt compensation filter $H_t(z)$ resulting in the postfiltered synthesis speech signal sf(n). Adaptive gain controle is then applied between sf(n) and $\hat{s}(n)$ resulting in the signal sf'(n). The high-pass filtering and scaling operation operate on the post filtered signal sf'(n) .

### III.4.2.1 Pitch Postfilter

The pitch, or harmonic, postfilter is given by

$$H_p(z)=\frac{1}{1+g_0}\ (1+g_0 z^{-T}), \tag{77}$$

where T is the pitch delay and go is a gain factor given by

$$g_0=\gamma_p g_{pit}, \tag{78}$$

where $g_{pit}$ is the pitch gain. Both the pitch delay and gain are determined from the decoder output signal. Note that $g_{pit}$ is bounded by 1, and it is set to zero if the pitch prediction gain is less that 3 dB. The factor $\gamma_p$ controls the amount of harmonic postfiltering and has the value $\gamma_p=0.5$. The pitch delay and gain are computed from the residual signal $\hat{r}(n)$ obtained by filtering the speech $\hat{s}(n)$ through $\hat{A}(z/\gamma_n)$, which is the numerator of the short-term postfilter (see Subsection III.4.2.2)

$$\hat{r}(n)=\hat{s}(n)+\sum_{i=1}^{10}\gamma_n\hat{a}_i\hat{s}(n-i). \tag{79}$$

The pitch delay is computed using a two pass procedure. The first pass selects the best integer in the range $[T_1-1,T_1+1]$, where $T_1$ is the integer part of the (transmitted) pitch delay in the first subframe. The best integer delay is the one that maximizes the correlation

$$R(k)=\sum_{n=0}^{39}\hat{r}(n)\hat{r}(n-k). \tag{80}$$

The second pass chooses the best fractional delay T with resolution 1/8 around $T_0$. This is done by finding the delay with the highest normalized correlation.

</div>

$$R(k) = \frac{\sum_{n=0}^{39} \hat{r}(n)\hat{r}_k(n)}{\sqrt{\sum_{n=0}^{39} \hat{r}_k(n)\hat{r}_k(n)}}, \qquad (81)$$

where $\hat{r}(n)$ is the residual signal at delay k. Once the optimal delay T is found, the corresponding correlation value is compared against a threshold. If R'(T)<0.5 then the harmonic postfilter is disabled by setting $g_{pit}=0$. Otherwise the value of $g_{pit}$ is computed from:

$$g_{pit} = \frac{\sum_{n=0}^{39} \hat{r}(n)\hat{r}_T(n)}{\sum_{n=0}^{39} \hat{r}_T(n)\hat{r}_T(n)}, \text{ bounded by } 0 \le g_{pit} \le 1.0. \qquad (82)$$

The noninteger delayed signal $\hat{r}_k(n)$ is first computed using an interpolation filter d length 33. After the selection of T, $\hat{r}_k(n)$ is recomputed with a longer interpolation filter of length 129. The new signal replaces the previous one only if the longer filter increases the value of R'(T).

### III.4.2.2 Short-Term Postfilter

The short-term postfilter is given by

$$H_f(z) = \frac{1}{g_f} \frac{\hat{A}(z/\gamma_n)}{\hat{A}(z/\gamma_d)} = \frac{1}{g_f} \frac{1 + \sum_{i=1}^{10} \gamma_n^i \hat{a}_i z^{-i}}{1 + \sum_{i=1}^{10} \gamma_d^i \hat{a}_i z^{-i}}, \qquad (83)$$

where $\hat{A}(z)$ is the received quantized LP inverse filter (LP analysis is not done at the decoder), and the factors $\gamma_n$ and $\gamma_d$ control the amount of short-term postfiltering, and are set to $\gamma_n=0.55$, and $\gamma_d=0.7$. The gain term $g_f$ is calculated on the truncated impulse response, $h_f(n)$, d the filter $\hat{A}(z/\gamma_n)/\hat{A}(z/\gamma_d)$ are given by

$$g_f = \sum_{n=0}^{19} |h_f(n)|. \qquad (84)$$

### III.4.2.3 Tilt Compensation

Finally, the filter $H_f(z)$ compensates for the tilt in the short-term postfilter $H_f(z)$ and is given by

$$H_f(z) = \frac{1}{g_f} (1 + \gamma_t k_1 z^{-1}), \qquad (85)$$

where $\gamma_t k_1$ is a tilt factor, $k_1$ being the first reflection coefficient calculated on $h_f(n)$ with

$$k_1 = -\frac{r_h(1)}{r_h(0)}; \ r_h(i) = \sum_{j=0}^{19-i} h_f(j)h_f(j+i). \qquad (86)$$

The gain term $g_t=1-|\gamma_t k_1|$ compensates for the decreasing effect of $g_f$ in $H_f(z)$. Furthermore, it has been shown that the product filter $H_f(z)H_t(z)$ has generally no gain.

Two values for $\gamma_t$ are used depending on the sign of $k_1$. If $k_1$ is negative, $\gamma_t=0.9$, and if $k_1$ is positive, $\gamma_t=0.2$.

### III.4.2.4 Adaptive Gain Control

Adaptive gain control is used to compensate for gain differences between the reconstructed speech signal $\hat{s}(n)$ and the postfiltered signal sf(n). The gain scaling factor G for the present subframe is computed by

$$G = \frac{\sum_{n=0}^{39} |\hat{s}(n)|}{\sum_{n=0}^{39} |sf(n)|}. \qquad (87)$$

The gain-scaled postfiltered signal sf'(n) is given by

$$sf'(n) = g(n)sf(n), n=0, \ldots, 39, \qquad (88)$$

where g(n) is updated on a sample-by-sample basis and given by

$$g(n) = 0.85g(n-1) + 0.15G, n=0, \ldots, 39. \qquad (89)$$

The initial value of g(-1)=1.0.

### III.4.2.5 High-pass Filtering and Up-Scaling

A high-pass filter at a cutoff frequency of 100 Hz is applied to the reconstructed and postfiltered speech sf(n). The filter is given by

$$H_{h2}(z) = \frac{0.93980581 - 1.8795834 z^{-1} + 0.93980581 z^{-2}}{1 - 1.9330735 z^{-1} + 0.93589199 z^{-2}}. \qquad (90)$$

Up-scaling consists of multiplying the high-pass filtered output by a factor 2 to retrieve the input signal level.

### III.4.3 Concealment of Frame Erasures and Parity Errors

An error concealment procedure has been incorporated in the decoder to reduce the degradations in the reconstructed speech because of frame erasures or random errors in the bitstream. This error concealment process is functional when either i) the frame of coder parameters (corresponding to a 10 ms frame) has been identified as being erased, or ii) a checksum error occurs on the parity bit for the pitch delay index P1. The latter could occur when the bitstream has been corrupted by random bit errors.

If a parity error occurs on P1, the delay value $T_1$ is set to the value of the delay of the previous frame. The value of $T_2$ is derived with the procedure outlined in Subsection III.4.1.2, using this new value of $T_1$. If consecutive parity errors occur, the previous value of $T_1$, incremented by 1, is used.

The mechanism for detecting frame erasures is not defined in the Recommendation, and will depend on the application. The concealment strategy has to reconstruct the current frame, based on previously received information. The method used replaces the missing excitation signal with one of similar characteristics, while gradually decaying its energy. This is done by using a voicing classifier based on the long-term prediction gain, which is computed as part of the long-term postfilter analysis. The pitch postfilter (see Subsection III.4.2.1) finds the long-term predictor for which the prediction gain is more than 3 dB. This is done by setting a threshold of 0.5 on the normalized correlation R'(k) (Eq. (81)). For the error concealment process, these frames will be classified as periodic. Otherwise the frame is declared nonperiodic. An erased frame inherits its class from the preceding (reconstructed) speech frame. Note that the voicing classification is continuously updated based on this reconstructed speech signal. Hence, for many consecutive erased frames the classification might change. Typically, this only happens if the original classification was periodic.

The specific steps taken for an erased frame are:

1. repetition of the LP filter parameters,

5,699,485

2. attenuation of adaptive and fixed codebook gains,

3. attenuation of the memory of the gain predictor,

4. generation of the replacement excitation.

### III.4.3.1 Repetition of LP Filter Parameters

The LP parameters of the last good frame are used. The states of the LSF predictor contain the values of the received codewords $l_r$. Since the current codeword is not available it is computed from the repeated LSF parameters $\hat{\omega}_i$ and the predictor memory from

$$l_i = \left[ \hat{\omega}_i^{(n)} - \sum_{k=1}^{4} m_i^k l_i^{(m-1)} \right] / \left( 1 - \sum_{k=1}^{4} m_i^k \right), l = 1, \ldots, 10. \quad (91)$$

### III.4.3.2 Attenuation of Adaptive and Fixed Codebook Gains

An attenuated version of the previous fixed codebook gain is used.

$$g_c^{(m)} = 0.98 g_c^{(m-1)}. \quad (92)$$

The same is done for the adaptive codebook gain. In addition a clipping operation is used to keep its value below 0.9.

$$g_p^{(m)} = 0.9 g_p^{(m-1)} \text{ and } g_p^{(m)} < 0.9. \quad (93)$$

### III.4.3.3 Attenuation of the Memory of the Gain Predictor

The gain predictor uses the energy of previously selected codebooks. To allow for a smooth continuation of the coder once good frames are received, the memory of the gain predictor is updated with an attenuated version of the codebook energy. The value of $\hat{R}^{(m)}$ for the current subframe n is set to the averaged quantized gain prediction error, attenuated by 4 dB.

$$\hat{R}^{(m)} = \left( 0.25 \sum_{i=1}^{4} \hat{R}^{(m-i)} \right) - 4.0 \text{ and } \hat{R}^{(m)} \geq -14. \quad (94)$$

### 4.3.4 Generation of the Replacement Excitation

The excitation used depends on the periodicity classification. If the last correctly received frame was classified as periodic, the current frame is considered to be periodic as well. In that case only the adaptive codebook is used, and the fixed codebook contribution is set to zero. The pitch delay is based on the last correctly received pitch delay and is repeated for each successive frame. To avoid excessive periodicity the delay is increased by one for each next subframe but bounded by 143. The adaptive codebook gain is based on an attenuated value according to Eq. (93).

If the last correctly received frame was classified as nonperiodic, the current frame is considered to be nonperiodic as well, and the adaptive codebook contribution is set

to zero. The fixed codebook contribution is generated by randomly selecting a codebook index and sign index. The random generator is based on the function

$$seed = seed \cdot 31821 + 13849, \quad (95)$$

with the initial seed value of 21845. The random codebook index is derived from the 13 least significant bits of the next random number. The random sign is derived from the 4 least significant bits of the next random number. The fixed codebook gain is attenuated according to Eq. (92).

### III.5 BIT-EXACT DESCRIPTION OF THE CS-ACELP CODER

ANSI C code simulating the CS-ACELP coder in 16 bit fixed-point is available from ITU-T. The following sections summarize the use of this simulation code, and how the software is organized.

### III.5.1 Use of the Simulation Software

The C code consists of two main programs coder. c, which simulates the encoder, and decoder. c, which simulates the decoder. The encoder is run as follows:

coder inputfile bstreamfile

The inputfile and outputfile are sampled data files containing 16-bit PCM signals. The bitstream file contains 81 16-bit words, where the first word can be used to indicate frame erasure, and the remaining 80 words contain one bit each. The decoder takes this bitstream file and produces a post-filtered output file containing a 16-bit PCM signal.

decoder bstreamfile outputfile

### III.5.2 Organization of the Simulation Software

In the fixed-point ANSI C simulation, only two types of fixed-point data are used as is shown in Table 10. To facilitate the implementation of the simulation code, loop indices, Boolean values and

#### TABLE 10

| Data types used in ANSI C simulation. | | | |
|---|---|---|---|
| Type | Max. value | Min. value | Description |
| Word16 | 0x7fff | 0x8000 | signed 2's complement 16 bit word |
| Word32 | 0x7fffffff | 0x80000000L | signed 2's complement 32 bit word |

flags use the type Flag, which would be either 16 bit or 32 bits depending on the target platform.

All the computations are done using a predefined set of basic operators. The description of these operators is given in Table 11. The tables used by the simulation coder are summarized in Table 12. These main programs use a library of routines that are summarized in Tables 13, 14, and 15.

#### TABLE 11

| Basic operations used in ANSI C simulation. | |
|---|---|
| Operation | Description |
| Word16 sature(Word32 L__var1) | Limit to 16 bits |
| Word16 add(Word16 var1, Word16 var2) | Short addition |
| Word16 sub(Word16 var1, Word16 var2) | Short subtraction |
| Word16 abs_s(Word16 var1) | Short abs |

5,699,485

35

36

## TABLE 11-continued

Basic operations used in ANSI C simulation.

| Operation | Description |
|---|---|
| Word16 shl(Word16 var1, Word16 var2) | Short shift left |
| Word16 shr(Word16 var1, Word16 var2) | Short shift right |
| Word16 mult(Word16 var1, Word16 var2) | Short multiplication |
| Word32 L_mult(Word16 var1, Word16 var2) | Long multiplication |
| Word16 negate(Word16 var1) | Short negate |
| Word16 extract_h(Word32 L_var1) | Extract high |
| Word16 extract_l(Word32 L_var1) | Extract low |
| Word16 round(Word32 L_var1) | Round |
| Word32 L_mac(Word32 L_var3, Word16 var1, Word16 var2) | Mac |
| Word32 L_msu(Word32 L_var3, Word16 var1, Word16 var2) | Msu |
| Word32 L_macNs(Word32 L_var3, Word16 var1, Word16 var2) | Mac without sat |
| Word32 L_msuNs(Word32 L_var3, Word16 var1, Word16 var2) | Msu without sat |
| Word32 L_add(Word32 L_var1, Word32 L_var2) | Long addition |
| Word32 L_sub(Word32 L_var1, Word32 L_var2) | Long subtraction |
| Word32 L_add_c(Word32 L_var1, Word32 L_var2) | Long add with c |
| Word32 L_sub_c(Word32 L_var1, Word32 L_var2) | Long sub with c |
| Word32 L_negate(Word32 L_var1) | Long negate |
| Word16 mult_r(Word16 var1, Word16 var2) | Multiplication with round |
| Word32 L_shl(Word32 L_var1, Word16 var2) | Long shift left |
| Word32 L_shr(Word32 L_var1, Word16 var2) | Long shift right |
| Word16 shr_r(Word16 var1, Word16 var2) | Shift right with round |
| Word16 mac_r(Word32 L_var3, Word16 var1, Word16 var2) | Mac with rounding |
| Word16 msu_r(Word32 L_var3, Word16 var1, Word16 var2) | Msu with rounding |
| Word32 L_deposit_h(Word16 var1) | 16 bit var1 - MSB |
| Word32 L_deposit_l(Word16 var1) | 16 bit var1 - LSB |
| Word32 L_shr_r(Word32 L_var1, Word16 var2) | Long shift right with round |
| Word32 L_abs(Word32 L_var1) | Long abs |
| Word32 L_sat(Word32 L_var1) | Long saturation |
| Word16 norm_s(Word16 var1) | Short norm |
| Word16 div_s(Word16 var1, Word16 var2) | Short division |
| Word16 norm_l(Word32 L_var1) | Long norm |

## TABLE 12

Summary of tables.

| File | Table name | Size | Description |
|---|---|---|---|
| tab_hup.c | tab_hup_s | 28 | upsampling filter for postfilter |
| tab_hup.c | tab_hup_l | 112 | upsampling filter for postfilter |
| inter_3.c | inter_3 | 13 | FIR filter for interpolating the correlation |
| pred_lt3.c | inter_3 | 31 | FIR filter for interpolating past excitation |
| lspcb.tab | lspcb1 | 128 × 10 | LSP quantizer (first stage) |
| lspcb.tab | lspcb2 | 32 × 10 | LSP quantizer (second stage) |
| lspcb.tab | fg | 2 × 4 × 10 | MA predictors in LSP VQ |
| lspcb.tab | fg_sum | 2 × 10 | used in LSP VQ |
| lspcb.tab | fg_sum_inv | 2 × 10 | used in LSP VQ |
| qua_gain.tab | gbk1 | 8 × 2 | codebook GA in gain VQ |
| qua_gain.tab | gbk2 | 16 × 2 | codebook GB in gain VQ |
| qua_gain.tab | map1 | 8 | used in gain VQ |
| qua_gain.tab | imap1 | 8 | used in gain VQ |
| qua_gain.tab | map2 | 16 | used in gain VQ |
| qua_gain.tab | imap2 | 16 | used in gain VQ |
| window.tab | window | 240 | LP analysis window |
| lag_wind.tab | lag_h | 10 | lag window for bandwidth expansion (high part) |
| lag_wind.tab | lag_l | 10 | lag window for bandwidth expansion (low part) |
| grid.tab | grid | 61 | grid points in LP to LSP conversion |
| inv_sqrt.tab | table | 49 | lookup table in inverse square root computation |
| log2.tab | table | 33 | lookup table in base 2 logarithm computation |
| lsp_lsf.tab | table | 65 | lookup table in LSP to LSP conversion and vice versa |
| lsp_lsf.tab | slope | 64 | line Slopes in LSP to LSP conversion |
| pow2.tab | table | 33 | lookup table in 2 |

## TABLE 12-continued

Summary of tables.

| File | Table name | Size | Description |
|---|---|---|---|
| | | | computation |
| acelp.h | | | prototypes for fixed codebook search |
| ld8k.h | | | prototypes and constants |
| typedef.h | | | type definitions |

## TABLE 13

Summary of encoder specific routines.

| Filename | Description |
|---|---|
| acelp_co.c | Search fixed codebook |
| autocorr.c | Computes autocorrelation for LP analysis |
| az_lsp.c | compute LSPs from LP coefficients |
| cod_ld8k.c | encoder routine |
| convolve.c | convolution operation |
| corr_xy2.c | compute correlation terms for gain quantization |
| enc_lag3.c | encode adaptive codebook index |
| g_pitch.c | compute adaptive codebook gain |
| gainpred.c | gain predictor |
| int_lpc.c | interpolation of LSP |
| inter_3.c | fractional delay interpolation |
| lag_wind.c | lag-windowing |
| levinson.c | levinson recursion |
| lspenc.c | LSP encoding routine |
| lspgetq.c | LSP quantizer |
| lspgetq.c | compute LSP quantizer distortion |
| lspgetw.c | compute LSP weights |
| lsplast.c | select LSP MA predictor |
| lsppre.c | pre-selection first LSP codebook |

5,699,485

| 37 | 38 |
|---|---|

### TABLE 13-continued

Summary of encoder specific routines.

| Filename | Description |
|---|---|
| lspprev.c | LSP predictor routines |
| lpsel1.c | first stage LSP quantizer |
| lpsel2.c | second stage LSP quantizer |
| lpstab.c | stability test for LSP quantizer |
| pitch_fr.c | closed-loop pitch search |
| pitch_ol.c | open-loop pitch search |
| pre_proc.c | pre-processing (HP filtering and scaling) |
| pwf.c | computation of perceptual weighting coefficients |
| qua_gain.c | gain quantizer |
| qua_lsp.c | LSP quantizer |
| relspwe.c | LSP quantizer |

### TABLE 14

Summary of decoder specific routines.

| Filename | Description |
|---|---|
| d_lsp.c | decode LP information |
| de_acelp.c | decode algebraic codebook |
| dec_gain.c | decode gains |
| dec_lag3.c | decode adaptive codebook index |
| dec_ld8k.c | decoder routine |
| lspdec.c | LSP decoding routine |
| post_pro.c | post processing (HP filtering and scaling) |
| pred_lt3.c | generation of adaptive codebook |
| pst.c | postfilter routines |

### TABLE 15

Summary of general routines.

| Filename | Description |
|---|---|
| basicop2.c | basic operators |
| bits.c | bit manipulation routines |
| gainpred.c | gain predictor |
| int_lpc.c | interpolation of LSP |
| inter_3.c | fractional delay interpolation |
| lsp_az.c | compute LP from LSP coefficients |
| lsp_lsf.c | conversion between LSP and LSF |
| lsp_lsf2.c | high precision conversion between LSP and LSF |
| lspexp.c | expansion of LSP coefficients |
| lspstab.c | stability test for LSP quantizer |
| p_parity.c | compute pitch parity |
| pred_lt3.c | generation of adaptive codebook |
| random.c | random generator |
| residu.c | compute residual signal |

### TABLE 15-continued

Summary of general routines.

| Filename | Description |
|---|---|
| syn_filt.c | synthesis filter |
| weight_az.c | bandwidth expansion LP coefficients |

The invention claimed is:

1. A method for use in a speech decoder which fails to receive reliably at least a portion of each of first and second consecutive frames of compressed speech information, the speech decoder including a codebook memory for supplying a vector signal in response to a signal representing pitch-period information, the vector signal for use in generating a decoded speech signal, the method comprising:

storing a signal having a value representing pitch-period information corresponding to said first frame; and

incrementing said value of said signal for use in said second frame, such that said codebook memory supplies a vector signal in response to the incremented value of said signal.

2. The method of claim 1 wherein the value of the signal representing pitch-period information is in units of samples of a signal representing speech information.

3. The method of claim 2 wherein the step of incrementing comprises incrementing a number of samples representing a pitch-period.

4. The method of claim 1 wherein the signal value representing pitch-period information corresponding to said first frame is equal to a value of pitch-period information received in a frame in which no failure to receive information has occurred.

5. A method for use in a speech decoder which fails to receive reliably at least a portion of a frame of compressed speech information for first and second consecutive frames, the speech decoder including an adaptive codebook memory for supplying codebook vector signals for use in generating a decoded speech signal in response to a signal representing pitch-period information, the method comprising:

storing a signal having a value representing pitch-period information corresponding to said first frame; and

if said stored value does not exceed a threshold, incrementing said value of said signal for use in said second frame.

* * * * *

# EXHIBIT C

US006278442B1

## (12) United States Patent
### Griffin et al.

(10) Patent No.: **US 6,278,442 B1**
(45) Date of Patent: **Aug. 21, 2001**

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T. Griffin; John A. Holmes; Mihal Lazaridis; Herb A. Little; Harry R. Major, all of Waterloo (CA)**

(73) Assignee: **Research In Motion Limited, Waterloo (CA)**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/106,585**

(22) Filed: **Jun. 29, 1998**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998.

(51) Int. Cl.⁷ ........................................ G09G 5/00
(52) U.S. Cl. ...................... 345/169; 345/168; 400/489
(58) Field of Search ........................... 345/168, 169, 345/172, 158, 170, 171, 156, 146, 160, 902; 341/23, 22, 21, 20; 400/472, 486, 489, 479

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 383,756 | * 9/1997 | Henderson et al. | D14/191 |
| D. 386,497 | * 11/1997 | Huslig et al. | D14/191 |
| 5,367,298 | * 11/1994 | Axthelm | 341/22 |
| 5,920,308 | * 7/1999 | Kim | 345/169 |
| 5,974,238 | * 10/1999 | Chase, Jr. | 395/200.78 |
| 5,982,520 | * 11/1999 | Weiser et al. | 359/172 |
| 6,023,779 | * 9/1997 | Fullam et al. | 714/751 |
| 6,047,047 | * 4/2000 | Aldridge et al. | 379/93.24 |

* cited by examiner

*Primary Examiner*—Bipin Shalwala
*Assistant Examiner*—Mansour M. Said
(74) *Attorney, Agent, or Firm*—Jones, Day, Reavis & Pogue; Charles B. Meyer; Krishna K. Pathiyal

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing. The angles at which keys on either side of the keyboard are placed is complimentary.

**48 Claims, 4 Drawing Sheets**





*Fig. 1*



Fig. 2



Fig. 3



*Fig. 4*

US 6,278,442 B1

# HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

This is a continuation in part of U.S. Design Application Ser. No. 29/089,942 entitled Hand-held Messaging Device with Keyboard, filed Jun. 26, 1998, and assigned to the assignee of the present invention.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDA's), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, for a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is the use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for selection of forms and functions relevant to data input. The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry through the use of thumbs, there are several

software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. Such features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus, efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

As shown in FIG. 2, the keys 901 on the keyboard are preferably arranged in arced rows 901. As also shown in FIG. 2, the rows of keys 901 are arced with respective radii increasing from a lower row near the bottom of the keyboard

US 6,278,442 B1

3

towards an upper row near the top of the keyboard. The arcs along which the keys 901 are positioned may be concentric.

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb-typing user's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present invention is that it enables efficient and userfriendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device.

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device.

FIG. 3 is a diagram of showing the shape, size and placement of the keys on the keyboard.

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

4

DETAILED DESCRIPTION OF THE
INVENTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, the message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may chose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert pre-determined or "canned" response by using either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key, 904 is the line feed key and 905 is the backspace key.

FIG. 2 also shows the arrangement of keys 901 on the keyboard into multiple rows. Each of the rows of keys 901 preferably defines an arc along which the keys 901 are positioned. Such an arrangement of the keys 901 not only facilitates thumb typing but also reduces the space occupied by the keyboard. The arced rows of keys 901 shown in FIG.

US 6,278,442 B1

5

2 allow for location of the space bar 906 in its conventional keyboard position but reduce the amount of unoccupied space at the ends of the space bar 906.

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. That angle is preferably 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriately given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89 mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.414, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of key 901 is 7 millimeters (973 representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If upon a key down event is event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 ns an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

6

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 W_UP and 1042 W_DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

What is claimed is:

1. A handheld device optimally configured for use with the thumbs of user, comprising:

tilted at a positive angle relative to a common vertical reference through the device, and each oblong shaped key in the second set of oblong shaped keys is tilted at a negative angle relative to the common vertical reference through the device;

an auxiliary input device positioned in relative proximity to the keyboard;

a display positioned adjacent to the keyboard; and

software residing in the device for providing functionality to inputs received from the auxiliary input device and the keyboard.

2. The device as claimed in claim 1, wherein the first and second set of oblong shaped keys are oval shaped.

3. The device as claimed in claim 1, wherein the positive angle is about 40 degrees and the negative angle is about 40 degrees.

4. The device as claimed in claim 3, wherein a rho value defining the curvature of the first and second set of oblong shaped keys is about 0.414.

5. The device as claimed in claim 4, wherein the auxiliary input device is a thumbwheel.

6. The device as claimed in claim 3, wherein the thumbwheel is vertically oriented.

7. The device as claimed in claim 4, wherein the device is a two-way pager.

8. The device as claimed in claim 5, wherein the device is an integrated email device.

9. The device as claimed in claim 6, wherein the device is a personal digital assistant.

10. The device of claim 1, wherein the first and second sets of oblong shaped keys are positioned on the device along an arc.

11. The device of claim 1, wherein the first set of oblong shaped keys and the second set of oblong shaped keys comprise a first row of keys.

12. The device of claim 11, further comprising a second row of oblong shaped keys positioned on the device beneath the first row of oblong shaped keys.

13. The device of claim 12, wherein the first and second rows of oblong shaped keys are positioned on the device along respective first and second arcs.

14. The device of claim 13, wherein the first and second arcs are concentric.

15. A handheld device optimally configured for use with the thumbs of a user comprising:

(a) a device housing; and

(b) a keyboard residing on the housing, the keyboard having a first set of oblong shaped keys and a second set of oblong shaped keys, wherein each oblong shaped

US 6,278,442 B1

7

key in the first set of oblong shaped keys is tilted at a positive angle relative to a vertical reference and each oblong shaped key in the second set of oblong shaped keys is tilted at a negative angle relative to the vertical reference.

16. The handheld device of claim 15, wherein the first and second set of oblong shaped keys are oval shaped.

17. The handheld device of claim 16, wherein a rho value defining the curvature of the oblong shaped keys is about 0.4.

18. The handheld device 15, wherein the positive angle is about 40 degrees and the negative angle is about 40 degrees.

19. The handheld device of claim 15, wherein the first and second sets of oblong shaped keys are positioned on the device along the arc.

20. The handheld device of claim 15, wherein the first set of oblong shaped keys and the second set of oblong shaped keys comprise a first row of keys.

21. The handheld device of claim 20, further comprising a second row of oblong shaped keys positioned on the device beneath the first row of oblong shaped keys.

22. The handheld device of claim 21, wherein the first and second rows of oblong shaped keys are positioned on the device along respective first and second arcs.

23. The handheld device of claim 15, wherein the first and second sets of oblong shaped keys form a QWERTY keyboard.

24. The handheld device of claim 15, wherein the handheld device is a two-pager, a cellular telephone, a portable digital assistant, or an electronic organizer.

25. A keyboard for use with a handheld electronic device, comprising:

a first set of oblong shaped keys and a set of oblong shaped keys, wherein each key in the first set of oblong shaped keys is tilted at a positive angle relative to a vertical reference and each oblong shaped key in the second set of oblong shaped keys is tilted at a negative angle relative to the vertical reference.

26. The keyboard of claim 25, wherein the first and second set of oblong shaped keys are oval shaped.

27. The keyboard of claim 26, wherein a rho value defining the curvature of the oblong shaped keys is about 0.4.

28. The keyboard of claim 25, wherein the positive angle is about 40 degrees and the negative angle is about 40 degrees.

29. The keyboard of claim 25, wherein the first and second sets of oblong shaped keys are positioned on the device along the arc.

30. The keyboard of claim 25, wherein the first set of oblong shaped keys and the second set of oblong shaped keys comprise a first row of keys.

31. The keyboard of claim 30, further comprising a second row of oblong shaped keys positioned on the device beneath the first row of oblong shaped keys.

32. The keyboard of claim 31, wherein the first and second rows of oblong shaped keys are positioned on the device along respective first and second arcs.

33. The keyboard of claim 25, wherein the first and second sets of oblong shaped keys form a QWERTY keyboard.

34. The keyboard of claim 25, wherein the first and second sets of oblong shaped keys form a DVORAK keyboard.

35. The keyboard of claim 25, wherein the positive and negative angles are in the range of about 20 to 70 degrees from the vertical reference.

36. The keyboard of claim 25, wherein the keys in the first and second sets of keys are separated from each other by a common spacing.

8

37. The keyboard of claim 25, wherein the keys in the first and second sets of keys are about 5 millimeters in width and 7 millimeters in length.

38. A QWERTY keyboard for use with a handheld electronic device, comprising:

a first set of oblong shaped keys and a second set of oblong shaped keys, wherein each key in the first set of keys is tilted at a positive angle relative to a vertical reference and each key in the second set of keys is tilted at a negative angle relative to the vertical reference, wherein the first and second set of keys form a QWERTY keyboard.

39. An electronic communication device, comprising:

a transceiver for transmitting and receiving text messages;

a keyboard for composing text messages to be transmitted by the transceiver, wherein the keyboard includes a first set of oblong shaped keys and a second set of oblong shaped keys, wherein each key in the first set of keys is tilted at a positive angle relative to a vertical reference and each key in the second set of keys is tilted at a negative angle relative to the vertical reference; and

a display for displaying the received text messages.

40. The electronic communication device of claim 39, wherein the first and second sets of keys are oval shaped keys.

41. The electronic communication device of claim 39, further comprising:

an auxiliary input device for selecting an operation to be performed by the device, wherein a menu of operations is presented on the display.

42. The electronic communication device of claim 39, wherein the text messages are e-mail messages.

43. The electronic communication device of claim 39, wherein the transceiver includes:

a first antenna for receiving a text message; and

a second antenna for transmitting a text message.

44. The electronic communication device of claim 43, wherein the transceiver further includes:

a receiver, coupled to the first antenna, for demodulating the received text message; and

a transmitter coupled to the second antenna, for generating a modulated text message.

45. The electronic communication device of claim 44, wherein the transceiver further includes:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated text messages from the receiver, and for providing modulation information to the transmitter.

46. A keyboard for use with a handheld electronic device, comprising:

a first set of oblong shaped keys and a second set of oblong shaped keys, wherein the keys in the first set of keys are tilted at a first angle relative to a vertical reference and the keys in the second set of keys are tilted at a second angle relative to the vertical reference, wherein the first and second set of keys form a QWERTY keyboard.

47. The keyboard of claim 46, wherein the oblong shaped keys are oval shaped.

48. The keyboard of claim 46, wherein the handheld electronic device is a cellular telephone, a two-way pager, a personal digital assistant, or an electronic organizer.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,278,442 B1                                    Page 1 of 1
DATED         : August 21, 2001
INVENTOR(S)   : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 6,
Line 17, after "of" insert -- a --.
Line 18, before "tilted" insert -- a keyboard having a first set of oblong shaped keys and
a second set of oblong shaped keys, wherein each oblong shaped key in the first set of
oblong shaped keys is --.

Column 7,
Line 29, before "pager" insert -- way --.
Line 33, insert -- second -- before "set" at the second occurrence of set.

Column 8,
Line 44, after "transmitter" insert -- , --.

Signed and Sealed this

Eighteenth Day of June, 2002

*Attest:*

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

# EXHIBIT D

US006452588B2

(12) **United States Patent**
Griffin et al.

(10) Patent No.: **US 6,452,588 B2**
(45) Date of Patent: *Sep. 17, 2002

(54) **HAND-HELD E-MAIL DEVICE**

(75) Inventors: **Jason T. Griffin; John A. Holmes; Mihal Lazaridis; Herb A. Little; Harry R. Major**, all of Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/900,585**

(22) Filed: **Jul. 6, 2001**

**Related U.S. Application Data**

(63) Continuation of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) Int. Cl.[7] ................................................. G09G 5/00
(52) U.S. Cl. ......................... 345/169; 345/168; 400/489
(58) Field of Search ................................. 345/156, 168, 345/169, 146, 160, 170, 171, 158; 400/489, 472, 486, 479; 341/20–23

(56) **References Cited**

U.S. PATENT DOCUMENTS

D278,341 S    4/1985  Scheid

D293,241 S    12/1987  Wan et al.

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| EP | 0760291 | 3/1997 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |

OTHER PUBLICATIONS

"Programmable Calculators: Hewlett–Packard HP–200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.r-skey.org/hp2001x.htm.

Primary Examiner—Bipin Shalwala
Assistant Examiner—Mansour M. Said
(74) Attorney, Agent, or Firm—Jones, Day, Reavis & Pogue; Krishna K. Pathiyal, Esq.; Charles B. Meyer, Esq.

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing. The angles at which keys on either side of the keyboard are placed is complimentary.

**47 Claims, 4 Drawing Sheets**



US 6,452,588 B2

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D313,413 S | 1/1991 | Langton |
| 5,184,830 A | 2/1993 | Okada et al. |
| 5,217,295 A | 6/1993 | Tortola et al. |
| 5,367,298 A | 11/1994 | Axhelm |
| D357,253 S | 4/1995 | Wong |
| 5,410,141 A | 4/1995 | Koenck et al. |
| 5,426,449 A | 6/1995 | Danziger |
| 5,436,954 A | 7/1995 | Nishiyama et al. |
| 5,457,454 A | 10/1995 | Sugano |
| 5,500,643 A | 3/1996 | Grant |
| 5,606,712 A | 2/1997 | Hidaka |
| 5,611,031 A | 3/1997 | Hertzfeld et al. |
| D383,756 S | 9/1997 | Henderson et al. |
| 5,672,108 A | 9/1997 | Lam et al. |
| D386,497 S | 11/1997 | Huslig et al. |
| 5,737,394 A | 4/1998 | Anderson et al. |
| D397,369 S | 8/1998 | Rissman |
| D397,728 S | 9/1998 | Yuen et al. |
| D399,537 S | 10/1998 | Chi et al. |
| 5,818,437 A | 10/1998 | Grover et al. |
| 5,825,353 A | 10/1998 | Will |
| D403,362 S | 12/1998 | Fai |
| 5,893,798 A | 4/1999 | Stambolic et al. |
| 5,915,228 A | 6/1999 | Kunihiro et al. |
| 5,920,308 A | 7/1999 | Kim |
| 5,931,873 A | 8/1999 | Cisar |
| 5,963,197 A | 10/1999 | Bacon et al. |
| 5,974,238 A | 10/1999 | Chase, Jr. |
| 5,982,520 A | 11/1999 | Weiser et al. |
| 5,995,026 A | 11/1999 | Sellers |
| 6,006,351 A | 12/1999 | Peretz et al. |
| 6,014,429 A | 1/2000 | LaPorta et al. |
| 6,023,779 A | 2/2000 | Fullam et al. |
| 6,047,047 A | 4/2000 | Aldridge et al. |
| 6,052,070 A | 4/2000 | Kivela et al. |
| 6,094,197 A | 7/2000 | Buxton et al. |
| 6,102,594 A | 8/2000 | Strom |
| 6,103,979 A | 8/2000 | Motoyama et al. |
| 6,107,997 A | 8/2000 | Ure |
| 6,148,261 A | 11/2000 | Obradovich et al. |
| 6,157,323 A | 12/2000 | Tso et al. |
| 6,212,412 B1 | 4/2001 | Rogers et al. |
| 6,243,789 B1 | 6/2001 | Hasbun et al. |
| 6,297,795 B1 | 10/2001 | Kato et al. |



*Fig. 1*



Fig. 2



Fig. 3



*Fig. 4*

US 6,452,588 B2

# 1

## HAND-HELD E-MAIL DEVICE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/106,585, filed on Jun. 29, 1998 U.S. Pat. No. 6,278,442, which is a continuation-in-part of U.S. Design Application Ser. No. 29/089,942, entitled Hand-held Messaging Device with Keyboard, filed on Jun. 26, 1998 U.S. Pat. No. 416,256 and assigned to the assignee of the present invention.

### BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDA's), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is thus use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for section of forms and functions relevant to data input. The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

### SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. These features require user input of text strings that can be lengthy and that cannot be reduced to predetermined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

US 6,452,588 B2

3

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template for data entry.

Additionally, various software techniques can be implemented to enhance the thumbtyping use's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present inventino is that it enables efficient and user-friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device.

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device.

FIG. 3 is a diagram of showing the shape size and placement of the keys on the keyboard.

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

DETAILED DESCRIPTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-

4

sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may chose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert pre-determined or "canned" response by using either a particular keystroke pattern or through pulling down predetermined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and; by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key. 904 is the line feed key and 905 is the backspace key.

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees

5

for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriate given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89 mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.4 14, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of the key 901 is 7 millimeters millimeters (973 representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If upon a key down event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 W_UP and 1042 W_DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

6

What is claimed is:

1. A handheld e-mail device optimally configured for use with the thumbs of a user, comprising:

   a QWERTY keyboard comprising a plurality of letter keys, wherein the plurality of letter keys are oblong shaped keys, and wherein each oblong shaped key is tilted at a common angle relative to a vertical reference through the device, wherein the plurality of letter keys in the QWERTY keyboard are grouped into a first set of letter keys and a second set of letter keys, wherein the common angle for the first set of letter keys is a positive angle with respect to the vertical reference and the common angle for the second set of letter keys is a negative angle with respect to the vertical reference;

   an auxiliary input device positioned in relative proximity to the QWERTY keyboard;

   a display positioned adjacent to the keyboard;

   a transceiver for sending and receiving e-mail messages to and from a wireless network; and

   software residing in the device for providing functionality to inputs received from the auxiliary input device and the QWERTY keyboard.

2. The handheld e-mail device of claim 1, wherein the plurality of oblong shaped letter keys are oval shaped.

3. The handheld e-mail device of claim 1, wherein the positive angle is about 40 degrees and the negative angle is about 40 degrees.

4. The handheld e-mail device of claim 1, wherein a rho value defining the curvature of the first and second set of oblong shaped keys is about 0.414.

5. The handheld e-mail device of claim 1, wherein the auxiliary input device is a thumbwheel.

6. The handheld e-mail device of claim 5, wherein the thumbwheel is vertically oriented.

7. The handheld e-mail device of claim 1, wherein the device is a two-way pager.

8. The handheld e-mail device of claim 1, wherein the device is a personal digital assistant.

9. The handheld e-mail device of claim 1, wherein the plurality of letter keys are grouped into three rows of letter keys, each row of letter keys positioned on the device along an arc.

10. The handheld e-mail device of claim 9, wherein the arcs are concentric.

11. A handheld e-mail device optimally configured for use with the thumbs of a user comprising:

   (a) a device housing;

   (b) a QWERTY keyboard residing on the housing, the QWERTY keyboard having a plurality of oblong shaped letter keys, wherein each oblong shaped letter key is tilted at a common angle relative to a vertical reference through the device, and wherein the QWERTY keyboard is used to generate an e-mail message, wherein the plurality of letter keys include two groups of keys, a first group of letter keys that are tilted at a positive angle with respect to the vertical reference and a second group of letter keys that are tilted at a negative angle with respect to the vertical reference, wherein the positive and negative angles are common in magnitude but opposite in sign; and

   a transceiver for sending and receiving e-mail messages to and from a wireless network.

12. The handheld e-mail device of claim 11, wherein the plurality of oblong shaped letter keys are oval shaped.

13. The handheld e-mail device of claim 12, wherein a rho value defining the curvature of the oblong shaped keys is about 0.4.

US 6,452,588 B2

7

14. The handheld email device of claim 11, wherein the plurality of letter keys are grouped into three rows of letter keys, a first row, a second row, and a third row, wherein the first, second and third rows of letter keys are positioned on the device housing along first, second and third arcs.

15. The handheld e-mail device of claim 14, wherein the first, second and third arcs are concentric.

16. The handheld e-mail device of claim 11, wherein the handheld e-mail device is a two-way pager, a cellular telephone, a portable digital assistant, or an electronic organizer.

17. An electronic communication device, comprising:

a transceiver for transmitting and receiving text messages to and from a wireless network;

a keyboard for composing text messages to be transmitted by the transceiver, wherein the keyboard includes three sets of oblong shaped keys are arranged into a QWERTY keyboard having three rows of keys, a top row, a middle row, and a bottom row, wherein the first set of keys is arranged in an arc and forms a top row of keys in the QWERTY keyboard, the second set of keys is arranged in an arc and forms a middle row of keys in the QWERTY keyboard, and the third set of keys is arranged in an arc and forms the bottom row of keys in the QWERTY keyboard, wherein the three sets of oblong shaped keys are oval shaped, and wherein the oval shaped keys are tilted at a common angle with respect to a vertical reference through the electronic communication device; and

a display for displaying the received text messages.

18. The electronic communication device of claim 17, further comprising:

an auxiliary input device for selecting an operation to be performed by the device, wherein a menu of operations is presented on the display.

19. The electronic communication device of claim 17, wherein the text messages are e-mail messages.

20. The electronic communication device of claim 17, wherein the transceiver includes:

a first antenna for receiving a text message; and

a second antenna for transmitting a text message.

21. The electronic communication device of claim 20, wherein the transceiver further includes:

a receiver, coupled to the first antenna, for demodulating the received text message; and

a transmitter, coupled to the second antenna, for generating a modulated text message.

22. The electronic communication device of claim 21, wherein the transceiver further includes:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated text messages from the receiver, and for providing modulation information to the transmitter.

23. A handheld e-mail device, comprising:

a transceiver for transmitting and receiving e-mail messages to and from a wireless network;

a keyboard for composing email messages to be transmitted by the transceiver, wherein the keyboard includes three sets of tilted keys, wherein the three sets of tilted keys are arranged into a QWERTY keyboard having at least three rows of keys, a top row, a middle row, and a bottom row, wherein the first set of keys is tilted at a first angle to a vertical reference and forms a top row of keys in the QWERTY keyboard, the second

8

set of keys is tilted to a second angle to the vertical reference and forms a middle row of keys in the QWERTY keyboard, and the third set of keys is tilted to a third angle to the vertical reference and forms the bottom row of keys in the QWERTY keyboard, wherein the first, second and third angles are equal; and

a display for displaying the received e-mail messages.

24. A handheld e-mail device optimally configured for use with the thumbs of a user, comprising:

a device housing;

a QWERTY keyboard comprising a plurality of letter keys, wherein the plurality of letter keys are oblong shaped keys, and wherein each oblong shaped key is tilted relative to a vertical reference through the device, wherein the plurality of letter keys in the QWERTY keyboard are grouped into a first set of letter keys and a second set of letter keys, wherein the first set of letter keys are tilted at a positive angle with respect to the vertical reference and the second set of letter keys are tilted at a negative angle with respect to the vertical reference;

an auxiliary input device positioned in relative proximity to the QWERTY keyboard;

a display positioned adjacent to the keyboard;

a transmitter and a receiver for transmitting and receiving e-mail messages to and from a wireless network; and

software residing in the device for providing functionality to inputs received from the auxiliary input device and the QWERTY keyboard.

25. The handheld e-mail device of claim 24, wherein the plurality of oblong shaped letter keys are oval shaped.

26. The handheld e-mail device of claim 24, wherein the auxiliary input device is a thumbwheel.

27. The handheld e-mail device of claim 24, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item from the plurality of menu items.

28. The handheld e-mail device of claim 24, wherein the device is a two-way pager.

29. The hand held e-mail device of claim 24, wherein the device is a personal digital assistant.

30. The handheld e-mail device of claim 24, wherein the plurality of letter keys are grouped into three rows of letter keys, each row of letter keys positioned on the device along an arc.

31. The handheld e-mail device of claim 30, wherein the arcs are concentric.

32. The handheld e-mail device of claim 23, further comprising:

a microprocessor; and

a memory for storing the software, the software including an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the handheld device.

33. The handheld e-mail device of claim 32, wherein the memory is a flash memory.

34. The handheld e-mail device of claim 32, further comprising a digital signal processor coupled between the microprocessor and the transmitter and the receiver included in the handheld device.

35. The handheld e-mail device of claim 32, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

36. The handheld e-mail device of claim 35, wherein the plurality of application programs further include an address book application.

US 6,452,588 B2

9

**37.** The handheld e-mail device of claim 24, further comprising a serial port for coupling the handheld e-mail device to a host computer.

**38.** The handheld e-mail device of claim 24, further comprising a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

**39.** The handheld e-mail device of claim 38, wherein the rechargeable battery is a lithium ion battery.

**40.** The handheld e-mail device of claim 38, wherein the power supply subsystem further includes a voltage regulator coupled to the rechargeable battery for generating a regulated supply voltage for powering the device.

**41.** The handheld e-mail device of claim 38, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

**42.** An electronic communication device, comprising:

a device housing;

a transceiver for transmitting and receiving text messages;

a keyboard for composing text messages to be transmitted by the transceiver, wherein the keyboard includes three sets of tilted oblong shaped keys, wherein the three sets of tilted oblong shaped keys are arranged into a QWERTY keyboard having three rows of keys, a top row, a middle row, and a bottom row, wherein the first set of keys is arranged in an arc and forms a top row of keys in the QWERTY keyboard, the second set of keys is arranged in an arc and forms a middle row of keys in the QWERTY keyboard, and the third set of keys is arranged in an arc and forms the bottom row of keys in

10

the QWERTY keyboard, wherein the three sets of tilted oblong shaped keys are oval shaped, and wherein the oval shaped keys are tilted at a common angle with respect to a vertical reference through the electronic communication device.

**43.** The electronic communication device of claim 42, further comprising:

an auxiliary input device for selecting an operation to be performed by the device, wherein a menu of operations is presented on the display.

**44.** The electronic communication device of claim 42, wherein the text messages are email messages.

**45.** The electronic communication device of claim 42, wherein the transceiver includes:

a first antenna for receiving a text message; and

a second antenna for transmitting a text message.

**46.** The electronic communication device of claim 45, wherein the transceiver further includes:

a receiver, coupled to the first antenna, for demodulating the received text message; and

a transmitter, coupled to the second antenna, for generating a modulated text message.

**47.** The electronic communication device of claim 46, wherein the transceiver further includes:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated text messages from the receiver, and for providing modulation information to the transmitter.

*     *     *     *     *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,452,588 B2                                    Page 1 of 1
DATED          : September 17, 2002
INVENTOR(S)  : Jason T. Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [74], please replace "Krishan" with -- Krishna --

Column 1,
Line 10, please replace "416,256" with -- D416,256 --

Column 7,
Line 60, please replace "email" with -- e-mail --

Column 8,
Line 29, 31, 40, and 55, please replace "handhold" with -- handheld --
Line 42, please replace "hsndhold" with -- handheld --
Line 48, please replace "23" with -- 24 --

Column 9,
Line 29, please replace "are" with -- arc --

Column 10,
Line 13, please replace "email" with -- e-mail --

Signed and Sealed this

Nineteenth Day of August, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT E

US006489950B1

(12) **United States Patent**
Griffin et al.

(10) Patent No.: **US 6,489,950 B1**
(45) Date of Patent: **Dec. 3, 2002**

(54) **HAND-HELD ELECTRONIC DEVICE WITH AUXILIARY INPUT DEVICE**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A. Little**, Waterloo (CA); **Harry R. Major**, Waterloo (CA); **Craig Dunk**, Guelph (CA); **Michael Brown**, Heidelberg (CA); **Jérôme Lang**, Toronto (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/543,231**

(22) Filed: **Apr. 5, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/108,876, filed on Aug. 5, 1999, now Pat. No. Des. 433,460, and a continuation-in-part of application No. 09/344,432, filed on Jun. 25, 1999, which is a continuation-in-part of application No. 09/106,585, filed on Jun. 29, 1998, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) Int. Cl.⁷ ............................. G09G 5/08; B41J 5/10
(52) U.S. Cl. ........................ 345/168; 345/169; 345/184; 400/489; 200/11 TW
(58) Field of Search ................................. 345/168, 169; D14/247, 252; 400/489

(56) **References Cited**

U.S. PATENT DOCUMENTS

D278,341 S     4/1985  Scheid

| | | |
|---|---|---|
| D293,241 S | 12/1987 | Wan et al. |
| D313,413 S  * | 1/1991 | Langton ..................... D14/138 |
| 5,184,830 A | 2/1993 | Okada et al. |
| 5,217,295 A | 6/1993 | Tortola et al. |
| 5,367,298 A | 11/1994 | Axhelm |
| D357,253 S | 4/1995 | Wong |
| 5,410,141 A | 4/1995 | Koenck et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0760291 | 3/1997 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |

OTHER PUBLICATIONS

"Programmable Calculators: Hewlett–Packard HP–200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.r-skey.org/hp2001x.htm.*

Primary Examiner—Steven Saras
Assistant Examiner—William C. Spencer
(74) Attorney, Agent, or Firm—Jones, Day, Reavis & Pogue; Krishna K. Pathiyal, Esq.; Charles B. Meyer, Esq.

(57) **ABSTRACT**

A hand-held electronic device with a keyboard, thumbwheel, display and associated software is optimized for use of the device with the thumbs. The associated software has a plurality of features to optimize efficient use of the limited keyboard space and encourage the use of the device by thumb-based data entry through the thumbwheel and/or through a combination of minimal number of keystrokes. Software features include international character scrolling, and auto-capitalization. The keys on the device keyboard are optimally shaped and configured for thumb-based input. In addition, the thumbwheel is inclined between the front and a side edge of the device so as to be reachable by either the thumb or index finger of the user's hand at the side edge of the device.

**211 Claims, 9 Drawing Sheets**



US 6,489,950 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,426,449 A | | 6/1995 | Danziger |
| 5,436,954 A | * | 7/1995 | Nishiyama et al. ......... 455/566 |
| 5,457,454 A | | 10/1995 | Sugano |
| 5,500,643 A | | 3/1996 | Grant |
| 5,606,712 A | | 2/1997 | Hidaka |
| 5,611,031 A | | 3/1997 | Hertzfeld et al. |
| D383,756 S | | 9/1997 | Henderson et al. |
| 5,672,108 A | | 9/1997 | Lam et al. |
| D386,497 S | | 11/1997 | Huslig et al. |
| 5,737,394 A | | 4/1998 | Anderson et al. |
| D397,369 S | | 8/1998 | Rissman |
| D397,728 S | | 9/1998 | Yuen et al. |
| D399,537 S | | 10/1998 | Chi et al. |
| 5,818,437 A | | 10/1998 | Grover et al. |
| 5,825,353 A | | 10/1998 | Will |
| D403,362 S | | 12/1998 | Fai |
| 5,893,798 A | | 4/1999 | Stambolic et al. |
| 5,915,228 A | * | 6/1999 | Kunihiro et al. ............ 455/575 |
| 5,920,308 A | | 7/1999 | Kim |
| 5,931,873 A | | 8/1999 | Cisar |
| 5,963,197 A | * | 10/1999 | Bacon et al. ............... 345/163 |
| 5,974,238 A | | 10/1999 | Chase, Jr. |
| 5,982,520 A | | 11/1999 | Weiser et al. |
| 5,995,026 A | | 11/1999 | Sellers |
| 6,006,351 A | * | 12/1999 | Peretz et al. ................ 714/751 |
| 6,023,779 A | | 2/2000 | Fullam et al. |
| 6,047,047 A | | 4/2000 | Aldridge et al. |
| 6,052,070 A | | 4/2000 | Kivela et al. |
| 6,094,197 A | | 7/2000 | Buxton et al. |
| 6,102,594 A | | 8/2000 | Strom |
| 6,103,979 A | * | 8/2000 | Motoyama et al. ........... 200/4 |
| 6,107,997 A | | 8/2000 | Ure |
| 6,148,261 A | | 11/2000 | Obradovich et al. |
| 6,157,323 A | | 12/2000 | Tso et al. |
| 6,014,429 A1 | * | 1/2001 | LaPorta et al. .......... 379/88.15 |
| 6,212,412 B1 | | 4/2001 | Rogers et al. |
| 6,243,789 B1 | | 6/2001 | Hasbun et al. |
| 6,297,795 B1 | | 10/2001 | Kato et al. |

* cited by examiner



*Fig. 1*



*Fig. 2*



Fig. 3



*Fig. 4*



*Fig. 5*

*Fig. 6*



Fig. 7



*Fig. 8*



*Fig. 9*

*Fig. 10*

*Fig. 11*



*Fig. 12*

*Fig. 13*

US 6,489,950 B1

1

# HAND-HELD ELECTRONIC DEVICE WITH AUXILIARY INPUT DEVICE

This is a continuation-in-part of U.S. Design patent application Ser. No. 29/108,876, entitled "Hand-Held Electronics Device," filed Aug. 5, 1999, now U.S. Pat. No. D,433,460 and further is a continuation-in-part of U.S. patent application Ser. No. 09/344,432, entitled "Hand-held Electronic Device with a Keyboard Optimized for Use with the Thumbs," filed Jun. 25, 1999, which is a continuation-in-part of U.S. patent application Ser. No. 09/106,585, entitled "Hand-held Electronic Device With a Keyboard Optimized For Use With The Thumbs," filed Jun. 29, 1998, which in turn is a continuation-in-part of U.S. Design application Ser. No. 29/089,942 filed Jun. 26, 1998 now U.S. Pat. No. D,416,256. All earlier-filed applications have been assigned to the assignee of the present application.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDA's), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key stroke. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation 10 and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is the use of an additional input means for control of functions that might

2

otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for selection of forms and functions relevant to data input. As discussed below, one of the data forms the thumbwheel is implemented to accommodate is a special character set. The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry though the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form in factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

There remains another need for facilitating entry of special or international characters with the thumbs while limiting the keyboard area.

There remains another need for automatically entering certain common punctuation thereby reducing repetitive key entry and increasing the speed of data entry.

There remains another need for automatically entering certain common phrases or electronic signatures without tediously typing the full phrase or electronic signature.

There remains another need for easily removing automatic features when such features are not desired.

There remains another need for executing a set of common instructions for a particular task with a minimum of user data entry.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs, in the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging or wireless email device (such as the Inter@ctive™ pager manufactured and marketed by the assignee of the present invention) that permits full-text, two-way messaging such as email messaging. The device may also include standard PDA or PTA features such as an address book, an electronic calendar, a task list and other text-based features.

US 6,489,950 B1

3

Such features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus, efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a normal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

The invention also minimizes the number of keys available or required for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

Alternative embodiments could include fewer or more keys, including, for example function keys or control keys. The form factor, however, generally limits the number of keys that may be implemented if the goal of facilitating thumb typing is to be met.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an email template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb-typing user's experience in using the device of the instant invention, in the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

4

According to an aspect of the present invention there is provided a method of changing the character display of a key on a keyboard of a handheld wireless communications device comprising the steps of: receiving a first input from a depression of a keyboard key, the first input defining a first character associated with the depressed keyboard key; receiving a second input from an auxiliary input device in conjunction with the continual depression of the keyboard key; initiating of an altering character condition and processing the altering character condition; and, modifying the first character and submitting for display a second character associated with the depressed keyboard key.

According to another aspect of the present invention there is provided a method of modifying the character display of a key on a keyboard comprising the steps of: receiving a first input from a depression of a keyboard key, the first input associating a first character associated with the depressed keyboard key; initiating of an altering character condition upon a continual depression of the keyboard key beyond a predefined period of time; processing the altering character condition; and, modifying the first character and submitting for display a second character.

According to another aspect of the present invention there is provided a handheld two-way wireless communications device optimally configured for use with the thumbs of a user comprising, a keyboard; an auxiliary input device positioned in relative proximity to the keyboard and control logic circuitry associated with the auxiliary input device; a display positioned adjacent to the keyboard; a microprocessor to control the operation of the device; and, a software application residing in the communications device for providing a plurality of thumb-based operational features, the software application initiating certain operational features upon certain inputs from the keyboard or the auxiliary input device.

According to another aspect of the present invention there is provided a hand-held two-way wireless communications device optimally configured for use with the thumbs of a user comprising: a keyboard having a first set of keys and a second set of keys, wherein the first set of keys is positioned a positive predetermined degree relative to a vertical reference and the second set of keys is positioned a negative predetermined degree relative to the vertical reference; an auxiliary input device positioned in relative proximity to the keyboard; a display positioned adjacent to the keyboard; software residing in the communications device for providing functionality to inputs received from the auxiliary input device and the keyboard.

According to yet to another aspect of the present invention there is provided a handheld two-way wireless communications device as described above, and having an auxiliary input device comprising a thumbwheel in a vertical orientation at the front of the device. In an alternative embodiment, the thumbwheel is inclined from the vertical orientation. The inclined thumbwheel is more easily accessible to either the thumb or index finger of a user's hand at the edge of the device. Moreover, the easier accessibility allows the user to advantageously hold and operate the device in different ways, namely: a single-handed operation and a two-handed operation.

The primary advantage of the present invention is that it enables efficient and user friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be

US 6,489,950 B1

5

appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs note above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device;

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device;

FIG. 3 is a diagram of showing the shape, size and placement of the keys on the keyboard;

FIG. 4 is a diagram of the control circuitry for the thumbwheel;

FIG. 5 is a general flow diagram of the major steps of the keyboard-related aspect of the invention;

FIG. 6 is a general block diagram of the major subsystems involved in the process described in FIG. 5;

FIG. 7 is a general flow diagram of the major steps of the thumbwheel-related aspect of the invention;

FIG. 8 is a general block diagram of the major subsystems involved in the process described in FIG. 7;

FIG. 9 is a view similar to FIG. 2 showing a hand-held device comprising an alternative embodiment of the invention;

FIG. 10 is a view taken on line 10—10 of FIG. 9;

FIG. 11 is a view taken on line 11—11 of FIG. 9;

FIG. 12 is a front view of parts of the device of FIG. 9; and

FIG. 13 is a view taken on line 13—13 of FIG. 12.

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. f n its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is 5 preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 400 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may chose to respond to the email by selecting "Reply" from a menu presented on

6

the display through interaction via thumbwheel 1000 or via menu, selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text Message replies, or insert predetermined or "canned" response by using either a particular keystroke pattern or through pulling down predetermined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 400 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications date network to the intended recipient. Similar interaction through 110 devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co.'s, Ltd, as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. The device 10 is shown in FIG. 2 in the ordinary operating/viewing position in which it would be held by and between the user's hands at the left and right side edges 12 and 14 of the device 10. The keyboard 900 is thus elongated horizontally across the front 16 of the device 10. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is the thumbwheel 1000 in its vertical orientation at the front side 16 of the device 10 in association with display 500 and keyboard 900. By "vertical" it is meant that the thumbwheel 1000 is oriented with its circular opposite sides 1002 and 1004 in vertical planes when the device 10 is viewed directly from the front in the ordinary operating/viewing position, as shown in FIG. 2. The axis 1005 of rotation then extends from left to right across the device 10 as a horizontal line parallel to the lengthwise direction of the keyboard 900. The thumbwheel 1000 can roll about the axis 1005 up toward the upper edge 20 of the device 10 or down toward the lower edge 22 of the device 10. In the preferred embodiment, 502 is the alt key, 903 is the cap key, 904 is the line feed (blank space) key and 905 is the backspace key.

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In Investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. As described above with reference to the thumbwheel 1000, "vertical" is the direction perpendicular to the lengthwise direction of the keyboard 900 when the device 10 is viewed in its ordinary operating/viewing position, as shown in FIGS. 2 and 3. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees for the keys on the left side of the keyboard, although complementary angles ranging from 20

US 6,489,950 B1

7

degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are size appropriately given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89 mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.414, although other values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 min) and the length (or height) 972 of the key 901 is 7 millimeters (973 representing the radius of half that value, 3.5 mm).

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 W_UP and 1042 W_DN to microprocessor 400. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down. Preferably, another detectable input movement from the thumbwheel is desirable. One such input movement implementation would produce an additional input signal derived from pushing the thumbwheel toward the rear of the device. Hence, the thumbwheel of the present invention has preferably measurable rotatable and depressible input movements. Although the description that follows is specifically relating to a thumbwheel input device, it is to be understood that other suitable thumb-based auxiliary input having multiple input detectable movements are envisioned and well within tie scope and spirit of the present invention.

In a broad aspect of the invention, input via keys on the keyboard in conjunction with software residing in the flash memory 600 also facilitates the device's operation with the user's thumbs. In another broad aspect of the invention, input via the thumbwheel 1000 and a key on the keyboard in conjunction with software residing in the lash memory 600 further increases the ease, performance, and functionality of the device. These two broad aspects and their specific embodiments will now be described.

FIG. 5 is a general flow diagram of the major steps 2080 of the aforesaid keyboard related aspect of the invention. The first step 2000 is the input via depressing of a key having a predefined functional state in combination with another key on a keyboard. Depending on the combination of keys depressed, an altering functional state condition is then initiated at step 2020. The altering functional state condition is processed at step 2030. Next, the predefined functional state of the key is modified at 2040. In step 2050, the modified functional state is interpreted, and information is displayed accordingly at 2060.

FIG. 6 is a general block diagram of the major subsystems involved in the process described in FIG. 5. In the preferred embodiment of the device, when a key is depressed Its predefined functional state 901 is given to the microprocessor 400 and then to the operating system 910. The operating

8

system is responsible for accepting and dispatching to a specialized application 915 any user input and for providing services to control the display. The modifying step is achieved by a user interface software engine 930 processing the altering functional state condition 905 received from the operating system 910 via a specialized application 915. The modified functional state 905' is then passed to the operating system 910. The operating system then acts on the information in a predetermined manner so as to produce a display 906' representing the modified functional stage of the depressed key.

FIG. 6 is a general block diagram of the major subsystems involved in the process described in FIG. 5. In the preferred embodiment of the device, when a key is depressed its predefined functional state 901 is given to the microprocessor 400 and then to the operating system 910. The operating system is responsible for accepting and dispatching to a specialized application 915 any user input and for providing services to control the display. The modifying step is achieved by a user interface software engine 930 processing the altering functional state condition 905 received from the operating system 910 via a specialized application 915. The modified functional state 905' is Then passed to the operating system 910.

In the preferred embodiment of the invention, there is a plurality of specialized applications 915 that manage different major features of the device. In such a preferred embodiment, the device would include the following specialized applications: a graphical ribbon application, message compose application, transport application, address book application, device options application, cryptographic application and database application. Other applications are well within the scope and spirit of this aspect of the invention. The applications function directly with the operating system while the user interface engine (albeit another application), in general, provides further specialized functional services to these applications. The user Interface engine comprises, in essence, a plurality of modules each module executing at least one different function, and either alone or in combination with another module, providing additional functionality to the applications that use its services. For instance, the user interface engine provides an input field that other applications such as the message compose application can use to display user input. Additionally, the user interface engine receives, stores, manages and outputs data in a consistent manner to readily perform the various specific features to be described below. This scheme has proven to be very advantageous in view of the fact the operating system and the specialized applications may then be limited in their coding overhead and hence allows them to be very robust. Some of the unique functions will be described in more detail below.

Keypad Aspect Generally

The process logic detail is now described for any keypad event resulting from user input. When any key on the device is depressed, a keypad event containing the parameters of the particular key is communicated to the microprocessor. In this instance, "any key" includes the thumbwheel in addition to the keys on the keyboard. Preferably, the parameters indicate that a keypad event has occurred and which key has been depressed. The microprocessor communicates the keypad event information to the operating system. The operating system takes this keypad event information and notifies a specialized application of the keypad event information. Since, preferably, the specialized application is blocked waiting for such a keypad event, the application is awakened, examines the keypad event information, and

US 6,489,950 B1

9

passes the keypad event information to the user interface engine for further processing. In essence, the keypad event information is passed to the user interface engine from the operating system via the specialized application: the specialized application in this case acts as a conduit for information flow. In other instances, the specialized application may pre-process the keypad event information before passing the same to the user interface engine. Based on the keypad event information provided to the user interface engine, the user interface engine then acts in a predetermined functional manner. The pre-determined functional manner preferably includes processing the keypad event information and updating stored display data so as to provide output instruction data. The user interface engine submits the output instruction data to the operating system. The operating system then acts according to the instructions in the instruction data, in most cases, by submitting for display a representation of the keypad event. The output instruction data would preferably include instructions as to where characters are to be displayed within the display and a character code reference value indicating which character should be displayed on the display. In other cases, a plurality of character code references may be provided for producing a display of a string of characters. The preferred character code reference is the standard Latin One Code Set. The operation, system would simply execute the instructions by mapping the appropriate characters from its internal bitmap of characters into the appropriate locations on the display.

Auxiliary Input Device Aspect

FIG. 7 is a general flow diagram of the major steps of the auxiliary input device related aspect of the invention The process 2080' begins with a first input 2000' via the depressing of a key on a keyboard having a predefined functional state. Next, a second input 2010' from the auxiliary input device in conjunction with the depression of the key is provided. This combined effect of the first and second input initiates an altering functional state condition step 2020'. The altering functional state condition is processed 2030' and the predefined functional state of the key is modified 2040'. The modified functional state is then submitted 2050' for display. Additional modified functional states are accomplished by receiving further inputs 2060' from the auxiliary input device while the depressed key is continued to be depressed. FIG. 8 is a block diagram of the major subsystem involved in the process described in FIG. 7. FIG. 8 is similar to FIG. 6 save for input from the auxiliary input device subsystem now contributing to the altering functional state condition. This aspect of the present invention has proven extremely useful in optimizing the functionality of the handheld device by operation of the device with only the user's thumbs.

International Character-Scrolling Feature

Turning now to a specific embodiment of the aforesaid auxiliary input device-related aspect of the invention, the user interface engine, the thumbwheel and at least one key on the keyboard may be utilized to insert international characters into a user input field such as the input field provided by the user interface engine in general and preferably, the user first presses and holds down a key with the desired associated international characters while the thumbwheel is rolled. For each rolled input from the thumbwheel, a different international character associated with the depressed key is outputted on the display as a substitute for the previous character displayed. There is preferably a plurality of international characters or symbols associated with every key on the keyboard. When the desired character is displayed, the user releases the depressed key and the desired character remains on the

10

display. Traditional means to select such international characters require a number of additional input steps or the availability of additional keys on the keyboard—requirements undesirable with the present handheld device.

With reference to FIG. 8 the international character-scrolling feature begins with the depression of a key on the keyboard 900 in conjunction with input from the thumbwheel 1010. The input from the thumbwheel is preferably accomplished by rolling the thumbwheel in either the up or down direction. The combined effect of inputs 901 from the key and the thumbwheel produce an altering functional state condition or a special keypad event 905. The parameters associated with this special keypad event 90 include data descriptors that will indicate whether the thumbwheel was either rolled up or down and which key on the keyboard was depressed. The user interface engine 930 processes the special keypad event information by indexing through an array containing references to the international characters associated with the depressed key. The processing incrementally indexes up or down the array (depending on the thumbwheel scroll direction parameter), stores the current array position where the indexing stopped and retrieves the character reference code information stored in the current array position. Preferably, at each index increment, output instruction 90' is submitted to the operating system 910 for display on the display 500. The output instruction preferably includes the reference character code and the location of the character to be displayed on the display. Based on this output instruction, the operating system outputs at the appropriate location a bitmap image 906' for a given reference code from its internal bitmap. If the user chooses to see the next international character associated with the depressed key, the user 20 provides an additional rolling input while continuing to depress the key. This produces a second special keypad event thereby Initiating the altering functional state process. Consequently, the above process is related. The user interface engine processes the keypad parameters from the second special keypad event by further indexing in the appropriate direction by one element from the previously store position within the array. Again, the user interface engine submits to the operating system sufficient information to display the next associated international character retrieved from the array. Further inputs from the thumbwheel would simply repeat the processing until all international characters associated with the depressed key are indexed through after which time the indexing returns to the top of the array.

Although the above description refers to modifying the default character of the key depressed with an international character it is to be understood that the application of this aspect of the invention can equally be applied to modifying the functional state of the depressed key. For instance, a certain special keypad event defined by a certain key depressed in conjunction with input received from the thumbwheel could trigger a macro to be executed thereby altering the functional state of the depressed key. In this instance, a macro is a single instruction provided by the scrolling feature that expands automatically into a set of instructions to perform a particular task. In another instance, the altered functional state of a key could produce any one of the following: a larger font for the display; change the default font type; change subsequent text to bold or italics; cause certain text to blink in a received email transmission; and reverse image certain text, in another instance, the altered functional state of a key could provide the user with "canned" or pre-set messages that could be readily be used for the purposes of quickly responding to a received

11

message. In another instance, the context of the current active display area of the device may either add, or alternatively, suppress, associated altered states. For example, when a user is in the reply-to-message screen display, depression of the letter "M" with the scrolling input from the thumbwheel would produce an ellipsis or the display as the altered functional state. In contrast, the same key and thumbwheel sequence would instead result in a macro sequence to execute in the options screen display.

Capitalization

Turning to another software-related feature that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If after a key down event, a certain period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either flash 600 as an event that requests the capitalization of the key previously depressed. This feature disables the key repeat feature and substitutes instead a capitalization feature based on the length of a key press. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience of preferences.

Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display image is changed by the operating system mapping appropriate bitmapped characters as instructed by the user inter-race engine. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

Automatic Formatting Features

Now follows a description of another software-related aspect of the present invention that is implemented to specifically minimize the number of keystrokes required as input by the user in using the device. In some cases, two software engines handle this software-related aspect, namely the user interface engine and an auto text engine. The user interface engine by using the above mentioned functional modules facilitates presenting common interface elements such as menus, lists and textboxes. The autotext engine is another software application that extends the user interface engine and makes use of a database to perform text insertions and other related activities. The autotext engine is preferably implemented as a user interface engine element (such as a choice box or list or standard edit element). This arrangement of being a user interface engine element allows specialized applications to incorporate a buffer that performs autotext substitution as they would a standard input field. However, because of the substantive amount of code associated with the autotext engine and the engine's need to be configured with a list of replacement strings, the engine is preferably implemented as a separate module. One specific advantage that flows from the specific embodiments of the engines as described herein is that there is a substantial reduction of input formatting b)/ the user, since automatic formatting can be triggered by a small number of keystrokes, or by predefined key sequences entered one key at a time.

Autopunctuation

Another embodiment of the user interface engine is the "autopunctuation" feature of the device. If the user enters

12

one of a number of predefined character sequences, the user interface engine will automatically insert a period (full stop) in the user input field. In this manner the user does not need to use the alt key to enter a period. An example of one such character sequence would be <character><space><space>, after such character sequence the user interface engine will instruct the operating system to replace the first <space> with a full stop and to capitalize the next character entered by the user. For clarity, in this description: <space> represents a blank space user input; <character> represents any character user input; and, <period> represents user input of the character ".". Because of bandwidth considerations when the device transmits data to the wireless network, it is preferable that only one space, instead of two, is present between the period and the first character of the next sentence, Alternatively implemented, instead of replacing the first <space> in the aforesaid character sequence, a period is inserted after the <character> and the next character entered by the user is capitalized thereby producing two spaces between the period and the next character. In another embodiment of this autopunctuation feature, if the user enters one of a number of predefined character sequences that is used as a capitalization signal, such as <period><space>, the user interface engine will· process the event and capitalize the next character entered by the user. Alternatively implemented, the predefined character sequence could be <period:<space><space>. To further enhance this feature, autopunctuation can be undone easily, as described bellow.

Character Substitution

Another embodiment of the user interface engine is the "intelligent character substitution" feature of the device. In fields designed for certain types of input, the user interface engine will automatically substitute appropriate characters if inappropriate characters are entered. For example, in a field designed to hold an email address, a method of composing an email address is provided by the character substitution feature of the present invention for email address tacking on the general form <characters>@<characters>.<characters>. In the instance, it is assumed blank spaces are unacceptable characters for an email address field. The method begins with the user interface engine receiving from user input a character set representing a certain portion of the email address. If a first delimiter trigger signal, preferably a first blank space, is received froze the user input, the engine confirms that no at-sign character ("@") has been entered in the already received character set. If no, the engine substitutes the first delimiter trigger signal with a first email delimiter, preferably the at-sign character. If yes, the engine substitutes the first delimiter with a second email delimiter, preferably a period character. For any subsequent blank space input received, the engine substitutes preferably another period character.

Another example of the character substitution feature occurs when entering data in a field designed to hold numeric data. If the user presses an alphabetic key whose corresponding alt character is a numeral, the user interface engine will recognize this and instruct the operating system to automatically insert the numeral into the field, even if the user had not pressed the alt key.

Phrase Substitution

The first embodiment of the autotext engine provides an application service for error correction and phrase substitution. By entering pairs of strings into an autotext database, the user can associate "original strings" with "replacement strings". The autotext engine also defines an autotext input meld that applications may use to access the functionality of

US 6,489,950 B1

13

the autotext engine. The autotext input field may be of variable length typically up to the length of an email message. As the user is entering data into an autotext input field, each time a space is entered, the autotext engine will search backwards from the current cursor position to extract the last word from the autotext input field. The autotext engine will then efficiently search through the autotext database for an original string that exactly matches the last word. If such a string is found, the last word in the autotext input field will automatically be replaced with the corresponding replacement string from the database.

This phrase substitution feature could be used to correct common typing errors (for example, "the" could be automatically converted to "the") or to facilitate the entry of common phrases (for example, "fyi" could be automatically converted to "for your information"). This feature could also automatically insert a regularly used international character or symbol in a message thereby reducing the instances when the international character-scrolling feature needs to be used. In this latter scenario, the original string could be "jr" and the associated replacement string could be "Juirgen". The international character would be entered as described before for the international character scrolling feature.

The phrase substitution feature could advantageously be used or electronic signatures to be appended to the end of an email message composed by the user on the device. Advantageously, a variety of different electronic signatures can be stored in the autotext database. In this manner, the user may chose the appropriate signature from his set of signatures for the particular context of the email message about to be transmitted. For instance, in one case the user in an informal message may sign off "Take Care & Cheers" with the original string "tc" while in a legally sensitive message the same user may sign off "Solicitor-Client Privileged Communication" with the original string "scp". In this manner, there is no need for any electronic signature field insertion at the gateway of the wireless network and the user may amend and modify his electronic signatures without network interaction. In the preferred embodiment, the replacement string is case sensitive in that any preset capitalization in the replacement string appears when displayed and cannot be forced into a lower case by the case status of the original string. However, if the first character of the original string is upper case, then preferably the first character of the replacement is forced into an upper case as well.

In another embodiment, the autotext engine preferably includes a macro functionality that allows a user to specify special character codes in the replacement string that will be treated specially when the replacement string is entered into the autotext engine. These codes are preferably divided into two distinct sets: control character codes and dynamic data codes.

In the control character code situation, some character sequences in the replacement string will be converted to control characters when the original string is replaced by the substitution feature. Examples of these sequences would be "%b" and "%B" which convert to a backspace character and a delete character respectively. Therefore, for an open bracket "(" to be displayed, the original string could be defined as "br" and the replacement string as "(%3". Likewise, for a close bracket ")", the original string could be "rb" and the replacement string "%b)".

In the dynamic data code situation, certain character sequences in the replacement string will be converted to dynamic data when the original string is replaced. Examples of these sequences would be "%t" and "%d" wherein the codes are converted into the current time and current date respectively.

14

Like the intelligent character substitution feature, autotext replacement can be undone easily, as described bellow.

Undo Feature

As mentioned above, all automatic formatting features of the user interface and autotext engines such as autocapitalization, autopunctuation and phrase substitution may be overridden by what is referred to the "easy undo" feature herein. The automatic formatting features have undo capabilities that are triggered by backspacing over a significant character. As such, if the user backspaces over one of these significant characters, the formatted data is replaced with the raw data as it existed prior to automatic formatting.

For instance, the user may type "fyi" into an autotext input field such one implemented in 0 the message compose screen. If then the user types <space> and "fyi" is in the autotext database, the autotext engine will -replace "fyi" with "for your information" in the input field as earlier described in phrase substitution. If the user does not desire this substitution, the user can preferably backspace over the last character of the displayed string "for your information". Consequently, the autotext engine will restore the contents of the input field to "fyi" as they were prior to the phrase substitution formatting operation. In this instance, the significant character was the last character "n" in the phrase "for your information".

If the user types a sequence of characters that results in an automatic formatting operation, and backspaces to activate the easy undo feature, the appropriate engine will retain the fact that an undo operation took place at that significant character position. Consequently, if the user retypes the same sequence of characters, then the automatic formatting will not be applied for a second time. This allows the user to suppress an automatic formatting feature when desired.

For example the user may suppress the autopunctuation feature from inserting a full stop automatically. As described above, if the user types <space><space> in an input field, a full stop will be inserted by the user interface engine for the first <space>. If the user does not desire a full stop in that location, the user would than backspace over the full stop character and retype <space><space>. The user interface engine will not replace the full stop as it did the first time.

Navigation Aids

The device software provides a number of navigation aids for most user input tasks. The navigation aids maximize the likelihood that there will be a graphical interface that the user finds intuitive. The aids allow most input tasks to be performed completely using either the keyboard or the thumbwheel. The navigation aids are preferably incorporated into choice boxes and menus of the device software. A choice box is graphical interface wherein only one selection is displayed at one time. The other possible selections are displayed one at a time by a navigation means. A menu, on the other hand, is a graphical interface wherein all selections for a particular input are displayed at one time. There are other instances where the navigation aids may be used and such applications are within the scope of the invention.

As a first aid, the user may cycle through all available options in a choice box by pressing the space bar. For instance, in a box containing the months of the year, pressing the space bar repeatedly will change the selection from "January" to "February" to "March", etc. A keypad event, defined by the location of the cursor being in a choice box and the depression of the space bar, would trigger the altering functional state process. As a result, the user interface engine would process the event by indexing though a choice array associated with the choice box and provide to the operating system instructions to display the next available option.

US 6,489,950 B1

15

As a second aid, the user may also cycle through the data by pressing a control key and rolling the thumbwheel. The control key is preferably the "alt" key 902. Other control keys are possible and within the scope of the invention. This navigation method allows more flexibility for the user because the user can cycle through data in either direction in the choice array. This navigation is similar to the aforesaid international character-scrolling embodiment. Instead of international characters associated with the key depressed, the software displays a list of options. Preferably, in the downward scrolling direction, the user interface engine will move through the list of choices in the same direction as it would have if the space bar had been pressed. In the upward scrolling direction, the user interface engine will move backwards through the list of choices (e.g. "March" to "February" to "January", etc.). Hence, the alt Key's defined function of producing for 2D display an alternate character for a key has been altered by the keypad event triggered by the thumbwheel and the alt key inputs. In the case of a menu display, the user can move the cursor between items in the menu by depressing a character key. If a menu item exists beginning with the character, the cursor will be positioned automatically over the first item in the menu beginning with that character. If there are multiple menu items beginning with that character, pressing the key repeatedly will cycle it through those menu items. When the cursor is positioned over the desired item, the user can select it by pressing the Enter key. If the user decides that he does not want to select any menu item, but instead return to his previous position in the application, he can again select the "Hide Menu" item or press the backspace key, and the menu will be dismissed.

Another navigation aid is available when the cursor is positioned over a specific choice box that changes options by allowing the user to cycle through the options in the choice box by only rolling up or down without depressing the alt key. Similarly, when a menu is displayed, the user can move the cursor up or down in the menu by rolling the thumbwheel, respectively, up or down. When the cursor is positioned over the desired menu item, the user can select it by pressing the roller wheel toward the back of the device (called clicking the wheel). If the user decides that he does not want to select any menu item, but instead desires to return to his previous position in the application, preferably, he can select the "Hide Menu" item, and the menu will be dismissed. Preferably, the user can also dismiss the menu by pressing the backspace key.

Another navigation aid utilizes the uniqueness of the first character of each choice listed in a choice box. If the user depresses a key and there exists a possible choice beginning with the character represented by the key, that choice will automatically be selected without any further input required by the user, if there are multiple choices beginning with that letter, pressing the key repeatedly will cycle through the available choices. For example, in a month choice box, pressing "j" will first select "January", then "June" and then "July". Alternatively implemented, rapid keystrokes could result in a narrower search. For instance, rapidly pressing "ju" would result in "June" and then "July".

Thumbwheel Orientation

As described above with reference to FIG. 2, the communications device 10 has a vertical thumbwheel 1000. As shown in FIGS. 9–12, an alternative embodiment of the invention comprises a device 4000 with an inclined thumbwheel 4002.

Like the device 10, the device 4000 is a hand-held communications device which, as viewed directly from the front in FIG. 9, has an ordinary operating/viewing position

16

in which it is normally held by and between the user's left and right hands at the left and right side edges 4004 and 4006 of the device 4000. The keyboard 4008 is thus elongated horizontally across the front 4010 of the device 4000 at a location between the display 4012 and the lower edge 4014 of the device 4000. Further like the device 10, the device 4000 includes a microprocessor with a software application for providing a plurality of thumb-based operational features upon certain inputs from the keyboard 4008 and the thumbwheel 4002, as described above.

The housing 4020 of the device 4000 has front and rear sections 4022 and 4024. The thumbwheel 4002 projects outward through a slot-shaped opening 4026 in the front section 4022 of the housing 4020. The opening 4026 interrupts the corner of the housing 4020 between the front 4010 and the right side edge 4006 of the device 4000, and is elongated lengthwise of the right side edge 4006. The opening 4026 is thus configured to provide clearance for the thumbwheel 4002 to project from both the front 4010 and the right side edge 4006 of the device 4000 in its inclined orientation. This places the peripheral surface 4030 of the thumbwheel 4002 in an orientation in which it is clearly visible from directly in front of the device 4000 when a user holds the device 4000 in its ordinary operating/viewing position, as shown in FIG. 9. Importantly, the peripheral surface 4030 of the thumbwheel 4002 is easily accessible, i.e., reachable, by the right thumb at the front 4010 of the device and also by the right index finger when the device is held, preferably, in the palms of two hands. Also, the peripheral surface 4030 of the thumbwheel 4002 is accessible by the right thumb at, for instance, the right side edge 4006 of the device when the device is held in one hand. The present invention provides optimum positioning between a vertically-aligned thumbwheel and horizontally-aligned thumbwheel; thereby, allowing the user to operate the thumbwheel in either a single-hand operation or two-handed operation.

As best shown in FIG. 11, the thumbwheel 4002 is inclined at a specified angle A from the vertical orientation of the thumbwheel 1000 (FIG. 2). The angle A is preferably 70 degrees. With its axis 4031 of rotation in this orientation, the thumbwheel 4002 can roll up toward the upper end 4032 of the device 4000, and down toward the lower end 4014, in a manner similar to the up and down rolling movement of the thumbwheel 1000. However, the rolling movement of the thumbwheel 4002 further has directional components extending across the front 4010 of the device 4000 between the opposite side edges 4004 and 4006 as a result of its inclination from the vertical orientation of the thumbwheel 1000. This enhances the ability of the user to manipulate the thumbwheel 4002 with either the thumb or index finger of the right hand.

A structure for supporting the thumbwheel 4002 within the housing 4020 is shown in FIGS. 12 and 13. An important advantage of the inclined thumbwheel 4002 is that thickness of the housing (i.e., the distance between the front surface 4010 and the rear surface 4011) is minimized; thereby, allowing the overall dimensions of the device 4000 to be sleeker than if the thumbwheel 4026 were vertically positioned. The supporting structure includes a rollerwheel switch assembly 5000 and a printed circuit board (PCB) 5002. These parts 5000 and 5002 are configured to interconnect the thumbwheel 4002 operatively with the main PCB 5004 (shown schematically in FIG. 11).

The PCB 5002 has first and second portions 5006 and 5008. The two portions 5006 and 5008 of the PCB 5002 are inclined relative to each other at a specified angle B which

17                                            18

is complementary to the angle A of FIG. 11. In the preferred embodiment, the angle B is 20 degrees. The rollerwheel switch assembly 5000 supports the thumbwheel 4002 on the first portion 5006 of the PCB 5002 for rotation about the axis 4031, as indicated by the R arrows 4034, and also for clicking input movement in a direction perpendicular to the axis 4031. In this manner, some of the additional advantages described above relating to easy access via a single-hand or a dual-hand mode operation of the device 4000 is further enhanced. The plurality of angular positions by which the user may engage the thumbwheel 4002 for input allows for greater freedom and ergonomic flexibility for the user. Such freedom and ergonomic flex-ibility is not found in traditional handheld devices having a thumbwheel. An escape switch 5010 also is mounted on the first portion 5006 of the PCB 5002, and is acuatable by a button 5012 (FIG. 9) in a known manner. A connector 5014 is mounted on the second portion 5008 of the thumbwheel PCB 5002 to connect the second portion 5008 directly with the main PCB 5004 in an orientation parallel to the main PCB 5004. The first portion 5006 of the thumbwheel PCB 5002 then supports the thumbwheel 4002 in the inclined orientation described above.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that the preferred embodi-ments are presented only by way of example and are not meant to limit the scope of the present invention that is defined by the following claims.

What is claimed is:

1. A hand-held personal digital assistant (PDA) config-ured to communicate with a wireless network, comprising:

a housing dimensioned to be held between a user's hands;

a display located on a face of the housing;

an auxiliary input device located on a side wall of the housing adjacent to the display; and

a QWERTY-style keyboard located below the display on the face of the housing and distributed horizontally across the face of the housing, wherein the QWERTY-style keyboard includes a plurality of tilted oblong shaped keys and is symmetrically distributed across the face of the housing such that half of the tilted oblong keys are positioned on a left-hand side of the face of the housing and the remaining tilted oblong keys are located on a right-hand side of the face of the housing, wherein the plurality of tilted oblong shaped keys are configured into three rows of keys, each key in each row of keys being positioned on the face of the housing along an arc.

2. The hand-held personal digital assistant (PDA) of claim 1, wherein the left-hand oblong keys are tilted at a negative angle relative to vertical and the right-hand oblong keys are tilted at a positive angle relative to vertical such that the tilted oblong keys are inclined at angles complimentary to typing with the user's thumbs.

3. The hand-held personal digital assistant (PDA) of claim 1, further comprising a plurality of function keys located on the face of the housing below the QWERTY-style keyboard.

4. The hand-held personal digital assistant (PDA) of claim 1, further comprising a serial port located on the housing for coupling the PDA to a host computer.

5. The hand-held personal digital assistant (PDA) of claim 1, wherein the display is approximately square.

6. The hand-held personal digital assistant (PDA) of claim 1, wherein the auxiliary input device is a thumbwheel.

7. The hand-held personal digital assistant (PDA) of claim 6, wherein the thumbwheel is inclined between the face and the side wall of the PDA so as to be accessible to either the thumb or index finger of a user's hand at a variety of angular positions.

8. The hand-held personal digital assistant (PDA) of claims 7, wherein the thumbwheel projects outward through a slot-shaped opening which is located partially at the face of the PDA and partially at the side wall of the PDA.

9. The hand-held personal digital assistant (PDA) of claim 6, wherein the PDA further comprises a main PCB, a thumbwheel PCB operatively connected with the main PCB, and a rollerwheel switch assembly supporting the thumb-wheel on a portion of the thumbwheel PCB which is inclined relative to the main PCB.

10. The hand-held personal digital assistant (PDA) of claim 9, wherein the PDA further comprises a connector interconnecting the main PCB with a portion of the thum-bwheel PCB which is parallel to the main PCB.

11. The hand-held personal digital assistant (PDA) of claim 6, wherein the thumbwheel has multiple depressible and rotatable detectable input movements.

12. The hand-held personal digital assistant (PDA) of claim 1, further comprising a transceiver for transmitting and receiving information to and from the wireless network.

13. The hand-held personal digital assistant (PDA) of claim 12, further comprising at least one antenna structure coupled to the transceiver.

14. The hand-held personal digital assistant (PDA) of claim 13, further comprising a messaging application oper-ating in the PDA for generating messages to be transmitted via the wireless network.

15. The hand-held personal digital assistant (PDA) of claim 1, further comprising a power supply subsystem for providing power to the PDA.

16. The hand-held personal digital assistant (PDA) of claim 15, wherein the power supply subsystem includes a rechargeable lithium-ion battery.

17. The hand-held personal digital assistant (PDA) of claim 16, further comprising an external charger input on the housing for coupling the PDA to a source of power for recharging the lithium-ion battery.

18. The hand-held personal digital assistant (PDA) of claim 15, wherein the power supply sub-system includes a battery and a voltage regulator.

19. The hand-held personal digital assistant (PDA) of claim 1, further composing:

a microprocessor; and

a memory for storing an operating system and a plurality of software applications that are executed by the micro-processor to control the operation of the PDA.

20. The hand-held personal digital assistant (PDA) of claim 19, wherein the plurality of software applications include an address book application and a messaging appli-cation.

21. The hand-held personal digital assistant (PDA) of claim 19, wherein the plurality of software applications include a calendar application and a messaging application.

22. The hand-held personal digital assistant (PDA) of claim 1, wherein the housing is rectangular having four side walls, two of the side walls being relatively longer than the other two side walls, and wherein the QWERTY keyboard is symmetrically distributed across the face of the housing between the two relatively longer side walls.

19

20

23. The hand-held personal digital assistant (PDA) of claim 1, wherein the plurality of tilted oblong shaped keys are oval shaped.

24. The hand-held personal digital assistant (PDA) of claim 1, wherein the plurality of tilted oblong shaped keys are tilted with respect to a vertical reference through the PDA.

25. The hand-held personal digital assistant (PDA) of claim 24, wherein the plurality of tilted oblong shaped keys are tilted at an angle with respect to the vertical reference of between 20 and 70 degrees.

26. The hand-held personal digital assistant (PDA) of claim 1, wherein a rho value the curvature of the plurality of tilted oblong shaped keys is about 0.4.

27. The hand-held persona digital assistant (PDA) of claim 1, further comprising:

an antenna for receiving text messages from the wireless network and for transmitting text messages to the wireless network;

a transceiver, coupled to the antenna, for demodulating the received text messages and for generating modulated text message to transmit to the wireless network; and

a digital signal processor coupled to the transceiver for processing demodulated text messages from the transceiver and for providing modulating information to the transceiver.

28. A handheld device optimally configured for use with the thumbs of a user, comprising:

a device housing;

a QWERTY keyboard comprising a plurality of letter keys, wherein the plurality of letter keys are oblong shaped keys, and wherein each oblong shaped key is tilted relative to a vertical reference through the device, the QWERTY keyboard being symmetrically positioned in the device housing;

an auxiliary input device positioned in relative proximity to the QWERTY keyboard;

a display positioned adjacent to the keyboard; and

software residing in the device for providing functionality to inputs received from the auxiliary input device and the QWERTY keyboard.

29. The handheld device of claim 28, wherein the plurality of letter keys in the QWERTY keyboard are grouped into a first set of letter keys and a second set of letter keys, wherein the first set of letter keys are tilted at a positive angle with respect to the vertical reference and the second set of letter keys are tilted at a negative angle with respect to the vertical reference.

30. The handheld device of claim 28, wherein the plurality of oblong shaped letter keys are oval shaped.

31. The handheld device of claim 29, wherein the positive angle is about 40 degrees and the negative angle is about 40 degrees.

32. The handheld device of claim 29, wherein a rho value defining the curvature of the first and second set of oblong shaped keys is about 0.414.

33. The handheld device of claim 28, wherein the auxiliary input device is a thumbwheel.

34. The handheld devices of claim 28, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item from the plurality of menu items.

35. The handheld device of claim 28, wherein the device is a two-way pager.

36. The handheld device of claim 28, wherein the device is a personal digital assistant.

37. The handheld device of claim 28, wherein the plurality of letter keys are grouped into three rows of letter keys, each row of letter keys positioned on the device along an arc.

38. The handheld device of claim 37, wherein the arcs are concentric.

39. The handheld device of claim 28, further comprising a transceiver for transmitting and receiving information to and from a wireless network, and an antenna coupled to the transceiver.

40. The handheld device of claim 28, further comprising:

a microprocessor; and

a memory for storing the software, the software including an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the handheld device.

41. The handheld device of claim 40, wherein the memory is a flash memory.

42. The handheld device of claim 40, further comprising a digital signal processor coupled between the microprocessor and a transceiver included in the handheld device.

43. The handheld device of claim 40, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

44. The handheld device of claim 43, wherein the plurality of application programs further include an address book application.

45. The hand held device of claim 28, further comprising a serial port for coupling the handheld device to a host computer.

46. The handheld device of claim 28, further comprising a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

47. The handheld device of claim 46, wherein the rechargeable battery is a lithium ion battery.

48. The handheld device of claim 46, wherein the power supply subsystem further includes a voltage regulator coupled to the rechargeable battery for generating a regulated supply voltage for powering the device.

49. The handheld device of claim 46, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

50. An electronic communication device, comprising:

a device housing;

a transceiver for transmitting and receiving text messages;

a keyboard for composing text messages to be transmitted by the transceiver, wherein the keyboard includes three sets of tilted oblong shaped keys, wherein the three sets of tilted oblong shaped keys are arranged into a QWERTY keyboard having three rows of keys, a top row, a middle row, and a bottom row, wherein the first set of keys is arranged in an arc and forms a top row of keys in the QWERTY keyboard, the second set of keys is arranged in an arc and forms a middle row of keys in the QWERTY keyboard, and the third set of keys is arranged in an arc and forms the bottom row of keys in the QWERTY keyboard, and wherein the three rows of keys are symmetrically positioned on the device housing; and

a display for displaying the received text messages.

51. The electronic communication device of claim 50, wherein the three sets of tilted oblong shaped keys are oval shaped, and wherein the oval shaped keys are tilted at a

US 6,489,950 B1

21

common angle with respect to a vertical reference through the electronic communication device.

52. The electronic communication device of claim 50, further comprising:

an auxiliary input device for selecting an operation to be performed by the device, wherein a menu of operations is presented on the display.

53. The electronic communication device of claim 50, wherein the text messages are e-mail messages.

54. The electronic communication device of claim 50, wherein the transceiver includes:

a first antenna for receiving a text message; and

a second antenna for transmitting a text message.

55. The electronic communication device of claim 54, wherein the transceiver further includes:

a receiver, coupled to the first antenna, for demodulating the received text message; and

a transmitter, coupled to the second antenna, for generating a modulated text message.

56. The electronic communication device of claim 55, wherein the transceiver further includes:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated text messages from the receiver, and for providing modulation information to the transmitter.

57. A hand-held electronic device, comprising:

a device housing having a top surface, a bottom surface, and a plurality of connecting surfaces for connecting the top surface to the a bottom surface;

an LCD display mounted within the top surface,

a keyboard mounted within the top surface of the device housing in a position beneath the LCD display, wherein the keyboard comprises as a QWERTY-style keyboard having a plurality of tilted oblong shaped keys that are tilted with respect to a vertical reference through the top surface, and further wherein the keyboard is distributed symmetrically across the face of the housing, wherein the keyboard includes a plurality of letter keys and a plurality of specialized keys, the plurality of letter keys including a first set of oblong shaped keys and a second set of oblong shaped keys, wherein each oblong shaped key in the first set of oblong shaped keys is tilted at a positive angle relative to the vertical reference and each oblong shaped key in the second set of oblong shaped keys is tilted at a negative angle relative to the vertical reference; and

an auxiliary input device mounted within the device housing in a position above the keyboard and to the side of the LCD display.

58. The hand-held electronic device of claim 57, wherein the plurality of specialized keys include at least a space bar key, an alt key, a cap key and a line feed key.

59. The hand-held electronic device of claim 57, wherein the hand-held electronic device is a two-way pager, a personal digital assistant or an electronic organizer.

60. The hand-held electronic device of claim 57, wherein the plurality of tilted oblong shaped keys are oval shaped.

61. The hand-held electronic device of claim 57, wherein the LCD display occupies more than half of the surface area of the top surface.

62. The hand-held electronic device of claim 57, wherein the auxiliary input device is mounted within one of the connecting surfaces.

63. The hand-held electronic device of claim 57, wherein the auxiliary input device is a thumbwheel.

22

64. The hand-held electronic device of claim 57, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the LCD display and a selector switch for selecting a menu item from the plurality of menu items.

65. The hand-held electronic device of claim 57, further comprising:

a transceiver for transmitting and receiving messages.

66. The hand-held electronic device of claim 65, further comprising:

a first antenna for receiving messages; and

a second antenna for transmitting messages.

67. The hand-held electronic device of claim 66, wherein the transceiver further comprises:

a receiver, coupled to the first antenna, for demodulating received messages; and

a transmitter, coupled to the second antenna, for generating a modulated message.

68. The hand-held electronic device of claim 67, wherein the transceiver further comprises:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated messages from the receiver, and for providing modulation information to the transmitter.

69. A hand-held electronic device, comprising

a device housing having a top surface, a bottom surface, and a plurality of connecting surfaces for connecting the top surface to the bottom surface;

an LCD display mounted within the top surface;

a keyboard mounted within the top surface of the device housing in a position beneath the LCD display, wherein the keyboard comprises a QWERTY-style keyboard having a plurality of tilted oval shaped keys that are tilted with respect to a vertical reference through the top surface, and further wherein the keyboard is distributed symmetrically across the face of the housing; and

an auxiliary input device mounted within the device housing in a position above the keyboard and to the side of the LCD display.

70. The hand-held electronic device of claim 69, wherein the keyboard comprises:

a plurality of letter keys; and

a plurality of specialized keys.

71. The hand-held electronic device of claim 70, wherein the plurality of specialized keys include at least a space bar key, an alt key, a cap key and a line feed key.

72. The hand-held electronic device of claim 70, wherein the plurality of letter keys include a first set of oval shaped keys and a second set of oval shaped keys, wherein each oval shaped key in the first set of oval shaped keys is tilted at a positive angle relative to the vertical reference and each oval shaped key in the second set of oval shaped keys is tilted at a negative angle relative to the vertical reference.

73. The hand-held electronic device of claim 69, wherein the hand-held electronic device is a two-way pager, a personal digital assistant or an electronic organizer.

74. The hand-held electronic device of claim 69, wherein the LCD display occupies more than half of the surface area of the top surface.

75. The hand-held electronic device of claim 69, wherein the auxiliary input device is mounted within one of the connecting surface.

76. The hand-held electronic device of claim 69, wherein the auxiliary input device is a thumbwheel.

US 6,489,950 B1

77. The hand-held electronic device of claim 69, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the LCD display and selector switch for selecting a menu item from the plurality of menu items.

78. The hand-held electronic device of claim 69, further comprising:

a transceiver for transmitting and receiving messages.

79. The hand-held electronic device of claim 78, further comprising:

a first antenna for receiving messages; and

a second antenna for transmitting messages.

80. The hand-held electronic device of claim 79, wherein the transceiver further comprises:

a receiver, coupled to the first antenna, for demodulating the received messages; and

a transmitter, coupled to the second antenna, for generating a modulated message.

81. The hand-held electronic device of claim 80, wherein the transceiver further comprises:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated messages from the receiver, and for providing modulation information to the transmitter.

82. A keyboard for use with a mobile communication device, the keyboard configured in a device housing having a top surface the top surface being bisected into a left half and a right half by a vertical reference through the device housing, the keyboard comprising:

a plurality of oval shaped tilted letter keys distributed horizontally across the top surface of the housing, wherein the plurality of oval shaped tilted letter keys are grouped into a first set of letter keys, and a second set of letter keys, wherein the first set of letter keys are positioned on the left half of the top surface and the second set of letter keys are positioned on the right half of the top surface, such that approximately half of the plurality of letter keys are positioned to the left of the vertical reference and approximately half of the plurality of letter keys are positioned to the right of the vertical reference so as to symmetrically distribute the keys across the top surface of the housing; and

a plurality of specialized keys.

83. The keyboard of claim 82, wherein each key in the first set of letter keys is tilted at a positive angle relative to the vertical reference and each key in the second set of letter keys is tilted at a negative angle relative to the vertical reference.

84. The keyboard of claim 83, wherein this positive angle is between positive 20 and 70 degrees from the vertical reference and the negative angle is between negative 20 and 70 degrees from the vertical reference.

85. The keyboard of claim 82, wherein the first and second sets of letter keys each comprise three rows of letter keys, wherein the keys in each row of the three rows of letter keys are vertically aligned with keys in the other two rows of letter keys.

86. The keyboard of claim 82, wherein the specialized keys include a space bar key.

87. The keyboard of claim 86, wherein the specialized keys form a fourth row of keys placed on the top surface of the housing be low the three rows of letter keys.

88. The keyboard of claim 87, wherein the specialized keys include a space bar key.

89. The keyboard of claim 82, wherein the specialized keys include a cap key.

90. The keyboard of claim 82, wherein the specialized keys include a backspace key.

91. The keyboard of claim 82, wherein the specialized keys include a line feed key.

92. The keyboard of claim 82, wherein the specialized keys include an alt key.

93. The keyboard of claim 82, wherein the first set of letter keys and the second set of letter keys comprise a first row of letter keys.

94. The keyboard of claim 93, wherein the first set of letter keys and the second set of letter keys comprise a second row of letter keys positioned beneath the first row of letter keys.

95. The keyboard of claim 94, wherein the first row of letter keys and the second row of letter keys are positioned on the device housing along respective first and second arcs.

96. The keyboard of claim 82, wherein the first and second sets of letter keys comprise a QWERTY keyboard.

97. A keyboard for use with a mobile communication device, the keyboard configured in a device housing having a top surface, the top surface being bisected into a left half and a right half by a vertical reference through the device housing, the keyboard comprising:

a plurality of oblong shaped tilted letter keys distributed horizontally across the top surface of the housing, wherein the plurality of oblong shaped tilted letter keys are set of letter keys are positioned on the left half of the top surface and the second set of letter keys are positioned on the right half of the top surface, such that approximately half of the plurality of letter keys are positioned to the left of the vertical reference and approximately half of the plurality of letter keys are positioned to the right of the vertical reference so as to symmetrically distribute the keys across the top surface of the housing, wherein each key in the first set of letter keys s tilted at a positive angle relative to the vertical reference and each key in the second set of letter keys is tilted at a negative angle relative to the vertical reference; and

a plurality of specialized keys.

98. The keyboard of claim 97, wherein the first and second sets of letter keys are oval shaped keys.

99. The keyboard of claim 97, wherein the positive angle is between positive 20 and 70 degrees from the vertical reference and the negative angle is between negative 20 and 70 degrees from the vertical reference.

100. The keyboard of claim 97, wherein the first and second sets of letter keys each comprise three rows of letter keys, wherein the keys in each row of the three rows of letter keys are vertically aligned with keys in the other two rows of letter keys.

101. The keyboard of claim 100, wherein the specialized keys include a space bar and form a fourth row of keys.

102. The keyboard of claim 101, wherein the fourth row of keys is positioned on the top surface of the housing below the three rows of letter keys.

103. The keyboard of claim 97, wherein the specialized keys include a space bar key.

104. The keyboard of claim 97, wherein the specialized keys include a cap key.

105. The keyboard of claim 97, wherein the specialized keys include a backspace key.

106. The keyboard of claim 97, wherein the specialized keys include a line feed key.

107. The keyboard of claim 97, wherein the specialized keys include an alt key.

108. The keyboard of claim 97, wherein the first set of letter keys and the second set of letter keys comprise a first row of letter keys.

US 6,489,950 B1

**25**

109. The keyboard of claim 108, wherein the first set of letter keys and the second set of letter keys comprise a second row of letter keys positioned beneath the first row of letter keys.

110. The keyboard of claim 109, wherein the first row of letter keys and the second row of letter keys are positioned on the device housing along respective first and second arcs.

111. The keyboard of claim 97, wherein the first and second sets of letter keys comprise a QWERTY keyboard.

112. A keyboard for use with a mobile communication device, the keyboard configured in a device housing having a top surface, the a top surface being bisected into a left half and a right half by a vertical reference through the device housing, the keyboard comprising:

a plurality of oblong shaped tilted letter keys distributed horizontally across the top surface of the housing, wherein the plurality of oblong shaped tilted letter keys are grouped into a first set of letter keys and a second set of letter keys, the first set of letter keys are positioned on the left half of the top surface and the second set of letter keys are positioned on the right half of the top surface, such that approximately half of the plurality of letter keys are positioned to the left of the vertical reference and approximately half of the plurality of letter keys are positioned to the right of the vertical reference so as to symmetrically distribute the keys across the top surface of the housing, wherein the first and second sets of letter key each comprise three rows of letter keys, wherein the keys in each row of the three rows of letter keys are vertically aligned with keys in the other two rows of letter keys; and

a plurality of specialized keys.

113. The keyboard of claim 112, wherein the first and second sets of letter keys are oval shaped keys.

114. The keyboard of claim 112, wherein each key in the first set of letter keys is tilted at a positive angle relative to the vertical reference and each key in the second set of letter keys is tilted at a negative angle relative to the vertical reference.

115. The keyboard of claim 114, wherein the positive angle is between positive 20 and 70 degrees from the vertical reference and the negative angle is between negative 20 and 70 degrees from the vertical reference.

116. The keyboard of claim 112, wherein the specialized keys include a space bar key.

117. The keyboard of claim 116, wherein the space bar key forms a fourth row of keys positioned beneath the three rows of letter keys.

118. The keyboard of claim 112, wherein the specialized keys include a cap key.

119. The keyboard of claim 112, wherein the specialized keys include a backspace key.

120. The keyboard of claim 112, wherein the specialized keys include a line feed key.

121. The keyboard of claim 112, wherein the specialized keys include an alt key.

122. The keyboard of claim 112, wherein the first and second sets of letter keys comprise a QWERTY keyboard.

123. A keyboard for use with a mobile communication device, the keyboard configured in a device housing having a top surface, the top surface being bisected into a left half and a right half by a vertical reference through the device housing, the keyboard comprising:

a plurality of oblong shaped tilted letter keys distributed horizontally across the top surface of the housing, wherein the plurality of oblong shaped tilted letter keys are grouped into a first set of letter keys and a second

**26**

set of letter keys, wherein the first set of letter keys are positioned on the left half of the top surface and the second set of letter keys are positioned on the right half of the top surface, such that approximately half of the plurality of letter keys are positioned to the left of the vertical reference and approximately half of the plurality of letter keys are positioned to the right of the vertical reference so as to symmetrically distribute the keys across the top surface of the housing, wherein the first set of letter keys and the sec and set of letter comprise comprise a first row of letter keys and a second set of letter keys positioned beneath the first row of letter keys, wherein the first row of letter keys and the second row of letter keys are positioned on the device housing along respective first and second arcs; and

a plurality of specialized keys.

124. The keyboard of claim 123, wherein the first and second sets of letter keys are oval shaped keys.

125. The keyboard of claim 123, wherein each key in the first set of letter keys is tilted at a positive angle relative to the vertical reference and each key in the second set of letter keys is tilted at a negative angle relative to the vertical reference.

126. The keyboard of claim 125, wherein the positive angle is between positive 20 and 70 degrees from the vertical reference and the negative angle is between negative 20 and 70 degrees from the vertical reference.

127. The keyboard of claim 123, wherein the specialized keys include a space bar key.

128. The keyboard of claim 123, wherein the specialized keys include a cap key.

129. The keyboard of claim 123, wherein the specialized keys include a backspace key.

130. The keyboard of claim 123, wherein the specialized keys include a line feed key.

131. The keyboard of claim 123, wherein the specialized keys include an alt key.

132. The keyboard of claim 123, wherein the first and second sets of letter keys comprise a QWERTY keyboard.

133. A wireless e-mail device, comprising:

a device housing having a top surface and a left and ride side surface coupled to the top surface;

an LCD display mounted within the top surface;

a transceiver for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the wireless e-mail device to the wireless network; and

a keyboard mounted within the top surface for generating e-mail messages, the keyboard comprising a plurality of tilted oval shaped keys configured as a QWERTY keyboard, wherein the QWERTY keyboard is symmetrically positioned on the top surface of the device housing.

134. The wireless e-mail device of claim 133, further comprising an auxiliary input device mounted within the device housing.

135. The wireless e-mail device of claim 134, wherein the auxiliary input device is a thumbwheel.

136. The wireless e-mail device of claim 134, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the LCD display and a selector switch for selecting a menu item from the plurality of menu items.

137. The wireless e-mail device of claim 133, wherein the plurality of tilted oval shaped keys include a first set of keys

US 6,489,950 B1

27

and a second set of keys, wherein the first set of keys are tilted at a positive angle relative to a vertical reference through the device housing and the second set of keys are tilted at a negative angle relative to the vertical reference.

138. The wireless e-mail device of claim 133, further comprising an antenna coupled to the transceiver.

139. The wireless e-mail device of claim 133, further comprising:

a microprocessor; and

a memory for storing an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the wireless e-mail device.

140. The wireless e-mail device of claim 139, wherein the operating system assigns a plurality of characters to at least one of the plurality of oval shaped keys, and wherein the wireless e-mail device includes an auxiliary input device that is used to select one of the plurality of characters by holding down the at least one oval shaped key and selecting the one of the plurality of characters using the auxiliary input device.

141. The wireless e-mail device of claim 139, wherein the memory stores a database associating a plurality of first character character phrases with a plurality of second character phrases, and wherein the operating system detects one of the plurality of first character phrases input by a user of the wireless e-mail device using the keyboard and substitutes the associated second character phrase on the LCD display.

142. The wireless e-mail device of claim 139, wherein the memory is a flash memory.

143. The wireless e-mail device of claim 139, further comprising a digital signal processor coupled between the microprocessor and the transceiver.

144. The wireless e-mail device of claim 139, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

145. The wireless e-mail device of claim 144, wherein the plurality of application programs further include an address book application.

146. The wireless e-mail device of claim 133, further comprising a serial port for coupling the wireless e-mail device to a host computer.

147. The wireless e-mail device of claim 133, further comprising a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

148. The wireless e-mail device of claim 147, wherein the rechargeable battery is a lithium battery.

149. The wireless e-mail device of claim 147, wherein the power supply subsystem further includes a voltage regulator coupled to the rechargeable battery for generating a regulated supply voltage for powering the device.

150. The wireless e-mail device of claim 147, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

151. A wireless e-ail device, comprising:

a device housing having a top surface and a left and right side surface coupled to the top surface;

an LCD display mounted within the top surface;

a transceiver for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the wireless e-mail device to the wireless network; and

28

a keyboard mounted within the top surface for generating e-mail messages, the keyboard comprising a plurality of tilted oblong shaped keys configured as a QWERTY keyboard, wherein the QWERTY keyboard is symmetrically positioned on the top surface of the device housing, and wherein the plurality of tilted oblong shaped keys include a first set of keys and a second set of keys, wherein the first set of keys are tilted at a positive angle relative to a vertical reference through the device housing and the second set of keys are tilted at a negative angle relative to the vertical reference.

152. The wireless e-mail device of claim 151, further comprising an auxiliary input device mounted within the device housing.

153. The wireless e-mail device of claim 152, wherein the auxiliary input device is a thumbwheel.

154. The wireless e-mail device of claim 152, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the LCD display and a selector switch for selecting a menu item from the plurality of menu items.

155. The wireless e-mail device of claim 151, wherein the plurality of tilted oblong shaped keys are oval shaped.

156. The wireless e-mail device of claim 151, further comprising an antenna coupled to the transceiver.

157. The wireless e-mail device of claim 151, further comprising:

a microprocessor; and

a memory for storing an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the wireless e-mail device.

158. The wireless e-mail device of claim 157, wherein the memory is a flash memory.

159. The wireless e-mail device of claim 157, further comprising a digital signal processor coupled between the microprocessor and the transceiver.

160. The wireless e-mail device of claim 151, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

161. The wireless e-mail device of claim 160, wherein the plurality of application programs further include an address book application.

162. The wireless e-mail device of claim 151, further comprising a serial port for coupling the wireless e-mail device to a host computer.

163. The wireless e-mail device of claim 151, further comprising a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

164. The wireless e-mail device of claim 163, wherein the rechargeable battery is a lithium battery.

165. The wireless e-mail device of claim 163, wherein the power supply subsystem further includes a voltage regulator couplets to the rechargeable battery for generating a regulated supply voltage for powering the device.

166. The wireless e-mail device of claim 163, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

167. A wireless e-mail device, comprising:

a device housing;

an antenna;

a transceiver coupled to the antenna for sending and receiving e-mail messages to and from a wireless network;

US 6,489,950 B1

29

a display mounted in the device housing for displaying received e-mail messages, and for presenting a user interface for generating an e-mail message;

an auxiliary input device mounted in the device housing and having a directional component for navigating a plurality of menu items presented on the display and a switch for selecting one of the menu items; and

a QWERTY keyboard mounted in the device housing for entering the text of an e-mail message, the QWERTY keyboard including a plurality of tilted oval shaped keys.

168. The wireless e-mail device of claim 167, wherein the device housing comprises a top surface, a bottom surface, and a plurality of side surfaces coupling the top surface to the bottom surface.

169. The wireless e-mail device of claim 168, wherein the display and the QWERTY keyboard are mounted in the top surface of tie device housing.

170. The wireless e-mail device of claim 169, wherein the display is mounted above the QWERTY keyboard.

171. The wireless e-mail device of claim 170, wherein the display is approximately square.

172. The wireless e-mail device of claim 167, wherein the display is an LCD display.

173. The wireless e-mail device of claim 167, wherein the auxiliary input device is a thumbwheel.

174. The wireless e-mail device of claim 167, further comprising a serial port for connecting the wireless e-mail device to a host computer.

175. The wireless e-mail device of claim 167, wherein the plurality of tilted oval shaped keys include two groups of keys, a first group keys that are tilted at a positive angle with respect to a vertical reference through the device housing and a second group of keys that are tilted at a negative angle with respect to the vertical reference.

176. The wireless e-mail device of claim 167, wherein the plurality of tilted oval shaped keys are grouped into three rows of keys, a first row, a second row, and a third row, wherein the first, second and third rows of letter keys are positioned on the device housing along first, second and third arcs.

177. The wireless e-mail device of claim 176, wherein the first, second and third arcs are concentric.

178. The wireless email device of claim 167, wherein the wireless e-mail device is a two-way pager, a portable digital assistant, or an electronic organizer.

179. The wireless e-mail device of claim 167, further comprising:

a microprocessor coupled to a memory for controlling the operation of the wireless e-mail device, the memory storing an operating system and a messaging application, wherein the messaging application presents the user interface for generating an e-mail message on the display.

180. The wireless e-mail device of claim 167, further comprising:

a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical energy for recharging the rechargeable battery.

181. The wireless e-mail device of claim 179, wherein the memory stores a calendar application.

182. A wireless e-mail device, comprising:

a device housing;

an antenna;

a transceiver coupled to the antenna for sending and receiving e-mail messages to and from a wireless network;

30

a display mounted in the device housing for displaying received e-mail messages, and for presenting a user interface for generating an e-mail message;

an auxiliary input device mounted in the device housing and having a directional component for navigating a plurality of menu items presented on the display and a switch for selecting one of the menu items; and

a QWERTY keyboard mounted in the device housing for entering the text of an e-mail message, the QWERTY keyboard including a plurality of tilted oblong shaped keys, wherein the plurality of tilted oblong shaped keys include two groups of keys, a first group of keys that are tilted at a positive angle with respect to a vertical reference through the device housing and a second group of keys that are tilted at a negative angle with respect to the vertical reference.

183. The wireless e-mail device of claim 182, wherein the plurality of oblong shaped keys are oval shaped.

184. The wireless e-mail device of claim 182, wherein the device housing comprises a top surface, a bottom surface, and a plurality of side surfaces coupling the top surface to the bottom surface.

185. The wireless e-mail device of claim 184, wherein the display and the QWERTY keyboard are mounted in the top surface of the device housing.

186. The wireless e-mail device of claim 185, wherein the display is mounted above the QWERTY keyboard.

187. The wireless e-mail device of claim 186, wherein the display is approximately square.

188. The wireless e-mail device of claim 182, wherein the display is an LCD display.

189. The wireless e-mail device of claim 182, wherein the auxiliary input device is a thumbwheel.

190. The wireless e-mail device of claim 182, further comprising a serial port for connecting the wireless e-mail device to a host computer.

191. The wireless e-mail device of claim 182, wherein the positive angle is between positive 20 and 70 degrees from the vertical reference and the negative angle is between negative 20 and 70 degrees from the vertical reference.

192. The wireless e-mail device of claim 183, wherein the plurality of tilted oval shaped keys are grouped into three rows of keys, a first row, a second row, and a third row, wherein the first, second and third rows of letter keys are positioned on the device housing along first, second and third arcs.

193. The wireless e-mail device of claim 192, wherein the first second and third arcs are concentric.

194. The wireless e-mail device of claim 182, wherein the wireless e-mail device is a two-way pager, a portable digital assistant, or an electronic organizer.

195. The wireless e-mail device of claim 182, further comprising:

a microprocessor coupled to a memory for controlling the operation of the wireless e-mail device, the memory storing an operating system and a messaging application, wherein the messaging application presents the user interface for generating an e-mail message on the display.

196. The wireless e-mail device of claim 182, further comprising:

a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical energy for recharging the rechargeable battery.

197. The wireless e-mail device of claim 195, wherein the memory stores a calendar application.

US 6,489,950 B1

**31**

198. A wireless e-mail device, comprising:

a device housing;

an antenna;

a transceiver coupled to the antenna for sending and receiving e-mail messages to and from a wireless network;

a display mounted in the device housing for displaying received e-mail messages, and for presenting a user interface for generating an e-mail message;

an auxiliary input device mounted in the device housing and having a directional component for navigating a plurality of menu items presented on the display and a switch for selecting one of the menu items; and

a QWERTY keyboard mounted in the device housing for entering the text of an e-mail message, the QWERTY keyboard including a plurality of tilted oblong shaped keys, wherein the plurality of tilted oblong shaped keys are grouped into three rows of letter keys, a first row, a second row, and a third row, wherein the first, second and third rows of letter keys are positioned on the device housing along first, second and third arcs.

199. The wireless e-mail device of claim 198, wherein the first, second and third arcs are concentric.

200. The wireless e-mail device of claim 198, wherein the plurality of oblong shaped keys are oval shaped.

201. The wireless e-mail device of claim 198, wherein the device housing comprises a top surface, a bottom surface, and a plurality of side surfaces coupling the top surface to the bottom surface.

202. The wireless e-mail device of claim 201, wherein the display and the QWERTY keyboard are mounted in the top surface of the device housing.

**32**

203. The wireless e-mail device of claim 202, wherein the display is mounted above the QWERTY keyboard.

204. The wireless e-mail device of claim 203, wherein the display is approximately square.

205. The wireless e-mail device of claim 198, wherein the display is an LCD display.

206. The wireless e-mail device of claim 198, wherein the auxiliary input device is a thumbwheel.

207. The wireless e-mail device of claim 198, further comprising a serial port for connecting the wireless e-mail device to a host computer.

208. The wireless e-mail device of claim 198, wherein the wireless e-mail device is a two-way pager, a portable digital assistants, or an electronic organizer.

209. The wireless e-mail device of claim 198, further comprising:

a microprocessor coupled to a memory for controlling the operation of the wireless e-mail device, the memory storing an operating system and a messaging application, wherein the messaging application present the user interface for generating an e-mail message on the display.

210. The wireless e-mail device of claim 198, further comprising:

a power supply subsystem including a rechargeable battery and an external charger input for receiving a source of electrical energy for recharging the rechargeable battery.

211. The wireless e-mail device of claim 209, wherein the memory stores a calendar application.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,489,950 B1                                   Page 1 of 3
DATED         : December 3, 2002
INVENTOR(S)   : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 5,
Line 48, change "Incorporates" to -- incorporates --
Line 59, change "Intended" to -- intended --
Line 67, change "email" to -- email1 --

Column 6,
Line 3, change "Message" to -- message --
Line 16, change "date" to -- data --
Line 56, change "Investigating" to -- investigating --

Column 7,
Line 65, change "Its" to -- its --

Column 8,
Delete lines 12 to lines 24.
Line 37, change "Interface" to -- interface --

Column 10,
Line 35, change "90" to -- 905' --
Line 34, change "Initiating" to -- initiating --

Column 12,
Line 27, change "<period:<space><space>" to -- <period><space><space> --
Line 28, change "autopunctuntion" to -- autopunctuation --

Column 14,
Line 35, change "<space>space>" to -- <space><space> --

Column 18,
Line 11, change "claims" to -- claim --
Line 50, change "composing:" to -- comprising: --

Column 19,
Line 15, change "persona" to -- personal --
Line 61, change "devices" to -- device --

Column 20,
Line 29, change "hand held" to -- handheld --

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,489,950 B1                         Page 2 of 3
DATED          : December 3, 2002
INVENTOR(S)  : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 21,
Line 31, change "the top surface to the bottom surface;" to -- the topsurface to the
bottom surface; --
Line 32, change "...mounted within the top surface," to -- mounted within the top
surface; --
Line 35, change "..comprises as a QWERTY-style keyboard" to -- comprises a
QWERTY-style keyboard --

Column 22,
Line 26, change "A hand-held electronic device, comprising" to -- A hand-held
electronic device, comprising: --
Line 49, change "key, an al key, a cap key...." to -- key, an alt key, a cap key... --
Line 65, change "connecting surface." to -- connecting surfaces. --

Column 23,
Line 4, change "the LCD display and selector switch..." to -- the LCD display and a
selector switch... --
Line 28, change "a top surface the top surface being..." to -- a top surface, the top
surface being... --
Line 50, change "the keyboard of claim 83, wherein this positive angle" to -- the
keyboard of claim 83, wherein the positive angle --
Line 63, change "the housing be low the three rows of letter keys" to -- the housing
below three rows of letter keys --

Column 24,
Line 25, change "are set of letter keys are position on the left half of" to -- are grouped
into a first set of letter keys and a second set of letter keys, wherein the first set of letter
keys are position on the left half of --
Line 34, change "key s tilted at a positive angle..." to -- key is tilted at a positive
angle... --

Column 25,
Line 12, change "a top surface, the top surface being...." to -- a top surface, the top
surface being... --

Column 26,
Line 10, change "first set of letter keys and the sec and set of letter" to -- first set of
letter keys and the second set of letter --
Line 46, change "...for receiving e-mail messages front a wire-" to -- for receiving
e-mail messages from a wire- --

UNITED STATES PATENT AND TRADEMARK OFFICE
**CERTIFICATE OF CORRECTION**

PATENT NO.    : 6,489,950 B1                                          Page 3 of 3
DATED          : December 3, 2002
INVENTOR(S) : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 27,
Line 59, change "A wireless e-ail device, comprising:" to -- A wireless e-mail device,
comprising: --

Column 28,
Line 15, change "auxiliary input device is a thumbwheet." to -- auxiliary input device is
a thumbwheel --
Line 56, change "couplets to the rechargeable...." to -- coupled to the rechargeable... --

Column 29,
Line 17, change "surface of tie device housing." to -- surface of the device housing. --
Line 31, change "keys, a first group keys that are tilted..." to -- keys, a first group of
keys that are titled... --

Column 30,
Line 48, change "first second and third arcs..." to -- first, second and third arcs... --

Column 32,
Line 15, change "assistants, or an electronic organizer." to -- assistant, or an electronic
organizer. --

Signed and Sealed this

Twenty-fifth Day of March, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,489,950 B1                              Page 1 of 1
DATED         : December 3, 2002
INVENTOR(S)   : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 26,
Line 42, change "ride" to -- right --

Column 32,
Line 21, change "present" to -- presents --

Signed and Sealed this

Fourteenth Day of September, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 2
# PART 2 OF 2

# EXHIBIT F

US006611254B1

(12) **United States Patent**
Griffin et al.

(10) Patent No.: **US 6,611,254 B1**
(45) Date of Patent: ***Aug. 26, 2003**

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A. Little**, Waterloo (CA); **Harry R. Major**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/634,774

(22) Filed: **Aug. 9, 2000**

**Related U.S. Application Data**

(60) Division of application No. 09/106,585, filed on Jun. 29, 1998, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) Int. Cl.$^7$ ................................................. G09G 5/00
(52) U.S. Cl. ........................................ 345/169; 345/168
(58) Field of Search ................................ 345/156, 157, 345/169, 168, 901, 184; 341/22; 707/4, 526; 709/200, 201, 202, 203, 204, 205, 206, 231, 232; 455/3.01, 3.03, 3.02

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D312,628 S | 12/1990 | Yokoi et al. | |
| D313,401 S | 1/1991 | Tanabe | |
| D313,413 S | 1/1991 | Langton | |
| 5,410,141 A | 4/1995 | Koenck et al. | |
| 5,426,449 A | * 6/1995 | Danziger | 400/472 |
| D359,920 S | 7/1995 | Sakamoto | |

| | | | |
|---|---|---|---|
| 5,457,454 A | * 10/1995 | Sugano | 341/22 |
| 5,500,643 A | * 3/1996 | Grant | 341/22 |
| 5,563,631 A | * 10/1996 | Masunaga | 345/169 |
| 5,606,712 A | 2/1997 | Hidaka | |
| 5,611,031 A | 3/1997 | Hertzfeld et al. | |
| D381,021 S | 7/1997 | Williams et al. | |
| D383,756 S | * 9/1997 | Henderson et al. | D14/191 |
| D390,509 S | 2/1998 | Anbzinas et al. | |
| 5,818,437 A | 10/1998 | Grover et al. | |
| 5,825,353 A | * 10/1998 | Will | 345/184 |
| D402,572 S | 12/1998 | Han | |
| 5,915,228 A | 6/1999 | Kunihiro et al. | |
| 5,995,026 A | * 11/1999 | Sellers | 341/34 |
| D420,351 S | 2/2000 | Waldner | |
| 6,023,779 A | * 2/2000 | Fullam et al. | 714/751 |
| 6,049,796 A | * 4/2000 | Siitonen et al. | 707/3 |
| 6,052,070 A | 4/2000 | Kivela et al. | |
| 6,091,956 A | * 7/2000 | Hollenberg | 455/456 |
| 6,094,197 A | * 7/2000 | Buxton et al. | 345/358 |
| 6,102,594 A | 8/2000 | Strom | |
| 6,103,979 A | 8/2000 | Motoyama et al. | |
| 6,107,997 A | * 8/2000 | Ure | 345/173 |
| D432,511 S | 10/2000 | Eckholm | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0760291 | 3/1997 | | |
| EP | 1143327 A1 | * 10/2001 | | G06F/3/023 |
| WO | WO 99/37025 | * 7/1999 | | H03K/17/94 |
| WO | WO 00/30381 | * 5/2000 | | H04Q/7/22 |

*Primary Examiner*—Vijay Shankar
*Assistant Examiner*—Mansour M. Said
(74) *Attorney, Agent, or Firm*—Jones Day; Krishna K. Pathiyal, Esq.; Charles B. Meyer, Esq.

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing. The angles at which keys on either side of the keyboard are placed is complimentary.

**25 Claims, 4 Drawing Sheets**



**US 6,611,254 B1**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D433,017 S | 10/2000 | Martinez |
| 6,148,261 A * | 11/2000 | Obradovich et al. ........ 701/208 |
| 6,157,323 A * | 12/2000 | Tso et al. ..................... 341/22 |
| D436,591 S | 1/2001 | Abston et al. |
| 6,212,412 B1 * | 4/2001 | Rogers et al. .............. 455/575 |
| D441,733 S | 5/2001 | Do et al. |
| 6,243,789 B1 * | 6/2001 | Hasbun et al. .............. 711/103 |
| D451,079 S | 11/2001 | Ali |

| | | |
|---|---|---|
| D454,349 S | 3/2002 | Makidera et al. |
| D454,849 S | 3/2002 | Eckholm |
| 6,374,277 B2 * | 4/2002 | Vong et al. ................. 708/112 |
| D456,794 S | 5/2002 | Laverick et al. |
| D458,239 S | 6/2002 | Shim et al. |
| D459,327 S | 6/2002 | Ali |
| D460,068 S | 7/2002 | Lanzaro et al. |
| 6,459,968 B1 * | 10/2002 | Kochie ........................ 701/29 |

* cited by examiner



*Fig. 1*



Fig. 2



Fig. 3



Fig. 4

US 6,611,254 B1

1

# HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

This application is a Division of U.S. Ser. No. 09/106, 585, entitled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs", filed Jun. 29, 1998, which is a continuation-In-Part of U.S. Design Application Ser. No. 29/089,942 entitled "Hand-Held Messaging Device With Keyboard", filed Jun. 26, 1998, U.S. Pat. Des. 416,256 and assigned to the assignee of the present invention.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDA's), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is the use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for selection of forms and functions relevant to data input.

2

The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry through the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. These features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

US 6,611,254 B1

3

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals —minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb-typing user's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present invention is that it enables efficient and user-friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device.

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device.

FIG. 3 is a diagram of showing the shape, size and placement of the keys on the keyboard.

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-

4

sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900 , thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may chose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert pre-determined or "canned" response by using either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of key board 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key, 904 is the line feed key and 905 is the backspace key.

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees

US 6,611,254 B1

5

for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriately given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 414, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of the key 901 is 7 millimeters millimeters (973 representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If upon a key down event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 $W_{13}$UP and 1042 $W_{13}$DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

6

What is claimed:

1. A method in a mobile communication device having a wireless transceiver, a display, a QWERTY-style keyboard, and an auxiliary input device, the method comprising the steps of:

receiving a plurality of e-mail messages with the wireless transceiver, the plurality of e-mail messages being transmitted from a wireless network;

displaying a list of the plurality of received e-mail messages on the display;

selecting and accessing one of the plurality of received e-mail messages by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed list and by depressing the auxiliary input device to select and access a particular received e-mail message;

displaying the selected message on the display;

activating a menu of e-mail commands and displaying the menu of commands on the display;

selecting and executing one of the e-mail commands on the menu by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed menu and by depressing the auxiliary input device to select and execute a particular e-mail command, wherein one of the e-mail commands is a command to generate a reply message to the displayed message;

if the command to generate a reply message is selected and executed, then (a) displaying a reply e-mail message form on the display; (b) inputting reply message text using the QWERTY-style keyboard; and (c) selecting and executing a send e-mail command from a menu of commands displayed on the display using the auxiliary input device to transmit the reply message from the mobile communications device to the wireless network using the wireless transceiver.

2. The method of claim 1, wherein the mobile communication device further comprises a microprocessor coupled to a memory for storing an operating system that is executed by the microprocessor, the operating system enabling the steps of:

displaying a first character on the display when a key is selected using the QWERTY-style keyboard; and

displaying a second character on the display in place of the first character when the key is continually depressed for a predetermined period of time.

3. The method of claim 2, wherein the first character is a lower case character and the second character is an upper case character.

4. The method of claim 2, wherein the predetermined period of time can be modified by a user of the electronic device.

5. The method of claim 1, wherein the QWERTY-style keyboard includes a plurality of oblong shaped letter keys.

6. The method of claim 5, wherein the plurality of oblong shaped letter keys are oval shaped keys.

7. The method of claim 1, wherein the mobile communication device is a two-way pager, a personal digital assistant, or a cellular telephone.

8. The method of claim 1, wherein the auxiliary input device is a thumbwheel.

9. The method of claim 1, further comprising the steps of:

storing a plurality of application programs in a memory of the mobile communication device;

displaying a list of the plurality of application programs on the display;

US 6,611,254 B1

7

selecting and executing one of the plurality of application programs by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed list and by depressing the auxiliary input device to select and execute a particular one of the plurality of application programs.

10. The method of claim 9, wherein the plurality of application programs include an e-mail application and a calendar application.

11. The method of claim 10, wherein the plurality of application programs further include an address book application.

12. An electronic wireless messaging device, comprising;

a microprocessor;

a transceiver coupled to the microprocessor for sending and receiving electronic messages via a wireless network;

a display coupled to the microprocessor for displaying a list of received electronic messages from the wireless network and for displaying a menu of electronic message processing commands;

a QWERTY-style keyboard coupled to the microprocessor for inputting electronic messages; and

an auxiliary input device for selecting and accessing one of the received electronic messages displayed on the list of received electronic messages by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed list and by depressing the auxiliary input device to select and access a particular received electronic message;

wherein the auxiliary input device is also for selecting and executing one of the electronic message processing commands on the menu by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed menu and by depressing the auxiliary input device to select and execute a particular electronic message processing command.

13. The electronic wireless messaging device of claim 12, wherein one of the electronic message processing commands is a generate reply message command, which when accessed and executed by the auxiliary input device causes the electronic messaging device to display a reply electronic message form, wherein a user of the electronic messaging device inputs reply message text using the keyboard into the reply electronic message form, and then selects and executes a send electronic message command from the menu of electronic message processing commands to transmit the reply message from the electronic wireless messaging device to the wireless network using the transceiver.

14. The electronic wireless messaging device of claim 12, wherein the QWERTY-style keyboard comprises a plurality of oblong shaped keys.

8

15. The electronic wireless messaging device of claim 14, wherein the plurality of oblong shaped keys are oval shaped.

16. The electronic wireless messaging device of claim 14, wherein the plurality of oblong shaped keys are tilted at an angle with respect to a vertical reference line through the electronic wireless messaging device.

17. The electronic wireless messaging device of claim 16, wherein the plurality of oblong shaped keys comprise a first set of oblong shaped keys and a second set of oblong shaped keys, wherein the first set of oblong shaped keys are tilted at a positive angle with respect to the vertical reference line and the second set of oblong shaped keys are tilted at a negative angle with respect to the vertical reference line.

18. The electronic wireless messaging device of claim 12, further comprising a memory coupled to the microprocessor for storing an operating system that is executed by the microprocessor, the operating system enabling the steps of:

displaying a first character on the display when a key is selected using the QWERTY-style keyboard; and

displaying a second character on the display in place of the first character when the key is continually depressed for a predetermined period of time.

19. The electronic wireless messaging device of claim 18, wherein the first character is a lower case character and the second character is an upper case character.

20. The electronic wireless messaging device of claim 18, wherein the predetermined period of time can be modified by a user of the electronic device.

21. The electronic wireless messaging device of claim 12, wherein the electronic wireless messaging device is a two-way pager, a personal digital assistant, or a cellular telephone.

22. The electronic wireless messaging device of claim 12, wherein the auxiliary input device is a thumbwheel.

23. The electronic wireless messaging device of claim 12, further comprising:

a memory for storing a plurality of application programs;

wherein the display displays a list of the plurality of application programs, and wherein the auxiliary input device is used to select and execute one of the plurality of application programs by moving the auxiliary input device in a direction that corresponds to a desired direction on the displayed list and by depressing the auxiliary input device to select and execute a particular one of the plurality of application programs.

24. The electronic wireless messaging device of claim 23, wherein the plurality of application programs include an e-mail application and a calendar application.

25. The electronic wireless messaging device of claim 24, wherein the plurality of application programs further include an address book application.

*  *  *  *  *

# EXHIBIT G



US006611255B2

(12) **United States Patent**     (10) **Patent No.:**     **US 6,611,255 B2**
Griffin et al.                   (45) **Date of Patent:**     *Aug. 26, 2003

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A. Little**, Waterloo (CA); **Harry R. Major**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/167,202**

(22) Filed: **Jun. 11, 2002**

(65) **Prior Publication Data**

US 2002/0158847 A1 Oct. 31, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/900,585, filed on Jul. 6, 2001, now Pat. No. 6,452,588, which is a continuation of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(51) Int. Cl.⁷ ................................................. G09G 5/00
(52) U.S. Cl. ......................... 345/169; 345/168; 400/489
(58) Field of Search ............................... 345/156, 157, 345/168, 169, 140, 160, 170, 171; 400/489, 472, 486, 479; 341/20, 22, 21, 23

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D278,341 | S | 4/1985 | Scheid |
| D293,241 | S | 12/1987 | Wan et al. |
| D312,628 | S | 12/1990 | Yokoi et al. |
| D313,401 | S | 1/1991 | Tanabe |
| D313,413 | S | 1/1991 | Langlon |
| 5,184,830 | A | 2/1993 | Okada et al. |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0760291 | 3/1997 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |

OTHER PUBLICATIONS

"Programmable Calculators: Hewlett–Packard HP–200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.r-skey.org/hp2001x.htm.

*Primary Examiner*—Vijay Shankar
*Assistant Examiner*—Mansour M. Said
(74) *Attorney, Agent, or Firm*—Jones Day; Krishna K. Pathiyal, Esq.

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing.

**68 Claims, 4 Drawing Sheets**



**US 6,611,255 B2**

Page 2

---

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,217,295 A | 6/1993 | Tortola et al. | | |
| 5,367,298 A | * 11/1994 | Axthelm | .................... | 341/22 |
| D357,253 S | 4/1995 | Woog | | |
| 5,410,141 A | 4/1995 | Koenck et al. | | |
| 5,426,449 A | 6/1995 | Danziger | | |
| D359,920 S | 7/1995 | Sakomoto | | |
| 5,436,954 A | 7/1995 | Nishiyama et al. | | |
| 5,457,454 A | 10/1995 | Sugeno | | |
| 5,500,643 A | * 3/1996 | Grant | ...................... | 341/22 |
| 5,606,712 A | 2/1997 | Hidaka | | |
| 5,611,031 A | 3/1997 | Hertzfeld et al. | | |
| D381,021 S | 7/1997 | Williams et al. | | |
| D383,756 S | * 9/1997 | Henderson et al. | ......... | D14/191 |
| 5,672,108 A | 9/1997 | Lam et al. | | |
| D386,497 S | 11/1997 | Huslig et al. | | |
| D390,509 S | 2/1998 | Antzinas et al. | | |
| 5,737,394 A | 4/1998 | Anderson et al. | | |
| D397,369 S | 8/1998 | Rissman | | |
| D397,728 S | 9/1998 | Yuen et al. | | |
| D399,537 S | 10/1998 | Chi et al. | | |
| 5,818,437 A | 10/1998 | Grover et al. | | |
| 5,825,353 A | * 10/1998 | Will | .......................... | 345/184 |
| D402,572 S | 12/1998 | Han | | |
| D403,362 S | 12/1998 | Fai | | |
| 5,893,798 A | 4/1999 | Stambolic et al. | | |
| 5,915,228 A | 6/1999 | Kunihiro et al. | | |
| 5,920,308 A | 7/1999 | Kim | | |
| 5,931,873 A | 8/1999 | Cisar | | |
| 5,963,197 A | 10/1999 | Bacon et al. | | |
| 5,974,238 A | 10/1999 | Chase, Jr. | | |

| | | | | |
|---|---|---|---|---|
| 5,982,520 A | 11/1999 | Weiser et al. | | |
| 5,995,026 A | 11/1999 | Sellers | | |
| 6,006,351 A | 12/1999 | Peretz et al. | | |
| 6,014,429 A | 1/2000 | LaPorta et al. | | |
| D420,351 S | 2/2000 | Waldner | | |
| 6,023,779 A | 2/2000 | Fullam et al. | | |
| 6,047,047 A | 4/2000 | Aldridge et al. | | |
| 6,049,796 A | * 4/2000 | Siitonen et al. | ................ | 707/3 |
| 6,052,070 A | 4/2000 | Kivelä et al. | | |
| 6,094,197 A | 7/2000 | Buxton et al. | | |
| 6,102,594 A | 8/2000 | Strom | | |
| 6,103,979 A | 8/2000 | Motoyama et al. | | |
| 6,107,997 A | 8/2000 | Ure | | |
| D432,511 S | 10/2000 | Eckholm | | |
| D433,017 S | 10/2000 | Martinez | | |
| 6,148,261 A | 11/2000 | Obradovich et al. | | |
| 6,157,323 A | 12/2000 | Tso et al. | | |
| D436,591 S | 1/2001 | Abston et al. | | |
| 6,212,412 B1 | 4/2001 | Rogers et al. | | |
| D441,733 S | 5/2001 | Do et al. | | |
| 6,243,789 B1 | 6/2001 | Hasbun et al. | | |
| 6,297,795 B1 | 10/2001 | Kato et al. | | |
| D451,079 S | 11/2001 | Ali | | |
| D454,349 S | 3/2002 | Makidera et al. | | |
| D454,849 S | 3/2002 | Eckholm | | |
| D456,794 S | 5/2002 | Laverick et al. | | |
| D458,239 S | 6/2002 | Shim et al. | | |
| D459,327 S | 6/2002 | Ali | | |
| D460,068 S | 7/2002 | Lanzaro et al. | | |

* cited by examiner

**U.S. Patent**       Aug. 26, 2003       Sheet 1 of 4       US 6,611,255 B2



Fig. 1



Fig. 2



Fig. 3



*Fig. 4*

US 6,611,255 B2

1

# HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/900,585, filed on Jul. 6, 2001 U.S. Pat. No. 6,452,588, which is a continuation of U.S. patent application Ser. No. 09/106,585 U.S. Pat. No. 6,278,442, filed on Jun. 29, 1998, which is a continuation-in-part of U.S. Design application Ser. No. 29/089,942 U.S. Pat. No. D,416,256, entitled Hand-held Messaging Device with Keyboard, filed on Jun. 26, 1998 and assigned to the assignee of the present invention.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDA's), personal information managers (PIM's), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is thus use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to

2

minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for section of forms and functions relevant to data input. The thumb-wheel is positioned in close proximity to the keyboard to enable the easily transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry through the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

## SUMMARY

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. These features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to facilitate use by thumb typing. An angle for the keys on the

US 6,611,255 B2

3

right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb input by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the pager. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumb-wheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template for data entry.

Additionally, various software techniques can be implemented to enhance the thumbtyping use's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present invention is that it enables efficient and user-friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device.

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device.

FIG. 3 is a diagram of showing the shape size and placement of the keys on the keyboard.

4

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

DETAILED DESCRIPTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may chose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert pre-determined or "canned" response by using either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed the user can initiate the sending of the message preferably by interaction with thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space bar 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key. 904 is the line feed key and 905 is the backspace key.

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901.

5

In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown on FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriate given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89 mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.4 14, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of the key 901 is 7 millimeters millimeters (973 representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If upon a key down event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 W_UP and 1042 W_DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of

6

operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

We claim:

1. A hand-held messaging device, comprising:

a keyboard that is horizontally positioned symmetrically between a left edge and a right edge of a face of the hand-held messaging device and having a plurality of keys arranged in a plurality of rows across the face, wherein each row of keys is arranged in a concave pattern;

a display that is vertically positioned between the keyboard and a top edge of the face and horizontally positioned symmetrically between the left edge and the right edge of the face;

an auxiliary input device; and

a processor coupled to the keyboard, the auxiliary input device and the display that controls the operation of the hand-held messaging device.

2. The hand-held messaging device of claim 1, wherein each row of keys is arranged in a concave-down pattern.

3. The hand-held messaging device of claim 1, wherein each row of keys is arranged along an arc.

4. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is oblong.

5. The hand-held messaging device of claim 4, wherein the oblong key is tilted at an angle from a vertical axis extending through a center of the key.

6. The hand-held messaging device of claim 1, wherein the plurality of keys of the keyboard are oblong.

7. The hand-held messaging device of claim 6, wherein a first portion of the oblong keys are tilted at a negative angle from vertical and a second portion of the oblong keys are tilted at a positive angle from vertical.

8. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is oval.

9. The hand-held messaging device of claim 8, wherein the oval key is tilted at an angle from a vertical axis extending through a center of the key.

10. The hand-held messaging device of claim 1, wherein the plurality of keys each have a shape that is contoured for optimal typing with a user's thumbs.

11. The hand-held messaging device of claim 1, wherein each key of the keyboard is aligned along a vertical axis with a key from an adjacent row.

12. The hand-held messaging device of claim 1, wherein the keyboard includes three (3) rows of keys, wherein each of the three rows of keys includes a first set of keys that are arranged in a pattern having a positive slope from vertical and a second set of keys that are arranged in a pattern having a negative slope from vertical.

13. The hand-held messaging device of claim 1, wherein the keyboard includes twenty-six (26) letter keys.

14. The hand-held messaging device of claim 13, wherein the twenty-six (26) letter keys are arranged in the format of a QWERTY-style keyboard.

15. The hand-held messaging device of claim 14, further comprising:

a row of functional keys that are horizontally positioned symmetrically or substantially symmetrically between a left edge and a right edge of the face of the hand-held messaging device and vertically positioned between the keyboard and a bottom edge of the hand-held messaging device.

US 6,611,255 B2

7

16. The hand-held messaging device of claim 15, wherein the row of functional keys includes a space bar.

17. The hand-held messaging device of claim 15, wherein the row of functional keys includes an alt key, and wherein at least one letter key has an associated alternate character that may be input to the processor by simultaneously depressing the letter key and the alt key.

18. The hand-held messaging device of claim 15, wherein the row of functional keys includes a shift key.

19. The hand-held messaging device of claim 15, wherein the row of functional keys includes a menu key.

20. The hand-held messaging device of claim 1, further comprising:

at least one additional functional key positioned above the keyboard.

21. The hand-held messaging device of claim 20, wherein the additional functional key is a backspace key.

22. The hand-held messaging device of claim 20, wherein the additional functional key is a home key.

23. The hand-held messaging device of claim 20, wherein the additional functional key is an escape key.

24. The hand-held messaging device of claim 20, wherein the additional functional key is a menu key.

25. The hand-held messaging device of claim 20, wherein the additional functional key is a delete key.

26. The hand-held messaging device of claim 20, wherein the additional functional key is a cursor-left key.

27. The hand-held messaging device of claim 20, wherein the additional functional key is a cursor-right key.

28. The hand-held messaging device of claim 1, wherein the auxiliary input device is a thumb-wheel.

29. The hand-held messaging device of claim 1, further comprising:

a wireless radio subsystem coupled to the processor that transmits and receives electronic messages from a wireless network; and

a memory device coupled to the processor that stores electronic messages received from the wireless network.

30. The hand-held messaging device of claim 29, further comprising:

application software executing on the processor, wherein the application software includes an electronic messaging application that receives electronic messages that are wirelessly redirected to the hand-held messaging device from a redirection software application executing on a corporate server.

31. The hand-held messaging device of claim 30, wherein the application software includes a calendar application.

32. The hand-held messaging device of claim 1, further comprising:

a rechargeable battery coupled to the processor that supplies power to the hand-held messaging device.

33. A hand-held messaging device, comprising:

a device housing having a face, a bottom surface, and a plurality of connecting surfaces for connecting the face to the bottom surface;

a display mounted within the face of the device housing and horizontally positioned symmetrically between a left edge of the face and a right edge of the face;

a keyboard mounted within the face of the device housing in a position between the display and a bottom edge of the face, wherein the keyboard comprises a QWERTY-style keyboard having a plurality of keys arranged in a plurality of rows across the face; wherein each row of keys is arranged in a concave pattern and is distributed

8

symmetrically across the face of the housing, wherein the keyboard includes a plurality of letter keys and at least one specialized key;

an auxiliary input device mounted within the housing; and

a processor coupled to the keyboard, the auxiliary input device and the display that controls the operation of the hand-held messaging device.

34. The hand-held messaging device of claim 33, wherein each row of keys is arranged in a concave-down pattern.

35. The hand-held messaging device of claim 33, wherein each row of keys is arranged along an arc.

36. The hand-held messaging device of claim 33, wherein the plurality of keys are oblong.

37. The hand-held messaging device of claim 36, wherein the oblong shaped keys are tilted with respect to a vertical reference through the face of the device housing.

38. The hand-held messaging device of claim 36, wherein the oblong shaped keys are oval shaped.

39. The hand-held messaging device of claim 33, wherein the specialized key is a line feed key.

40. The hand-held messaging device of claim 33, wherein the specialized key is a backspace key.

41. The hand-held messaging device of claim 33, wherein the keyboard further comprises a row of functional keys.

42. The hand-held messaging device of claim 41, wherein the row of functional keys includes at least a space bar key, an alt key, and a shift key.

43. The hand-held messaging device of claim 41, wherein the row of functional keys includes at least a space bar key, a shift key, and a menu key.

44. The hand-held messaging device of claim 33, wherein the hand-held device is a two-way pager, a personal digital assistant or an electronic organizer.

45. The hand-held messaging device of claim 33, wherein the auxiliary input device is mounted within one of the connecting surfaces.

46. The hand-held messaging device of claim 33, wherein the auxiliary input device is a thumbwheel.

47. The hand-held messaging device of claim 33, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item from the plurality of menu items.

48. The hand-held messaging device of claim 33, further comprising:

a transceiver for transmitting and receiving messages.

49. The hand-held messaging device of claim 48, further comprising:

a first antenna for receiving messages; and

a second antenna for transmitting messages.

50. The hand-held messaging device of claim 49, wherein the transceiver further comprises:

a receiver, coupled to the first antenna, for demodulating the received messages; and

a transmitter, coupled to the second antenna, for generating a modulated message.

51. The hand-held messaging device of claim 50, wherein the transceiver further comprises:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated messages from the receiver, and for providing modulation information to the transmitter.

52. A wireless e-mail device, comprising:

a device housing having a face and a left and right side surface coupled to the face;

a display mounted within the face;

US 6,611,255 B2

9

a transceiver for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the wireless e-mail device to the wireless network;

a keyboard that is horizontally positioned symmetrically between the left side surface and the right side surface and having a plurality of keys arranged in a plurality of rows across the face, wherein each row of keys is arranged in a concave pattern;

an auxiliary input device mounted within the device housing; and

a processor coupled to the keyboard, the auxiliary input device and the display that controls the operation of the wireless e-mail device.

53. The wireless e-mail device of claim 52, wherein the auxiliary input device is a thumbwheel.

54. The wireless e-mail device of claim 52, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item form the plurality of menu items.

55. The wireless e-mail device of claim 52, further comprising an antenna coupled to the transceiver.

56. The wireless e-mail device of claim 52, further comprising:

a memory for storing an operating system and a plurality of application programs that are executed by the processor to control the operation of the wireless e-mail device.

57. The wireless e-mail device of claim 56, wherein the operating system assigns a plurality of characters to at least one of the plurality of keys, and wherein the wireless e-mail device includes an auxiliary input device that is used to select one of the plurality of characters by holding down the at least one key and selecting the one of the plurality of characters using the auxiliary input device.

58. The wireless e-mail device of claim 56, wherein the memory stores a database associating a plurality of first character phrases with a plurality of second character phrases, and wherein the operating system detects one of the plurality of first character phrases input by a user of the wireless e-mail device using the keyboard and substitutes the associated second character phase on the display.

59. The wireless e-mail device of claim 56, wherein the memory is a flash memory.

10

60. The wireless e-mail device of claim 56, further comprising a digital signal processor coupled between the processor and the transceiver.

61. The wireless e-mail device of claim 56, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

62. The wireless e-mail device of claim 61, wherein the plurality of application programs further include an address book application.

63. The wireless e-mail device of claim 52, further comprising a serial port for coupling the wireless e-mail device to a host computer.

64. The wireless e-mail device of claim 52, further comprising a power supply system including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

65. The wireless e-mail device of claim 64, wherein the rechargeable battery is a lithium battery.

66. The wireless e-mail device of claim 64, wherein the power supply subsystem further includes a voltage regulator coupled to the rechargeable battery for generating a regulated supply voltage for powering the device.

67. The wireless e-mail device of claim 64, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

68. A hand-held messaging device, comprising:

a device housing having a face;

a display mounted within the face;

a keyboard mounted within the face of the device housing in a position between the display and a bottom edge of the face, wherein the keyboard comprises a QWERTY-style keyboard having a plurality of keys arranged in a plurality of rows across the face, wherein each row of keys is arranged in a concave pattern and is distributed symmetrically across the face of the housings wherein the keyboard includes a plurality of letter keys and at least one specialized key;

an auxiliary input device mounted within the device housing;

means for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the hand-held messaging device to the wireless network.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,611,255 B2                               Page 1 of 1
DATED         : August 26, 2003
INVENTOR(S)   : Griffin et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 7,
Line 66, "face;" should be -- face, --

Column 10,
Line 36, "housings" should be -- housing, --

Signed and Sealed this

Sixth Day of April, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

# EXHIBIT H



US006919879B2

(12) **United States Patent**
Griffin et al.

(10) Patent No.: **US 6,919,879 B2**
(45) Date of Patent: *Jul. 19, 2005

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **David M. Walters**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/205,023**

(22) Filed: **Jul. 25, 2002**

(65) **Prior Publication Data**

US 2003/0020692 A1 Jan. 30, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/663,972, filed on Sep. 19, 2000, which is a continuation-in-part of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. No. Des. 416,256.

(60) Provisional application No. 60/307,755, filed on Jul. 25, 2001.

(51) Int. Cl.[7] .............................................. G09G 5/00

(52) U.S. Cl. ........................... 345/168; 341/20; 341/21; 341/22; 200/5 R; 200/302.1; 200/302.2; 400/486; 400/489

(58) Field of Search ........................ 345/156, 168–172, 345/184, 102; 341/20–22; 200/5 R, 302.1–302.2, 1 TK, 11 TW; 400/486, 489; D14/247, 252

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,029,915 A    6/1977    Ojima
4,449,839 A    5/1984    Bleuer

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0267801    5/1988
EP    0278169    8/1988

(Continued)

OTHER PUBLICATIONS

Anonymous: Triangular Toggle Keys for Touch–Tone Phones; IBM Technical Disclosure Bulletin, vol. 31, No. 1, Jun. 1, 1988, pp. 47–49, New York, US.

*Primary Examiner*—Henry N. Tran
(74) *Attorney, Agent, or Firm*—Jones Day; Krishna K. Pathiyal; Robert C. Liang

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is provided. The handheld device includes a keyboard, a display, and a processor. The keyboard is horizontally positioned symmetrically between a left edge and a right edge of a face of the hand-held messaging device. The keyboard has a plurality of keys arranged in a plurality of rows across the face, wherein each row of keys is arranged in a concave pattern. The display is vertically positioned between the keyboard and a top edge of the face and is horizontally positioned symmetrically between the left edge and the right edge of the face. The processor is coupled to the keyboard and the display, and controls the operation of the hand-held messaging device.

**128 Claims, 14 Drawing Sheets**



**US 6,919,879 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D278,341 S | 4/1985 | Scheid |
| D293,241 S | 12/1987 | Wan et al. |
| D312,628 S | 12/1990 | Yokoi et al. |
| D313,401 S | 1/1991 | Tanabe |
| D313,413 S | 1/1991 | Langton |
| 5,059,048 A * | 10/1991 | Sirkin ........................ 400/486 |
| 5,184,830 A | 2/1993 | Okada et al. |
| 5,217,295 A | 6/1993 | Tortola et al. |
| 5,288,158 A | 2/1994 | Matias |
| 5,336,001 A * | 8/1994 | Lichtenberg ................ 400/489 |
| 5,337,346 A | 8/1994 | Uchikura |
| 5,360,280 A * | 11/1994 | Camacho et al. .......... 400/489 |
| 5,367,298 A | 11/1994 | Axthelm |
| D357,253 S | 4/1995 | Wong |
| 5,410,141 A | 4/1995 | Koenck et al. |
| 5,410,333 A | 4/1995 | Conway |
| 5,426,449 A | 6/1995 | Danziger |
| D359,920 S | 7/1995 | Sakamoto |
| 5,436,954 A | 7/1995 | Nishiyama et al. |
| 5,457,454 A | 10/1995 | Sugano |
| D367,043 S | 2/1996 | Ross et al. |
| 5,500,643 A * | 3/1996 | Grant ........................ 341/22 |
| 5,543,787 A | 8/1996 | Karidis et al. |
| 5,563,631 A | 10/1996 | Masunaga |
| 5,575,576 A | 11/1996 | Roysden, Jr. |
| 5,600,790 A | 2/1997 | Barnstijn et al. |
| 5,606,712 A | 2/1997 | Hidaka |
| 5,611,031 A | 3/1997 | Hertzfeld et al. |
| D381,021 S * | 7/1997 | Williams et al. |
| 5,659,307 A | 8/1997 | Karidis et al. |
| 5,661,605 A | 8/1997 | Conway |
| D383,756 S | 9/1997 | Henderson et al. |
| 5,672,108 A | 9/1997 | Lam et al. |
| D386,497 S * | 11/1997 | Huslig et al. .............. D14/191 |
| 5,689,253 A * | 11/1997 | Hargreaves et al. .......... 341/22 |
| D390,509 S | 2/1998 | Antzinas et al. |
| 5,737,394 A | 4/1998 | Anderson et al. |
| 5,786,776 A | 7/1998 | Kisaichi et al. |
| D397,369 S | 8/1998 | Rissman |
| D397,728 S | 9/1998 | Yuen et al. |
| D399,537 S | 10/1998 | Chi et al. |
| 5,818,437 A | 10/1998 | Grover et al. |
| 5,825,353 A | 10/1998 | Will |
| 5,827,082 A | 10/1998 | Laine |
| D402,572 S | 12/1998 | Han |
| D403,362 S | 12/1998 | Fai |
| 5,861,821 A | 1/1999 | Kato et al. |
| 5,893,798 A | 4/1999 | Stambolic et al. |
| 5,915,228 A | 6/1999 | Kunihiro et al. |
| 5,920,308 A | 7/1999 | Kim |
| 5,931,873 A | 8/1999 | Cisar |
| 5,963,197 A | 10/1999 | Bacon et al. |
| 5,974,238 A | 10/1999 | Chase, Jr. |
| D416,256 S | 11/1999 | Griffin et al. |
| 5,982,520 A | 11/1999 | Weiser et al. |
| 5,995,026 A | 11/1999 | Sellers |
| 6,005,496 A | 12/1999 | Hargreaves et al. |
| 6,006,351 A | 12/1999 | Peretz et al. |
| 6,009,333 A | 12/1999 | Chaco |
| 6,014,429 A | 1/2000 | LaPorta et al. |
| 6,014,573 A | 1/2000 | Lehtonen et al. |
| D420,351 S | 2/2000 | Waldner |
| 6,023,779 A | 2/2000 | Fullam et al. |
| 6,047,047 A | 4/2000 | Aldridge et al. |
| 6,047,196 A | 4/2000 | Makela et al. |
| 6,049,796 A | 4/2000 | Siitonen et al. |

| | | |
|---|---|---|
| 6,052,070 A | 4/2000 | Kivela et al. |
| 6,084,576 A * | 7/2000 | Leu et al. :.................. 345/168 |
| 6,091,956 A | 7/2000 | Hollenberg |
| 6,094,197 A | 7/2000 | Buxton et al. |
| 6,102,594 A | 8/2000 | Strom |
| 6,103,979 A | 8/2000 | Motoyama et al. |
| 6,107,997 A | 8/2000 | Ure |
| D432,511 S | 10/2000 | Eckholm |
| D433,017 S | 10/2000 | Martinez |
| D433,460 S | 11/2000 | Griffin et al. |
| 6,148,261 A | 11/2000 | Obradovich et al. |
| 6,157,323 A | 12/2000 | Tso et al. |
| D436,591 S | 1/2001 | Abston et al. |
| 6,212,412 B1 | 4/2001 | Rogers et al. |
| D441,733 S | 5/2001 | Do et al. |
| 6,243,789 B1 | 6/2001 | Hasbun et al. |
| 6,278,442 B1 | 8/2001 | Griffin et al. |
| 6,295,052 B1 | 9/2001 | Kato et al. |
| 6,297,795 B1 | 10/2001 | Kato et al. |
| 6,304,261 B1 | 10/2001 | Shields et al. |
| 6,304,431 B1 | 10/2001 | Kim |
| 6,310,609 B1 * | 10/2001 | Morgenthaler .............. 345/170 |
| D451,079 S | 11/2001 | Ali |
| D454,349 S | 3/2002 | Makidera et al. |
| D454,849 S | 3/2002 | Eckholm |
| 6,356,258 B1 | 3/2002 | Kato et al. |
| 6,374,277 B2 | 4/2002 | Vong et al. |
| D456,794 S | 5/2002 | Laverick et al. |
| 6,385,463 B1 | 5/2002 | Lieberman et al. |
| 6,396,482 B1 | 5/2002 | Griffin et al. |
| D458,239 S | 6/2002 | Shim et al. |
| D459,327 S | 6/2002 | Ali |
| D460,068 S | 7/2002 | Lanzaro et al. |
| D460,493 S | 7/2002 | Griffin et al. |
| D461,803 S | 8/2002 | Griffin et al. |
| 6,452,588 B2 | 9/2002 | Griffin et al. |
| D464,995 S | 10/2002 | Griffin et al. |
| 6,459,968 B1 | 10/2002 | Kochie |
| 6,489,950 B1 | 12/2002 | Griffin et al. |
| 6,507,336 B1 | 1/2003 | Lunsford |
| D472,225 S | 3/2003 | Griffin |
| 6,535,749 B1 | 3/2003 | Iwata et al. |
| 6,538,651 B1 | 3/2003 | Haymann et al. |
| D472,551 S | 4/2003 | Griffin |
| D473,226 S | 4/2003 | Griffin |
| D476,985 S | 7/2003 | Griffin |
| D478,585 S | 8/2003 | Griffin |
| 6,611,254 B1 | 8/2003 | Griffin et al. |
| D479,233 S | 9/2003 | Griffin |
| D480,722 S | 10/2003 | Griffin |
| 6,630,924 B1 | 10/2003 | Peck |
| 6,647,367 B2 | 11/2003 | McArthur et al. |
| 2001/0044828 A1 | 11/2001 | Kikinis |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0538020 | 4/1993 |
| EP | 0685801 | 12/1995 |
| EP | 0732646 | 9/1996 |
| EP | 0760291 | 3/1997 |
| EP | 1143327 | 10/2001 |
| WO | 9833111 | 7/1998 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |
| WO | 0038041 | 6/2000 |
| WO | 0074240 | 12/2000 |
| WO | 0150335 | 7/2001 |

* cited by examiner



Fig. 1



Fig. 2



Fig. 3



*Fig. 4*



Fig. 5

Fig. 6



*Fig. 7*



*Fig. 8*



Fig. 9



Fig. 10



Fig. 11c

Fig. 11a

Fig. 11b



*Fig. 12c*

*Fig. 12a*

*Fig. 12b*

Case 1:08-cv-00104-SLR    Document 13-4    Filed 03/18/2008    Page 38 of 63



1302

1304

*Fig. 13b*



1302

1304

902

902a

1300

*Fig. 13a*



Fig. 14a



Fig. 14b



Fig. 15c

Fig. 15a

Fig. 15b



Fig. 16



Fig. 17d



Fig. 17b          Fig. 17a          Fig. 17c

US 6,919,879 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims priority from and is related to the following prior application: "Hand-Held Electronic Device with a Keyboard Optimized for Use with the Thumbs", U.S. Provisional Application Ser. No. 60/307,755, filed on Jul. 25, 2001. In addition, this application is a continuation-in-part of U.S. patent application Ser. No. 09/663,972, filed on Sep. 19, 2000, which is a continuation-in-part of U.S. patent application Ser. No. 09/106,585, filed on Jun. 29, 1998 (now U.S. Pat. No. 6,278,442), which is a continuation-in-part of U.S. Design application Ser. No. 29/089,942, entitled "Hand-held Messaging Device with Keyboard", filed on Jun. 26, 1998 (now U.S. Pat. No. Des. 416,256) and assigned to the assignee of the present invention. These prior applications, including the entire written descriptions and drawing figures, are hereby incorporated into the present application by reference.

## BACKGROUND

The arrangements described herein are directed toward the field of small, hand-held electronic devices such as personal data assistants (PDAs), personal information managers (PIMs), two-way pagers and the like. In particular, the described systems and methods provide the user of a hand-held device with the ability to input data with a minimal amount of key strokes, and includes a keyboard structure that is optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user on a communication device. In order to keep the form factor of the device small enough to be worn on the body of the user, such as with a belt clip, the input device should be small, have a minimal number of keys, and be optimized for use with a minimal number of key strokes. Known systems have attempted to address these needs by incorporating virtual keyboards or pen-based systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email or other message or a similar text file that requires user-generated data, this application describes an input device that is optimized to be operated substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation

encourages input by the thumbs, which the inventors of the present invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

The device preferably includes an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the device may also include a thumb-wheel for control of menus to select forms and functions relevant to data input. The thumb-based wheel is preferably position in close proximity to the keyboard to enable the easy transition from thumb-based typing to thumb control of forms and functions via the thumb-wheel.

In addition to hardware features that encourage optimal data entry through the use of thumbs, several software features that are designed to minimize keystrokes and aid data entry are also provided.

## SUMMARY

A hand-held electronic device with a keyboard optimized for use with the thumbs is provided. The hand-held device includes a keyboard, a display, and a processor. The keyboard is horizontally positioned symmetrically between a left edge and a right edge of a face of the hand-held messaging device. The keyboard has a plurality of keys arranged in a plurality of rows across the face, wherein each row of keys is arranged in a concave pattern. The display is vertically positioned between the keyboard and a top edge of the face and is horizontally positioned symmetrically between the left edge and the right edge of the face. The processor is coupled to the keyboard and the display, and controls the operation of the hand-held messaging device.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that may incorporate a keyboard optimized for use with the thumbs;

FIG. 2 is a front view of an exemplary messaging device having a keyboard that is optimized for use with the thumbs;

FIG. 3 is a view of a subset of the letter keys shown in FIG. 2, illustrating exemplary dimensions and relative positions of the keys;

FIG. 4 is the logic circuitry associated with the thumb-wheel of FIGS. 1 and 2;

FIG. 5 is a diagram showing one exemplary embodiment of a keyboard that is optimized for use with the thumbs;

FIG. 6 is a diagram showing another exemplary embodiment of a keyboard optimized for use with the thumbs;

FIG. 7 is another embodiment of the keyboard shown in FIG. 6 having a special center key with a vertically symmetrical key shape and orientation;

FIG. 8 shows a keyboard embodiment with circular keys;

FIG. 9 shows a keyboard embodiment with square keys;

FIG. 10 shows a keyboard embodiment having rectangular keys;

FIGS. 11a through 11c show front and side views of a hand-held electronic device incorporating an alternative functional key arrangement;

FIGS. 12a through 12c are diagrams showing front and side views of a hand-held electronic device incorporating another alternative functional key arrangement;

FIGS. 13a and 13b show front and top views of a hand-held electronic device incorporating a further alternative functional key arrangement;

US 6,919,879 B2

3

FIGS. 14a and 14b show rear views of a hand-held electronic device in which two additional functional key arrangements are implemented;

FIGS. 15a through 15c show front and side views of another exemplary hand-held electronic device incorporating an alternative functional key arrangement;

FIG. 16 is a rear view of a device, such as shown in FIG. 15, in which another functional key arrangement is implemented; and

FIGS. 17a through 17d show front, side and top views of a further exemplary hand-held electronic device incorporating alternative functional key arrangements.

DETAILED DESCRIPTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that may incorporate a keyboard optimized for use with the thumbs. The exemplary messaging device shown in FIG. 1 includes a wireless radio transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, which controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial port 800, keyboard 900, thumb-wheel 1000 and thumb-wheel control logic 1010.

In its intended use, a message comes to the device via a wireless data communications network, such as the Mobitex™ network, into subsystem 100, where it is demodulated via DSP 200, decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumb-wheel 1000. If the message is an email message, then the user may choose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumb-wheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert pre-determined or "canned" responses by using either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumb-wheel 1000.

When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumb-wheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport, and by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless data communications network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumb-wheel 1000 can be used to initiate full-text messages or to forward messages to another party.

In addition, the keyboard 900 and thumb-wheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumb-wheel 1000 is a thumb-wheel with a push button SPST switch with quadrature signal outputs, such as that manufactured by Matsushita Electronic Com-

4

ponents Co. Ltd. as part number EVQWK2001, but may, alternatively, be some other type of auxiliary input device.

FIG. 2 is a front view of an exemplary messaging device having a keyboard that is optimized for use with the thumbs. Shown in FIG. 2 are a plurality of letter keys 901, specialized keys 902, 903, 904 and 905, and a space bar 906. Also shown is the thumb-wheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. The specialized key 902 may, for example, be an alt key, the specialized key 903 may be a shift or capitalization key, the specialized key 904 may be a line feed key, and the specialized key 905 may be a backspace key. It should be understood, however, that the specialized keys 902–905 may provide other functions, such as an escape key, a delete key, a home key, a menu key, a cursor-left key or a cursor-right key. It should also be understood, that the messaging device may include additional functional keys. In addition, in alternative embodiments described below, certain functional keys, such as an alt key and shift/cap key, may be positioned on another device surface in addition to or instead of on the face of the device, to be operated, for example, by the fingers or part of the hand of a user.

FIG. 2 also shows the arrangement of keys on the keyboard into multiple rows. Each of the rows are arranged in a concave pattern, such as an arc. In the illustrated embodiment, the rows of keys are arranged along an arc in a concave-down pattern. In other embodiments, however, the rows of keys may be arranged in other concave patterns. For example, the concave pattern may be defined along two intersecting line segments instead of along an arc, and may be a concave-up pattern instead of a concave-down pattern. Such an arrangement of the keys not only facilitates thumb typing by a user but also reduces the space occupied by the keyboard. The concave rows of keys shown in FIG. 2 allow for location of the space bar 906 in its conventional keyboard position but reduce the amount of unoccupied space at the ends of the space bar.

Although FIG. 2 shows a preferred embodiment of a messaging device, other implementations incorporating alternate device architectures are also contemplated. For example, different patterns of the concave rows could be employed to accommodate keys on the keyboard between rows either in addition to or instead of only at the bottom of the keyboard in the position of the space bar shown in FIG. 2. In addition, many different shapes and orientations of the keys could also be utilized, as is further detailed below with respect to FIGS. 5–10. Similar keyboard layouts would also be suitable for use in other electronic devices with different display arrangements. Electronic devices having clamshell type designs in which the display is positioned on a movable cover portion of the device which is attached to the keyboard portion with a hinge, represent one such alternate keyboard/display arrangement. It is well within the scope of the present invention to include the inventive keyboard on a variety of handheld electronic devices such handheld electronic arcade devices; two-way pagers; wireless data communication devices; cell phones; and Personal Digital Assistants (PDAs).

In one alternative embodiment, the messaging device may include a light source, such as a backlight, that can be activated by a user of the device to light the keyboard and/or the display in low-light conditions.

FIG. 3 is a view of a subset of the letter keys 901 shown in FIG. 2, illustrating exemplary dimensions and relative positions of the keys. Also shown is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972

US 6,919,879 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to a vertical reference bisecting the key that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to the vertical reference for keys on the right side of the keyboard (where 950 is the center of the keyboard), and negative 40 degrees for the keys on the left side of the keyboard. Complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing.

It should be understood, however, that alternative key dimensions and/or placements could also be utilized. For instance, the keys on the right and left sides of the keyboard could be tilted at the same angle 960 from vertical (i.e., all of the keys may have a positive angle 960 or all of the keys may have a negative angle 960), or could all be aligned with the vertical reference (i.e., having no angle 960 from vertical). It should also be understood that the phase "tilted at the same angle" as used within this application means either tilted at equal angles or tilted at nearly equal angles.

As is also shown on FIGS. 2 and 3, the keys 901 are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys 901 are sized appropriately given the footprint of the messaging device and the keyboard 900. In one embodiment, the messaging device measures 64 mm by 89 mm across its face, which does not leave much room for keyboard 900 and display 500. In this embodiment, keyboard 900 occupies over half of the face of the messaging device.

In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.414, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal, or aesthetically pleasing, shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of the key 901 is 7 millimeters (973 representing the radius of half that value, 3.5 mm). It should be understood, however, that other key shapes could also be utilized, such as the key shapes illustrated in FIGS. 8–10.

One of the software features that aids in the device being optimally used for thumb typing is a capitalization feature. Using this feature, if a user depresses a key 901, then the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If, upon a key down event, a period of time elapses before a key up event is detected, then the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Depression of a letter key while or immediately after the shift/cap key 903 is depressed may also cause the upper case letter to be entered.

Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. 4 is the logic circuitry 1010 associated with the thumb-wheel 1000 of FIGS. 1 and 2. Thumb-wheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D flip-flops 1031 and 1032 to present signals 1041 W__UP and 1042 W__DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumb-wheel up and rolling the thumb-wheel down.

FIG. 5 is a diagram showing one exemplary embodiment of a keyboard that is optimized for use with the thumbs. This keyboard includes a plurality of letter keys 901 (A–Z), several function keys 902, 903, 904, and a spacebar/symbol selector 906. The respective keys 901 are preferably organized into three concave rows 910, 912, 914. The first concave row 910 includes the function keys 902, 903, and the letter keys 901 Z, X, C, V, B, N, and M, just like on the first row of a standard QWERTY keyboard. The degree of arcing of the first concave row 910 is preferably defined by a first radius R1. The second concave row 912 includes the function key 904, and the letter keys 901 A, S, D, F, G, H, J, K and L, just like on the second row of a standard QWERTY keyboard. The degree of arcing of the second concave row 912 is preferably defined by a second radius R2. The third concave row 914 includes the letter keys 901 Q, W, E, R, T, Y, U, I, O and P, just like on the third row of a standard QWERTY keyboard. The degree of arcing of the third concave row 914 is preferably defined by a third radius R3.

For the three-row organization shown in FIG. 5, the first radius R1 of the first concave row 910 is preferably less than the second radius R2 of the second concave row 912, which is preferably less than the third radius R3 of the third concave row 914. These radii R1, R2, R3 may define a set of concentric circles on which the concave rows of keys 910, 912, 914 are placed. Other configurations and orientations of the concave rows of keys are also possible.

Also shown in FIG. 5 are a set of vertical references 916. Each of these vertical references 916 bisects one or more (up to three) of the letter keys 901 making up the keyboard. In the embodiment shown in FIG. 5, the keys 901 are oval-shaped, and are oriented at an angle with respect to the vertical references 916. The keys on the right-hand side of the keyboard are oriented at a first predetermined angle 918, and the keys on the left-hand side of the keyboard are oriented at a second predetermined angle 920. The first predetermined angle 918 is a positive angle with respect to the vertical reference 916, and the second predetermined angle 920 is a negative angle with respect to the vertical reference 916. These first and second predetermined angles 918, 920 are complementary angles, for example +/−40 degrees from vertical. As discussed above, the keys may also be aligned at other angles, all tilted at the same angle, or aligned with the vertical reference.

The keys 901 in FIG. 5 are also preferably aligned along the set of vertical references 916, such that a key in the first row is aligned with a key in the second row, which is aligned with a key in the third row. For example, the N key in the first row 910 is aligned with the J key in the second row 912

US 6,919,879 B2

7

and the U key in the third row 914. That is, a vertical line 916 drawn through the center of any of the keys 901 in the rows of keys perpendicular to the top and bottom edges of the device will intersect the center of a key in an adjacent row of keys.

FIG. 6 is a diagram showing another exemplary embodiment of a keyboard optimized for use with the thumbs. This embodiment is similar to FIG. 5, except that the keys 901 in each concave row 910, 912, 914 are not aligned along the set of vertical references 916, but instead are offset from one row to the next. Keys positioned along a vertical line passing through the center of the keyboard, such as the "G" key in FIG. 6 may be oriented such that an axis of symmetry of the shape coincides with the vertical line passing through the center of the keyboard, thereby allowing the key to be used as easily with the left as the right thumb. In the figure, although the "G" key was oriented with the major axis coinciding with a vertical, it could have been placed with the minor axis coinciding with the vertical. In another embodiment as shown in FIG. 7, a special center key 922 has a vertically symmetrical key shape and orientation that is a combination of the left key shape and the right key shape by superimposing the two shapes and tracing the exterior circumference as a central shape, the resulting shape can be used just as easily with the left or right thumb.

FIG. 8 shows a keyboard embodiment with circular keys. This embodiment is similar to FIGS. 6 and 7, except that the keys 901 in each concave row 910, 912, 914 are circular in shape instead of ovals. Because of the circular shape of the keys 901, the concept of orienting the keys 901 at the first and second predetermined angles 918, 920 is not applicable to this design. However, the concept of a circumscribed oval still applies, as in the case of a central key discussed above in reference to FIG. 6. It is possible to circumscribe a thumb-impact oval onto the keys with a major axis coinciding with a line going through the center of each circular key at an angle 918 and 920 for right sided keys and left sided keys respectively. Note that the keys 901 in FIG. 8 are arranged in an offset key arrangement. In an alternative embodiment, the circular keys could be also aligned along a set of vertical references, similar to FIG. 5.

FIG. 9 shows a keyboard embodiment with square keys. This embodiment is similar to the embodiments shown in FIGS. 5 and 8, except that the keys are square instead of ovals or circles. The keys in FIG. 9 are aligned along the set of vertical references 916. In alternative embodiments, however, the square keys may instead be tilted, offset, or both.

FIG. 10 shows a keyboard embodiment having rectangular keys. This embodiment is similar to the embodiment shown in FIG. 9, except that the keys 901 in each concave row 910, 912, 914 are rectangular, and are slanted similar to the keys described above with reference to FIG. 5. In one alternative embodiment, the rectangular keys may be arranged in an offset layout, with a center key having a vertically symmetrical key shape and orientation that is a combination of the left key shape and the right key shape, such that the resulting shape can be used just as easily with the left or right thumb.

FIGS. 11a through 11c show front and side views of a hand-held electronic device incorporating an alternative functional key arrangement. As described above, a keyboard optimized for use with the thumbs may comprise keys which will normally be operated with either the right or the left thumb of a user, as well as possibly one or more keys that may be operated with either thumb. In the case of certain

8

functional keys such as an alt key 902 or a shift key designated 902a in FIG. 11a, a device input is made when a letter key is depressed simultaneously with or subsequent to the operation of the functional key. For example, the alt key 902 may be operated in order to input a number or symbol associated with a letter key 901. In the example keyboard of FIG. 5, operation of the 'Q' key will normally cause a lowercase 'q' to be input to the device. The number '1' may be input when the 'Q' key is operated while or after the alt key 902 is operated. Similarly, an uppercase 'Q' could be entered when the 'Q' key is depressed while the shift key 902a is depressed or immediately after the shift key has been depressed.

Since the space that the keyboard occupies is to be minimized however, only a single alt key 902 and a single shift key 902a can be accommodated on a small device. Thus, a user's thumb typing may be interrupted when a letter key that is normally operated using the same thumb used to operate the alt key 902 or the shift key 902a is to be operated in conjunction with the alt key or shift key. According to an aspect of the invention, the device 1100 in FIG. 11a includes the functional keys 1102 and 1104, which are located on different surfaces of the device housing (on the sides) than the keyboard and are thus operable using other parts of the hand such as a finger or an inside part of the hand. The functional keys 1102 and 1104 may therefore easily be operated in conjunction with the depression of letter keys by the thumbs without interrupting a user's typing.

Where the key 1102 is the alt key for example, to enter the number '1' a user need simply press the functional key 1102 using a finger or part of the hand instead of a thumb and then depress the 'Q' key (see FIG. 5 for example). If the key 1104 is a shift key, then when an upper case letter is to be entered, the user may depress the key 1104 using a finger or part of the hand. Thus, the thumbs may be used only for operation of letter keys 901 and keys requiring operation of a letter key in conjunction therewith are operated using other parts of the hand. Typing speed may thereby be improved in that the entry of an upper case letter, a number, a symbol or any other special character associated with a letter key 901 does not require operation of a functional key with the thumbs.

It should be understood that, although two functional keys 1102 and 1104 are shown in FIGS. 11a to 11 c, fewer or more than two functional keys may be positioned on the device for operation with other parts of a user's hands. The number of functional keys may depend, for example, upon the particular keyboard key assignments and the relative expected frequency of use of a functional key. Where device software automatically capitalizes the first word of a sentence for example, a shift key might not be used particularly often, such that only an alt key might be provided at position 1102 or 1104. In this example and if desired, both keys 1102 and 1104 may be alt keys, such that a user may use either hand to invoke the alt function.

When a functional key is positioned for operation using another part of the hand than the thumb, the functional key need not necessarily also be provided on the keyboard, thereby reducing the space occupied by the keyboard. However, in order to provide a more familiar interface for a user, the keyboard functional keys such as 902 and 902a may be maintained. A user then has the option to use either the thumb-operated keyboard functional keys 902, 902a or the finger-or-hand-operated functional keys 1102, 1104. Alternatively, if keys 1102 and 1104 are for example alt and shift keys, then the keyboard alt and shift keys 902 and 902a may be assigned other functions or inputs to thereby further expand keyboard functionality.

US 6,919,879 B2

9

FIGS. 12a through 12c are diagrams showing front and side views of a hand-held electronic device incorporating another alternative functional key arrangement. The device 1200 is substantially similar to the device 1100 except that functional keys 1202 and 1204 are positioned on the sides of the device housing toward the bottom of the device for operation by a part of the hand instead of the thumbs or fingers. As described above, the functional keys 1202 and 1204 may be operated by a user using a part of the hand, such as the palm of the hand or part of the hand near the base of the fingers depending upon how the user holds the device when in use, while typing on the keyboard with the thumbs. As also described above, more or fewer than two functional keys 1202 and 1204 may be provided on the device, and the keys 1202 and 1204 may implement different functions or the same function, and may be provided instead of or in addition to the keyboard functional keys 902 and 902a.

FIGS. 13a and 13b show front and top views of a hand-held electronic device incorporating a functional key arrangement according to another embodiment of the invention. In this embodiment, functional keys 1302 and 1304 are provided at the top of the housing of device 1300, for operation using the fingertips. As above, more or fewer than the two functional keys 1302, 1304 shown in FIGS. 13a and 13b may be provided in addition to or instead of keyboard functional keys 902, 902a, and such keys may be used to invoke either the same function or different functions.

FIGS. 14a and 14b show rear views of a hand-held electronic device in which respective functional key arrangements are implemented. In FIG. 14a, two functional keys are shown: an alt key 1402 and a shift key 1404. These particular functional keys are labeled for illustrative purposes only and as such are not intended to limit the scope of the invention. Other functions may also or instead be associated with the functional keys 1402 and 1404. The keys 1402 and 1404 are preferably located so as not to interfere with any removable device elements such as a removable housing section 1406 which may, for example, cover a battery compartment. Rear-mounted keys are also preferably positioned to provide ample space for a user to hold the device without contacting the functional keys 1402, 1404.

In the FIG. 14a arrangement, the alt key 1402 is positioned for operation with a finger of the left hand of the user, whereas the shift key 1404 is positioned for operation with a finger of the right hand. Where a user is familiar with a keyboard layout as shown in FIG. 2 for example, although the keys 1402, 1404 are hidden from view when a device 1400 is in use, the associations between a left hand alt operation and a right hand shift operation are maintained. However, the invention is in no way restricted to this specific key designation and relative positioning.

One alternative functional key arrangement is shown in FIG. 14b, wherein a shift key and an alt key are provided for operation with the fingers of each hand. The shift and alt key pair 1412, 1414 would be operable using one or more fingers of the left hand, and the pair 1416, 1418 are operable using fingers of the right hand. Although four separate keys are shown in FIG. 14b, two centrally positioned and possibly elongated keys accessible to the fingers of both hands when a device 1410 is in use could replace the four key arrangement. With either of these arrangements, the relative shift/alt key positioning, i.e., a shift key above the alt key and both keys operable using either hand, will be familiar to users of a PC keyboard.

It should be understood that the above functional key embodiments are not mutually exclusive. A hand-held elec-

10

tronic device may possibly be provided with functional keys on its sides, top, back or any combination thereof. A user may then have the option of using whichever function key set he or she finds easiest to use. It is also contemplated that devices may incorporate different functional key arrangements or combinations thereof, allowing a user to choose a particular functional key arrangement when a device is purchased.

FIGS. 15a to 15c show front and side views of an alternate hand-held electronic device incorporating embodiments of the invention. The device 1500 may be similar to the devices 1100, 1200, 1300, 1400 and 1410 except that its display screen 1501 is substantially larger and its keyboard is somewhat different. Provided that a device keyboard includes at least one functional key 902 or functional keys are desired in order to expand functionality of a device keyboard without adding keyboard keys, then the present invention may be particularly advantageous. In FIGS. 15a to 15c, the functional keys may be positioned, for example, as shown at 1502, 1504, 1506, 1508, 1510, 1512, or possibly at more than one such location, for operation using the fingers or part of the hand substantially as described above.

FIG. 16 is a rear view of a device, such as shown in FIG. 15, in which a functional key arrangement according to a further embodiment of the invention is implemented. As shown in FIG. 16, functional keys such as shift keys 1602, 1606 and alt keys 1604 and 1608 may be positioned at locations on a rear device housing so as to be accessible to a user's fingers while providing sufficient space for a user to hold the device without contacting the functional keys and not interfering with any removable device housing sections or other internal or external device components.

Depending upon the size of the device 1500, a user might not be able to use top-mounted keys such as shown in FIGS. 13a and 13b while thumb typing on the keyboard. Side-and back-mounted functional keys as shown in FIGS. 15a to 15c and 16 are therefore more suited to devices having larger form factors than top-mounted keys. It should be understood, however, that whenever device physical dimensions permit, top-mounted functional keys may be implemented.

Although the devices shown in FIGS. 11a–c, 12a–c, 13a–b and 15a–c include slanted oval-shaped keyboard keys, the functional keys and arrangements disclosed herein are in no way restricted to this type of keyboard key shape or layout. The invention may be implemented in conjunction with any of the keyboards described above, including those shown in FIGS. 2 and 5–10 for example, as well as virtually any other hand-held electronic device keyboard.

Similarly, the present invention is not restricted to devices having a "full" keyboard. FIGS. 17a to 17d show front, side and top views of a further alternative hand-held electronic device incorporating functional key arrangements according to embodiments of the invention. The device shown in FIGS. 17a–17d is a mobile telephone 1700, having a standard numeric keypad 1702 and a plurality of additional keys 1704, 1706, 1708 and 1710, which may include, for example, a power key, a send key, an end key, and like keys typically found on mobile telephones. Mobile telephone users normally operate such keys using the thumb of one hand while holding the telephone. The device 1700 also includes a microphone 1712, a speaker 1714 and a display screen 1715. In accordance with the invention, one or more of the functional keys 1716, 1718, 1820, 1722, 1724, 1726 and 1728 are implemented in the device 1700. It should be understood that mobile telephones are available in many

US 6,919,879 B2

11

different forms and sizes, and that the present invention is applicable to virtually any design. For example, a device 1700 may have a "slim" form factor, wherein its side profile or depth dimension is significantly smaller than its front/back profile or width, or comprise a clamshell design with hinged sections. Any functional keys 1716–1728 could then be sized and positioned accordingly.

When used only to enter numbers, a keypad 1702 is normally sufficient. However, text entry via the keypad is often required, and is becoming much more common with the increasing popularity of Short Message Service (SMS) and other text-or data-related functions that mobile telephones may support. Although numeric keypad keys may also have associated text characters, known text entry schemes involving multiple depressions of a single key for example tend to be slow, even when used in conjunction with predictive automatic text techniques. Therefore, one contemplated function for a functional key is to select between numeric and text entry when a keypad key is depressed. For example, if a user wishes to enter the letter 'A', normally associated with the number key '2' on standard telephone keypads, the user could depress a function key, 1716 for example, and simultaneously depress the '2' key. The functional key 1716 may be held in its depressed position as long as text entry is required. When the key 1716 is released, the keypad then preferably reverts back to a numeric entry state. Alternatively, a single depression of the functional key 1716 may toggle the keypad between numeric and text entry states. Such functionality may provide for much faster and easier text entry on a substantially thumb-operated numeric keypad.

Where more than one functional key is provided on the device 1700, text entry may be further facilitated by allowing a user to select between the multiple characters associated with a keypad key. In a device 1700 with four keys for example, any particular letter associated with any keypad key might be selected using the function keys. Operation of a first functional key in conjunction with a '7' key on a conventional keypad might select a first text character 'P', whereas second, third and fourth functional keys may be used to respectively select 'Q', 'R' and 'S'. As described above, any functional key and keypad key could preferably be operated simultaneously, using a finger or part of the hand to operate a functional key while using a thumb to depress a keypad key.

It should be understood that the above text entry function is merely an illustrative example of a possible implementation of an embodiment of the invention. Other functions allowing expansion of keypad key functionality through the use of finger-or-hand-operated functional keys are also within the scope of the present invention.

As described above for the preceding keypad arrangements, the functional keys 1716–1728 may provide the same or different functions. In devices such as device 1700 which are normally held on one hand, duplication of functional keys on each side of the device may be particularly advantageous in that the device may be used with either a left hand or a right hand. The left-hand side functional keys 1716–1720 would be operable using fingers on the left hand, left-hand side functional keys 1722–1726 would be operable using fingers on the left hand, and the top functional key 1728 would be accessible by either hand.

In one alternative embodiment the functional keys shown in FIGS. 17a–d may also or instead be provided on the rear of device 1700.

This written description uses examples to disclose the invention, including the best mode, and also to enable any

12

person skilled in the art to make and use the invention. The patentable scope of the invention is defined by the claims, and may include other examples that occur to those skilled in the art.

For example, the functional keys have been shown in the drawings as rectangular keys. Implementation of functional keys having other shapes intended to improve key operability or esthetic appeal of a device are also contemplated. Functional keys on the same device might also have different shapes adapted to the part of the fingers or hands by which the keys will be operated or to allow a user to distinguish between different functional keys. Similarly, although the functional keys have been shown in the drawings as projecting beyond the device housing, the keys may instead be substantially flush with or recessed below the device housing surface in order to prevent inadvertent operation thereof.

In addition, the alt and shift functional keys are shown in some of the drawings for illustrative purposes only. Other functional keys that are normally operated in conjunction with other letter keys, such as a control (ctrl) keyboard key, may also or instead be implemented in accordance with the invention.

We claim:

1. A hand-held messaging device, comprising:

a miniaturized QWERTY style keyboard that is horizontally positioned symmetrically between a left edge and a right edge of a face of the hand-held messaging device and having a plurality of keys arranged in three rows across the face, wherein each row of keys is arranged in a concave pattern and wherein each of the plurality of keys is aligned along a vertical axis with a key from an adjacent row of keys, the vertical axis extending perpendicularly from a top edge to a bottom edge of the hand-held messaging device;

a display that is vertically positioned between the keyboard and a top edge of the face and horizontally positioned symmetrically between the left edge and the right edge of the face; and

a processor coupled to the keyboard and the display that controls the operation of the hand-held messaging device;

wherein keys that are aligned along a vertical axis are aligned with substantially no vertical offset.

2. The hand-held messaging device of claim 1, wherein the hand-held messaging device includes a plurality of connecting surfaces for connecting the face to a bottom surface, and further comprising:

at least one functional key positioned on the connecting surfaces of the hand-held messaging device.

3. The hand-held messaging device of claim 2, wherein the functional key is an alt key.

4. The hand-held messaging device of claim 2, wherein the functional key is a capitalization key.

5. The hand-held messaging device of claim 1, wherein the hand-held messaging device includes a plurality of connecting surfaces for connecting the face to a bottom surface, and further comprising:

at least one functional key positioned on the bottom surface of the hand-held messaging device.

6. The hand-held messaging device of claim 5, wherein the functional key is an alt key.

7. The hand-held messaging device of claim 5, wherein the functional key is a shift key.

8. The hand-held messaging device of claim 1, wherein the hand-held messaging device includes a plurality of

US 6,919,879 B2

13

connecting surfaces for connecting the face to a bottom surface, and further comprising:

at least one type of functional key, wherein two of each type of functional key are positioned on the bottom surface of the hand-held messaging device.

9. The hand-held messaging device of claim 8, wherein the two functional keys of each type include a first functional key that is positioned for use with a left hand of a user and a second functional key that is positioned for use with a right hand of the user.

10. The hand-held messaging device of claim 1, wherein the hand-held messaging device includes a plurality of connecting surfaces for connecting the face to a bottom surface, and further comprising:

at least one type of functional key, wherein two of each type of functional key are positioned on two of the connecting surfaces, respectively.

11. The hand-held messaging device of claim 10, wherein the two functional keys of each type include a first functional key that is positioned for use with a left hand of a user and a second functional key that is positioned for use with a right hand of a user.

12. The hand-held messaging device of claim 1, wherein the hand-held messaging device includes a plurality of connecting surfaces for connecting the face to a bottom surface, and further comprising:

at least one type of functional key, wherein two of each type of functional key are positioned on one of the connecting surfaces.

13. The hand-held messaging device of claim 12, wherein the two functional keys of each type include a first functional key that is positioned for use with a left hand of a user and a second functional key that is positioned for use with a right hand of user.

14. The hand-held messaging device of claim 1, wherein each row of keys is arranged in a concave-up pattern.

15. The hand-held messaging device of claim 1, wherein each row of keys is arranged in a concave-down pattern.

16. The hand-held messaging device of claim 1, wherein each row of keys is arranged along an arc.

17. The hand-held messaging device of claim 1, wherein each row of keys is arranged along two intersecting line segments.

18. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is oblong.

19. The hand-held messaging device of claim 18, wherein the oblong key is tilted at an angle from a vertical axis extending through a center of the key.

20. The hand-held messaging device of claim 18, wherein the oblong key is aligned with a vertical axis extending through a center of the key.

21. The hand-held messaging device of claim 1, wherein the plurality of keys of the keyboard are oblong.

22. The hand-held messaging device of claim 21, wherein a first portion of the oblong keys are tilted at a negative angle from vertical and a second portion of the oblong keys are tilted at a positive angle from vertical.

23. The hand-held messaging device of claim 21, wherein the oblong keys are all tilted at the same or substantially the same angle from vertical.

24. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is oval.

25. The hand-held messaging device of claim 24, wherein the oval key is tilted at an angle from a vertical axis extending through a center of the key.

26. The hand-held messaging device of claim 24, wherein the oval key is aligned with a vertical axis extending through a center of the key.

14

27. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is circular.

28. The hand-held messaging device of claim 1, wherein at least one of the plurality of keys of the keyboard is rectangular.

29. The hand-held messaging device of claim 28, wherein the rectangular key is tilted at an angle from a vertical axis extending through a center of the key.

30. The hand-held messaging device of claim 28, wherein the rectangular key is aligned with a vertical axis extending through a center of the key.

31. The hand-held messaging device of claim 1, wherein the plurality of keys each have a shape that is contoured for optimal typing with a user's thumbs.

32. The hand-held messaging device of claim 1, wherein the keyboard includes:

a first row of keys having ten (10) keys, wherein a first set of five (5) keys from the first row are arranged in a pattern having a positive slope from vertical and a second set of five (5) keys from the first row are arranged in a pattern having a negative slope from vertical;

a second row of keys having nine (9) keys, wherein a first set of four (4) keys from the second row are arranged in a pattern having a positive slope from vertical, a second set of four (4) keys from the second row are arranged in a pattern having a negative slope from vertical, and a center key from the second row is positioned equidistant or substantially equidistant from the left edge and the right edge of the face; and

a third row of keys having at least eight keys, wherein a first set of four (4) keys from the third row is arranged in a pattern having a positive slope from vertical and a second set of four (4) keys from the third row is arranged in a pattern having a negative slope from vertical.

33. The hand-held messaging device of claim 32, wherein one of the keys from the third row is a line feed key.

34. The hand-held messaging device of claim 1, wherein the keyboard includes three (3) rows of keys, wherein each of the three rows of keys includes a first set of five (5) keys that are arranged in a pattern having a positive slope from vertical and a second set of five (5) keys that are arranged in a pattern having a negative slope from vertical.

35. The hand-held messaging device of claim 1, wherein the keyboard includes twenty-six (26) letter keys.

36. The hand-held messaging device of claim 35, wherein the twenty-six (26) letter keys are arranged in the format of a QWERTY-style keyboard.

37. The hand-held messaging device of claim 36, further comprising:

a row of functional keys that are horizontally positioned symmetrically or substantially symmetrically between a left edge and a right edge of the face of the hand-held messaging device and vertically positioned between the keyboard and a bottom edge of the hand-held messaging device.

38. The hand-held messaging device of claim 37, wherein the row of functional keys includes a space bar.

39. The hand-held messaging device of claim 37, wherein the row of functional keys includes a a an alt key, and wherein at least one letter key has an associated alternate character that may be input to the processor by simultaneously depressing the letter key and the alt key.

40. The hand-held messaging device of claim 37, wherein the row of functional keys includes a shift key.

15

41. The hand-held messaging device of claim 37, wherein the row of functional keys includes a menu key.

42. The hand-held messaging device of claim 37, further comprising:

at least one additional functional key positioned below the row of functional keys.

43. The hand-held messaging device of claim 42, wherein the additional functional key is a scroll-up key.

44. The hand-held messaging device of claim 42, wherein the additional functional key is a scroll-down key.

45. The hand-held messaging device of claim 42, wherein the additional functional key launches an application program.

46. The hand-held messaging device of claim 1, further comprising:

at least one additional functional key positioned above the keyboard.

47. The hand-held messaging device of claim 46, wherein the additional functional key is a backspace key.

48. The hand-held messaging device of claim 46, wherein the additional functional key is a home key.

49. The hand-held messaging device of claim 46, wherein the additional functional key is an escape key.

50. The hand-held messaging device of claim 46, wherein the additional functional key is a menu key.

51. The hand-held messaging device of claim 46, wherein the additional functional key is a delete key.

52. The hand-held messaging device of claim 46, wherein the additional functional key is a cursor-left key.

53. The hand-held messaging device of claim 46, wherein the additional functional key is a cursor-right key.

54. The hand-held messaging device of claim 1, further comprising:

a thumb-wheel coupled to the processor, wherein the thumb-wheel is vertically positioned on the face of the hand-held messaging device above the keyboard and below the display.

55. The hand-held messaging device of claim 1, wherein the thumb-wheel is horizontally positioned symmetrically or substantially symmetrically between the left edge and the right edge of the face such that the thumb-wheel may be operated by a user with either a right hand or a left hand.

56. The hand-held messaging device of claim 1, further comprising:

a thumb-wheel coupled to the processor, wherein the thumb-wheel is positioned on a side surface of the hand-held messaging device.

57. The hand-held messaging device of claim 1, further comprising:

a rocker switch coupled to the processor, wherein the rocker switch is positioned on a side surface of the hand-held messaging device.

58. The hand-held messaging device of claim 1, further comprising:

a wireless radio subsystem coupled to the processor that transmits and receives electronic messages from a wireless network; and

a memory device coupled to the processor that stores electronic messages received from the wireless network.

59. The hand-held messaging device of claim 58, further comprising:

application software executing on the processor, wherein the application software includes an electronic messaging application that receives electronic messages that are wirelessly redirected to the hand-held messaging

16

device from a redirection software application executing on a corporate server.

60. The hand-held messaging device of claim 59, wherein the application software includes a calendar application.

61. The hand-held messaging device of claim 1, further comprising:

a rechargeable battery coupled to the processor that supplies power to the hand-held messaging device.

62. The hand-held messaging device of claim 1, further comprising:

a light source positioned to provide light to the keyboard.

63. The hand-held messaging device of claim 62, wherein the light source also provides light to the display.

64. The hand-held messaging device of claim 62, wherein the light source is a backlight mounted within a housing of the hand-held messaging device.

65. A hand-held messaging device, comprising:

a device housing having a face, a bottom surface, and a plurality of connecting surfaces for connecting the face to the bottom surface;

a display mounted within the face of the device housing and horizontally positioned symmetrically between a left edge of face and a right edge of the face;

a miniaturized keyboard mounted within the face of the device housing in a position between the display and a bottom edge of the face, wherein the keyboard comprises a QWERTY-stile keyboard having a plurality of keys arranged in three rows across the face, wherein each row of keys is arranged in a concave pattern and is distributed symmetrically across the face of the housing, wherein the keyboard includes a plurality of letter keys and at least one specialized key and wherein each of the plurality of keys is aligned along a vertical axis with a key from an adjacent row of keys, the vertical axis extending perpendicularly from a top edge to the bottom edge of the face of the device housing; and

an auxiliary input device mounted within the housing;

wherein keys that are aligned along a vertical axis are aligned with substantially no vertical offset.

66. The hand-held messaging device of claim 65, further comprising:

at least one functional key mounted within the connecting surfaces of the device.

67. The hand-held messaging device of claim 65, further comprising:

at least one functional key mounted within the bottom surface of the device.

68. The hand-held messaging device of claim 65, wherein each row of keys is arranged in a concave-up pattern.

69. The hand-held messaging device of claim 65, wherein each row of keys is arranged in a concave-down pattern.

70. The hand-held messaging device of claim 65, wherein each row of keys is arranged along an arc.

71. The hand-held messaging device of claim 65, wherein each row of keys is arranged along two intersecting line segments.

72. The hand-held messaging device of claim 65, wherein the plurality of keys are oblong.

73. The hand-held messaging device of claim 72, wherein the oblong shaped keys are tilted with respect to a vertical reference through the face of the device housing.

74. The hand-held messaging device of claim 72, wherein the oblong shaped keys are aligned with a vertical reference through the face of the device housing.

75. The hand-held messaging device of claim 72, wherein the oblong shaped keys are oval shaped.

US 6,919,879 B2

17

76. The hand-held messaging device of claim 65, wherein the plurality of keys are circular.

77. The hand-held messaging device of claim 65, wherein the plurality of keys are square.

78. The hand-held messaging device of claim 65, wherein the plurality of keys are rectangular.

79. The hand-held messaging device of claim 65, wherein the specialized key is a line feed key.

80. The hand-held messaging device of claim 65, wherein the specialized key is a backspace key.

81. The hand-held messaging device of claim 65, wherein the keyboard further comprises a row of functional keys.

82. The hand-held messaging device of claim 65, wherein the row of functional keys includes at least a space bar key, an alt key, and a shift key.

83. The hand-held messaging device of claim 81, wherein the row of functional keys includes at least a space bar key, a shift key, and a menu key.

84. The hand-held messaging device of claim 65, wherein the hand-held device is a two-way pager, a personal digital assistant or an electronic organizer.

85. The hand-held messaging device of claim 65, wherein the display occupies more than half of the surface area of the face of the device.

86. The hand-held messaging device of claim 65, wherein the auxiliary input device is mounted within one of the connecting surfaces.

87. The hand-held messaging device of claim 65, wherein the auxiliary input device is a thumbwheel.

88. The hand-held messaging device of claim 65, wherein the auxiliary input device is a rocker switch.

89. The hand-held messaging device of claim 65, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item from the plurality of menu items.

90. The hand-held messaging device of claim 65, wherein the auxiliary input device is mounted within the face of the device.

91. The hand-held messaging device of claim 65, further comprising:

a transceiver for transmitting and receiving messages.

92. The hand-held messaging device of claim 91, further comprising:

a first antenna for receiving messages; and

a second antenna for transmitting messages.

93. The hand-held messaging device of claim 92, wherein the transceiver further comprises:

a receiver, coupled to the first antenna, for demodulating the received messages; and

a transmitter, coupled to the second antenna, for generating a modulated message.

94. The hand-held messaging device of claim 93, wherein the transceiver further comprises:

a digital signal processor coupled to the transmitter and the receiver for processing demodulated messages from the receiver, and for providing modulation information to the transmitter.

95. The hand-held messaging device of claim 65, wherein the keyboard includes a backlight.

96. A wireless e-mail device, comprising:

a device housing having a face and a left and right side surface coupled to the face; display mounted within the face;

a transceiver for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the wireless e-mail device to the wireless network; and

18

a miniaturized QWERTY style keyboard that is horizontally positioned symmetrically between the left side surface and the right side surface and having a plurality of keys arranged in three rows across the face, wherein each row of keys is arranged in a concave pattern and wherein each of the plurality of keys is aligned along a vertical axis with a key from an adjacent row of keys, the vertical axis extending perpendicularly from a top edge to a bottom edge of the face of the device housing; wherein keys that are aligned along a vertical axis are aligned with substantially no vertical offset.

97. The wireless e-mail device of claim 96, further comprising:

at least one functional key positioned on the left side surface of the device.

98. The wireless e-mail device of claim 96, further comprising:

at least one functional key positioned on the right side surface of the device.

99. The wireless e-mail device of claim 96, further comprising:

at least one type of functional key, wherein the one type of functional key is positioned on both the left and right side surfaces of the device.

100. The wireless e-mail device of claim 96, wherein the device housing includes a bottom surface coupled to the left and right side surfaces, and further comprising:

at least one functional key positioned on the bottom surface of the housing.

101. The wireless e-mail device of claim 96, wherein the device housing includes a top side surface coupled to the face, and further comprising:

at least one functional key positioned on the top side surface.

102. The wireless e-mail device of claim 96, further comprising an auxiliary input device mounted within the device housing.

103. The wireless e-mail device of claim 102, wherein the auxiliary input device is a thumbwheel.

104. The wireless e-mail device of claim 102, wherein the auxiliary input device is a rocker switch.

105. The wireless e-mail device of claim 102, wherein the auxiliary input device includes a directional input component for navigating a plurality of menu items presented on the display and a selector switch for selecting a menu item from the plurality of menu items.

106. The wireless e-mail device of claim 96, further comprising an antenna coupled to the transceiver.

107. The wireless e-mail device of claim 96, further comprising:

a microprocessor; and

a memory for storing an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the wireless e-mail device.

108. The wireless e-mail device of claim 107, further comprising a digital signal processor coupled between the microprocessor and the transceiver.

109. The wireless e-mail device of claim 107, wherein the plurality of application programs include a messaging application for generating e-mail messages and a calendar application.

110. The wireless e-mail device of claim 109, wherein the plurality of application programs further include an address book application.

111. The wireless e-mail device of claim 107, wherein the memory is a flash memory.

US 6,919,879 B2

19

112. The wireless e-mail device of claim 96, further comprising a serial port for coupling the wireless e-mail device to a host computer.

113. The wireless e-mail device of claim 96, further comprising a power supply system including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge the rechargeable battery.

114. The wireless e-mail device of claim 113, wherein the rechargeable battery is a lithium battery.

115. The wireless e-mail device of claim 113, wherein the power supply subsystem further includes a voltage regulator coupled to the rechargeable battery for generating a regulated supply voltage for powering the device.

116. The wireless e-mail device of claim 113, wherein the power supply subsystem further includes connections to a microprocessor for monitoring the operation of the power supply subsystem.

117. A hand-held messaging device, comprising:

a device housing having a face;

a display mounted within the face;

a miniaturized keyboard mounted within the face of the device housing in a position between the display and a bottom edge of the face, wherein the keyboard comprises a QWERTY-style keyboard having a plurality of keys arranged in three rows across the face, wherein each row of keys is arranged in a concave pattern and is distributed symmetrically across the face of the housing, wherein the keyboard includes a plurality of letter keys and at least one specialized key and wherein each of the plurality of keys is aligned along a vertical axis with a key front an adjacent row of keys, the vertical axis extending perpendicularly from a top edge to the bottom edge of the face; and

means for receiving e-mail messages from a wireless network and for transmitting e-mail messages generated on the hand-held messaging device to the wireless network;

wherein keys that are aligned along a vertical axis have no vertical offset.

118. The hand-held messaging device of claim 117, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one functional key positioned on the left side surface of the device.

119. The hand-held messaging device of claim 117, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one functional key positioned on the right side surface of the device.

120. The hand-held messaging device of claim 117, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one type of functional key, wherein the one type of functional key is positioned on both the left and right side surfaces of the device.

121. The hand-held messaging device of claim 117, wherein the device housing includes a bottom surface coupled to the left and right side surfaces, and further comprising:

at least one functional key positioned on the bottom surface of the housing.

122. The hand-held messaging device of claim 117, wherein the device housing includes a top side surface coupled to the face, and further comprising:

at least one functional key positioned on the top side surface.

20

123. A hand-held messaging device, comprising:

a device housing having a face;

a display mounted within the face;

a miniaturized keyboard mounted within the face of the device housing in a position between the display and a bottom edge of the face, wherein the keyboard comprises a QWERTY-style keyboard having a plurality of keys arranged in three rows across the face, wherein each row of keys is arranged in a concave pattern and is distributed symmetrically across the face of the housing, wherein the keyboard includes a plurality of letter keys and at least one specialized key and wherein each of the plurality of keys is aligned along a vertical axis with a key from an adjacent row of keys, the vertical axis extending perpendicularly from a top edge to the bottom edge of the face;

an auxiliary input device mounted within the device housing; a transceiver for receiving information from a wireless network and for transmitting information to the wireless network;

an antenna coupled to the transceiver

a microprocessor;

a memory for storing an operating system and a plurality of application programs that are executed by the microprocessor to control the operation of the hand-held messaging device; and a power supply system including a rechargeable battery and an external charger input for receiving a source of electrical charge to recharge die rechargeable battery;

wherein keys that arc aligned along a vertical axis are aligned with substantially no vertical offset.

124. The hand-held messaging device of claim 123, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one functional key positioned on the left side surface of the device.

125. The hand-held messaging device of claim 123, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one functional key positioned on the right side surface of the device.

126. The hand-held messaging device of claim 123, wherein the device housing includes a left side surface and a right side surface, and further comprising:

at least one type of functional key, wherein the one type of functional key is positioned on both the left and right side surfaces of the device.

127. The hand-held messaging device of claim 123, wherein the device housing includes a bottom surface coupled to the left and right side surfaces, and further comprising:

at least one functional key positioned on the bottom surface of the housing.

128. The hand-held messaging device of claim 123, wherein the device housing includes a top side surface coupled to the face, and further comprising:

at least one functional key positioned on the top side surface.

* * * * *

# EXHIBIT I



US007227536B2

(12) **United States Patent**
Griffin et al.

(10) Patent No.: **US 7,227,536 B2**
(45) **Date of Patent:** *Jun. 5, 2007

(54) **HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS**

(75) Inventors: **Jason T. Griffin**, Waterloo (CA); **John A. Holmes**, Waterloo (CA); **Mihal Lazaridis**, Waterloo (CA); **Herb A. Little**, Waterloo (CA); **Harry R. Major**, Waterloo (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/425,121**

(22) Filed: **Apr. 28, 2003**

(65) **Prior Publication Data**

US 2003/0206156 A1    Nov. 6, 2003

**Related U.S. Application Data**

(60) Continuation of application No. 09/634,774, filed on Aug. 9, 2000, now Pat. No. 6,611,254, which is a division of application No. 09/106,585, filed on Jun. 29, 1998, now Pat. No. 6,278,442, which is a continuation-in-part of application No. 29/089,942, filed on Jun. 26, 1998, now Pat. Nos. Des. 416,256.

(51) **Int. Cl.**
*G09G 5/00* (2006.01)

(52) **U.S. Cl.** ........................ 345/169; 345/168; 400/489

(58) **Field of Classification Search** ........ 345/156–160, 345/146, 168–169, 171–173, 170, 162, 172; 400/486, 479, 472, 489, 427; 341/20–23; D14/191–192, 334–335, 344, 346, 138
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,029,915 A | 6/1977 | Ojima | |
| 4,449,839 A | 5/1984 | Bleuer | |
| D278,341 S | 4/1985 | Scheid | |
| D293,241 S | 12/1987 | Wan et al. | |
| D312,628 S | 12/1990 | Yokoi et al. | |
| D313,401 S | 1/1991 | Tanabe | |
| D313,413 S | 1/1991 | Langton | |
| 5,059,048 A | 10/1991 | Sirkin | |
| 5,184,830 A | 2/1993 | Okada et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0267801        5/1988

(Continued)

OTHER PUBLICATIONS

"Programmable Calculators: Hewlett-Packard HP-200LX," Viktor T. Toth, copyr. 2001, 2002, from web page at www.rskey.org/hp200lx.htm.

(Continued)

*Primary Examiner*—Richard Hjerpe
*Assistant Examiner*—Mansour M. Said

(57) **ABSTRACT**

A hand-held electronic device with a keyboard optimized for use with the thumbs is disclosed. In order to operate within the limited space available on a hand-held electronic device, the present invention optimizes the placement and shape of the keys, preferably using keys that are oval or oblong in shape, and that are placed at angles designed to facilitate thumb-typing. The angles at which keys on either side of the keyboard are placed is complimentary.

**13 Claims, 4 Drawing Sheets**



**US 7,227,536 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,217,295 A | 6/1993 | Tortola et al. |
| 5,288,158 A | 2/1994 | Matias |
| 5,336,001 A | 8/1994 | Lichtenberg |
| 5,337,346 A | 8/1994 | Uchikura |
| 5,360,280 A | 11/1994 | Camacho et al. |
| 5,367,298 A | 11/1994 | Axthelm |
| D357,253 S | 4/1995 | Wong |
| 5,410,141 A | 4/1995 | Koenck et al. |
| 5,410,333 A | 4/1995 | Conway |
| 5,426,449 A | 6/1995 | Danziger |
| D359,920 S | 7/1995 | Sakamoto |
| 5,436,954 A | 7/1995 | Nishiyama et al. |
| 5,436,960 A * | 7/1995 | Campana et al. ........ 455/412.1 |
| 5,457,454 A | 10/1995 | Sugano |
| D367,043 S | 2/1996 | Ross et al. |
| 5,500,643 A * | 3/1996 | Grant .......................... 341/22 |
| 5,543,787 A | 8/1996 | Karidis et al. |
| 5,563,631 A | 10/1996 | Masunaga |
| 5,575,576 A | 11/1996 | Roysden, Jr. |
| 5,600,790 A | 2/1997 | Barnstijn et al. |
| 5,606,712 A | 2/1997 | Hidaka |
| 5,611,031 A | 3/1997 | Hertzfeld et al. |
| D381,021 S | 7/1997 | Williams et al. |
| 5,659,307 A | 8/1997 | Karidis et al. |
| 5,661,605 A | 8/1997 | Conway |
| D383,756 S | 9/1997 | Henderson et al. |
| 5,672,108 A | 9/1997 | Lam et al. |
| D386,497 S | 11/1997 | Huslig et al. |
| 5,680,253 A | 11/1997 | Hargreaves et al. |
| D390,509 S | 2/1998 | Antzinas et al. |
| 5,737,394 A | 4/1998 | Anderson et al. |
| 5,786,776 A | 7/1998 | Kisaichi et al. |
| D397,369 S | 8/1998 | Rissman |
| D397,728 S | 9/1998 | Yuen et al. |
| D399,537 S | 10/1998 | Chi et al. |
| 5,818,437 A | 10/1998 | Grover et al. |
| 5,825,353 A | 10/1998 | Will |
| 5,827,082 A | 10/1998 | Laine |
| D402,572 S | 12/1998 | Han |
| D403,362 S | 12/1998 | Fai |
| 5,861,821 A | 1/1999 | Kato et al. |
| 5,893,798 A | 4/1999 | Stambolic et al. |
| 5,915,228 A | 6/1999 | Kunihiro et al. |
| 5,920,308 A | 7/1999 | Kim |
| 5,931,873 A | 8/1999 | Cisar |
| 5,963,197 A | 10/1999 | Bacon et al. |
| 5,974,238 A | 10/1999 | Chase, Jr. |
| D416,256 S | 11/1999 | Griffin et al. |
| 5,982,520 A | 11/1999 | Weiser et al. |
| 5,995,026 A | 11/1999 | Sellers |
| 6,005,496 A | 12/1999 | Hargreaves et al. |
| 6,006,351 A | 12/1999 | Peretz et al. |
| 6,009,333 A | 12/1999 | Chaco |
| 6,014,429 A | 1/2000 | LaPorta et al. |
| 6,014,573 A * | 1/2000 | Lehtonen et al. ........ 455/569.1 |
| D420,351 S | 2/2000 | Waldner |
| 6,023,779 A | 2/2000 | Fullam et al. |
| 6,047,047 A | 4/2000 | Aldridge et al. |
| 6,047,196 A | 4/2000 | Makela et al. |
| 6,049,796 A * | 4/2000 | Siitonen et al. ................ 707/3 |
| 6,052,070 A | 4/2000 | Kivela et al. |
| 6,084,576 A | 7/2000 | Leu et al. |
| 6,091,956 A | 7/2000 | Hollenberg |
| 6,094,197 A | 7/2000 | Buxton et al. |
| 6,102,594 A | 8/2000 | Strom |
| 6,103,979 A | 8/2000 | Motoyama et al. |
| 6,107,997 A | 8/2000 | Ure |
| D432,511 S | 10/2000 | Eckholm |
| D433,017 S | 10/2000 | Martinez |

| | | |
|---|---|---|
| D433,460 S | 11/2000 | Griffin et al. |
| 6,148,261 A | 11/2000 | Obradovich et al. |
| 6,157,323 A | 12/2000 | Tso et al. |
| D436,591 S | 1/2001 | Abston et al. |
| 6,212,412 B1 | 4/2001 | Rogers et al. |
| D441,733 S | 5/2001 | Do et al. |
| 6,243,789 B1 | 6/2001 | Hasbun et al. |
| 6,278,442 B1 | 8/2001 | Griffin et al. |
| 6,295,052 B1 | 9/2001 | Kato et al. |
| 6,297,795 B1 | 10/2001 | Kato et al. |
| 6,304,261 B1 | 10/2001 | Shields et al. |
| 6,304,431 B1 | 10/2001 | Kim |
| 6,310,609 B1 | 10/2001 | Morgenthaler |
| 44,828 A1 | 11/2001 | Kikinis |
| D451,079 S | 11/2001 | Ali |
| 6,356,258 B1 | 3/2002 | Kato et al. |
| D454,349 S | 3/2002 | Makidera et al. |
| D454,849 S | 3/2002 | Eckholm |
| 6,374,277 B2 | 4/2002 | Vong et al. |
| D456,794 S | 5/2002 | Laverick et al. |
| 6,385,463 B1 * | 5/2002 | Lieberman et al. ......... 455/557 |
| 6,396,482 B1 | 5/2002 | Griffin et al. |
| D458,239 S | 6/2002 | Shim et al. |
| D459,327 S | 6/2002 | Ali |
| D460,068 S | 7/2002 | Lanzaro et al. |
| D460,493 S | 7/2002 | Griffin et al. |
| D461,803 S | 8/2002 | Griffin et al. |
| 6,452,588 B2 * | 9/2002 | Griffin et al. ............... 345/169 |
| D464,995 S | 10/2002 | Griffin et al. |
| 6,459,968 B1 | 10/2002 | Kochie |
| D467,917 S * | 12/2002 | Tischer ...................... D14/345 |
| 6,489,950 B1 | 12/2002 | Griffin et al. |
| 6,507,336 B1 | 1/2003 | Lunsford |
| D472,225 S | 3/2003 | Griffin |
| 6,535,749 B1 | 3/2003 | Iwata et al. |
| 6,538,651 B1 | 3/2003 | Hayman et al. |
| D472,551 S | 4/2003 | Griffin |
| D473,226 S | 4/2003 | Griffin |
| D476,985 S | 7/2003 | Griffin |
| D478,585 S | 8/2003 | Griffin |
| 6,611,254 B1 | 8/2003 | Griffin et al. |
| D479,233 S | 9/2003 | Griffin |
| D479,714 S * | 9/2003 | Donner ...................... D14/191 |
| D480,722 S | 10/2003 | Griffin |
| 6,630,924 B1 | 10/2003 | Peck |
| D482,353 S * | 11/2003 | Helin .......................... D14/248 |
| 6,647,367 B2 | 11/2003 | McArthur et al. |
| 2002/0054676 A1 * | 5/2002 | Zhao et al. ................. 379/354 |
| 2003/0006968 A1 * | 1/2003 | Solomon .................... 345/168 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0278169 | 8/1988 |
| EP | 0538020 | 4/1993 |
| EP | 0685801 | 12/1995 |
| EP | 0732646 | 9/1996 |
| EP | 0760291 | 3/1997 |
| EP | 1143327 | 10/2001 |
| WO | 9833111 | 7/1998 |
| WO | 9937025 | 7/1999 |
| WO | 0030381 | 5/2000 |
| WO | 0038041 | 6/2000 |
| WO | 0074240 | 12/2000 |
| WO | 0150335 | 7/2001 |

## OTHER PUBLICATIONS

Anonymous: Triangular Toggle Keys for Touch-Tone Phones; IBM Technical Disclosure Bulletin, vol. 31, No. 1, Jun. 1, 1988, pp. 47-49, New York, US.

* cited by examiner

Fig. 1



Fig. 2



Fig. 3

Fig. 4

US 7,227,536 B2

1

# HAND-HELD ELECTRONIC DEVICE WITH A KEYBOARD OPTIMIZED FOR USE WITH THE THUMBS

This is a continuation of U.S. application Ser. No. 09/634, 774, entitled Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs, filed Aug. 9, 2000, now U.S. Pat. No. 6,611,254 which is a divisional of U.S. application Ser. No. 09/106,585, entitled Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs, filed Jun. 29, 1998 (now U.S. Pat. No. 6,278,442), which is a continuation-in-part of U.S. Design Application Serial No. 29/089,942, entitled Hand-Held Messaging Device with Keyboard, filed Jun. 26, 1998 (now U.S. Patent No. Des. 416,256), and assigned to the assignee of the present invention.

## BACKGROUND OF THE INVENTION

The present invention is directed toward the field of small, hand-held electronic devices such as personal data assistants (PDAs), personal information managers (PIMs), two-way pagers and the like. In particular, the system and method of the present invention provide the user of the hand-held device with the ability to input data with a minimal amount of key strokes and optimized for use substantially with the thumbs.

In a two-way paging system that provides two-way, full text messaging, there is a need to permit the user to initiate messages and to respond to messages in a timely fashion and with text entirely created by the user. In order to keep the form factor of the two-way pager small enough to be worn on the body of the user, such as with a belt clip, the input device needs to be small, have a minimal number of keys and optimized for use with a minimal number of key strokes. Prior art systems have attempted to address these needs by incorporating virtual keyboards or pen-based input systems for user inputs to the device, but such systems require the user to input data in an unfamiliar manner. Additionally, in a small hand-held messaging device, such as a two-way pager, these systems prove awkward to use.

In order to provide a hand-held electronic device that permits a user the opportunity to enter data into an address book, a calendar, a task list, an email message or a similar text file that requires user-generated data, the instant invention is directed to an input device that is oriented to be used substantially through use of the thumbs. This is accomplished first by providing a keyboard with a minimal number of keys, but with the keys representing the alphabet generally placed in the same order as they would appear on a standard keyboard, such as in a standard QWERTY or a DVORAK keyboard layout. The use of a keyboard layout that is familiar to the user enables the user to immediately use the device without having to hunt for the keys he or she wishes to use.

Although the layout is similar to a standard keyboard, the keys are placed at an orientation and in a particular shape that attempts to maximize the surface area of the thumb hitting the key and to provide the user with a comfortable position of the hands for data input. Also, the orientation encourages input by the thumbs, which the inventors of the instant invention have discovered to be faster and more accurate in small hand-held electronic devices than touch-typing or "hunting and pecking" typing.

An additional feature of the invention is thus use of an additional input means for control of functions that might otherwise be controlled by a keyboard that included function keys. To encourage data entry using thumbs and again to minimize the number of keys on the keyboard, the instant invention also includes a thumb-wheel for control of menus for selection of forms and functions relevant to data input. The thumb-wheel is positioned in close proximity to the keyboard to enable the easy transition from thumb-based typing to thumb control of forms and functions.

In addition to hardware features that encourage optimal data entry through the use of thumbs, there are several software features that are designed to minimize keystrokes and aid in entry of data.

The features of this invention, both individually and collectively, have not, to the knowledge of the inventors, been applied to a small hand-held electronic device that requires user-generated data entry. To permit efficient operation of such devices while keeping the form factor of the device small enough to be worn on the body, there is a general need for a hand-held electronic device that can fit in the palm of the hand and that can be operated substantially with the thumbs.

There is a further need for a keyboard for a palm-size data entry device with keys placed at an angle to optimize operation of the keyboard by the use of the thumbs.

There remains another need for a keyboard with keys that are shaped and sized to maximize contact with the thumbs while minimizing the keyboard area required for such keys.

There also remains a need for an auxiliary input device that is to be operated by the thumb for data inputs forms and function control and that, in conjunction with the keyboard, encourages and permits data entry and management through input performed substantially by the thumbs.

There remains still another need for a software-implemented user interface system that is designed, at least in part, to support and encourage data entry through use of the thumbs.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems noted above and satisfies the needs in this field for a hand-held electronic device with a keyboard optimized for use with the thumbs. In the preferred embodiment of the present invention, the hand-held electronic device is a two-way paging device that permits full-text, two-way messaging such as email messaging and that includes standard PDA or PIM features such as an address book, an electronic calendar, a task list and other text-based features. These features require user input of text strings that can be lengthy and that cannot be reduced to pre-determined or "canned" strings. Thus, for such a device, the efficient entry of data in a device meant to fit into the palm of one's hand requires that two goals are achieved. First, the data entry must be relatively easy from a user perspective. This means that the user must be somewhat familiar with analogous forms of data entry and not have to be trained to use the data entry for the hand-held device. Second, the form factor does not permit a large number of keys or keys that are very large. Thus efficient use of the keyboard space is required and functions that might be able to be performed by a standard keyboard are off-loaded to an auxiliary input device or are performed, through a minimal number of keystrokes that encourage the use of thumb-based data entry.

To accomplish these goals, the invention first optimizes the placement of the keys on the device keyboard. In order to work within the limited space available for the keyboard, it was determined that it was preferable to use keys that were oval or oblong and that were placed at angles designed to

US 7,227,536 B2

3

facilitate use by thumb typing. An angle for the keys on the right side of the keyboard and a complementary angle for the keys on the left side of the keyboard are chosen based upon observation of the angle at which a user will orient his or her thumbs while thumb-typing.

The invention also minimizes the number of keys available for data input. In the preferred embodiment, only keys for the 26 letters of the English alphabet are available as well as a backspace key, a line feed key, an "alt" key, a "cap" key and a space bar. The alt key enables the user in conjunction with the other keys to input numbers and symbols to perform certain functions. The placement of the keys is designed to enhance the user experience while typing with the thumbs by meeting two seemingly opposite goals—minimizing the keyboard footprint while maximizing the likelihood that proper keys will be struck by the thumb-typing user.

The invention also provides additional incentive for the user to use thumb typing by providing an input device adjacent to the keyboard, but integral to the overall hand-held device. Although other devices can be used in an auxiliary fashion, the preferred device is a thumbwheel that registers movement of the wheel by measuring the number of indents traversed while rolling the wheel and that also registers as an input the depression or "clicking" of the wheel, which is performed by pressing the wheel toward the back of the page. This clicking of the wheel is similar to the clicking of a mouse associated with a PC or any other input device that registers the depression of a button. The thumbwheel in the preferred embodiment is placed vertically on the two-way paging device so that the user can easily move his or her thumb from the thumbwheel to the keyboard and back for performing functions and retrieving data forms, such as an e-mail template or address book entry template, for data entry.

Additionally, various software techniques can be implemented to enhance the thumb-typing user's experience in using the device of the instant invention. In the preferred embodiment, for example, the user can change the capitalization of a particular letter simply by keeping a key depressed for a particular length of time without an intermittent release being detected by the keyboard controller.

The primary advantage of the present invention is that it enables efficient and user-friendly data entry into a palm-sized electronic device by maximizing the potential for user data entry through thumb typing.

These are just a few of the many advantages of the present invention, as described in more detail below. As will be appreciated, the invention is capable of other and different embodiments and its several details are capable of modifications in various respects, all without departing from the spirit of the invention. Accordingly, the drawings and description of the preferred embodiment set forth below are to be regarded as illustrative in nature and not restrictive.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention satisfies the needs noted above as will become apparent from the following description when read in conjunction with the accompanying drawings wherein:

FIG. 1 is a block diagram of a two-way, full-text, messaging device incorporating a keyboard and an auxiliary data entry device;

FIG. 2 is a frontal view of the hand-held device showing the shape and placement of the keys on the keyboard and the auxiliary input device;

4

FIG. 3 is a diagram showing the shape, size and placement of the keys on the keyboard; and

FIG. 4 is a diagram of the control circuitry for the thumbwheel.

DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings, FIG. 1 is a block diagram of the major subsystems and elements comprising a palm-sized, mobile, two-way messaging device that preferably incorporates the invention. In its broadest terms, the messaging device includes a transmitter/receiver subsystem 100 connected to a DSP 200 for digital signal processing of the incoming and outgoing data transmissions, power supply and management subsystem 300, which supplies and manages power to the overall messaging device components, microprocessor 400, which is preferably an X86 architecture processor, that controls the operation of the messaging device, display 500, which is preferably a full graphic LCD, FLASH memory 600, RAM 700, serial output and port 800, keyboard 900, thumbwheel 1000 and thumbwheel control logic 1010. In its intended use, a message comes via a wireless data network, such as the Mobitex network, into subsystem 100, where it is demodulated via DSP 200 and decoded and presented to microprocessor 300 for display on display 500. To access the display of the message, the user may choose from functions listed under a menu presented as a result of user interaction with thumbwheel 1000. If the message is an email message, the user may choose to respond to the email by selecting "Reply" from a menu presented on the display through interaction via thumbwheel 1000 or via menu selection from keyboard 900. In typing the reply, the user can use keyboard 900 to type full text message replies, or insert a pre-determined or "canned" response by using either a particular keystroke pattern or through pulling down pre-determined text strings from a menu of items presented on display 500 through the use of thumbwheel 1000. When the reply to the message is composed, the user can initiate the sending of the message preferably by interaction through thumbwheel 1000, or alternatively, with less efficiency, through a combination of keyboard 900 keystrokes. When the microprocessor 300 receives an indication that the message is to be sent, it processes the message for transport and, by directing and communicating with transmitter/receiver subsystem 100, enables the reply message to be sent via the wireless communications data network to the intended recipient. Similar interaction through I/O devices keyboard 900 and thumbwheel 1000 can be used to initiate full-text messages or to forward messages to another party. Also, the keyboard 900 and thumbwheel 1000 can be used to permit data entry to an address book resident on the messaging device, or an electronic calendar or log book, or any other function on the messaging device requiring data entry. Preferably, the thumbwheel is a thumbwheel with a push button SPST with quadrature signal outputs, such as that manufactured by Matsushita Electronic Components Co. Ltd. as part number EVQWK2001.

FIG. 2 is a front view of messaging device 10 that incorporates the invention. Shown in FIG. 2 are a plurality of letter keys 901, and specialized keys 902, 903, 904 and 905 and space key 906. Also shown is thumbwheel 1000 in its vertical orientation and in association with display 500 and keyboard 900. In the preferred embodiment, 902 is the alt key, 903 is the cap key, 904 is the line feed key and 905 is the backspace key.

US 7,227,536 B2

5

FIG. 3 is a view of a subset of the letter keys 901, showing the dimensions and relative position of the keys. Shown also is the point 950 that marks the center of keyboard 900, key dimensions 970, 971, 972 and 973, as well as angle 960 and the rho value 965, representing curvature of a letter key 901. In investigating optimal key placement on the keyboard, it was determined that the keys should be placed at an angle 960 relative to vertical that facilitated easy typing using thumbs. That angle is preferably positive 40 degrees relative to vertical for keys on the right side of the keyboard (where 950 is the center of the keyboard) and negative 40 degrees for the keys on the left side of the keyboard, although complementary angles ranging from 20 degrees to 70 degrees could also be used to accomplish the goal, albeit less optimally, of facilitating thumb typing. Also as shown in FIGS. 2 and 3, the keys are dispersed across keyboard 900 evenly so that there is sufficient space between the keys to decrease the opportunity for multiple keys being depressed while thumb typing. Additionally, the keys are sized appropriate given the footprint of the messaging device and the keyboard 900. In its preferred embodiment, the messaging device 10 measures across its face 64 mm by 89 mm, which does not leave much room for keyboard 900 and display 500. In the preferred embodiment, keyboard 900 occupies over half of the face of the messaging device 10.

The key shape and dimensions are also key components of the invention. In order to maximize the surface area of the key that a thumb would hit, the keys are preferably oval, and have a rho 965 defining the curvature of the key of 0.414, although values may range higher or lower. Other rho values will lead to an acceptable, but not as optimal or aesthetically pleasing shape of keys 901. As to the key dimensions, the width 970 of the key 901 is 4.8 millimeters (971 representing the radius of half that value, 2.4 mm) and the length (or height) 972 of the key 901 is 7 millimeters (973 representing the radius of half that value, 3.5 mm).

Turning to one of the software features that aids in the device 10 being optimally used for thumb typing is a capitalization feature implemented via software. If a user depresses a key 901, the operating system detects a key down event. If the key is released after a period of time, the operating system detects a key up event. If upon a key down event, a period of time elapses before a key up event is detected, the operating system determines that a key repeat event has occurred representing a situation where a user has continued to depress a key without releasing it. A key repeat event is then treated by application software residing in either FLASH 600 or RAM 700 as an event that requires the capitalization of the key previously depressed. This feature disables a key repeat feature and substitutes instead a capitalization feature based upon a key repeat. The timing of the key scanning to determine whether a key has been released can be set to permit a slower keyboard response or a faster keyboard response, depending upon user experience or preferences. Although the capitalization function preferably works only to change the state of a letter to a capital, it alternatively could operate to change a capital letter to a lower case letter. The actual display is changed by the application program substituting the value of the capital letter in the register that holds the value of the letter to be displayed. As alternatively implemented, the continued depressing without release of a letter key could result in a key oscillating between upper case and lower case, depending on the length of time the key is depressed.

FIG. 4 is the logic circuitry 1010 associated with thumbwheel 1000. Thumbwheel 1000 outputs quadrature signals phase A 1021 and phase B 1022, which are processed by D

6

flip-flops 1031 and 1032 to present signals 1041 W_UP and 1042 W_DN to microprocessor 300. Signals 1041 and 1042 represent, respectively, a user rolling the thumbwheel up and rolling the thumbwheel down.

Having described in detail the preferred embodiments of the present invention, including the preferred methods of operation, it is to be understood that this operation could be carried out with different elements and steps. This preferred embodiment is presented only by way of example and is not meant to limit the scope of the present invention which is defined by the following claims.

What is claimed is:

1. A messaging device for sending and receiving wireless email comprising:
   a plurality of keys, each key having a height and width dimension, the height being greater than the width, twenty six of the keys representing a corresponding one of the letters of the alphabet on a keyboard integral to the messaging device;
   a display operatively connected to the keyboard;
   wherein the plurality of keys include a first set tilted at a negative angle relative to a vertical reference through the device and a second set tilted at a positive angle relative to the vertical reference through the device.

2. The messaging device of claim 1, wherein the first set is a left side set and the second set is a right side set, with the left side set being oriented at an angle in a negative orientation relative to the vertical reference for optimal contact by a left hand thumb of a user, and the right side set being oriented at an angle in a positive orientation relative to the vertical reference for optimal contact by a right hand thumb of a user.

3. A messaging device for sending and receiving email comprising:
   a plurality of non-round keys having a height that is greater than a width, 26 keys of the plurality of keys representing the letters of the alphabet on a keyboard integral to the messaging device; and
   a display operatively coupled to the keyboard,
   wherein the plurality of keys include: a left-side set oriented at a negative angle between 20 and 70 degrees relative to a vertical reference through the device, and a right-side set at a positive angle between 20 and 70 degrees relative to the vertical reference, the keys of the left-side set and right-side set being evenly spaced to facilitate use of the device by a user's thumb.

4. A messaging device for sending and receiving email comprising: a plurality of keys representing letters of the alphabet on a keyboard integral to the messaging device, each of said plurality of keys having a shape that includes a height and a width, with the height being grater than the width to allow for an angular orientation of the keys; and a display operatively coupled to the keyboard, wherein said plurality of keys are divided into left and right side sets, the keys in the left side set and the keys in the right side set being oriented at negative and positive angles respectively, the negative angle enabling a user to optimally use the left side set with a user's left-hand thumb and the positive angle enabling a user to optimally use the right side set with the user's right-hand thumb, and wherein keys representing letters of the alphabet represent either upper case letters or lower case letters by the time that such keys are held in a down position.

5. A messaging device for sending and receiving email comprising;
   a plurality of keys, at least 26 of said keys representing corresponding ones of the letters of the alphabet on a

US 7,227,536 B2

7

keyboard integral to the messaging device, each of said plurality of keys having a height and a width, with a longitudinal axis extending along the height of each key, wherein the height of the keys is greater than that of the width; and

a display operatively coupled to the keyboard,

wherein the height of the keys is greater than the width of the keys in order to provide a tactile response to the user because the device is designed to be used by the thumbs of a user, the plurality of keys being divided into left and right side sets, the longitudinal axis of each key in the left side set being displaced by a first predetermined angle less than 90 degrees relative to vertical, the longitudinal axis of each key in the right side set being displaced by a second predetermined angle less than 90 degrees relative to vertical.

6. The messaging device of claim 5, wherein the height of the keys is about double that of the width of the keys.

7. The messaging device of claim 6, wherein the height is about 7 mm and the width is about 5 mm.

8. A messaging device for sending and receiving email designed to be held in a user's hands for thumb typing comprising: twenty-six keys representing the letters of the alphabet on a keyboard integral to the messaging device, said keys being divided into first and second sets, the first

8

and second sets being oriented at corresponding negative and positive preferred angles, with the preferred angles being defined by angles associated with the orientation of the left and right thumbs, respectively, of a user during thumb typing on the device; and a display operatively coupled to the keyboard.

9. The messaging device of claim 8, wherein the device is configured for typing with a left thumb on a left side of the device and for typing with a right thumb on a right side of the device, the left side set being oriented at a negative preferred angle and the right side set being oriented at a positive preferred angle.

10. The messaging device of claim 8, wherein the preferred angle is about 40 degrees relative to vertical.

11. The messaging device of claim 8, wherein the preferred angle is about 20 degrees to about 70 degrees relative to vertical.

12. The messaging device of claim 8, wherein the keys have a size and a shape, and the size and shape are defined for optimal contact by a user's thumb.

13. The messaging device of claim 8, wherein the keys have a size and a shape, and the size and shape are defined based upon the size of the messaging device.

* * * * *

# EXHIBIT 3



Registered No. RE038531875US

Date Stamp

| | | |
|---|---|---|
| Reg. Fee | 9.50 | |
| Handling Charge | | Return Receipt 2.15 |
| Postage | 18.60 | Restricted Delivery |
| Received by | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ Ø

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
YCST — JMEYE
1000 West Street, 17th Fl.
P.O. Box 391
Wilmington, DE 19899-0391

TO
Research In Motion Limited.
295 Philip Street
Waterloo, Ontario
Canada. N2L 3W8

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT 4

| Item Description (Nature de l'envoi ) | Registered ☑ Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Expre__ Mail Inter-nation |

Insured Parcel ☐ (Colis avec valeur déclarée)

Office of Mailing (Bureau de dépôt)

Insured Value (Valeur déclarée) Ø

Article Number RF 038531875

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Research in Motion Limited.

Street and No. (Rue et No.)
#95 Phillip Street          LEGAL 10-4

Place and Country (Localité et pays)
Waterloo, Ontario Canada N2L 3W8

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination; ou, si règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire) MAIL SERVICES
Magdalena Bella LEGALIO

Office of Destination Employee Signature (Signature de l'agent du bureau du destination) March 10/08

rm 2865, February 1997 (Reverse)

**UNITED STATES POSTAL SERVICE**

**Return Receipt for International Mail**

Administration
des Postes des
Etats-Unis
d'Amérique

*Par Avion*

2003 -03- 1 1

70 KING ST N.
WATERLOO ON

Return by the quickest route (air or surface mail), a découvert and postage free,

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The se
(A remp.

RE 038 531 825 US

présent avis.)

Name or Firm (Nom ou raison sociale)

John M Meyer, Paralegal

Young Connaway Stargatt + Taylor

Street and Number (Rue et no.)

1000 West St., 17th Fl    P.O. Box 391

City, State, and ZIP + 4 (Localité et code postal)

Wilmington DE 19899-0391

UNITED STATES OF AMERICA, Etats-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de réception*    **CN07** (Old C5)