IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC.<br><br>   Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION LIMITED<br>RESEARCH IN MOTION CORPORATION<br><br>   Defendants. | Civil Action No.<br>1:08-cv-104-SLR |

### DEFENDANT RESEARCH IN MOTION'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

For the reasons set forth in the accompanying brief, Defendants Research In Motion Limited and Research In Motion Corporation (collectively "Research In Motion") move to transfer venue of this action to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. §1404(a).

Respectfully submitted,

Dated: March 31, 2008

*[signature]*
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendants*

**OF COUNSEL**
William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

601456v1(CB)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC. ) | Civil Action No. |
| ) | 1:08-cv-104-SLR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RESEARCH IN MOTION LIMITED ) | |
| RESEARCH IN MOTION CORPORATION ) | |
| ) | |
| Defendants. ) | |

## STATEMENT UNDER DELAWARE LOCAL RULE 7.1.1

Pursuant to Delaware Local Rule 7.1.1, Joseph Mueller of Wilmer Cutler Pickering Hale & Dorr LLP, representing Defendants Research In Motion Limited and Research In Motion Corporation, contacted Norman Beamer of Ropes & Gray, representing Plaintiff Motorola Inc., by telephone on March 28, 2008. I am advised that Plaintiff has reserved its right to oppose the motion to transfer.

Dated: March 31, 2008

Respectfully submitted,

*/s/ Patricia Smink Rogowski*

Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendants*

**OF COUNSEL**
William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

- 2 -

601456v1(CB)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC. | ) | Civil Action No. |
| | ) | 1:08-cv-104-SLR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RESEARCH IN MOTION LIMITED | ) | |
| RESEARCH IN MOTION CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER GRANTING MOTION

Having considered Research In Motion's motion to transfer this case pursuant to 28 U.S.C. §1404(a) to the United States District Court for the Northern District of Texas, Motorola Inc.'s response, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that the motion to transfer is granted.

Dated:_____          _____
                                        The Honorable Sue L. Robinson
                                        United States District Judge

601456v1(CB)

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 31st day of March, 2008, I electronically filed **DECLARATION OF BRIAN RIVERS, ESQ.** with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)

I hereby further certify that on this 31st day of March, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

                                         */s/ Patricia Smink Rogowski*
                                         Patricia Smink Rogowski (Bar ID No. 2632)
                                         progowski@cblh.com