## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-104-SLR |
| | ) | |
| RESEARCH IN MOTION LIMITED AND | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION AND PROPOSED ORDER

Plaintiff Motorola, Inc. ("Motorola") and Defendants Research In Motion Limited and Research In Motion Corporation ("RIM") (collectively, "the Parties") agree and stipulate as follows:

On March 31, 2008, RIM filed its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Motion") (D.I. 15).

The Parties hereby stipulate and agree that Motorola shall have until **April 30, 2008** to file an opposition to RIM's Motion ("Opposition").

The Parties further stipulate and agree that RIM shall have until **May 20, 2008** to file a Reply to Motorola's Opposition.

**AGREED TO AS TO FORM AND SUBSTANCE**:

Respectfully Submitted,

/s/ Monté T. Squire
Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: 302-571-6600
Fax: 302-571-1253
msquire@ycst.com

*Of Counsel*:

Jesse J. Jenner (Admitted *Pro Hac Vice*)
Steven Pepe (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
jesse.jenner@ropesgray.com

Norman H. Beamer (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
norman.beamer@ropesgray.com

Nicole M. Jantzi (Admitted *Pro Hac Vice*)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
nicole.jantzi@ropesgray.com

**ATTORNEYS FOR PLAINTIFF MOTOROLA, INC.**

- 3 -

*/s/ Paul E. Crawford*
Patricia S. Rogowski (No. 2632)
Paul E. Crawford (No. 493)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Tel: (302) 888-6201
Fax: (302) 658-5614
*progowski@cblh.com*

William F. Lee (Admitted *Pro Hac Vice*)
Michelle D. Miller (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: 617-526-6000
Fax: 617-526-5000
*william.lee@wilmerhale.com*
*michelle.miller@wilmerhale.com*

William J. Bohler (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: 650-858-6114
Fax: 650-858-6100
*william.bohler@wilmerhale.com*

**ATTORNEYS FOR DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**

Dated: April 4, 2008



**SO ORDERED**, this ___day of _____, 2008:

_____
UNITED STATES DISTRICT JUDGE