IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC. | ) | Civil Action No. |
| | ) | 1:08-cv-104-SLR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RESEARCH IN MOTION LIMITED | ) | |
| RESEARCH IN MOTION CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RULE 7.1 DISCLOSURES

1. Plaintiff Research in Motion Limited, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   a. *The identity of any parent corporation*: Research in Motion Limited has no parent corporation.

   b. *The identity of any publicly held corporation that owns 10% or more of its stock*: No publicly held corporation owns 10% or more of Research in Motion Limited's stock.

2. Plaintiff Research in Motion Corporation, by and through its undersigned counsel, sets forth the following information in accordance with Fed. R. Civ. P. 7.1:

   a. *The identity of any parent corporation*: Research in Motion Limited.

   b. *The identity of any publicly held corporation that owns 10% or more of its stock*: Research in Motion Limited.

Dated: April 10, 2008

*[signature: Patricia A Rogowski]*

Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendants*

**OF COUNSEL**
William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 10th day of April, 2008, I electronically filed **DEFENDANTS' RULE 7.1 DISCLOSURES** with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)

I hereby further certify that on this 10th day of April, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

                                                */s/ Patricia Smink Rogowski*
                                                Patricia Smink Rogowski (Bar ID No. 2632)
                                                progowski@cblh.com