IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 08-104-SLR |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION LIMITED | ) | |
| AND RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF-COUNTERDEFENDANT MOTOROLA, INC.'S
REPLY TO RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION'S COUNTERCLAIMS**

Pursuant to Rules 8 and 12, Fed. R. Civ. P., Plaintiff-Counterdefendant, Motorola, Inc. ("Motorola"), hereby responds to the numbered paragraphs in Defendants-Counterclaimants Research In Motion Limited and Research In Motion Corporation's (collectively, "RIM") Answer and Counterclaims ("Counterclaims") as follows:

**ANSWER**

**PARTIES**

1. Motorola, upon information and belief, admits the averments of paragraph 1.

2. Motorola admits the averments of paragraph 2.

**JURISDICTION AND VENUE**

3. Motorola admits the averments of paragraph 3.

4. Motorola admits the averments of paragraph 4.

5.  Motorola admits that venue is proper in this District. Motorola denies the remaining averments of paragraph 5.

## FIRST CAUSE OF ACTION
(Infringement of U.S. Patent No. 5,664,055)

6.  Motorola admits that United States Patent No. 5,664,055 ("the '055 patent") is titled "CS-ACELP Speech Compression System With Adaptive Pitch Prediction Filter Gain Based On A Measure Of Periodicity"; that the '055 patent indicates that it was issued by the United States Patent and Trademark Office ("USPTO") on September 2, 1997; that the '055 patent names Peter Kroon as a purported inventor; and that an uncertified copy of the '055 patent is attached to the Counterclaims as Exhibit 1. Motorola denies the remaining averments of paragraph 6.

7.  Motorola denies all averments of paragraph 7.

8.  Motorola denies all averments of paragraph 8.

9.  Motorola denies all averments of paragraph 9.

10. Motorola denies all averments of paragraph 10.

## SECOND CAUSE OF ACTION
(Infringement of U.S. Patent No. 5,699,485)

11. Motorola admits that United States Patent No. 5,669,485 ("the '485 patent") is titled "Pitch Delay Modification During Frame Erasures"; that the '485 patent indicates that it was issued by the USPTO on December 16, 1997; that the '485 patent names Yair Shoham as a purported inventor; and that an uncertified copy of the '485 patent is attached to the Counterclaims as Exhibit 2. Motorola denies the remaining averments of paragraph 11.

12. Motorola denies all averments of paragraph 12.

13. Motorola denies all averments of paragraph 13.

DB02:6785262.1                                                                              063528.1003

14. Motorola denies all averments of paragraph 14.

15. Motorola denies all averments of paragraph 15.

### THIRD CAUSE OF ACTION
(Infringement of U.S. Patent No. 6,278,442)

16. Motorola admits that United States Patent No. 6,278,442 ("the '442 patent") is titled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs"; that the '442 patent indicates that it was issued by the USPTO on August 21, 2001; that the '442 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major as purported inventors; and that an uncertified copy of the '442 patent is attached to the Counterclaims as Exhibit 3. Motorola denies the remaining averments of paragraph 16.

17. Motorola denies all averments of paragraph 17.

18. Motorola denies all averments of paragraph 18.

19. Motorola denies all averments of paragraph 19.

### FOURTH CAUSE OF ACTION
(Infringement of U.S. Patent No. 6,452,588)

20. Motorola admits that United States Patent No. 6,452,588 ("the '588 patent") is titled "Hand-Held E-Mail Device"; that the '588 patent indicates that it was issued by the USPTO on September 17, 2002; that the '588 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major as purported inventors; and that an uncertified copy of the '588 patent is attached to the Counterclaims as Exhibit 4. Motorola denies the remaining averments of paragraph 20.

21. Motorola denies all averments of paragraph 21.

22. Motorola denies all averments of paragraph 22.

23. Motorola denies all averments of paragraph 23.

### FIFTH CAUSE OF ACTION
### (Infringement of U.S. Patent No. 6,489,950)

24. Motorola admits that United States Patent No. 6,489,950 ("the '950 patent") is titled "Hand-Held Electronic Device With Auxiliary Input Device"; that the '950 patent indicates that it was issued by the USPTO on December 3, 2002; that the '950 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, Harry R. Major, Craig Dunk, Michael Brown, and Jérôme Lang as purported inventors; and that an uncertified copy of the '950 patent is attached to the Counterclaims as Exhibit 5. Motorola denies the remaining averments of paragraph 24.

25. Motorola denies all averments of paragraph 25.

26. Motorola denies all averments of paragraph 26.

27. Motorola denies all averments of paragraph 27.

### SIXTH CAUSE OF ACTION
### (Infringement of U.S. Patent No. 6,611,254)

28. Motorola admits that United States Patent No. 6,611,254 ("the '254 patent") is titled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs"; that the '254 patent indicates that it was issued by the USPTO on August 26, 2003; that the '254 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major as purported inventors; and that an uncertified copy of the '254 patent is attached to the Counterclaims as Exhibit 6. Motorola denies the remaining averments of paragraph 28.

29. Motorola denies all averments of paragraph 29.

30. Motorola denies all averments of paragraph 30.

31.  Motorola denies all averments of paragraph 31.

## SEVENTH CAUSE OF ACTION
### (Infringement of U.S. Patent No. 6,611,255)

32.  Motorola admits that United States Patent No. 6,611,255 ("the '255 patent") is titled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs"; that the '255 patent indicates that it was issued by the USPTO on August 26, 2003; that the '255 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major as purported inventors; and that an uncertified copy of the '255 patent is attached to the Counterclaims as Exhibit 7. Motorola denies the remaining averments of paragraph 32.

33.  Motorola denies all averments of paragraph 33.

34.  Motorola denies all averments of paragraph 34.

35.  Motorola denies all averments of paragraph 35.

## EIGHTH CAUSE OF ACTION
### (Infringement of U.S. Patent No. 6,919,879)

36.  Motorola admits that United States Patent No. 6,919,879 ("the '879 patent") is titled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs"; that the '879 patent indicates that it was issued by the USPTO on July 19, 2005; that the '879 patent names Jason T. Griffin, David M. Walters, John A. Holmes, and Mihal Lazaridis as purported inventors; and that an uncertified copy of the '879 patent is attached to the Counterclaims as Exhibit 8. Motorola denies the remaining averments of paragraph 36.

37.  Motorola denies all averments of paragraph 37.

38.  Motorola denies all averments of paragraph 38.

39.  Motorola denies all averments of paragraph 39.

## NINTH CAUSE OF ACTION
### (Infringement of U.S. Patent No. 7,227,536)

40. Motorola admits that United States Patent No. 7,227,536 ("the '536 patent") is titled "Hand-Held Electronic Device With A Keyboard Optimized For Use With The Thumbs"; that the '536 patent indicates that it was issued by the USPTO on June 5, 2007; that the '536 patent names Jason T. Griffin, John A. Holmes, Mihal Lazaridis, Herb A. Little, and Harry R. Major as purported inventors; and that an uncertified copy of the '536 patent is attached to the Counterclaims as Exhibit 9. Motorola denies the remaining averments of paragraph 40.

41. Motorola denies all averments of paragraph 41.

42. Motorola denies all averments of paragraph 42.

43. Motorola denies all averments of paragraph 43.

### RIM'S PRAYER FOR RELIEF

RIM's prayer for relief does not state any factual allegations, and thus no response is required. Motorola further denies that RIM is entitled to any relief.

### DEFENSES AND AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

RIM is not entitled to any relief against Motorola because Motorola has not directly or indirectly infringed any valid claim of the '055 patent, the '485 patent, the '442 patent, the '588 patent, the '950 patent, the '254 patent, the '255 patent, the '879 patent, or the '536 patent (collectively, the "RIM patents").

## SECOND AFFIRMATIVE DEFENSE

One or more of the RIM patents is unenforceable against Motorola because of estoppel, laches, waiver, or other applicable equitable doctrines.

## THIRD AFFIRMATIVE DEFENSE

Motorola is exempt from liability for infringement in whole or in part to the extent that any of the alleged inventions described in and allegedly covered by the RIM patents are, or were at any time, used, manufactured, or sold by or for Motorola, its suppliers, and/or its customers pursuant to a license.

## FOURTH AFFIRMATIVE DEFENSE

RIM's right to seek damages is limited, without limitation, by 35 U.S.C. §§ 286 and 287. Upon information and belief, RIM has not properly marked its products or otherwise given notice to Motorola of one or more of the RIM patents.

## FIFTH AFFIRMATIVE DEFENSE

At least the '055 patent and the '485 patent are unenforceable as a result of patent misuse, including the failure of RIM's predecessors in interest to properly comply with the intellectual property disclosure requirements with respect to various industry standard setting organizations.

## SIXTH AFFIRMATIVE DEFENSE

Motorola reserves all affirmative defenses under Rule 8(c), Fed. R. Civ. P., the patent laws of the United States and any other defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff repeats the prayer set forth in its Amended Complaint, and respectfully requests that the Court enter further judgment against Defendants as follows:

a. Dismissing the Counterclaims filed by RIM with prejudice;

b. Finding this case exceptional under 35 U.S.C. § 285 and awarding to Motorola its attorneys fees and its costs and expenses incurred in this action;

c. Granting to Motorola such other and further relief as this Court deems just and proper.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ 

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com
*Attorneys for Plaintiff Motorola, Inc.*

OF COUNSEL:

Jesse J. Jenner
Steven Pepe
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: April 30, 2008

DB02:6785262.1                                                                                           063528.1003

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on April 30, 2008, true and correct copies of the foregoing document will be served by e-mail and hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL**

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>/s/ Monté T. Squire
>―――――――――――――――――――
>Josy W. Ingersoll (No. 1088)
>Elena C. Norman (No. 4780)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>Telephone:  (302) 571-6600
>msquire@ycst.com