IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 08-104-SLR |
| RESEARCH IN MOTION LIMITED | ) |
| AND RESEARCH IN MOTION | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF LAUREN ALLEN**

## DECLARATION OF LAUREN ALLEN

I, Lauren Allen, declare:

1. I am currently employed by Motorola, Inc. as an Employee Relations Representative, and my responsibilities encompass employee relations matters for Motorola's activities in the State of Texas.

2. Unless otherwise stated, I make this declaration based on personal knowledge. In the course of my duties, I have become knowledgeable concerning Motorola's personnel in the Dallas–Fort Worth, Texas area.

3. To the best of my knowledge there are thirteen employees assigned to Mobile Devices who work in the Dallas–Fort Worth area. These employees include field engineers (who field test products for customers), sales representatives, account managers, and representatives to standards bodies. Two employees are from quality assurance, and spend less than about 5% of their time supporting Mobile Devices.

4. To the best of my knowledge no Mobile Devices employees in the Dallas–Fort Worth manufacture products for Mobile Devices.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Fort Worth, Texas, on April 30, 2008.

                                                  Lauren W. Allen

273949_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on April 30, 2008, true and correct copies of the foregoing document will be served by e-mail and hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

**BY E-MAIL**

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

>YOUNG CONAWAY STARGATT &
>  TAYLOR, LLP
>
>/s/ Monté T. Squire
>
>Josy W. Ingersoll (No. 1088)
>Elena C. Norman (No. 4780)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Telephone: (302) 571-6600
>msquire@ycst.com