IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 08-104-SLR |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION LIMITED | ) | |
| AND RESEARCH IN MOTION | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>DECLARATION OF JUNE M. SUTTON</u>

I, June M. Sutton, hereby declare as follows:

1.      I am a paralegal of the law firm of Young Conaway Stargatt & Taylor, LLP, Delaware counsel of record for Plaintiff Motorola, Inc. ("Motorola") in the above captioned action.  I submit this declaration based upon personal knowledge and attest to the truth of each statement contained therein, and in support of Motorola's Answering Brief In Opposition To Research In Motion Ltd.'s and Research In Motion Corp.'s (collectively, "RIM") Motion To Transfer Venue Pursuant To 28 U.S.C. § 1404(a).

2.      True and correct copies of the following documents are attached hereto as Exhibits to this declaration:

Exhibit A:    Procedure for electronically *Filing an Initial Pleading in a Civil or Miscellaneous Case*, http://www.ded.uscourts.gov/Index.htm (as posted February 1, 2008)

Exhibit B:    Notice of Electronic Filing

Exhibit C:    Copy of Electronic Docket for C.A. No. 08-104-SLR-LPS

1

Exhibit D:    *D. Del. Electronic Case Filing User's Manual*,
http://www.ded.uscourts.gov/Index.htm (as posted February 1, 2008)

Exhibit E:    *D. Del. Electronic Filing Procedures*,
http://www.ded.uscourts.gov/Index.htm (as posted February 1, 2008)

3.    In accordance with the procedure for Filing an Initial Pleading in a Civil or Miscellaneous Case (attached hereto as Exhibit A), on Friday, February 15, 2008 at approximately 11:30 p.m. EST, from my PC, I logged into the D. Del. CM/ECF system and selected Civil from the blue menu bar at the top of the CM/ECF screen. The Civil Event window opened and all of the available events were displayed.

4.    Next, I clicked on Open New Case under the Initial Pleadings and Service events group and selected the initial pleading option that was marked Complaint. I then entered case number 99-9999 and proceeded to the next screen.

5.    After reaching the next screen, which required an attachment of the initial pleading in PDF format, I attached a PDF version of the Complaint in this action. I then checked "yes" on the initial pleading attachment box and separately added PDF versions of the Civil Cover Sheet and Summons forms to the list of accompanying documents to this action.

6.    I then proceeded to the next screen where I was prompted to enter a short caption for this case. In response, I entered "Motorola, Inc. v. Research In Motion, et al." as the short caption for this case. After entering the short caption, I was queried by the system as to whether I was a government attorney, or if an <u>Application to Proceed Without Prepayment of Fees</u> was one of the attachments to this action. I responded "no" to this query.

7.    After entering "no" at the previous screen, I proceeded to the credit card payment screen where I was prompted to enter credit card payment information. The system

    

made clear that the Complaint would not be filed until after the credit card payment information was entered and the "next" button was selected from this screen.

8.    In accordance with Delaware practice[1] and in reliance upon the procedure for electronically Filing an Initial Pleading in a Civil or Miscellaneous Case (Exhibit A), which states that a "document will be filed when the 'next' button is selected" (*id.* at 1) and the D. Del. Electronic Case Filing User's Manual (attached hereto as Exhibit D), which requires electronic filers to "[c]lick the Next button to file and docket [a pleading]." (*id.* at 23), I waited until 12:01 a.m. EST on Saturday, February 16, 2008 to select the "next" button and to proceed with the filing of the Complaint, so as to ensure that we received a February 16, 2008 filing date. Elena C. Norman, Esq., a partner at Young Conaway Stargatt & Taylor, LLP and one of the attorneys of record for Motorola in this case, and John Meyer, a paralegal at Young Conaway Stargatt & Taylor, LLP, were both present in my office and witnessed the filing of the Complaint at 12:01 a.m. EST on Saturday, February 16, 2008.

9.    The February 16, 2008 filing date is evidenced by the "2/16/2008 at 0:01 AM EST" date and time entered on the NEF and the electronic date stamp reflecting the same (attached hereto as Exhibit B).

10.    The February 16, 2008 filing date is also reflected in D.I. 1 of the electronic docket for this case. (*See* Exhibit C attached hereto.)

---

[1]    It is well-known to electronic filers and CM/ECF users within this district that the process of electronic filing is <u>not</u> complete until the final "Next" button is selected and that uploading of documents prior to that final step does not constitute filing. *See, e.g.,* Subsection (F) of the Electronic Filing Procedures states that: "Filing documents electronically does not in any way alter any filing deadlines. All electronic transmissions of documents must be completed prior to midnight, Eastern Time, in order to be considered timely filed that day." (Exhibit E at 4.)

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

June M. Sutton

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I caused to be electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, which will send notification that such

filing is available for viewing and downloading to the following counsel of record:

> Patricia Smink Rogowski, Esquire
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> P. O. Box 2207
> Wilmington, DE 19899

I further certify that on April 30, 2008, true and correct copies of the foregoing document

will be served by e-mail and hand delivery on the above listed counsel and on the following non-

registered participants as indicated below:

### BY E-MAIL

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
>
> Josy W. Ingersoll (No. 1088)
> Elena C. Norman (No. 4780)
> Monté T. Squire (No. 4764)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> Telephone: (302) 571-6600
> msquire@ycst.com

# EXHIBIT A

**Filing an Initial Pleading in a Civil or Miscellaneous Case**
**(A six month pilot program)**

Beginning February 1, 2008, a registered user of CM/ECF may file a civil or miscellaneous initial pleading (e.g. complaint) electronically using a credit card to pay any required filing fee. The user will be prompted to enter credit card information during the filing process. After logging into CM/ECF, the filing should proceed as follows:

Select **Civil** from the blue menu bar at the top of the CM/ECF screen so that the Civil Event window opens, displaying all of the available events.

By clicking on **Open New Case** under the **Initial Pleadings and Service** events group, a drop-down menu will appear with various initial pleading options, including **Complaint**. The appropriate event should be selected.

The case number 99-9999 should be used for electronically filing an initial pleading in all civil or miscellaneous cases. This case has been designated as an interim holding case for initial documents. The Clerk's Office will receive the document(s) electronically and assign an actual civil or miscellaneous case number. (Please do not list 99-mc-9999 on any of the documents filed.)

Once 99-9999 is entered, the next screen will require attachment of the pleading in PDF format. Accompanying documents (civil cover sheet, prepared summons forms, motions, etc.) should also be filed in PDF format as **attachments** to the initial pleading, by checking the attachment box (yes) and separately adding each document to the list.

The following screen asks the user to type in a short caption, such as Smith v Jones, et al.

The user will then be asked if he/she is a government attorney, or if an Application to Proceed Without Prepayment of Fees is one of the attachments. A "yes" response to this inquiry will bring the user to the screen with the final docket text. A "no" response will open the credit card payment screen.

Once the previous step is completed, the final screen before submission will appear. The document will be filed when the "next" button is selected.

In accordance with Local Rule 5.3, a paper copy of the pleading must be furnished to the Clerk of Court.

**Please note that it is the user's responsibility to complete the summons forms before including them as attachments. Once the Clerk's Office opens the actual case, Court personnel will print the summons forms, add the actual case number, sign and seal them, and either mail them to counsel or make them available at the intake counter for pickup. When summons forms are issued, a NEF will be sent indicating their issuance. If summons forms are not issued, a NEF will be sent stating that they were not issued. The user should contact the Clerk's Office at 302-573-6170 to arrange for delivery of the signed summons forms.**

# EXHIBIT B

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered by Norman, Elena on 2/16/2008 at 0:01 AM EST and filed on 2/15/2008

**Case Name:** Plaintiff(s) v. Defendant(s)

**Case Number:** 1:99-mc-9999

**Filer:**

**Document Number:** 11

**Docket Text:**
COMPLAINT - Motorola, Inc. v. Research In Motion Limited, et al.. Filing fee $ 350, receipt number 412682. (Attachments: # (1) Exhibit A-E# (2) Civil Cover Sheet # (3) Summons Forms - Unsigned # (4) Summons Forms - Unsigned # (5) # (6))(Norman, Elena)

**1:99-mc-9999 Notice has been electronically mailed to:**

**1:99-mc-9999 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-0]
[729cb09c5c6dea88ffba477dd6677345dd900cce116219549ca4c079b7d795dbce50
f9bfa83b57aeff5e415c910a70be71c352134e8a1341213b9c1a8e5c932a]]
**Document description:**Exhibit A-E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-1]
[b5202ad55145de4c0ad7f60c10f6a982f4b2dce9c9a532f821d8cb876967b41d5563
26fd316e439b966f0ae4c6f60f30f39e7d484da7d1d0b8c2694a387a5063]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-2]
[00351614a35a1f14db88a89f8f85c0b54ef82b0b209259af169a13013dbef5f89539
38d21379b6ee48c7a1ff95fe76e1ec6151fa780db20af1a597c4c9e55478]]
**Document description:**Summons Forms - Unsigned
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-3]
[a019d31362469d6255f36dc2ae1028ec86448466230463c46c297ba7206a01948ba3
5f334b1b5814065422aec751a8b8a72f1008c25b5ed846c7fab8fb91101c]]
**Document description:**Summons Forms - Unsigned
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-4]
[e4cc2803c1b6d9a551a2cceb3b5fe49f35fa56ff5cab1977a174a47aa537bed59fb9
6840e8d809942161debbec4334249976157c5252635ac499f6e06cfec5a6]]
**Document description:**
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-5]
[ab650f5d547fb3c491c04a469350d43683b2d508b61a8a0951aef8d89794dfb28948
ce9a8381320dbaa92c496d85de6771302227a5435b5221585206b5ed758d]]
**Document description:**
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-6]
[62a321c29854de1ed6484ce645ab08e4952cdb0dd44fa990752a854684e696f9536d
6f5bce27b8471c5c785beb4bb4798801f1c8af539df72f9e2f29e5a7188c]]

# EXHIBIT C

PATENT

## U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00104-UNA

Motorola Inc. v. Research In Motion Limited et al          Date Filed: 02/16/2008
Assigned to: Unassigned Judge                    Jury Demand: Plaintiff
Cause: 28:1338 Patent Infringement          Nature of Suit: 830 Patent
                                          Jurisdiction: Federal Question

**Plaintiff**

**Motorola Inc.**          represented by  **Elena C. Norman**
                                        Young, Conaway, Stargatt & Taylor
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        P.O. Box 391
                                        Wilmington, DE 19899-0391
                                        (302) 571-5029
                                        Email: enorman@ycst.com
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Research In Motion Limited**

**Defendant**

**Research in Motion Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2008 | 1 | COMPLAINT filed with Jury Demand against Research In Motion Limited, Research in Motion Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 412682.) - filed by Motorola Inc. (Transaction was not completed until 2/16/08 but the system reflects an incorrect original file date of 2/15/08 since the docket event was opened just before midnight. The correct file date is 2/16/08. (Attachments: # 1 Exhibits A-E, # 2 Civil Cover Sheet)(ead) (Entered: 02/16/2008) |
| 02/19/2008 | | Summons Issued as to Research In Motion Limited on 2/19/2008; Research in Motion Corporation on 2/19/2008. (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Motorola Inc. (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number (s) 5,664,055; 5,699,485; 6,611,254; 6,611,255; 6,919,879; (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 4 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) |

CM/ECF LIVE - U.S. District Court:d...    https://ecf.ded.uscourts.gov/cgi-bin/DktRpt.pl?247481884771854-L_195_0-1

(Entered: 02/19/2008)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/19/2008 16:54:22 | | | |
| **PACER Login:** | yc0001 | **Client Code:** | 099999.1846 msqui |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00104-UNA Start date: 1/1/1970 End date: 2/19/2008 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# EXHIBIT D

# ELECTRONIC CASE FILING CM/ECF



## User's Manual
### Revised 2/2007

## Table of Contents

I.   Getting Started ............................................................................................. 4
     A.   Introduction ...................................................................................... 4
     B.   Help Desk .......................................................................................... 4
     C.   ECF System Capabilities .................................................................. 4

II.  Requirements .............................................................................................. 4
     A.   Hardware and Software Requirements .......................................... 4
     B.   PACER Registration ......................................................................... 5
     C.   Registering for Access to ECF ....................................................... 5

III. Preparation ................................................................................................. 6
     A.   Setting Up the Acrobat PDF Reader .............................................. 6
     B.   Portable Document Format (PDF) .................................................. 6
          1.   How to View a PDF File using Adobe Reader ...................... 6
          2.   How to Convert Documents to PDF Format ......................... 7
          3.   Using any Word Processing Program .................................. 7

IV.  Basics ........................................................................................................... 8
     A.   User Interactions .............................................................................. 8
     B.   Conventions Used in This Manual ................................................. 8
     C.   Documents Filed in Error ................................................................ 8
     D.   Imbedded URLs ................................................................................ 9
     E.   Viewing Transaction Log ................................................................ 9
     F.   User's Manual ................................................................................... 9
     G.   Case Numbers ................................................................................... 9
     H.   ECF Login and PACER Screen ....................................................... 9
     I.   "Back" and "Forward" Buttons ....................................................... 10
     J.   The "Tab" Key ................................................................................. 10
     K.   Selecting Multiple Parties or Events ............................................. 10
     L.   User Supplied Text .......................................................................... 11

V.   A Step-By-Step Guide ............................................................................... 11
     A.   How to Access the System .............................................................. 11
     B.   Logging In ......................................................................................... 11
     C.   Selecting ECF Features .................................................................... 12
     D.   Manipulating the Screens ............................................................... 13
     E.   Correcting a Mistake ....................................................................... 13
     F.   Signatures ......................................................................................... 13
          1.   Attorneys ............................................................................... 13
          2.   Multiple Signatures ............................................................... 13
          3.   Affidavits ............................................................................... 14

VI.  Civil Events Feature .................................................................................. 14
     A.   Filing a Civil Complaint .................................................................. 14
     B.   Filing Documents for Civil Cases ................................................... 14
          1.   Select the type of document to file ...................................... 14
          2.   Select the appropriate document or motion type from drop down list ... 15

3.    Enter the case number in which the document is to be filed ................ 16
4.    Designate the party or parties filing the document ........................... 16
5.    Specify the PDF file name and location for the document to be filed .... 17
6.    Adding attachments to documents being filed ........................................ 19
7.    Modify docket text ................................................................................ 21
8.    Submit the pleading .............................................................................. 22
9.    Notice of Electronic Filing (NEF) ......................................................... 23
10.   E-Mail Notification of Documents That Were Filed ............................. 24

VII.    Criminal Events Features .................................................................................. 25
        A.    Initiating Documents in Criminal Cases ................................................. 25
        B.    Filing Documents for Criminal Cases ..................................................... 25
              1.    Select the type of document to file ................................................. 25
              2.    Enter the case number in which the document is to be filed ................ 26
              3.    Designate the defendant(s) that the filing relates to (if more than one) . 27
              4.    Designate the party or parties filing the document ........................... 27
              5.    Select the appropriate document or motion type from drop down list ... 27
              6.    Specify the PDF file name and location for the document to be filed .... 28
              7.    Add attachments to document being filed .......................................... 31
              8.    Modify docket text ........................................................................... 33
              9.    Submit the pleading .......................................................................... 33
              10.   Notice of Electronic Filing (NEF) ..................................................... 34
              11.   E-Mail Notification of Documents That Were Filed ........................... 35

VIII.   Add/Create a New Party ................................................................................... 36

IX.     Linking Documents (Refer to existing event) .................................................... 37

X.      Query Feature ................................................................................................... 38
        A.    Attorney .............................................................................................. 39
        B.    Case Summary ..................................................................................... 41
        C.    Deadlines/Hearings ............................................................................. 42
        D.    Docket Report ..................................................................................... 42
        E.    History/Documents .............................................................................. 43
        F.    Other Queries ...................................................................................... 44

XI.     Reports Feature ................................................................................................ 45
        A.    Docket Sheet ....................................................................................... 45
        B.    Civil Cases Report .............................................................................. 46

XII.    Utilities Feature ............................................................................................... 47
        A.    Your Account ....................................................................................... 47
        B.    Miscellaneous ...................................................................................... 50
              1.    Legal Research ................................................................................. 50
              2.    Mailings ........................................................................................... 50
              3.    Verify a Document ............................................................................ 50

XIII.   Logout .............................................................................................................. 51

---

XIV.  Additional information Regarding ECF ....................................................................... 51
    A.    Copy Requirements ........................................................................................ 51
    B.    Proof of Service ............................................................................................. 51
    C.    Sealed Documents ......................................................................................... 51
    D.    Paper Documents ........................................................................................... 51
    E.    Privacy .......................................................................................................... 52
    F.    Documents in cases referred to Alternative Dispute Resolution/Mediation ...... 52

Attachment 1 .................................................................................................................. 53
Attachment 2 .................................................................................................................. 54

I.    **Getting Started**

A.    **Introduction**

This manual provides instructions on how to use the Electronic Case Filing System (ECF) to file documents with the Court, or to view and retrieve docket sheets and documents for all cases assigned to this system. Users should have a working knowledge of Internet Browser software and the conversion of documents to portable document format (PDF). Users should also be familiar with all procedures and standing orders issued by the United States District Court for the District of Delaware.

B.    **Help Desk**

Contact the Clerk's Office Intake Section between the hours of 8:30 A.M. and 4:30 P.M., Monday through Friday, if assistance is needed using ECF.

Intake Section Number        302-573-6170

C.    **ECF System Capabilities**

ECF allows users with Internet accounts and Internet Browser software to perform the following functions:

1.    Access the Court's web page.

2.    View or download the most recent version of the User's Manual.

3.    Self-train on a web-based ECF Tutorial.

4.    Electronically file pleadings and documents in actual ("live") case.

5.    View official docket sheets and documents associated with cases.

6.    Request notification of case activity in cases in which the user is not a party.

7.    View various reports for cases that were filed electronically.

II.    **Requirements**

A.    **Hardware and Software Requirements**

The following hardware and software are needed to electronically file, view and retrieve case documents:

1.    A personal computer running a standard platform such as Windows 95,98, NT, XP, ME or Macintosh.

---

2.    An internet connection (dial-up, broadband).

3.    Netscape Navigator version 4.6 and up or Internet Explorer 5.5 and up.

4.    Software, such as Adobe Acrobat Writer to convert documents from a word processor format to portable document format (PDF).

5.    A scanner to convert documents that are not in the user's word processing system.

   ***Note: This would only be used for documents that cannot be produced electronically. Scanned documents lessen the level of service we provide by slowing down the entire system. File size is limited to no more than 4 megabytes.***

6.    Access to electronic mail (e-mail).

7.    ECF username and password.

**B.    PACER Registration**

ECF users must have a PACER account with the Court in order to use the Query and Report features of ECF. The United States Congress has given the Judicial Conference of the United States authority to impose user fees for electronic access to case information. All registered agencies or individuals will be assessed the charge of $.08 per page. Generally, a page is defined as 54 lines of data. Additionally, there is a cap on the $.08 per page charge for a maximum of $2.40 (the equivalent of 30 pages) for electronic access to any single document. When charges are accrued, a transaction receipt will appear before the document is viewed. This receipt will indicate the date and time of the transaction, the type or description of the transaction, the number of pages billed and the cost for that particular transaction. The user can click the "View document" button to proceed, or use the browser's back button to cancel the request. The PACER Service Center sends quarterly statements to account holders. For any balance that is less than $10, billing will be deferred until the next quarter.

For more information regarding billing and payment requirements or to register for a PACER login, contact the PACER Service Center at (800) 676-6856 or (210) 301-6440. The PACER Service Center can be accessed online at http://pacer.psc.uscourts.gov. There is no fee to obtain an account and an account can be shared by a firm. It does not have to be set up by individual attorneys. It takes approximately one week to receive a login and password from the PACER Service Center.

**C.    Registering for Access to ECF**

1.    All users of CM/ECF must register with the Court to receive a log-in and password. Registration information is available on the Court's web page at www.ded.uscourts.gov.

---

2.     Attorneys admitted to the bar of this Court, including those authorized to represent the United States, shall register as users of CM/ECF prior to filing any pleadings. Prior to registration, attorneys must attend a training session sponsored by the Court. Registration shall continue to be effective provided the user remains a bar member in good standing.

3.     An attorney retained in a criminal case who is not admitted to the bar of this Court shall register as a user of CM/ECF solely for purposes of the criminal action. Registration requires identification of the case as well as the name, address, telephone number and Internet e-mail address of the attorney. Familiarity with Delaware's CM/ECF practices and procedures will be required.

4.     Upon approval of the judge, a party to a case who is not represented by an attorney may register as a user of CM/ECF solely for purposes of the action. Registration requires completion of a court-provided training course, identification of the case as well as the name, address, telephone number and Internet e-mail address of the party. If, during the course of the case, the party retains an attorney who appears on the party's behalf, the attorney must advise the Clerk of Court to terminate the party's registration as a user upon the attorney's appearance.

5.     A user registered in CM/ECF shall not allow another person to file a document using his or her log-in and password, except as an authorized agent of the user. Use of a user's log-in and password by an authorized agent shall be deemed to be the act of the user. Attorneys who are not admitted to the bar of this Court or admitted solely pro hac vice shall not be considered authorized agents.

6.     Registration constitutes consent to service of all documents by electronic means as provided in these procedures.

## III.    Preparation

### A.    Setting Up the Acrobat PDF Reader

Users must set up Adobe's Acrobat Reader or other PDF reader software in order to view documents that have been electronically filed in ECF. All pleadings must be filed in PDF format. When installing this product, please review and follow Adobe's directions to utilize Acrobat Reader after installation.

### B.    Portable Document Format (PDF)

Only PDF documents may be filed with the Court using ECF. Before electronically filing with the Court, users should preview the PDF formatted document to ensure that it appears in its entirety and in the proper format.

---

1.  How to View a PDF File using Adobe Reader

    a)  Start the Adobe Acrobat program.
    b)  Go to the *File* menu and choose *Open.*
    c)  Click on the location and file name of the document to be viewed.
    d)  If the designated location is correct, and the file is in PDF format, Adobe Reader loads the file and displays it on the screen.
    e)  If the displayed document is larger than the screen or consists of multiple pages, use the scroll bars to move through the document.
    f)  Click on the *View* menu for other options for viewing the displayed document. Choose the option that is most appropriate for the document.

2.  How to Convert Documents to PDF Format

    All documents must be converted to PDF format before submitting them in ECF. The conversion process requires special software such as Adobe Acrobat Writer or FinePrint pdfFactory. WordPerfect versions 9 and above have Acrobat Writer functionality built-in and can also be used to convert documents to PDF. Some word processing conversion functions do not always capture the correct formatting of the document or fully optimize the output PDF file, and may produce a larger file size than through Adobe Acrobat Writer.

3.  Using any Word Processing Program

    a)  Install Acrobat Writer or FinePrint pdfFactory or other PDF writer product on the computer.
    b)  Open the document to be converted.
    c)  Select the **[Print]** option (generally found in the File menu) and in the dialog box select the option to change the current printer. A drop down menu with a list of printer choices is displayed.
    d)  Select the PDF writer product.
    e)  "Print" the file. The file should not actually print out; instead the option to save the file as a PDF format file appears.



f)      Make a note of the file location so that the document may be found when it is ready to be uploaded.  Change the location if necessary by clicking in the "Save in" area of the window.

g)      Please note that ECF will not accept PDF files that are password protected.

h)      Name the file, giving it the extension .PDF and click the **[Save]** button.  There are no specific requirements for the file name.

*Note: Depending on the word processing program being used, it may be necessary to find the printer selection option elsewhere. At that point, change the printer to PDF Writer, and follow the directions above.*

## IV.    Basics

### A.    User Interactions

There are three general types of user interactions permitted by ECF:

1.      Entering information in data fields.

2.      Using command buttons to direct system activities.

3.      Mouse-clicking on hyperlinks.

### B.    Conventions Used in This Manual

1.      Data to be entered by the user is shown enclosed in angle brackets: < data to be entered >.

2.      Command buttons are represented in this manual in **[bracketed boldface type]**.

3.      Hyperlinks are represented in **underlined boldface type**.

### C.    Documents Filed in Error

A document incorrectly filed in a case may result from; a) posting the wrong PDF file to a docket entry; b) selecting the wrong document type from the menu; or c) entering the wrong case number and not discovering the error before completing the transaction.  To request a correction, speak with the **Clerk's Office Intake Section at 302-573-6170** as soon as possible after an error is discovered.  Provide the case and document item number for the document requiring correction.  If appropriate, the Court will make an entry indicating that the document was filed in error.  The user will be advised if the document must be re-filed.  ECF does not allow changes to be made to misfiled document(s) or incorrect docket entries after the transaction has been accepted.

**D.    Imbedded URLs**

Imbedded URLs (Internet addresses) are not permitted.  These are viewed as a possible security threat and it is impossible to guarantee that the owner of the URL will maintain it in the future.

**E.    Viewing Transaction Log**

This feature, selected from the **Utilities** menu, allows the user to review all transactions ECF has processed with the user's login and password.  If a user believes or suspects someone is using his or her login and password without permission, the user should change the password immediately, and then telephone the Clerk's Office Intake Section at 302-573-6170 as soon as possible.

**F.    User's Manual**

The most recent version of the ECF User's Manual (in PDF format) can be downloaded from the District Court's web page at http://www.ded.uscourts.gov. When the Court's web page opens, click on the **CM/ECF** hyperlink.

**G.    Case Numbers**

A case number is assigned to every case filed in the Court.  The number is assigned by year filed, case type, and sequential number.  For example, 03-CV 40094 was filed in 2003, is a civil action, and was assigned docket number 40094.

Criminal case numbers also include the defendant number.  The defendant number is determined by the order in which the defendants are listed on the charging instrument (criminal complaint, indictment, or information)  This order is <u>not</u> changed by the filing of superseding charges, unless directed by the Court. An example of a criminal case number is 03-CR 10234.  A criminal number including a defendant number is 03-CR 10234-002.

The case number is divided into four sections: Office number, case calendar year, case type, and case sequence:

| 1: | 03 | cv | 10002 |
|---|---|---|---|
| Office/Division number<br><br>1 - Wilmington | Case Year<br><br>assigned by year case is filed | Case type<br><br>cv - civil<br>cr - criminal<br>mc - miscellaneous<br>mj - Magistrate Judge | Case number<br><br>assigned sequentially by the Clerk's Office |

**H.    ECF Login and PACER Screen**

Users electronically filing a document or updating the User Account (e.g., updating an attorney mailing address or altering e-mail notification information), may enter ECF using the Court-generated ECF login and password.  During the

session, if the user deviates from either electronically filing a document or maintaining the user account by clicking on the query or report menus, the system will prompt for the PACER issued login and password. If the user chooses "Make this my default PACER login", the system will link the PACER information to the user's ECF login and password. At that point, the user will not be required to re-enter the user's PACER login information while working in ECF.

If a user wishes to only generate reports (e.g., view a docket sheet or query case information), he or she may initially enter the system using the PACER issued login and password. If filing functionality or the ability to maintain the user account is then needed, select the UTILITIES menu from the main blue menu bar. From that menu, select ECF Login, and enter the Court issued ECF login and password. An explanation of the login procedure is displayed above the prompt boxes on the login screen.

The client code field is an optional field provided on the login screens for tracking purposes during PACER (report and query) functions. It can contain up to 32 characters. If a client code is entered for a transaction, the client code will be presented on the billing statement generated by the PACER Service Center. A client code will not appear on the bill unless it is entered at the time of transaction. Because this code feature is optional, it must be enforced within a user's office.

## I.    "Back" and "Forward" Buttons

The [Back] and [Forward] buttons advance or reverse one screen at a time. If an error has been made or the user needs to verify entries on a previous screen, click the [Back] button to the specific screen. The [Forward] button moves a screen ahead to return to the target screen. However, if a change is made, use the [Next] button to progress.

Please note that ECF may logout a user if too many consecutive back buttons are hit during one transaction. The system may assume there is a security failure or the user may have backed out to the login screen.

The user may always exit an ECF transaction before it is committed by using the [Back] key or clicking on another menu selection from the top of the frame.

## J.    The "Tab" Key

ECF screens are navigated by using the mouse, however the user may also use the [Tab] key and space bar to move through the data entry fields in most screens. Active or "focus" buttons have a faint dotted outline around them. A focused button may be activated by hitting the space bar. The user can also use the [Shift] key and the [Tab] key simultaneously to move back one field at a time.

**K.**     **Selecting Multiple Parties or Events**

Most of ECF's selections appear in alphabetical order in drop down lists. Multiple items may be selected from these lists by holding the CONTROL key and clicking on selections in the same drop down list.  To select a range of items, hold the **[Shift]** key and click on the top and bottom of the selection range.

**L.**     **User Supplied Text**

Users may supply additional text or augment the system-supplied text in the blank windows provided.  Any text supplied will be displayed on the docket sheet in *italic print.*

**V.     A Step-By-Step Guide**

Below is a step-by-step guide for entering ECF, preparing a document for filing, filing a motion or application, and displaying a docket sheet.  We suggest that users review these steps before trying to file a document in the live system.

**A.     How to Access the System**

Users can get into ECF via the Internet by going to:

**http://ecf.ded.uscourts.gov/**

Or, via the District of Delaware's Web site at www.ded.uscourts.gov , clicking on the **CM/ECF** hyperlink to open the login screen for ECF.

**B.     Logging In**

The next screen is the login screen.  Enter the ECF Login and Password in the appropriate data entry fields.  All ECF login names and passwords are case sensitive.



---

*Note: The ECF login and password should be used to enter ECF to file a pleading or to maintain an account. To just query the database for case information or to view a document, the PACER login and password should be used. The PACER fee to view ECF case dockets and documents is 8 cents per page up to a maximum of $2.40 per document.*

Users should verify that they have entered their ECF login and password correctly. If not, click on the **[Clear]** button to erase the login and password entries and re-enter the correct information. After entering the correct login and password information, click on the **[Login]** button to transmit the user information to ECF.

1.  If ECF does not recognize a user's login and password, it will display the following error message on a new screen:

    **Login failed either the login name or password is incorrect**

2.  Click on the **[Back]** Back button on the browser and re-enter the correct login and password.

3.  Once the **Main Menu** appears, choose from a list of **hyperlinked** options on the top bar.



*Note: The date the user last logged into the system appears at the bottom left corner of this screen. Users should review this information each time they login for security reasons. If a user believes or suspects someone is using his or her login and password without permission, the user should change the password immediately, and then telephone the Clerk's Office Intake Section at 302-573-6170, as soon as possible.*

## C.    Selecting ECF Features

ECF provides the following features that are accessible from the Blue menu bar at the top of the opening screen:

---

| | |
|---|---|
| **Civil-** | Select **Civil** to electronically file all civil case pleadings, motions, and other Court documents. |
| **Criminal-** | Select **Criminal** to electronically file all criminal case pleadings, motions, and other Court documents. |
| **Query-** | Query ECF by specific case number, party name, or nature of suit to retrieve documents that are relevant to the case. A user must login to **PACER** before querying ECF. |
| **Reports-** | Choose **Reports** to retrieve docket sheets and cases-filed reports. A user must login to **PACER** before viewing an ECF report. |
| **Utilities-** | View the user's personal ECF transaction log and maintain personal ECF account information in the **Utilities** area of ECF. |
| **Logout-** | Allows a user to exit from ECF and prevents further filing with the user's password until the next time he or she logs in. |

## D.    Manipulating the Screens

Each screen has the following two buttons:

1.      [Clear] clears **all** characters entered in the box (es) on that screen.

2.      [Next] or [Submit] accepts the entry just made and displays the next entry screen, if any.

## E.    Correcting a Mistake



Use the **[Back]** button on the browser toolbar to go back and correct an entry made on a previous screen. However, once the document is transmitted to the Court, only the Court can make changes or corrections.

## F.    Signatures

1.      Attorneys

The user log-in and password required to submit documents to ECF shall serve as that user's signature for purposes of Fed.R.Civ.P.11 and for all other purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court. All electronically filed documents must include a signature block and must set forth the attorney's name, address, telephone number and e-mail address. The name of the ECF user under whose log-in and password the document is submitted must be preceded by a "/s/" and typed in the space where the signature would otherwise appear.

2.      Multiple Signatures

The filer of any document requiring more than one signature (e.g., stipulations, joint status reports) must list thereon all the names of other signatories by means of a "/s/"_____block for each. By submitting such a

---

document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically. The filing attorney shall retain any records evidencing this concurrence for future production, if necessary, until two (2) years after the expiration of the time for filing a timely appeal. A non-filing signatory or party who disputes the authenticity of an electronically filed document containing multiple signatures must file an objection to the document within ten days of the date on the NEF.

3.    Affidavits

Affidavits shall be filed electronically; however, the electronically filed version must contain a "/s/_____" block indicating that the paper document bears an original signature. By submitting such a document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically. The filing attorney shall retain the original for future production, if necessary, for two (2) years after the expiration of the time for filing a timely appeal.

## VI.    Civil Events Feature

Registered users will use the Civil feature of ECF to electronically file and docket with the Court a variety of pleadings and other documents for civil cases. This section of the manual describes the basic steps required to file a single motion with the Court. The process is consistent regardless of the event.

### A.    Filing a Civil Complaint

Civil case opening documents, such as a complaint, petition, or notice of removal, together with a summons, civil cover sheet and any applicable Rule 7.1 disclosure, shall be filed both in paper format and on a properly labeled 3.5" floppy or compact disk in PDF, so that the documents can be added to ECF.

When provided for issuance, the Clerk's Office will return to plaintiff's counsel a signed and sealed summons for service of process on defendants. A party may not electronically serve a civil complaint but shall effect service in accordance with Fed.R.Civ.P. 4.

### B.    Filing Documents for Civil Cases

There are ten basic steps involved in filing a document. After successfully logging into ECF, follow these steps to file a pleading.



---

1.    Select the type of document to file.

Select **Civil** from the blue menu bar at the top of the ECF screen.  The Civil Event window opens displaying all of the events available to the user.  This section of the User's Manual describes the process for filing a **Motion** in ECF.  The process is similar for filing other pleadings.

Click on **Motions**, under Motions and Related Filings.



2.    Select the appropriate document or motion type from drop down list.

The **Motions** screen appears and displays a motion selection field with a scroll bar next to it.  Scroll through the menu until the specific type of motion is located.



For demonstration purposes, highlight **Preliminary Injunction** and click on **[Next]**.

***Note:** **To select more than one motion, press and hold down the Ctrl key, and click on each of the desired multiple forms of relief.***

3.    Enter the case number in which the document is to be filed.

---

A new screen opens with a Case Number field. Enter the number of the case in which the motion is being filed and click on **[Next]**.



a) If the number is entered incorrectly, click **[Clear]** to re-enter. If the computer prompts that an invalid case number was entered, click on **[Back]** to re-enter.

b) When the case number is correct, click on **[Next]**.

4. Designate the party or parties filing the document.



Highlight the name of the party or parties on whose behalf the motion is being filed. If the user represents all defendants or all plaintiffs, he or she may select the entire group by holding down the control key while pointing and clicking on each party of the group.

After highlighting the parties to the motion, click on the **[Next]** button.

*Note: If the party does not appear and should, contact the help desk. If this is a new party to the case, see the section of this manual titled Add/Create New Party.*

5.    Specify the PDF file name and location for the document to be filed.

ECF accepts the party or parties selected and refreshes the screen to display a new screen depicted below. ECF displays a field for locating and entering the PDF file of the document being filed.

***Note: Attach an electronic copy of the actual document when prompted by ECF. All documents to be filed in ECF MUST reside in PDF format. Otherwise, ECF will not accept the document and the transaction cannot be completed. Also note that ECF will not accept PDF files that are password protected.***



a)    Click on the **[Browse]** button. ECF opens the following screen.



b)    The user will need to change the **Files of type** from:



to:



c)    Navigate to the appropriate directory and file name to select the PDF document to be filed.

d)    Highlight the file to upload to ECF.

*Note: In order to verify that the correct document was selected, right mouse click on the highlighted file name to open a quick menu and left mouse click on [Open]. Adobe Acrobat or Acrobat Reader will launch and open the PDF document selected. The user should view it to verify that it is the correct document.*



e)    Once the document is verified to be correct, close Adobe Acrobat and click on the **[Open]** button in the lower right corner of the File Upload window. ECF closes the File Upload screen and inserts the PDF file name and location in the Filename text window.

f)    If there are no attachments to the motion, click on **[Next].** A new

---

window opens.  Go to Section 7, **"Modifying Docket Text,"** to proceed with the filing.

g)    Please note that briefs and memoranda in support of a motion should be filed as separate documents and not as an attachment to the motion.

h)    If there are attachments to the motion, select **[Yes]** on the screen depicted above.  Click on **[Next]** and proceed to the first step in Section 6, **"Adding Attachments to Documents Being Filed"**.

i)    In the event that the file highlighted is *not* in PDF format, ECF will display the following error message after clicking on the **[Next]** button.



j)    ECF will not permit the filing of a document that is not in PDF format.

k)    Click on the **[Back]** button and ECF will return to the previous screen.

l)    Select and highlight the PDF file of the motion and proceed as before.

m)    Failure to Select a Document to File
If a document was not selected to file with the motion, ECF will display the error message depicted below.



n)    Click **[OK]** from the screen depicted above ECF to return to the previous screen.  A user cannot proceed without attaching a PDF document.

6.    Adding attachments to documents being filed.

Attachments in the ECF are any documents that would be filed as an exhibit or attachment to a paper document. An example might be proposed

---

*CM/ECF User's Manual*                                                    **District of Delaware**

documents. If the user acknowledged the need to attach documents to the motion during the previous step, a new screen appears to select the attachments.

If the attachment requires leave of Court, such as an amended complaint or a document to be filed out of time, the proposed document shall be attached as an exhibit to the motion. If the motion is granted, the order will direct the user to electronically file this document with the Court.



a) Click on **[Browse]** to search for the document file name of the attachment.

b) Next to the field for attachment **Type**, click on the arrow and ECF opens a pull down screen. Highlight the type of attachment from the displayed selection.

c) To describe the attachment more fully, click in the **Description** box and type a clear and concise description of the attachment. If a type is selected from the drop down list, such as Exhibit, there is no need to type Exhibit in the Description box.

d) Click on **[Add to List]**. ECF adds the selected document as an attachment to the motion. A new screen opens to display the file name of the newly attached document.



---



e)  Repeat the sequence for each additional attachment.
f)  After adding all of the desired PDF documents as attachments, click on **[Next]**.
g)  When attachments and exhibits are in paper format. Attachments and exhibits that cannot be created and filed electronically or when scanned are greater than 4 megabytes in size, must be submitted in paper format. Present the entire pleading with attachments to the Clerk's Office for handling. Electronically file a Notice of Filing in the Clerk's Office in the form attached (See Attachment 1) and submit the Notice along with the paper document to the Clerk's Office for filing within 24 hours.

> ***Note:*** *For moderate length paper attachments, consider dividing them into two or more smaller attachments, scanning, and filing them electronically.*

7.  Modify docket text.



a)  Click on the button shown here to open a modifier drop-down list. Select a modifier if appropriate.

---



b)    Click in the open text area to type additional text for the
description of the motion.  Users may supply additional text or
augment the system-supplied text in the blank windows provided.
Any text supplied by a non-Court user will be displayed on the
docket sheet in *italic print*.



8.    Submit the pleading.

a)    Click on the **[Next]** button.  A new window appears with the
complete text for the docket report.

b)    Review the docket text and correct any errors.  If needed, click the
**[Back]** button on the browser toolbar to modify data entered on
previous screens.



c)    Click on the **[Next]** button to file and docket the motion.

*Note: The screen depicted above contains the following warning. Pressing the [Next] button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue.  At any time prior to this step, a user can abort the ECF filing or return to previous screens by:*
- *clicking on any hyperlink on the Blue ECF menu bar to abort the current transaction.  ECF will reset to the beginning of the process just selected.*
- *clicking on the Web Browser [Back] button until returning to the desired screen.*

9.    Notice of Electronic Filing (NEF).

ECF opens a new **Motions** window displaying an ECF filing receipt.



a)  The screen depicted above provides confirmation that ECF has registered the transaction and the motion is now an official Court document. It also displays the date and time of the transaction and the number that was assigned to the document. Users should note this number on the document's PDF file.

b)  Select **[Print]** on the browser toolbar to print the document receipt.

c)  Select **[File]** on the browser menu bar, and choose **Save Frame As...** from the drop-down window to save the receipt to a file on the hard drive of the user's computer.

> *Note: The NEF represents the Certificate of Service. The Court strongly urges users to copy it to a file on their computer hard-drive, print it, and retain a hard copy.*

10. E-Mail Notification of Documents That Were Filed

a)  After a pleading is electronically filed, ECF sends an NEF to the designated attorneys and parties who have registered for ECF and supplied their E-mail addresses to the Court. Individuals who receive electronic notification of the filing are permitted one "free look" at the document by clicking on the associated hyperlinked document number embedded in the **NEF**. The user is permitted one free look at the document *and* the Docket Sheet to verify that the pleading was properly docketed. The system virtually marks or records the viewing of the docket sheet and document when the user inserts his PACER login following the click on the hyperlinks. The Court strongly urges users to copy the **NEF** *and* pleading documents to their hard-drive for future access. Subsequent retrieval of the case docket sheet and pleading from ECF must be made through a PACER account and is subject to regular PACER fees.

> *Note: It is the responsibility of users to send hard copies of the pleading and NEF to attorneys and pro se parties who have indicated they do not have E-mail accounts. The ECF filing report also displays the names and addresses of individuals who will not be electronically notified of the filing.*

b)  Notifications in Regular Civil Cases
Users will be asked to insert their PACER login and password when clicking on hyperlinks within e-mail notifications. In this scenario, the system is virtually marking or recording that the recipient is receiving the first free look.

c)  Notifications in Social Security Cases
Notifications of activity in Social Security cases, however, are unique in that it is necessary for the system to identify the reader as counsel of record having authorization to view a document electronically. When an e-mail notification is received and the subject line indicates that it is for a Social Security case, the

recipient must open a second window and enter ECF using the attorney's ECF login & password BEFORE clicking on any of the e-mail hyperlinks. The recipient may then go back to the e-mail notification window and click on the hyperlinks (using their PACER login & password) to view the electronically filed document.

d)    Notifications of Electronic Orders or Clerk Notes
The Court may enter an "electronic order" or "so ordered". An electronic order is an order that exists only in an electronic format - there will be no paper or PDF order. E-mail notifications of electronic orders will contain just a hyperlink to the docket sheet for the case and not to the document filed. There is no PDF file uploaded during this Court transaction and therefore the record of the entire order is solely the docket text which is created and viewable on the NEF.

The same will be true of clerk's minute entries. Minute entries are handwritten summaries of Court proceedings. The Deputy Clerk will enter this information directly into ECF without attaching a paper record. As with "electronic orders", there is no PDF file uploaded during this Court transaction for "minute entry" and therefore the record is solely the docket text which is created and viewable on the NEF.

## VII.    Criminal Events Feature

### A.    Initiating Documents in Criminal Cases

Initial papers of a criminal nature such as the indictment, information, criminal complaint, application for search warrant, as well as any superseding indictment or information shall be filed in the traditional manner in paper format.

### B.    Filing Documents for Criminal Cases

There are eleven basic steps involved in filing a criminal document and the same general rules used for electronically filing civil documents apply to documents filed in criminal cases. After successfully logging into ECF, follow these steps to file a pleading.



1.    Select the type of document to file.

Select **Criminal** from the blue menu bar at the top of the ECF screen. The Criminal Event window opens displaying all of the events available to the user. This section of the User's Manual describes the process for filing a **Motion** in ECF. The process is similar for filing other documents in ECF.

---

*CM/ECF User's Manual*                                                    **District of Delaware**

Click on **Motions**, under Motions and Related Filings.



2.   Enter the case number in which the document is to be filed.

A new screen opens with a Case Number field.  Enter the number of the case in which the motion is being filed and click on **[Next]**.



*Note: If the case number is 1:02cr100, it can be entered in any of the following formats:*

*02-100*
*02cr100*
*1:02-cr-100*
*1-02-cr-100*
*1:02cr100*

a)   If the number is entered incorrectly, click **[Clear]** to re-enter. If the computer prompts that an invalid case number was entered, click on **[Back]** to re-enter.

---

**CM/ECF User's Manual**                                             **District of Delaware**

b)    When the case number is correct, click on **[Next]**

3.    Designate the defendant(s) that the filing relates to (if more than one).



Click in the boxes to place a check next to each defendant's name that this filing relates to. If it relates to all defendants in the case, check the box for "All Defendants" and leave the other boxes unchecked. When finished selecting defendants click on **[Next]**.

4.    Designate the party or parties filing the document.



Highlight the name of the party or parties filing the motion. Click on the **[Next]** button.

5.    Select the appropriate document or motion type from the drop down list.

A new screen appears and displays a motion selection field with a scroll bar next to it. Scroll through the menu until the specific type of motion is located.

---

**CM/ECF User's Manual**                                         **District of Delaware**



For demonstration purposes, highlight **Suppress** and click on **[Next]**.

*Note: To select more than one motion, press and hold down the Ctrl key, and click on each of the desired multiple forms of relief.*

6.  Specify the PDF file name and location for the document to be filed.

    ECF accepts the party or parties selected and refreshes the screen to display a new screen depicted below.  ECF displays a field for locating and entering the PDF file of the document (pleading) being filed.

    *Note: Attach an electronic copy of the actual document when prompted by ECF.  All documents to be filed in ECF MUST reside in PDF format. Otherwise, ECF will not accept the document and the transaction cannot be completed.  Also note that ECF will not accept PDF files that are password protected.*



---

a)  Click on the **[Browse]** button.  ECF opens the following screen.



b)  The user will need to change the **Files of type** from:



to:



c)  Navigate to the appropriate directory and file name to select the PDF document to be filed.

d)  Highlight the file to upload to ECF.

*Note: In order to verify that the correct document was selected, right mouse click on the highlighted file name to open a quick menu and left mouse click on [Open].  Adobe Acrobat or Acrobat Reader will launch and open the PDF document selected.  The user should view it to verify that it is the correct document.*

e)  Once the document is verified to be correct, close Adobe Acrobat and click on the **[Open]** button in the lower right corner of the File Upload window.  ECF closes the **File Upload** screen and inserts the PDF file name and location in the File name text window.

---



e) If there are no attachments to the motion, click on [Next]. A new window opens. Go to Section 8, **"Modifying Docket Text,"** to proceed with the filing.

f) Please note that briefs and memoranda in support of a motion should be filed as separate documents and not as an attachment to the motion.

g) If there are attachments to the motion, select [Yes] on the screen depicted above. Click on [Next] and proceed to the first step in Section 7, **"Adding Attachments to Documents Being Filed"**.

h) In the event that the file highlighted is *not* in PDF format, ECF will display the following error message when the [Next] button is selected.



i) ECF will not permit the filing of a document that is not in PDF format.

j) Click on the [Back] button and ECF will return to the **previous** screen for document selection.

k) Select and highlight the PDF file of the motion and proceed as before.

l) Failure to Select a Document to File.

---

If a document was not selected to be filed with the motion, ECF will display the error message depicted below.



m)   Click **[OK]** from the screen depicted above to return to the previous screen.  A user cannot proceed without attaching a PDF document.

7.   Add attachments to documents being filed.

Attachments in the ECF are any documents that would be filed as an exhibit or attachment to a paper document. An example might be proposed documents.  If the user acknowledged the need to attach documents to the motion during the previous step, a new screen appears to select the attachments.

If the attachment requires leave of Court, such as an amended complaint or a document to be filed out of time, the proposed document shall be attached as an exhibit to the motion. If the motion is granted, the order will direct the user to electronically file this document with the Court.



a) Click on **[Browse]** to search for the document file name of the attachment.

b) Next to the field for attachment **Type,** click on the arrow and ECF opens a pull down screen. Highlight the type of attachment from the displayed selection.

c) To describe the attachment more fully, click in the **Description** box and type a clear and concise description of the attachment. If a type is selected from the drop down list, such as exhibit, there is no need to type exhibit in the Description box.

d) Click on **[Add to List]**. ECF adds the selected document as an attachment to the motion. A new screen opens to display the file name of the newly attached document.





e) Repeat the sequence for each additional attachment.

f) After adding all of the desired PDF documents as attachments, click on **[Next]**.

g)  When attachments and exhibits are in paper format.
    Attachments and exhibits that cannot be created and filed
    electronically, or when scanned are greater than 4 megabytes in
    size, must be submitted in paper format. Present the entire pleading
    with attachments to the Clerk's Office for handling.  Electronically
    file a Notice of Filing in the Clerk's Office in the form attached
    (See Attachment 1) and submit the Notice along with the paper
    document to the Clerk's Office for filing within 24 hours.

    *Note: For moderate length paper attachments, consider dividing
    them into two or more smaller attachments, scanning, and filing
    them electronically.*

8.   Modify docket text.



a)  Click on the button shown here to open a modifier drop-down list.
    Select a modifier if appropriate.



b)  Click in the open text area to type additional text for the
    description of the motion.  Users may supply additional text or
    augment the system-supplied text in the blank windows provided.
    Any text supplied by a non-Court user will be displayed on the
    docket sheet in *italic print*.

9.   Submit the pleading.

    a)  Click on the **[Next]** button.  A new window appears with the
        complete text for the docket report.
    b)  Review the docket text and correct any errors.  If needed, click the
        **[Back]** button on the browser toolbar to modify data entered on
        previous screens.

---

*CM/ECF User's Manual*                                    **District of Delaware**



c)    Click on the **[Next]** button to file and docket the pleading.

> *Note: The screen depicted above contains the following warning. Pressing the NEXT button on this screen commits this transaction. You will have no further opportunity to modify this transaction if you continue. At any time prior to this step, a user can abort the ECF filing or return to previous screens by:*
> - *clicking on any hyperlink on the Blue ECF menu bar to abort the current transaction. ECF will reset to the beginning of the process just selected.*
> - *clicking on the Web Browser [Back] button until returning to the desired screen.*

10.    Notice of Electronic Filing (NEF).

ECF opens a new **Motions** window displaying an ECF filing receipt.



a)    The screen depicted above provides confirmation that ECF has registered the transaction and the motion is now an official Court document. It also displays the date and time of the transaction and the number that was assigned to the document. Users should note this number on the document's PDF file.

b)    Select **[Print]** on the browser toolbar to print the document receipt.

c)    Select **[File]** on the browser menu bar, and choose **Save Frame As...** from the drop-down window to save the receipt to a file on the hard drive of the user's computer.

> _**Note:** The NEF represents the Certificate of Service. The Court strongly urges users to copy it to a file on their computer hard-drive, print it, and retain a hard copy._

11.    E-Mail Notification of Documents That Were Filed

a)    After a pleading is electronically filed, ECF sends an **NEF** to the designated attorneys and parties who have supplied their E-mail addresses to the Court. Individuals who registered for ECF and receive electronic notification of the filing are permitted one "free look" at the document by clicking on the associated hyperlinked document number embedded in the **NEF**. The user is permitted one free look at the document _and_ the Docket Sheet to verify that the pleading was properly docketed. The system virtually marks or records the viewing of the docket sheet and document when the user inserts his PACER login following the click on the hyperlinks. The Court strongly urges users to copy the **NEF** _and_ pleading documents to their hard-drive for future access. Subsequent retrieval of the case docket sheet and pleading from ECF must be made through a PACER account and is subject to regular PACER fees.

> _**Note:** It is the responsibility of users to send hard copies of the pleading and NEF to attorneys and pro se parties who have indicated they do not have E-mail accounts. The ECF filing report also displays the names and addresses of individuals who will <u>not</u> be electronically notified of the filing._

b)    Notifications in Criminal Cases
Users will be asked to insert their PACER login and password when clicking on hyperlinks within e-mail notifications. In this scenario, the system is virtually marking or recording that the recipient is receiving the first free look.

c)    Notifications of Electronic Orders or Clerk Notes
The Court may enter an "electronic order" or "so ordered". An electronic order is an order that exists only in an electronic format - there will be no paper or PDF order. E-mail notifications of electronic orders will contain just a hyperlink to the docket sheet for the case and not to the document filed. There is no PDF file

uploaded during this Court transaction and therefore the record of the entire order is solely the docket text which is created and viewable on the NEF.

The same will be true of clerk's minute entries. Minute entries are handwritten summaries of Court proceedings. The Deputy Clerk will enter this information directly into ECF without attaching a paper record. As with "electronic orders", there is no PDF file uploaded during this Court transaction for "minute entry" and therefore the record is solely the docket text which is created and viewable on the NEF.

## VIII. Add/Create a New Party

In some instances a user may need to add a party to ECF. This may generally occur when filing amended complaints, third party complaints, etc. If the party being added is not listed in the "Select a Party" screen, click on **Add/Create New Party**. The screen depicted below will appear. If the user believes that the party should already appear on the docket for a given case, please contact the Clerk's Office for assistance.



A.   First perform a search to see if the party is already entered in ECF. Type the first few letters of the party's last name for an individual, or the first few letters of the company name. Click **[Search]**.

B.   If a match is found, ECF will display a list of party names. If the name of the party being added appears in the list, click on it and then click **[Select name from list]**. Review the party information and select the party's role in this filing. Click **[Submit]**.

C.   If a match is not found, or the party does not appear in the list, click **[Create new party]**. ECF displays the following screen.

---

CM/ECF User's Manual                                                      District of Delaware



1.  For a company, enter the entire company name in the **Last Name** field. Choose the appropriate **Role** from the drop down list. Click **[Submit]**.

2.  For an individual, fill out the **Last Name, First Name, Middle Name, Generation** and **Title** fields as appropriate.  Choose the appropriate **Role** from the drop down list.  Click **[Submit]**.

3.  If there is additional text that will further describe the party, such as: "as next best friend…", "as executor of the estate…", "as successor to…" etc. add this information in the **"Party Text"** field and then Click **[Submit]**.

4.  Leave all other fields blank.

IX.    **Linking Documents (Refer to existing event)**

Some pleadings such as Responses, Briefs and Appendices should be "linked" to their related documents in the case.  When filing these and certain other types of documents a user is presented with the following screen.



A.    An "event" in ECF is anything that has been filed in a case.  To link the document being filed to a previously filed document, check the box in front of **"Refer to existing event(s)?"** and click **[Next]**.

---



B.  Click **[Next]** to receive a list of documents that match the search criteria.  For this example we have selected documents between on September 1, 2004 and October 1, 2004.  However, the date range may be left blank to retrieve all documents in the case.

C.  Click the checkbox for the document to be linked to and click **[Next]**.  When filing briefs and responses to motions, make sure they are linked to the proper motion or motions.

## X.  Query Feature

Users should utilize this feature to query ECF for specific case information.  To enter the Query mode, click on **Query** from the **Blue** menu bar of ECF.



ECF opens the **PACER Login** screen. Users must enter their **PACER** login and password before ECF permits them to query the ECF database.

*__Note:__ The PACER login and password is different from the ECF login and password. Users must have a PACER account in order to retrieve, view, and print certain documents. Users will be charged a fee of $.08 per page to access documents, docket sheets, etc. from ECF.*

After entering the PACER login and password, ECF opens a Query data entry screen as depicted below. If the number that the Court has assigned to the case is known, it may be entered in the **Case Number** field. Click on the [**Run Query**] button. ECF opens the query screen depicted in Figure B on the next page.

| CM/ECF | Civil | Criminal | Query |
|---|---|---|---|

### Query

**Search Clues**

| | |
|---|---|
| Case Number | _____ (Examples: 99-500, 1:99cv500) |

*or search by*

| | |
|---|---|
| Filed Date | _____ to _____ |
| Last Entry Date | _____ to _____ |
| Nature of Suit | 0 (zero) / 110 (Insurance) / 120 (Contract Marine) |

*or search by*

| | |
|---|---|
| Last Name | _____ (Examples: Desoto, Des*t) |
| First Name | _____          Middle Name _____ |
| Type | _____ |

[Run Query]  [Clear]

Query the ECF database by entering the name of a party or an attorney to the case. Enter the last name of the party in the appropriate field. If more than one person with that name is in the database, ECF returns a screen from which to select the correct name (Figure A). Click on the name of the party and ECF will open the query screen depicted in Figure B. If the individual is a party to more than one case, ECF will open a screen listing all of the party's cases. Click on the case number hyperlink and ECF opens the query screen depicted in Figure B.

**Figure A**



---

**CM/ECF User's Manual**                                                      **District of Delaware**

After querying the database by case number, name, or nature of suit, ECF opens the **Query** window for the specific case selected.  See Figure B.

A case may also be queried by the nature of suit.  Enter a range for either the filed date or the last entry date in order for the query to run.  To search for all cases of a certain type, use the date 1/1/1970 as the "beginning of time."  If there is more than one case that meets this criteria, a screen similar to the one in Figure A will appear, but listing multiple case numbers.

**Figure B**



At the top of the window, ECF displays the case number, parties to the case, presiding Judge, date that the initial claim was filed, and date of last filing for the case.  Specific case information may be selected from a large list of query options by clicking on the appropriate hyperlinked name on the screen.  The following paragraphs describe several of the available case-specific query options.

**A.     Attorney**

Displays the names, addresses, and telephone numbers of the attorneys who represent each of the parties to the case.

---

**CM/ECF User's Manual**                                                      **District of Delaware**



**B.    Case Summary**

Provides a summary of current case-specific information as represented below.



**C.**    **Deadlines/Hearings**

Produces a screen to query the database by various means to obtain hearing and other schedule deadlines. In the illustration below, ECF opens the **Deadline/Hearings** screen depicted on the next page.



After the window opens, click on a document number with a hyperlink and ECF will display the actual document that created the scheduled conference, hearing or trial.



Click on the round button to the left of the Deadline/Hearing title and ECF will display the docket information and related docketing entries for the hearing selected.

**D.**    **Docket Report**

When Docket Report is selected, ECF opens the Docket Sheet screen as depicted below.

![CM/ECF Docket Sheet screen showing Case Number 0:01-cr-01234 USA v. Doe et al, with Filed/Entered radio buttons, date range fields 1/1/1970 to 9/28/2004, Documents range fields, checkboxes for Include terminated parties (checked), Include links to notices of electronic filing, Include list of parties and counsel (checked), Sort by Oldest date first, and Run Report and Clear buttons]

Users may select a date range for the docket report as well as a range of document numbers. If the range fields are left blank, ECF will default to print the entire docket report. Place a checkmark in the box to **Include links to Notice of Electronic Filing** to view them from the docket sheet. After selecting the parameters for the report, click on the **[Run Report]** button. ECF will run the custom docket report and display it in a window as depicted.

The underlined document numbers are hyperlinks to PDF files of the actual documents. Place the pointer on the button next to the document number and click to display the **Electronic Notification Report** for the document.

E.    **History/Documents**

This selection queries the database for case event history and documents associated with the case. Click on the **History/Documents** hyperlink and ECF opens the screen depicted below. Users may select the sort order for the query report and choose to exhibit all events or only those with documents attached. ECF also offers the option to display the docket text in the report.



After making the selections, click on the **[Run Query]** button. ECF queries the database and builds the report. The following figure depicts a portion of a **History/Documents** report. This particular report lists all of the events and documents associated with the case in reverse chronological order. It also displays the docketing text for all docketed events.

| Civil | • | Criminal | • | Query | • | Reports | • | Utilities |

**0:01-cr-01234** USA v. Doe et al
Date filed: 08/31/2004

## History

| Doc. No. | Dates | Description | Private Event | Type Subtype | Docket Part ID |
|---|---|---|---|---|---|
| | *Filed & Entered:* 08/31/2004 | Order on Motion for Warrant | | order cwarr | 17 |
| | *Filed & Entered:* 08/31/2004 | Warrant Issued | | service-cr warr | 19 |
| | *Filed & Entered:* 08/31/2004 | Arrest | | detention-cr ars | 26 |
| | *Filed & Entered:* 08/31/2004 | Initial Appearance | | minutes-cr ia | 29 |
| 1 | *Filed & Entered:* 08/31/2004 | Indictment | | charge-cr indl | 6 |
| 2 | *Filed & Entered:* 08/31/2004 *Terminated:* 08/31/2004 | Motion for Warrant | | motion cwarr | 14 |
| 3 | *Filed & Entered:* 08/31/2004 | Case Assigned/Reassigned | | utility-cr csasgn | 24 |
| 4 | *Filed:* 08/31/2004 *Entered:* 09/08/2004 | Order Appointing Public Defender | | order-cr oapptpd | 35 |
| | *Filed:* 09/02/2004 *Entered:* 09/08/2004 | Arraignment | | minutes-cr arr | 37 |
| 5 | *Filed & Entered:* 09/08/2004 | Motion for Bill of Particulars | | motion cbp | 44 |
| 6 | *Filed & Entered:* 09/08/2004 | Response to Motion | | respm-cr response | 47 |

To view a PDF file of actual documents, click on the document number in the far-left column of the onscreen report.

**F.      Other Queries**

The process for selecting and running other queries in the **Query** feature of ECF is similar to what has been described above.

---

## XI.    Reports Feature

The Reports feature of ECF provides the user with several report options.  After selecting the Reports feature from the **Blue** menu bar, ECF opens the Reports screen depicted below.



If Civil Cases or Docket Sheet is selected from the screen depicted above, ECF will ask the user to login to PACER.  Court Calendar Events for a case may be viewed without logging into PACER.

### A.    Docket Sheet

1.    Click on the **Docket Sheet** hyperlink and ECF opens the **PACER** login screen.

2.    Enter the **PACER** login and password.  Click on the **[Login]** button and ECF will open the Docket Sheet report query window depicted below.

3.    This is the same query window that ECF displays when **Docket Report** was selected from the **Query** feature.  Enter the case number for the docket sheet in the **Case Number** field.  Select parameters for the remainder of the data entry fields and click on the **[Run Report]** button.

ECF will display a full docket sheet for the case selected. See the **Query** feature section of this manual for a depiction of a partial docket sheet report. If a complete docket sheet is not needed, the query can be narrowed by using the date filed/entered fields. ECF also offers various sorting options from the Docket Sheet query screen.

**B.    Civil Cases Report**

1.    The **Civil Cases** report provides the flexibility to query the ECF database to locate cases electronically filed within a specific date range, or by Nature of Suit and Cause Code. Click on the **Civil Cases** hyperlink and ECF displays a query screen as depicted here.



*Note: If a user is not logged into PACER, ECF will display the PACER login screen. Login to PACER and ECF will open the Civil Cases Report screen.*

2.    Enter the range of case filing dates for the report and select a Nature of Suit or Cause Code to narrow the search. If all fields are left blank, ECF will display a report for all cases opened in ECF. This picture depicts part of a report of all cases filed in ECF at the U.S. District Court from 1/21/04 through 6/1/04.

| Civil Cases Report | | | |
|---|---|---|---|
| **U.S. District Court [TRAIN] -- District of Delaware [Train]** Filed Report Period: 1/21/2004 - 6/1/2004 | | | |
| Case Number/Title | Case Dates | Days Pending | Notes |
| 0:93-cv-00488 U.S. Widgets Inc. v. International Gadgetry Corporation | *Case filed: 04/15/2004* | 172 | *Cause:* 28:2201 Constitutionality of State Statute(s) *NOS:* 830 Patent *Office:* Wilmington *Presider:* Unassigned *Jury demand:* Both |
| 0:94-cv-00139 Spaghetti v. Lasagna | *Case filed: 05/06/2004* | 151 | *Cause:* 28:1651 Petition for Writ of Mandamus *NOS:* 540 Mandamus & Other *Office:* Wilmington *Presider:* Unassigned *Jury demand:* None |
| 0:95-mc-00054 Rolotch v. Arew Corporation | *Case filed: 05/06/2004* | 151 | *Cause:* Civil Miscellaneous Case *NOS:* 890 Other Statutory Actions *Office:* Wilmington *Presider:* Unassigned *Jury demand:* None |
| 0:96-mc-00060 Hamburger v. Pizza | *Case filed: 05/06/2004* | 151 | *Office:* Wilmington *Presider:* Unassigned |

The far-left column of the Cases Filed report contains hyperlinked case numbers. Click on a particular case number and ECF opens the **Docket Sheet** report window from which the docket sheet for the selected case can be retrieved. Follow the instructions in the previous section for a Docket Sheet report.

## XII.  Utilities Feature

The **Utilities** feature provides the means for users to maintain their account in ECF and to view all of their ECF transactions.



### A.    Your Account

This section of the **Utilities** feature provides the capability to maintain certain aspects of a user's ECF account with the Court and to view a log of all his or her transactions within ECF.

1.    Maintain Your Account

Click on the **Maintain your Account** hyperlink to open the **Maintain User Account** information screen.

This screen displays all of the registration information that is contained within the ECF database for the user's account with the Court. This includes Bar Identification and Bar status. **USERS WILL BE REQUIRED TO UPDATE THEIR INFORMATION, INCLUDING MAILING ADDRESS, PHONE NUMBER AND E-MAIL ADDRESS WHENEVER THERE IS A CHANGE.**

---

*CM/ECF User's Manual*                                                              **District of Delaware**



2.  Clicking on the **[E-mail information]** button opens the following screen.

3.  ECF will e-mail to parties their **NEF** based upon the information entered
    in this screen.  Perform the following steps to enter additional e-mail
    addresses for individuals who ECF should notify regarding new case
    pleadings and documents.

    a)  From the screen depicted in below, enter a check mark by clicking
    on the box to the left of the line, which reads "**to these additional
    addresses**".

    b)  Enter the e-mail addresses of individuals to notify concerning ECF
    activity.  This data entry field has a capacity of 250 characters for
    approximately ten E-mail addresses.

    c)  Stipulate the format of the ECF notices by selecting a choice from
    the bottom of the screen.

    d)  To enter completely new information about a user account, select
    the **[Clear]** button to clear the fields on this screen.

    e)  After updating the account information, click on the **[Return to
    Account screen]** button to return to the **Maintain User Account**
    screen.



4.  View Your Transaction Log

    From the **Utilities** screen, click on the **[View your Transaction Log]**
    button.  ECF opens a screen with two fields for entering the Date
    Selection Criteria for a Transaction Log Report.  Enter the date range for

the report and click on the **[Submit]** button. ECF displays a report of all transactions in ECF within the date range specified for Date Selection Criteria. See the figure below for a sample transaction log report.



Use this feature of ECF to review transactions and to verify that:

a)    All of the transactions entered are reflected in the Transaction Log.
b)    No unauthorized individuals have entered transactions into ECF with the user's login name and password.

**B.    Miscellaneous**

ECF provides three **Miscellaneous** functions within the Utilities feature of the system:

1.    Legal Research.

Click on the **Legal Research** hyperlink from the **Miscellaneous** screen and ECF opens a new screen that contains hyperlinks to a Law Dictionary, a Medical Dictionary, and Westlaw via the Internet.

2.    Mailings.

There is also a **Mailings** hyperlink that opens a new screen for making or requesting mailings from ECF.

3.    Verify a Document.

Select the **Verify a Document** hyperlink to open a query screen and enter data in the screen fields to locate a particular document attached to a specific case number.

---

*CM/ECF User's Manual*                                                                      **District of Delaware**

XIII.  **Logout**

After completing all transactions for a particular session in ECF, a user should exit from the system.

Click on the **Logout** hyperlink from the ECF **Blue** menu bar.  ECF will log the user out of the system and return to the ECF login screen.



XIV.  **Additional Information Regarding ECF**

A.  **Copy Requirements**

In instances where the Local Rules or Scheduling Orders provide for the filing of an additional copy, a courtesy paper copy of an electronically filed document shall be delivered to the Clerk's Office by the next business day.  Motions for admission pro hac vice shall not require a courtesy paper copy.

B.  **Proof of Service**

In cases involving pro se parties, all documents filed using CM/ECF shall include a certificate of service identifying the manner in which the service on each party was accomplished. A sample certificate of service form is attached as attachment A.  In cases in which all parties and/or counsel are registered as users with CM/ECF, the NEF shall serve as the certificate of service of the filed document, and a separate certificate of service shall not be filed.

C.  **Sealed Documents**

Documents ordered to be placed under seal must be filed in hard copy in the traditional manner, rather than electronically.  However, for civil cases, redacted versions of the sealed documents shall be filed electronically with 5 business days of the filing of the sealed document.  A motion to file documents under seal may be filed electronically unless prohibited by law.  The order of the Court authorizing the filing of documents under seal may be filed electronically unless prohibited by law.  A paper copy of the order must be attached to the documents under seal and be delivered to the Clerk of Court.

D.  **Paper Documents**

The following documents **shall be filed only on paper**:

1.  Administrative records in social security cases and in other administrative review proceedings,

2.  State Court records and other Rule 5 materials in habeas corpus cases filed in 28 U.S.C. §2254 proceedings,

---

3.    Documents exceeding 4 megabytes,

4.    Medical Records (shall be filed under seal with no redacted version)

5.    Initial papers of a criminal nature such as the indictment, information, criminal complaint and application for search warrant, as well as any superseding indictment or information.

E.    **Privacy**

1.    To address the privacy concerns created by Internet access to Court documents, unless otherwise ordered by the Court, certain personal data identifiers in pleadings and other papers shall be redacted as follows:

a)    Names of minor children - only initials shall be used;
b)    Social security numbers - only the last four digits shall be used;
c)    Dates of birth - only the year shall be used;
d)    Financial account numbers - only the last four digits shall be used;
e)    Home addresses - only the city and state shall be used in criminal cases

2.    A sealed and otherwise identical document containing the un-redacted personal data identifiers may be filed in paper format along with the required redacted document.  The sealed document will be retained by the Court as a part of the record.

3.    It is not the responsibility of the Clerk's Office to review each document to determine if pleadings have been modified and are in the proper form. The responsibility for redacting personal identifiers rests solely with counsel and the parties.

4.    Caution shall also be exercised when filing documents that contain the following:

a)    Personal identifying numbers, such as driver's license numbers;
b)    Medical records, treatment and diagnosis; (shall be filed under seal with no redacted version)
c)    Employment history;
d)    Individual financial information;
e)    Proprietary or trade secret information;
f)    Information regarding cooperation with the government;
g)    Victim information; and
h)    National security information.

F.    **Documents in cases referred to Alternative Dispute Resolution/Mediation**

Continue to file documents in accordance with the existing practices and procedures for conventional filing as determined by the U.S. Magistrate Judge or other mediator.  Any questions on filing ADR/Mediation documents in a case assigned to a Judicial Officer should be directed to the Chambers of the U.S. Magistrate Judge or office of the designated Special Master or mediator.

**Attachment 1**

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_____

V.                          CASE NO. _____

_____


## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only:


The original documents are maintained in the case file in the Clerk's Office.


_____              _____
Date                          Attorney for

                             _____

                             _____

                             _____

Attachment 2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, I electronically filed _____ with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following:

_____. I hereby certify that on _____, I have mailed by United States

Postal Service, the document(s) to the following non-registered participants:

_____.

/s/ Name of Attorney
Law Firm Name
Address
Law Firm Phone Number
Attorney's E-mail Address

# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_REVISED_ ADMINISTRATIVE PROCEDURES GOVERNING
FILING AND SERVICE BY ELECTRONIC MEANS

### ELECTRONIC FILING and PDF

Electronic Filing is the process of uploading a document from a user's computer, utilizing the Court's Internet-based Case Management and Electronic Case Filing (CM/ECF) system, to file the document in the Court's case file.  CM/ECF accepts documents in a portable document format (PDF).

Electronically converted PDF's are created from word processing documents (MS Word, WordPerfect, etc) using Adobe Acrobat or similar software.  They are text searchable and their file size is small.  Scanned PDF's are created from paper documents run through an optical scanner. Scanned PDF's are not searchable and have a large file size.

PDF documents filed electronically shall not exceed 4 megabytes in size.

--------

### ADMINISTRATIVE PROCEDURES

(A)    **General Information**

(1)    **Effective March 1, 2005, all documents submitted for filing in both new and pending civil and criminal cases,** except those documents specifically exempted in subsection (G) of these procedures, shall be filed either electronically using CM/ECF or on a properly labeled 3.5" floppy or compact disk in PDF so that the document can be added to the electronic case file.

(2)    The official Court record in CM/ECF cases shall be the electronic file maintained on the Court's servers, together with any paper attachments and exhibits filed in accordance with these procedures.

(3)    In instances where the Local Rules or Scheduling Orders provide for the filing of an additional copy, a courtesy paper copy of an electronically filed document shall be delivered to the Clerk's Office by the next business day.  Motions for admission _pro hac vice_ shall not require a courtesy paper copy.

(4)    The Clerk's Office may discard the PDF disk after it has been uploaded to CM/ECF.

(5)     All documents filed by electronic means must comply with technical standards, if any, established by the Judicial Conference of the United States or by this Court.

**(B)     Registration**

(1)     All users of CM/ECF must register with the Court to receive a log-in and password.  Registration information is available on the Court's web page at www.ded.uscourts.gov.

(2)     Attorneys admitted to the bar of this Court, including those authorized to represent the United States, shall register as users of CM/ECF prior to filing any pleadings.  Prior to registration, attorneys must attend a training session sponsored by the Court.  Registration shall continue to be effective provided the user remains a bar member in good standing.

(3)     An attorney retained in a criminal case who is not admitted to the bar of this Court shall register as a user of CM/ECF solely for purposes of the criminal action.   Registration requires identification of the case as well as the name, address, telephone number and Internet e-mail address of the attorney.  Familiarity with Delaware's CM/ECF practices and procedures will be required.

(4)     Upon approval of the judge, a party to a case who is not represented by an attorney may register as a user of CM/ECF solely for purposes of the action.  Registration requires completion of a court-provided training course, identification of the case as well as the name, address, telephone number and Internet e-mail address of the party.  If, during the course of the case, the party retains an attorney who appears on the party's behalf, the attorney must advise the Clerk of Court to terminate the party's registration as a user upon the attorney's appearance.

(5)     A user registered in CM/ECF shall not allow another person to file a document using his or her log-in and password, except as an authorized agent of the user.  Use of a user's log-in and password by an authorized agent shall be deemed to be the act of the user.  Attorneys who are not admitted to the bar of this Court or admitted solely pro hac vice shall not be considered authorized agents.

(6)     Registration constitutes consent to service of all documents by electronic means as provided in these procedures.

**(C)     Filing and Service of Civil and Miscellaneous Case Opening Documents**

(1)     Beginning February 1, 2008, civil and miscellaneous case opening documents, such as a complaint, petition, or notice of removal, together with a summons, civil cover sheet, Rule 7.1 disclosures, and any accompanying motions, may be filed electronically into case number 99-mc-9999 (a holding case for initial

documents), provided that, in instances in which a filing fee is due, the user is either paying via credit card, or submitting an application to proceed without prepayment of fees. The option to file case opening documents electronically is a pilot program that will be re-evaluated six months after its inception. As an alternative, case opening documents can also be filed with the Clerk's Office during regular business hours by delivering the documents both in paper format and on a properly labeled 3.5" floppy or compact disk in PDF.

    (2)    The Clerk's Office will return to counsel for the plaintiff a signed and sealed summons for service of process. A party may not electronically serve a civil complaint, but shall effect service in the manner consistent with Fed.R.Civ.P.4.

**(D)**    **Electronic Filing**

    (1)    Electronic transmission of a document to CM/ECF, together with the transmission of a Notice of Electronic Filing (NEF) from the Court, constitutes filing of the document for all purposes of the Federal Rules of Civil Procedure and constitutes entry of the document on the docket maintained by the Clerk pursuant to Fed.R.Civ.P.58, Fed.R.Civ.P.79 and Fed.R.Crim.P.55.

    (2)    Before filing a scanned document with the Court, a user must verify its legibility.

    (3)    A document filed electronically shall be deemed filed at the time and date stated on the NEF received from the Court. CM/ECF will calculate all response deadlines from the date on the NEF.

    (4)    All pleadings filed electronically shall be titled in accordance with the approved dictionary of civil or criminal events listed in CM/ECF.

**(E)**    **Service of Electronically Filed Documents**

    (1)    Whenever a pleading or other document is filed electronically, CM/ECF will automatically generate and send a NEF to the user and to all other attorneys or parties of record who are registered as users in CM/ECF. The user(s) shall retain a paper or digital copy of the NEF, which shall serve as the Court's datestamp and proof of filing.

    (2)    Transmission of the NEF shall constitute service of the filed document and shall be deemed to satisfy the requirements of Fed.R.Civ.P.5(b)(2)(D), Fed.R.Civ.P.77(d), Fed.R.Crim.P.49(b) and D. Del. LR 5.2.

    (3)    Attorneys who have not yet registered as users with CM/ECF, as well as pro se litigants not registered with CM/ECF, shall be served a paper copy of any electronically filed pleading or other document in accordance with the provisions of Fed.R.Civ.P.5.

(4)     In cases involving pro se parties, all documents filed using CM/ECF shall include a certificate of service identifying the manner in which the service on each party was accomplished.  A sample certificate of service form is attached as Form A.

(5)     Service by electronic means shall be treated the same as service by mail for the purpose of adding three (3) days to the prescribed period to respond in accordance with Fed.R.Civ.P.6(e).

**(F)     Deadlines**

Filing documents electronically does not in any way alter any filing deadlines.  All electronic transmissions of documents must be completed prior to midnight, Eastern Time, in order to be considered timely filed that day.  Where a specific time of day deadline is set by Court order or stipulation, the electronic filing must be completed by that time.  When CM/ECF calculates a deadline that is less than 11 days, it will exclude intermediate weekends and holidays.  Excluded holidays will consist of all federal holidays as well as holidays appointed by the State of Delaware, such as Election Day, the day after Thanksgiving and Good Friday.   CM/ECF will also add 3 calendar days for mailing as prescribed in section (E)(5) of these procedures.

**(G)     Special Filing Requirements and Exceptions**

(1)     Documents ordered to be placed under seal must be filed in hard copy in the traditional manner, rather than electronically.  However, for civil cases, redacted versions of the sealed documents shall be filed electronically within 5 business days of the filing of the sealed document.  **Unless otherwise ordered, courtesy copies of redacted versions of sealed documents shall not be filed**.  A motion to file documents under seal may be filed electronically unless prohibited by law.  The order of the Court authorizing the filing of documents under seal may be filed electronically unless prohibited by law.  A paper copy of the order must be attached to the documents under seal and be delivered to the Clerk of Court.

(2)     The following documents **shall be filed only on paper**:

(a)     Administrative records in social security cases and in other administrative review proceedings;

(b)     The State Court record and other Rule 5 materials in habeas corpus cases filed in 28 U.S.C. §2254 proceedings;

(c)     Documents exceeding 4 megabytes;

(d)     Medical records (shall be filed under seal with no redacted version);

(e)     Initial papers of a criminal nature such as the indictment, information, criminal complaint, application for search warrant, as well as any superseding indictment or information.

(3)     The following documents **may be scanned by counsel** and filed using CM/ECF, **or filed on paper:**

     (a)     Fed.R.Civ.P.4 executed service of process documents; and
     (b)     Attachments to filings (See subsection (J)).

(4)     A notice of appeal may be filed using CM/ECF.  The applicable filing fee must be remitted to the Clerk's Office within 24 hours (excluding weekends, holidays, and days the Court is closed) of filing the notice of appeal.  As an alternative, counsel may elect to pay the filing fee by credit card using CM/ECF.  A motion for leave to proceed in forma pauperis may be filed using CM/ECF at the time that the notice of appeal is filed.

(5)     An attorney may apply to the Court for permission to file paper documents.

**(H)     Signature**

(1)     Attorneys

The user log-in and password required to submit documents to CM/ECF shall serve as that user's signature for purposes of Fed.R.Civ.P.11 and for all other purposes under the Federal Rules of Civil Procedure and the Local Rules of this Court.  All electronically filed documents must include a signature block and must set forth the attorney's name, address, telephone number and e-mail address. The name of the CM/ECF user under whose log-in and password the document is submitted must be preceded by a "/s/" and typed in the space where the signature would otherwise appear.

(2)     Multiple Signatures

The filer of any document requiring more than one signature (e.g., stipulations, joint status reports) must list thereon all the names of other signatories by means of a "/s/"_____block for each.  By submitting such a document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically.  The filing attorney shall retain any records evidencing this concurrence for future production, if necessary, until two (2) years after the expiration of the time for filing a timely appeal.  A non-filing signatory or party who disputes the authenticity of an electronically filed document containing multiple signatures must file an objection to the document within ten days of the date on the NEF.

(3)     Affidavits

Affidavits shall be filed electronically; however, the electronically filed version

must contain a "/s/_____" block indicating that the paper document bears an original signature.  By submitting such a document, the filing attorney certifies that each of the other signatories has expressly agreed to the form and substance of the document and that the filing attorney has their actual authority to submit the document electronically.  The filing attorney shall retain the original for future production, if necessary, for two (2) years after the expiration of the time for filing a timely appeal.

(I)     **Privacy**

To address the privacy concerns created by Internet access to Court documents, unless otherwise ordered by the Court, certain personal data identifiers in pleadings and other papers shall be redacted as follows:

(1)     Names of minor children - only initials shall be used;

(2)     Social security numbers - only the last four digits shall be used;

(3)     Dates of birth - only the year shall be used;

(4)     Financial account numbers - only the last four digits shall be used;

(5)     Home addresses - only the city and state shall be used in criminal cases.

A sealed and otherwise identical document containing the un-redacted personal data identifiers may be filed in paper format along with the required redacted document.  The sealed document will be retained by the Court as a part of the record.

**NOTE:**  It is not the responsibility of the Clerk's Office to review each document to determine if pleadings have been modified and are in the proper form.  The responsibility for redacting personal identifiers rests solely with counsel and the parties.

Caution shall also be exercised when filing documents that contain the following:

- Personal identifying numbers, such as driver's license numbers;
- Medical records, treatment and diagnosis (shall be filed under seal with no redacted version);
- Employment history;
- Individual financial information;
- Proprietary or trade secret information;
- Information regarding cooperation with the government;
- Victim information; and
- National security information.

(J)     **Attachments to Filings and Exhibits (other than hearing and trial exhibits)**

    (1)     Attachments to filings and exhibits must be filed in accordance with the Court's CM/ECF User Manual, unless otherwise ordered by the Court.

    (2)     Users shall not attach as an exhibit any pleading or other paper already on file with the Court in that case, but shall merely refer to that document by file date and docket item number when applicable.

    (3)     Attachments and exhibits larger than 4 megabytes may be filed electronically in separate 4 megabyte segments or may be bound and submitted in conventional format. The filing party must serve copies on all other parties in the manner in which the documents were filed with the Court.

(K)     **Orders and Judgments**

    (1)     Proposed orders may be submitted electronically in PDF. All proposed orders must be either attached as an exhibit to a motion or stipulation, or contained within the body of a stipulation.

    (2)     A judge or deputy clerk, if appropriate, may grant routine orders by a text-only entry upon the docket. In such instances, no PDF document will be issued; the text-only entry shall constitute the Court's only order on the matter and counsel will receive a system-generated NEF.

    (3)     All orders, decrees, judgments, and proceedings of the Court filed electronically will constitute entry on the docket kept by the Clerk under Fed.R.Civ.P. 58 and 79.

(L)     **Facsimile Transmissions**

No pleadings or other documents shall be submitted to the Court for filing by facsimile transmission without prior leave of Court.

(M)     **Technical Failures**

A user whose filing is made untimely as the result of a technical failure may seek appropriate relief from the Court.

(N)     **Pro Se Litigation**

A party to a case who is not represented by an attorney may file and serve all pleadings and other documents on paper. Upon approval of the judge, a pro se party may register as a user of CM/ECF in accordance with subsection (B) of these procedures.

**(O)     Access to Electronically Stored Documents**

A person may review at the Clerk's Office filings that have not been sealed by the Court. A person also may access CM/ECF at the Court's Internet site, www.ded.uscourts.gov, by obtaining a PACER log-in and password.  A person who has PACER access may retrieve docket sheets and documents.  Only a user under subsection (B) of these procedures may file documents.

# Form A

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on         , I electronically filed                 with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:            . I hereby certify that on          ,I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

/s/Name of Attorney
Law Firm Name & Address
Law Firm Phone Number
Attorney's E-mail Address