IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 08-104-SLR |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

### DECLARATION OF MONTÉ T. SQUIRE, ESQ.

I, Monté T. Squire, Esq., hereby declare as follows:

1. I am an associate of the law firm of Young Conaway Stargatt & Taylor, LLP, Delaware counsel of record for Plaintiff Motorola, Inc. ("Motorola") in the above captioned action. I submit this declaration based upon personal knowledge and attest to the truth of each statement contained therein, and in support of Motorola's Answering Brief In Opposition To Research In Motion Ltd.'s and Research In Motion Corp.'s (collectively, "RIM") Motion To Transfer Venue Pursuant To 28 U.S.C. § 1404(a).

2. True and correct copies of the following documents are attached hereto as Exhibits to this declaration:

  Exhibit A: Email from June Sutton to Monté Squire, Esq., *et al.*, dated February 16, 2008

  Exhibit B: Notice of Electronic Filing

  Exhibit C: *Electronic Filing Tips For Attorneys*, http://www.ded.uscourts.gov/Index.htm (as posted February 17, 2008)

1

Exhibit D:   Copy of Corrected Docket for C.A. No. 08-104-SLR-LPS

3. On Saturday, February 16, 2008 at approximately 12:07 a.m.. EST, I received an email from June M. Sutton, which contained a copy of the Notice of Electronic Filing of the Complaint in this case. (The email received from Ms. Sutton is attached hereto as Exhibit A and the Notice of Electronic Filing (the "NEF") is attached hereto as Exhibit B.)

4. After reviewing the NEF, I noticed an error in that the NEF stated that the Complaint was "entered" on February 16, 2008, but then further stated that the Complaint was "filed on 2/15/2008." It was clear to me that the "2/15/2008" date was not correct because Ms. Sutton specifically waited until 12:01 a.m. EST on Saturday, February 16, 2008, as she had been instructed, to select the "next" button and to proceed with the filing of the Complaint.

5. Pursuant to the Electronic Filing Tips For Attorneys (posted on the D. Del. Website and attached hereto as Exhibit C), which requires that when "an error is discovered, the filer should contact the [Clerk's office] prior to attempting to re-file a document" (*id.* at 1) and that correcting electronic entries "be made by Court personnel" (*id.*), I contacted the Court Clerk for D. Del. (the "Clerk") by telephone when the office next opened at 8:30 a.m. on Tuesday, February 19, 2008[1] to notify the Clerk of the error and to request that the official filing date and court docket be corrected.

6. On Tuesday, February 19, 2008 at approximately 4:25 p.m., the Clerk's office contacted me by telephone and advised that it would be correcting the docket in this action to accurately reflect the February 16, 2008 filing date for the filing of the Complaint and ancillary papers. A copy of the corrected docket is attached hereto as Exhibit D.

---

[1]   The Clerk's office was closed for President's day on Monday, February 18, 2008.

2

3

      I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

                                                          _____
                                                            Monté T. Squire, Esq.

Case 1:08-cv-00104-SLR    Document 25    Filed 04/30/2008    Page 3 of 4

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on April 30, 2008, true and correct copies of the foregoing document will be served by e-mail and hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

### **BY E-MAIL**

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA  94304

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>/s/ Monté T. Squire
>_____
>Josy W. Ingersoll (No. 1088)
>Elena C. Norman (No. 4780)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801
>Telephone:  (302) 571-6600
>msquire@ycst.com

# EXHIBIT A

Case 1:08-cv-00104-SLR   Document 25-2   Filed 04/30/2008   Page 1 of 15

## Squire, Monté

| | |
|---|---|
| **From:** | Sutton, June |
| **Sent:** | Saturday, February 16, 2008 12:07 AM |
| **To:** | 'Norman.Beamer@ropesgray.com'; 'Richard.Wulff@motorola.com'; 'paul.schoenhard@ropesgray.com'; 'nicole.jantzi@ropesgray.com'; 'jesse.jenner@ropesgray.com'; 'Charlotte.whitaker@motorola.com'; Ingersoll, Josy; Norman, Elena; Squire, Monté |
| **Cc:** | Meyer, John |
| **Subject:** | Motorola, Inc. v. Research In Motion Limited, et al. - Complaint for Declaratory Relief and related papers |
| **Attachments:** | Motorola 7.1 Disclosure.pdf; Motorola Civil Cover Sheet.pdf; Motorola Complaint.pdf; Summons to RIM Corp.pdf; Summons to RIM Ltd Canada.pdf; Summons to RIM Ltd Secretary of State.pdf |

Please see the attached.

     

Motorola 7.1 Disclosure.pdf (1...    Motorola Civil Cover Sheet.pdf...    Motorola Complaint.pdf (3 MB    Summons to RIM Corp.pdf (26 KB...    Summons to RIM Ltd Canada.pdf ...    Summons to RIM Ltd Secretary o...

## U.S. District Court

## District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Norman, Elena on 2/16/2008 at 0:01 AM EST and filed on 2/15/2008

**Case Name:**     Plaintiff(s) v. Defendant(s)

**Case Number:**   1:99-mc-9999

**Filer:**

**Document Number:**   11

**Docket Text:**
COMPLAINT - Motorola, Inc. v. Research In Motion Limited, et al.. Filing fee $ 350, receipt number 412682. (Attachments: # (1) Exhibit A-E# (2) Civil Cover Sheet # (3) Summons Forms - Unsigned # (4) Summons Forms - Unsigned # (5) # (6))(Norman, Elena)

**1:99-mc-9999 Notice has been electronically mailed to:**

**1:99-mc-9999 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

1

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-0]
[729cb09c5c6dea88ffba477dd6677345dd900cce116219549ca4c079b7d795dbce50
f9bfa83b57aeff5e415c910a70be71c352134e8a1341213b9c1a8e5c932a]]
**Document description:** Exhibit A-E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-1]
[b5202ad55145de4c0ad7f60c10f6a982f4b2dce9c9a532f821d8cb876967b41d5563
26fd316e439b966f0ae4c6f60f30f39e7d484da7d1d0b8c2694a387a5063]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-2]
[00351614a35a1f14db88a89f8f85c0b54ef82b0b209259af169a13013dbef5f89539
38d21379b6ee48c7a1ff95fe76e1ec6151fa780db20af1a597c4c9e55478]]
**Document description:** Summons Forms - Unsigned
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-3]
[a019d31362469d6255f36dc2ae1028ec86448466230463c46c297ba7206a01948ba3
5f334b1b5814065422aec751a8b8a72f1008c25b5ed846c7fab8fb91101c]]
**Document description:** Summons Forms - Unsigned
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-4]
[e4cc2803c1b6d9a551a2cceb3b5fe49f35fa56ff5cab1977a174a47aa537bed59fb9
6840e8d809942161debbec4334249976157c5252635ac499f6e06cfec5a6]]
**Document description:**
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-5]
[ab650f5d547fb3c491c04a469350d43683b2d508b61a8a0951aef8d89794dfb28948
ce9a8381320dbaa92c496d85de6771302227a5435b5221585206b5ed758d]]
**Document description:**
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-6]
[62a321c29854de1ed6484ce645ab08e4952cdb0dd44fa990752a854684e696f9536d
6f5bce27b8471c5c785beb4bb4798801f1c8af539df72f9e2f29e5a7188c]]

June M. Sutton
Paralegal
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Phone: 302-576-3580
Facsimile: 302-576-3546
JSutton@ycst.com

# EXHIBIT B

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered by Norman, Elena on 2/16/2008 at 0:01 AM EST and filed on 2/15/2008

**Case Name:**         Plaintiff(s) v. Defendant(s)

**Case Number:**       1:99-mc-9999

**Filer:**

**Document Number:**   11

**Docket Text:**
COMPLAINT - Motorola, Inc. v. Research In Motion Limited, et al.. Filing fee $ 350, receipt number 412682. (Attachments: # (1) Exhibit A-E# (2) Civil Cover Sheet # (3) Summons Forms - Unsigned # (4) Summons Forms - Unsigned # (5) # (6))(Norman, Elena)

**1:99-mc-9999 Notice has been electronically mailed to:**

**1:99-mc-9999 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-0]
[729cb09c5c6dea88ffba477dd6677345dd900cce116219549ca4c079b7d795dbce50
f9bfa83b57aeff5e415c910a70be71c352134e8a1341213b9c1a8e5c932a]]
**Document description:** Exhibit A-E
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-1]
[b5202ad55145de4c0ad7f60c10f6a982f4b2dce9c9a532f821d8cb876967b41d5563
26fd316e439b966f0ae4c6f60f30f39e7d484da7d1d0b8c2694a387a5063]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-2]
[00351614a35a1f14db88a89f8f85c0b54ef82b0b209259af169a13013dbef5f89539
38d21379b6ee48c7a1ff95fe76e1ec6151fa780db20af1a597c4c9e55478]]
**Document description:** Summons Forms - Unsigned
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-3]
[a019d31362469d6255f36dc2ae1028ec86448466230463c46c297ba7206a01948ba3
5f334b1b5814065422aec751a8b8a72f1008c25b5ed846c7fab8fb91101c]]
**Document description:**Summons Forms - Unsigned
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-4]
[e4cc2803c1b6d9a551a2cceb3b5fe49f35fa56ff5cab1977a174a47aa537bed59fb9
6840e8d809942161debbec4334249976157c5252635ac499f6e06cfec5a6]]
**Document description:**
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-5]
[ab650f5d547fb3c491c04a469350d43683b2d508b61a8a0951aef8d89794dfb28948
ce9a8381320dbaa92c496d85de6771302227a5435b5221585206b5ed758d]]
**Document description:**
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/16/2008] [FileNumber=521515-6]
[62a321c29854de1ed6484ce645ab08e4952cdb0dd44fa990752a854684e696f9536d
6f5bce27b8471c5c785beb4bb4798801f1c8af539df72f9e2f29e5a7188c]]

# EXHIBIT C

UNITED STATES DISTRICT COURT  Rev. 2/08
FOR THE DISTRICT OF DELAWARE

**ELECTRONIC FILING TIPS FOR ATTORNEYS**

**APPEALS:** Parties now have the option of paying the filing fee for a Notice of Appeal by credit card or by direct debit. After filing the appeal, please select "Appeal - Credit Card Payment", which is the first option listed in the Appeals menu. Please also note that electronic versions of the Transcript Purchase Order are available on the District Court website at www.ded.uscourts.gov.

**ATTACHMENTS:** When adding an attachment to a document, CM/ECF will now require the user to select an attachment category and/or add a description correlating to the attachment.

**BRIEFING IN BANKRUPTCY APPEAL CASES:** Special docket codes for briefing in Bankruptcy Appeal cases can be found under the category entitled Appeals - Bankruptcy and Circuit.

**CERTIFICATES OF SERVICE** shall not be filed in cases in which all parties and/or counsel are registered as users with CM/ECF since the NEF shall serve as the certificate of service. If the parties to a case are not all participants in CM/ECF, or if a document must be filed in paper format, then a certificate of service should be included as either the last page of the main document or as an attachment to the main document.

**CORRECTING ENTRIES** can be made by Court personnel. If an error is discovered, the filer should contact the Help Desk at 302-573-6170 prior to attempting to re-file a document.

**COUNSEL OF RECORD:** It is the practice of the Clerk's Office to enter as counsel of record the first-listed attorney on a pleading. If additional attorneys wish to appear on the docket, their names can be added by filing an Entry of Appearance or by contacting the Help Desk at 302-573-6170.

**COURTESY COPIES:** If the Local Rules require the filing of an original plus a copy, then the electronically filed document will serve as the original. A courtesy copy of the document, in paper format, should be filed with the Clerk of Court. Each individual document should have attached to it a copy of its Notice of Electronic Filing (NEF) or, as an alternative, the docket item number should be listed on the front of each copy. Envelopes and cover letters addressed to the Judge are not needed. Courtesy copies of **briefs** should be bound at the left in accordance with the Local Rules. The electronically filed document is all that is needed for Motions for Admission Pro Hac Vice as well as documents having no additional copy requirements prescribed by the Local Rules. Unless otherwise ordered, courtesy copies of redacted versions of sealed documents shall not be filed.

**COVER LETTERS:** When it is necessary to file a **cover letter** together with an actual document, the letter should be docketed as one entry and the document (i.e., affidavit, stipulation, proposed order) as a separate entry. An alternative would be to file the cover letter as an attachment to the pleading.

**EMAIL BOXES** on both personal computers and blackberries should be periodically checked to insure that stored messages do not exceed the storage limitations on the mailbox. The Court often receives rejected Notices of Electronic Filing (NEF) which were sent to office email addresses and blackberries that were too full to accept the NEF.

**ENTRY OF APPEARANCE:** When **entering an appearance** on behalf of a party, a screen will appear that allows an attorney to associate with the particular party or parties. The attorney entering an appearance should select all parties being represented. Towards the right of this screen, the box for "Lead" will appear unchecked and the box for "Notice" will appear checked. If the attorney will be **the** lead attorney, then he/she should check the "Lead" box. In order to receive electronic notices, the "Notice" box should remain checked. While other attorneys in the law firm may appear for purposes of a "Notice", only one attorney should be designated as "Lead".

**FILER:** The attorney account (login and password) being used for filing a document should match the attorney signature on the document being filed. All documents must contain either the electronic form of the filer's actual signature or the typed name of the filer, preceded by /s/.

**MOTIONS, BRIEFS AND APPENDICES** should be filed as three separate documents using three separate docket codes. Standard briefing on a motion should utilize the codes **Motion, Brief (Opening Brief in Support), Brief (Answering Brief in Opposition)** and **Brief (Reply)**. The codes, Response to Motion, Memorandum in Support and Memorandum in Opposition should not be used for standard briefing on a motion, as these codes are more appropriate for filers who are not a defendant or plaintiff, or if the filer is responding to something other than a motion.

**PAPER DOCUMENTS:** Counsel may elect to file a paper version of a document exceeding 4 MB that cannot reasonably be broken into segments. This is done by docketing a Notice of Filing Paper Documents in CM/ECF. The Notice of Filing will automatically be assigned a DI# by CM/ECF. The attorney will then file the paper original and any required copies with the Clerk's Office, together with the Notice of Filing. Standards for formatting, length, numbering and binding of hard copy documents will be in accordance with Local Rules, and must include a certificate of service as the last page of the document. Upon receipt, the Court will docket the paper item in CM/ECF using the actual name of the document (opening brief, appendix, etc.), and assign a separate DI#, without attaching a PDF. The DI# of the paper document will be a different DI# than that of the notice. The paper document will be considered an original document that will be maintained in a case file in the Clerk's Office.

**PDF DOCUMENTS** should be carefully checked prior to docketing to insure that they are complete, legible and do not contain confidential information. With regard to size limitations, please note that some internet service providers may add a header to a document. This could cause a 3.8 MB or 3.9 MB document to exceed the 4 MB limit.

**PRETRIAL ORDER AND RELATED DOCUMENTS:** When filing a pretrial order, jury instructions, or proposed voir dire, it is suggested that both the electronic version and two courtesy copies be filed with the Clerk's Office by the deadline prescribed in either the Local Rules or a Scheduling Order.

**RELATED CASES:** While CM/ECF permits in some instances the simultaneous docketing of a single PDF document into multiple **related cases,** this method is not recommended for briefs, responses to motions, and documents that require links to other documents on the docket sheet. To create the proper links, as well as a more accurate docket entry, a brief or response relating to multiple case numbers should be docketed separately in each of the cases.

**REVISED DOCUMENTS:** When filing a **revised version** of a document that is already on the docket sheet, to the extent possible, please use the free text box to refer to the docket item number of the document that is being revised. (Not to be confused with "REDACTED DOCUMENT", see "Sealed Documents" below for details.)

**SEALED DOCUMENTS** should not be filed as a PDF.

> In criminal cases, sealed documents should be delivered to the Clerk's Office in sealed envelopes with no electronic entry on the docket sheet. If the document requires the submission of an original plus one copy, each should be in a separate sealed envelope. The Clerk's Office will make the entry on the docket sheet.
>
> In civil cases, an electronic entry corresponding to the title of the document shall be made on the docket by the filing attorney. The attachment to this entry should be a single page noting just the words, "Sealed Document". An original plus one copy of the actual sealed document should be delivered to the Clerk's Office in sealed envelopes (See FAQ: Filing Under Seal). Within 5 business days, counsel shall electronically file a redacted version of the sealed document using the docket code for **Redacted Document** located under Other Documents. **Unless otherwise ordered, courtesy copies of redacted versions of sealed documents shall not be filed.** Please refer to the CM/ECF User Manual located on our web site at www.ded.uscourts.gov.

## SOCIAL SECURITY AND ASSET FORFEITURE CASES

Docket sheets in Social Security Cases and Asset Forfeiture Cases are available for public viewing by remote internet access using a PACER login. Documents in Social Security Cases and Asset Forfeiture Cases may be viewed via remote internet access only by counsel of record. Upon receipt of a Notice of Electronic Filing (NEF), counsel of record may proceed as follows to receive the free look at the document filed:

- Leave the NEF and go to the ECF/Pacer login screen;
- Log into ECF with the login and password of counsel of record;
- Run the Docket Report;
- Enter the Pacer login when prompted;
- Go to the document link and open it;

**TIME (COMPUTATION OF TIME):** When CM/ECF calculates a deadline that is less than 11 days, it will exclude intermediate weekends and holidays. Effective 11/22/2006, excluded holidays will consist of all federal holidays as well as holidays appointed by the State of Delaware, such as Election Day, the day after Thanksgiving and Good Friday. CM/ECF will

also add 3 calendar days for mailing, as prescribed in the <u>Administrative Procedures for Filing and Service by Electronic Means.</u>

# EXHIBIT D

https://ecf.ded.uscourts.gov/cgi-bin/DktRpt.pl?247481884771854-L_195_0-1

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00104-UNA

Motorola Inc. v. Research In Motion Limited et al  
Assigned to: Unassigned Judge  
Cause: 28:1338 Patent Infringement  

Date Filed: 02/16/2008  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Motorola Inc.**      represented by    **Elena C. Norman**  
Young, Conaway, Stargatt & Taylor  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, DE 19899-0391  
(302) 571-5029  
Email: enorman@ycst.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Research In Motion Limited**

**Defendant**

**Research in Motion Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2008 | 1 | COMPLAINT filed with Jury Demand against Research In Motion Limited, Research in Motion Corporation - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 412682.) - filed by Motorola Inc. (Transaction was not completed until 2/16/08 but the system reflects an incorrect original file date of 2/15/08 since the docket event was opened just before midnight. The correct file date is 2/16/08. (Attachments: # 1 Exhibits A-E, # 2 Civil Cover Sheet)(ead) (Entered: 02/19/2008) |
| 02/19/2008 | | Summons Issued as to Research In Motion Limited on 2/19/2008; Research in Motion Corporation on 2/19/2008. (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 2 | Disclosure Statement pursuant to Rule 7.1 filed by Motorola Inc. (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number (s) 5,664,055; 5,699,485; 6,611,254; 6,611,255; 6,919,879; (ead) (Entered: 02/19/2008) |
| 02/19/2008 | 4 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (ead) |

|  |  | (Entered: 02/19/2008) |  |
|--|--|--|--|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/19/2008 16:54:22 | | | |
| PACER Login: | yc0001 | Client Code: | 099999.1846 msqui |
| Description: | Docket Report | Search Criteria: | 1:08-cv-00104-UNA Start date: 1/1/1970 End date: 2/19/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |