IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *MOTOROLA, INC.,* | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 08-104-SLR** |
| | § | |
| *RESEARCH IN MOTION LIMITED* and | § | |
| *RESEARCH IN MOTION CORPORATION,* | § | |
| | § | |
| | § | |
| **Defendants.** | | |

## DECLARATION OF RANDALL W. MISHLER, ESQ.

I, Randall W. Mishler, Esq., depose and say:

1.    I am an attorney, a member of the State Bar of Texas, and an employee of Plaintiff Research In Motion Corporation (referred to collectively with Research In Motion Limited as "RIM"). I joined RIM in July 2005 as Senior Licensing Counsel, which is also my current title. In my present position, I am responsible for managing, negotiating, and participating in licensing matters including RIM's effort to obtain a license to the patents Motorola claims are essential to various wireless mobile communication standards. My office is at Research In Motion Corporation's headquarters in Irving, Texas. I reside in Dallas, Texas. I submit this declaration upon personal knowledge or information and belief in support of RIM's Reply In Support Of Its Motion to Transfer.

### Exhibits

2.    True and correct copies of the following documents are attached hereto as Exhibits to this Declaration:

Exhibit A:    An article published on August 11, 2003 by the *Fort Worth Star-Telegram*.

Exhibit B:    An article published on June 19, 2007 by *WirelessEurope's Daily Bulletin*.

Exhibit C:    Pages from the *Federal Register* published on March 1, 2007.

## Overlap of Issues, Documents, and Witnesses

3.       Shortly after RIM filed its complaint in the Northern District of Texas, Motorola commenced two separate cases, an action in the Eastern District of Texas, alleging that RIM is infringing the Motorola patents that are the subject of RIM's declaratory judgment claims in the Northern District, and the present action seeking a declaration that Motorola is not infringing the RIM patents that are the subject of RIM's infringement claims in the Northern District. All three actions are substantially related, and concern the same products and conduct that is the subject of the Northern District action. The claims in all three cases all relate to technologies used in mobile wireless communication devices such as the BlackBerry® and the Motorola Q and Q9.

4.       RIM's BlackBerry® series of handheld devices and Motorola's Q and Q9 series of "smart" phones are dual-mode devices that integrate both cellular telephone and data communication functionality. As such, the products at issue in the related litigations (Eastern and Northern Districts of Texas and District of Delaware) all employ various technologies that establish data connections with wireless networks, transmit data (including email) to and from a mobile wireless handset, and compress speech during mobile wireless communication. In order to understand either RIM's or Motorola's patents and the inventions covered by them, the court will need to understand how wireless data networks are set up and how they operate, and how multi-mode handset devices connect with networks to transmit both speech and data communications.

- 2 -

Declaration of Randall Mishler, Esq.

5.      The various patent, contract, and antitrust claims now pending between the parties will require an understanding and analysis of the same RIM and Motorola devices. RIM's Blackberry® devices have been accused of infringing Motorola's patents – and are relevant to RIM's claim for damages under its own patents. Motorola's Q and Q9 devices have been accused of infringing RIM's patents – and are relevant to Motorola's claim for damages based on its own patents. The parties' Blackberry®, Q, and Q9 devices are also at the center of RIM's contract and antitrust claims.

6.      Much of the same technical, financial, marketing, and licensing information will be relevant to the parties' claims. Many of the same documents pertaining to various aspects of RIM's and Motorola's products and businesses are relevant to all of the related claims. Documents relating to research and development of products and services will be relevant to questions of validity and infringement, as will documents and information related to the technical basis and operation of the products. Financial results, projections, sales, pricing, marketing, and licensing documents will be relevant not only to the damages aspects of the patent claims but to the contract and antitrust claims and a determination of a FRAND royalty rate.

7.      Similarly, there will be substantial overlap between witnesses who will have relevant information and present testimony on all claims. At a minimum, the witnesses who will testify as to the damages aspects of the patent claims are also likely to present testimony on the contract and antitrust claims.

## Connections to the Northern District of Texas

8.      Research In Motion Corporation has its principal place of business (its corporate headquarters) at 122 West John Carpenter Parkway, Suite 430, Irving, Texas. This site houses RIM's Global Department of Licensing and Standards. Irving, Texas is within the Northern District of Texas, just miles from the Dallas Division courthouse.

Declaration of Randall Mishler, Esq.

9.    RIM currently employs approximately 230 employees in its Irving headquarters, and expects the number of employees to increase significantly over the next few years. These employees perform a variety of functions and roles, including licensing, standards, development and recruiting, mechanical engineering, IT, hardware engineering, software development, manufacturing, and customer service. RIM's licensing and standards group is headquartered in the Irving facility. RIM currently leases more than 131,500 square feet of usable office space in three separate facilities in Irving, and has a right of first refusal to lease an additional 50,000 square feet of space.

10.    In addition, many RIM devices are configured, packaged, and distributed from a facility in Carrollton, Texas, located in the Northern District of Texas which has shipped over ten million BlackBerry® units.

11.    Substantially all of RIM's licensing and standards personnel, and their documents, are located in RIM's Irving headquarters. These personnel likely possess discoverable information regarding RIM's claims and defenses, including the contract and antitrust claims, and the damages issues relevant to both parties' patent claims.

12.    A significant portion of the licensing negotiations between RIM and Motorola occurred in the Northern District of Texas, including six face-to-face meetings at RIM's Irving headquarters. None of these negotiations took place in the Eastern District of Texas or Delaware.

13.    Motorola maintains a significant presence in the Northern District of Texas. Motorola employs over 1,000 people at a facility located at 5555 N Beach Street, Fort Worth, Texas. This facility is involved in the manufacturing of wireless communication devices. According to published reports, it appears that Motorola's North American center for

Declaration of Randall Mishler, Esq.

assembling, packaging, and distributing cell phones is located in Fort Worth. *See* Exs. A & B [Newspaper Articles] A recent regulatory filing on behalf of Motorola indicates that within the Fort Worth area, Motorola has facilities capable of processing up to 50 to 60 million cellular phones a year and 3,800 employees, including those of affiliates and third-party contractors. *See* Ex. C [*Federal Register*].

14.    Based on the information recorded on the face of Motorola's patents-in-suit, six of Motorola's named inventors resided in the Northern District of Texas when they filed their patent applications: Mr. Gregory Lewis Cannon (Keller), Mr. David P. Kilp (Colleyville), and Mr. Nick P. Lagen (Forth Worth), all of the named inventors of U.S. Patent No. 5,974,447; and Mr. John D. Deletic (Dallas), Mr. Vick T. Cox (Plano), and Mr. John A. Davis (Plano), all of the named inventors of U.S. Patent No. 5,706,211. Based upon publicly available information, at least Mr. Cox and Mr. Davis appear to still reside in the Northern District of Texas. Regardless of the present location of these inventors, discoverable information regarding the work they performed in Northern District of Texas in connection with the patents-in-suit likely remains in that District.

15.    Neither RIM nor, on information and belief, Motorola, has any facilities or employees located in the District of Delaware.

16.    RIM's Irving facility is located approximately 12 miles from the courthouse for the United States District Court for the Northern District of Texas, Dallas Division.

17.    Litigating all of the parties' claims in Dallas will be more convenient and less expensive for RIM and its employees than separately litigating Motorola's declaratory judgment claims separately in the District of Delaware. It will be much more convenient for RIM employees based in Irving – who will have significant relevant information and documents

- 5 -

Declaration of Randall Mishler, Esq.

related to RIM's patent, contract, and antitrust claims – to attend a trial in Dallas than in Wilmington. If RIM employees based in Irving must attend a trial in Wilmington, they will need to make overnight travel arrangements and incur expenses for accommodations, meals, and travel.

18.     RIM employees traveling from outside of Texas will also save time and expense if the trial is in Dallas instead of Wilmington due to the proximity of Dallas to RIM's Irving facility.

19.     RIM's Irving facility can provide temporary office space for visiting employees as well as access to the RIM internal computer network and other necessary resources such as assistants, conference rooms, and videoconferencing to allow these employees to continue their work during trial.

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Randall W. Mishler, Esq.

Declaration of Randall Mishler, Esq.
US1DOCS 6681396v1

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 20th day of May, 2008, I

electronically filed **DECLARATON OF RANDALL W. MISHLER IN SUPPORT OF**

**DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO TRANSFER** with the Court

Clerk using CM/ECF which will send notification of such filing(s) to:

> Josy W. Ingersoll (No. 1088)
> Elena C. Norman (No. 4780)
> Monté T. Squire (No. 4764)

I hereby further certify that on this 20th day of May, 2008, I have served this document on

the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

                                 __*/s/ Patricia Smink Rogowski*_____
                                 Patricia Smink Rogowski (Bar ID No. 2632)
                                 progowski@cblh.com

# EXHIBIT A

8/11/03 Ft. Worth Star-Telegram 1
2003 WLNR 2256894

Fort Worth Star-Telegram (Fort Worth)
Copyright (c) 2003 Fort Worth Star-Telegram. All rights reserved.

August 11, 2003

Section: Tarrant Business

Wireless network Motorola's new Alliance distribution center is in just the right place for top efficiency
ANDREA AHLES
Credits, Star-Telegram Staff Writer

FORT WORTH--Last summer, 4801 Westport Parkway in north Fort Worth was an empty warehouse with only sprinklers and exhaust fans.

Now the building is filled with hundreds of employees, several forklifts, and 16 production lines that ship out millions of wireless phones per month.

The facility, in the AllianceTexas development, is Motorola's new North American distribution center. The No. 2 wireless phone manufacturer announced in October that it was moving its center to Fort Worth. Within three months, Motorola began delivering phones to customers out of the new center.

By opening its distribution center here -- and closing its site in Harvard, Ill. -- Motorola became the latest cellphone company to relocate to take advantage of North Texas' central shipping location and proximity to other major players in the industry. Industry leader Nokia has shipped millions of cellphones from its Alliance distribution center over several years, and Samsung serves the U.S. market from its warehouse in Richardson.

Over the past three years, the cellphone industry has suffered from lower demand for its new models, forcing handset makers and wireless service providers to rethink their distribution strategy and decrease their inventories. Motorola has responded by moving its distribution center closer to its major customers and cutting the time it takes to get products out the door, said Rich Neyenesch, director of fulfillment and logistics for Motorola.

"Part of the business model is to be responsive to the ever-changing customer requirements," said Neyenesch, who manages the Fort Worth center and moved to Fort Worth from Germany, where

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

he managed another Motorola distribution facility.

"The (wireless) carriers are realizing they don't want to be in the distribution business," Neyenesch said. "They want to be able to trust their business partners, like Motorola, to get products of high quality to their customers on time."

Neyenesch said Motorola can have phones shipped to a customer within one to three days after the customer places an order.

That kind of speed was also evident in how quickly the Schaumburg, Ill.-based company got the new distribution center up and running.

The 400,000-square-foot center was built for, but never occupied by, United Parcel Service. Motorola sublet the building from UPS.

It only took 70 days for Motorola's general contractor, Lincoln Builders, to transform the site into a center ready to ship cellphones. Greg Gammill, president of Lincoln Builders' Texas division, said he had 250 workers, working mostly seven days a week, installing dock positions for trucks, creating office space and adding lighting.

At one point, Gammill said the company had to use helicopters to lift air conditioning units onto the warehouse's roof.

"The biggest challenge was just putting in the amount of work we did in such a short time," Gammill said. "It was $5.5 million worth of parts in place in a few months."

Motorola shipped the first phones out of the Fort Worth center in January. The center took over all operations from the Illinois site at the end of March. At the center, workers install software in cellphones; package them in the boxes of customers, such as AT&T Wireless, Verizon, and Sprint; and then load them on wooden pallets.

Motorola builds its wireless phones overseas but adds features such as colored face plates and packaging at distribution centers like the one in Fort Worth.

"We're driving customization down to right before it goes out the door, so what we're storing in inventory is as generic as possible," said Doug Wagner, technical operations manager for Motorola.

To meet the changing demands of its customers, Motorola employs anywhere from 750 to 1,700 employees at the distribution center. Many of them are not Motorola employees but either work on contract

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

with the company or for outside logistics companies such as UPS
that serve Motorola. Motorola would not say how many people
currently work at the center and how many the company employs.

   Although the cellphone industry in North Texas employs fewer
workers than it did during its peak in the late 1990s, Motorola's
presence demonstrates that the industry is still a crucial employer
in the Metroplex, said Terry Clower, associate director at the
Center for Economic Development and Research at the University of
North Texas.

   "Anytime you have new folks moving to town it helps prove, if
nothing else, a sense that things are still happening in the D-FW
area," Clower said. "In this case, in the Alliance corridor, you
see another company taking advantage of the opportunities of
effective distribution out of our region."

   With a cluster of cellphone makers and wireless carriers as well
as proximity to railroads and highways, Motorola said, the Fort
Worth location saves the company shipping costs. Two of its large
customers, AT&T Wireless and RadioShack, have warehouses down the
road from Motorola, Neyenesch said.

   And since Motorola relocated to the AllianceTexas development,
two of its suppliers have also moved operations to the area.

   Mike Berry, president of Hillwood Properties, which operates
AllianceTexas, said Digisource and Motivating Graphics have leased
space at the development to be closer to Motorola. Both companies
provide printed material to Motorola. They employ a few hundred
workers combined.

   "We now have the two biggest names in the cellular industry in
Nokia and Motorola," Berry said. "They're plugged into this
supply-chain cluster that we're trying to build here. Hopefully, it
will lead to other companies in their industry taking note and
moving to the area."

Andrea Ahles, (817) 390-7695 aahles@star-telegram.com

-PHOTO-
1. Photo: STAR-TELEGRAM/RALPH LAUER
William Roby checks a tray layout for packaging a shipment of
phones from the distribution facility. The new Motorola Package and
Distribution center has been open since February and packages and
ships phones to clients in North America.

2. Photo: STAR-TELEGRAM/RALPH LAUER
Ingrid Walker, left, and Sylvia Smoak place customer logos on
Motorola phones being shipped to North America clients. The
Motorola Packaging and Distribution center at Alliance is flexible

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

enough that it can ship customer phones within 30 minutes of a
request.

3. Photo:
Ingrid Walker places a logo sticker on a Motorola Flip Phone on a
tray of cellular phones being prepared for shipment.

This article is accompanied by a sidebar.
-SUMMARY-

---- INDEX REFERENCES ----

COMPANY: UNITED PARCEL SERVICE INC; MOTOROLA BROADBAND COMMUNICATIONS SECTOR; NOKIA
OYJ; ALLIANCE; MOTOROLA; RADIOSHACK CORP; SPRINT NEXTEL CORP; CENTRAL TELEPHONE CO
OF VIRGINIA; CENTEL CORP; CAROLINA TELEPHONE AND TELEGRAPH CO; MOTOROLA INC

NEWS SUBJECT: (Joint Ventures (1JO05))

INDUSTRY: (Freight Transportation Logistics & Distribution (1FR45); Wireless
Pagers & Handsets (1WI07); Telecom Consumer Equipment (1TE03); Warehousing (1WA25);
Consumer Electronics (1CO61); Phones & Answering Machines (1CO78); Business
Services (1BU80); Electronics (1EL16); Wholesale Trade & Distribution (1WH58))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); Texas (1TE14))

Language: EN

OTHER INDEXING: (ALLIANCE; HILLWOOD PROPERTIES; LINCOLN BUILDERS TEXASDIVISION;
MOTIVATING GRAPHICS; MOTOROLA; MOTOROLA FLIP PHONE; NOKIA; RADIOSHACK; RALPH; RALPH
LAUERINGRID WALKER; SPRINT; SUMMARY; UNITED PARCEL; UNIVERSITY OFNORTH TEXAS;
WIRELESS) (Andrea Ahles; Anytime; Berry; Clower; Digisource; Doug Wagner; Gammill;
Greg Gammill; LincolnBuilders; Mike Berry; Neyenesch; Photo: STAR; RichNeyenesch;
Terry Clower; TheMotorola Packaging)

EDITION: FINAL

Word Count: 1278
8/11/03 FTWTHST 1
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# EXHIBIT B

6/19/07 WirelessEurope's Daily Bull. (Pg. Unavail. Online)
2007 WLNR 11482333

                     WirelessEurope's Daily Bulletin
                Copyright 2007 Visiongain. All rights reserved.

                              June 19, 2007

            CINRAM IN MOBILE PHONE FULFILMENT DEAL WITH MOTOROLA

 Cinram announced that its indirect wholly-owned subsidiary, Cinram Wireless LLC,
has entered into a multi-year agreement with Motorola to provide fulfilment
services for mobile phones and accessories in North America.

 "We are very excited about the opportunity to work with such a well-respected
company as Motorola to streamline, automate and add value to their supply chain,"
said Cinram chief executive officer Dave Rubenstein.

 Under the agreement, Cinram will begin transitioning fulfilment operations at
Motorola's Fort Worth, Texas, facility in June 2007, and will provide picking,
packing, programming, packaging and reverse logistics for Motorola mobile phones
and accessories.

 Cinram will also transfer the existing operations from Motorola's current facility
to an expanded, custom-built Cinram Greenfield site in the Fort Worth area.
Financial terms of the agreement were not disclosed.

 "We looked at a number of third-party logistics providers and selected Cinram
because its world-class supply chain infrastructure is geared toward meeting the
complex and dynamic requirements of our industry," said Tim Cawley, SVP of
logistics for Motorola's Integrated Supply Chain. "By consolidating our North
America mobile handset supply chain operations with Cinram, Motorola will be able
to offer expanded, state-of-the-art logistic services, bringing further value to
our wireless partners and customers."

 For more on Motorola: Innovating to become the handset market leader, read the
visiongain report:
http://www.visiongainintelligence.com/reportDetail.aspx?reportId=1268

                          ---- INDEX REFERENCES ----

COMPANY: MOTOROLA BIOCHIP SYSTEMS GROUP; MOTOROLA BROADBAND COMMUNICATIONS SECTOR;
MOTOROLA

NEWS SUBJECT:  (Business Management (1BU42); Contracts & Orders (1CO29); Sales &

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Marketing (1MA51))

INDUSTRY:   (Wireless Pagers & Handsets (1WI07); Telecom Consumer Equipment (1TE03);
Consumer Electronics (1CO61); Phones & Answering Machines (1CO78); Electronics
(1EL16))

REGION:   (USA (1US73); Americas (1AM92); North America (1NO39); Texas (1TE14))

Language:   EN

OTHER INDEXING:   (CINRAM; CINRAM WIRELESS LLC; INTEGRATED SUPPLY CHAIN; MOTOROLA)
(Cinram; Cinram Greenfield; Dave Rubenstein; Tim Cawley)

Word Count: 316
6/19/07 WIRELSEURBULL (No Page)
END OF DOCUMENT

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

# EXHIBIT C

## DEPARTMENT OF AGRICULTURE

**Natural Resources Conservation Service**

**Notice of Proposed Changes for Section IV of the Field Office Technical Guide**

**AGENCY:** Natural Resources Conservation Service (NRCS), USDA.
**ACTION:** Notice and request for comments.

**SUMMARY:** It is the intention of NRCS in Maryland to issue new or revised conservation practice standards for Section IV of the Field Office Technical Guide. These standards include, but are not limited to, the following:

Animal Mortality Facility (Code 316); Brush Management (Code 314); Composting Facility (Code 317); Field Border (Code 386); Filter Strip (Code 393); Fish Passage (Code 396); Fishpond Management (Code 399); Forage Harvest Management (Code 511); Forest Stand Improvement (Code 666); Heavy Use Area Protection (Code 561); Hedgerow Planting (Code 422); Irrigation Water Management (Code 449); Manure Transfer (Code 634); Nutrient Management (Code 590); Pasture and Hay Planting (Code 512); Pest Management (Code 595); Pond Sealing or Lining, Compacted Clay Treatment (Code 521D); Prescribed Forestry (Code 409); Streambank and Shoreline Protection (Code 580); Stream Habitat Improvement and Management (Code 395); Structure for Water Control (Code 587); Surface Drain, Field Ditch (Code 607); Tree/Shrub Establishment (Code 612); Use Exclusion (Code 472); Waste Storage Facility (Code 313); Waste Utilization (Code 633); Water and Sediment Control Basin (Code 638); Watering Facility (Code 614); Windbreak/Shelterbelt Establishment (Code 380). Some of these practice standards may be used in conservation systems to comply with Highly Erodible Land and Wetland Conservation provisions of the Farm Bill.

**DATES:** Revised standards and new standards will be issued periodically during calendar year 2007. There will be a 30-day public comment period for each draft standard. Conservation practice standards will be issued as final after the close of the comment period.

**FOR FURTHER INFORMATION CONTACT:** Electronic copies will be posted on the Internet at the following address: *http://www.nrcs.usda.gov/ efotg.* Select Maryland, any county, Section IV, Draft Conservation Practice Standards. Paper copies will be mailed to persons who do not have Internet

access. Please submit requests for paper copies to Anne M. Lynn, State Resource Conservationist, Natural Resources Conservation Service, 339 Busch's Frontage Road, Suite 301, Annapolis, MD 21401.

**SUPPLEMENTARY INFORMATION:** Section 343 of the Federal Agriculture Improvement and Reform Act of 1996 states that revisions made to NRCS state technical guides used to carry out highly erodible land and wetland provisions of the law shall be made available for public review and comment. NRCS will provide a 30-day public review and comment period concerning the proposed changes. At the close of the comment period, NRCS will make a determination regarding any changes to the draft conservation practice standards, and will publish the final standards for use in NRCS field offices. The final standards will also be posted on the Internet at the following address: *http://www.nrcs.usda.gov/ technical/efotg.*

Dated: January 31, 2007.
**Virginia (Ginger) L. Murphy,**
*State Conservationist, NRCS, Annapolis, Maryland.*
[FR Doc. E7–3358 Filed 2–28–07; 8:45 am]
**BILLING CODE 3410–16–P**

## COMMISSION ON CIVIL RIGHTS

**Notice of Sunshine Act Meeting**

**AGENCY:** U.S. Commission on Civil Rights.
**DATE AND TIME:** Friday, March 9, 2007, 9 a.m.
**PLACE:** U.S. Commission on Civil Rights, 624 Ninth Street, NW., Rm. 540, Washington, DC 20425.

**Meeting Agenda**

I. Approval of Agenda.
II. Approval of Minutes of March 1, Meeting.
III. Announcements.
IV. Staff Director's Report.
V. Management and Operations.
   • Procedures for Briefing Reports.
   • Strategic Planning.
VI. Program Planning.
   • Affirmative Action in Law Schools Briefing Report.
VII. State Advisory Committee Issues.
   • Fair Housing Initiative.
   • Tennessee SAC.
VIII. Future Agenda Items.
IX. Adjourn.

**Briefing Agenda**

Domestic Wiretapping in the War on Terror.
   • Introductory Remarks by Chairman.

• Speakers' Presentation.
• Questions by Commissioners and Staff Director.
**FOR FURTHER INFORMATION CONTACT:**
Manuel Alba, Press and Communications, (202) 376–8582.

**David P. Blackwood,**
*General Counsel.*
[FR Doc. 07–980 Filed 2–27–07; 2:30 pm]
**BILLING CODE 6335–01–P**

## DEPARTMENT OF COMMERCE

**Foreign–Trade Zones Board**

**Docket 6–2007**

**Foreign–Trade Zone 196 - Fort Worth, Texas, Request for Manufacturing Authority, Motorola, Inc., (Mobile Phone Kitting)**

An application has been submitted to the Foreign–Trade Zones Board (the Board) by the Alliance Corridor, Inc., grantee of FTZ 196, requesting authority on behalf of Motorola, Inc. (Motorola) to perform mobile phone kitting under FTZ procedures within FTZ 196. The application was filed on February 16, 2007.

The Motorola facilities (3,800 employees, annual capacity for up to 50 - 60 million mobile phone sets) are located at multiple locations (including those of affiliates and third–party contractors) within Sites 1 and 2 of FTZ 196, and include 4801 Westport Parkway and 15005 Peterson Court, in Fort Worth, Texas. Motorola has requested authority to process (kit) certain imported components into mobile phone sets (2006 HTSUS 8525.20 and proposed 2007 HTSUS 8517.12 and 8517.69 - the phones enter the United States duty–free). The company may source the following potentially dutiable components from abroad (representing 95% of total materials) for processing under FTZ procedures, as described in its application: Nicad batteries (HTSUS 8507.80), power supplies (HTSUS 8504.40), lithium batteries (HTSUS 8507.30), cables (2006 HTSUS 8544.41 and proposed 2007 HTSUS 8544.42), connectors and plugs (HTSUS 8536.69), decals (3919.90), plastic holsters (HTSUS 3926.90), leather carrying cases (HTSUS 4202.31.60.00), leather pouches/cases (HTSUS 4202.91.00.90), plastic carrying cases (HTSUS 4202.92.90.60), leather straps (HTSUS 4205.00.40.00), wrist straps (HTSUS 6307.90), key pads fitted with connectors (HTSUS 8537.10), external speaker sets (HTSUS 8518.22), headsets with microphone (HTSUS 8518.30) and

hands free speaker kits (HTSUS 8518.90). Duty rates on these inputs range from duty–free to 17.6 percent, *ad valorem*.

FTZ procedures would allow Motorola to elect the finished–product duty rate for the imported components listed above. The application indicates that most of the FTZ savings would result from choosing the duty–free rate on mobile phones for imported nicad and lithium batteries (duty rates 3.4% and 2.5% *ad valorem*, respectively). The company indicates that it would also realize logistical/paperwork savings and duty–deferral savings under FTZ procedures. Motorola's application states that the above–cited savings from zone procedures could help improve the international competitiveness of its Texas facilities.

In accordance with the Board's regulations, a member of the FTZ staff has been designated examiner to investigate the application and report to the Board.

Public comment is invited from interested parties. Submissions (original and 3 copies) shall be addressed to the Board's Executive Secretary at the address below. The closing period for their receipt is April 30, 2007. Rebuttal comments in response to material submitted during the foregoing period may be submitted during the subsequent 15-day period to May 15, 2007.

A copy of the application and accompanying exhibits will be available for public inspection at each of the following locations: U.S. Department of Commerce Export Assistance Center, 808 Throckmorton Street, Fort Worth, TX 76102–6315; and, Office of the Executive Secretary, Foreign–Trade Zones Board, Room 2814B, U.S. Department of Commerce, 1401 Constitution Avenue, NW, Washington, D.C. 20230–0002.

For further information, contact Liz Whiteman at (202) 482–0473.

Dated: February 20, 2007.

**Andrew McGilvray,**
*Executive Secretary.*
[FR Doc. E7–3512 Filed 2–28–07; 8:45 am]
**BILLING CODE 3510–DS–S**

# DEPARTMENT OF COMMERCE

## Foreign–Trade Zones Board

**T–5–2006**

## Foreign–Trade Zone 196 - Fort Worth, Texas, Temporary/Interim Manufacturing Authority, Motorola, Inc. (Mobile Phone Kitting), Notice of Approval

On November 28, 2006, the Acting Executive Secretary of the Foreign–Trade Zones (FTZ) Board filed an application submitted by the Alliance Corridor, Inc., grantee of FTZ 196, requesting temporary/interim manufacturing (T/IM) authority within FTZ 196, at the mobile phone kitting facilities of Motorola, Inc., located in Fort Worth, Texas.

The application was processed in accordance with T/IM procedures, as authorized by FTZ Board Order 1347 (69 FR 52857, 8/30/04), including notice in the Federal Register inviting public comment (71 FR 70947, 12/7/06). The FTZ staff examiner reviewed the application and determined that it meets the criteria for approval under T/IM procedures. Pursuant to the authority delegated to the FTZ Board Executive Secretary in Board Order 1347, the application was approved, effective February 20, 2007, until February 20, 2008, subject to the FTZ Act and the Board's regulations, including Section 400.28.

Dated: February 22, 2007.

**Andrew McGilvray,**
*Executive Secretary.*
[FR Doc. E7–3513 Filed 2–28–07; 8:45 am]
**BILLING CODE 3510–DS–S**

# DEPARTMENT OF COMMERCE

## International Trade Administration

**A–549–813**

## Canned Pineapple Fruit from Thailand: Initiation of New Shipper Antidumping Duty Review

**AGENCY:** Import Administration, International Trade Administration, Department of Commerce.
**EFFECTIVE DATE:** March 1, 2007.
**FOR FURTHER INFORMATION CONTACT:** Myrna Lobo or Martha Douthit, AD/CVD Operations, Office 6, Import Administration, International Trade Administration, U.S. Department of Commerce, 14th Street and Constitution Avenue, NW., Washington, DC 20230; telephone: (202) 482–2371 or (202) 482–5050, respectively.
**SUPPLEMENTARY INFORMATION:**

## Background

The Department of Commerce (the Department) received a timely request from C & A Products Co., Ltd. (C&A), in accordance with 19 CFR 351.214(c), for a new shipper review of the antidumping duty order on canned pineapple fruit (CPF) from Thailand. *See Notice of Antidumping Duty Order and Amended Final Determination: Canned Pineapple Fruit from Thailand*, 60 FR 36775 (July 18, 1995). C&A identified itself as the producer and exporter of subject merchandise.

As required by 19 CFR 351.214(b)(2)(i),(ii), and (iii)(A), C&A certified it did not export CPF to the United States during the period of investigation (POI), and that it has never been affiliated with any exporter or producer that exported CPF during or after the POI. It also submitted documentation establishing the date on which C&A first shipped the subject merchandise to the United States, the volume of that first and any subsequent shipments, and the date of C&A's first sale to an unaffiliated customer in the United States. C&A states it cannot report the first entry date because the sale was to an unaffiliated customer.

## Initiation of Review

In accordance with section 751(a)(2)(B) of the Tariff Act of 1930, as amended (the Act), and 19 CFR 351.214(d)(1), and based on information on the record, we are initiating a new shipper review for C&A. *See Memorandum to the File through Barbara E. Tillman, Director, AD/CVD Operations Office 6, Import Administration from the Team*, "New Shipper Review Initiation Checklist," dated February 21, 2007 on file in the Central Records Unit, room B–099, of the main Commerce building. We intend to issue the preliminary results of this review not later than 180 days after the date on which this review is initiated, and the final results of this review within 90 days after the date on which the preliminary results are issued.

Pursuant to 19 CFR 351.214(g)(1)(i)(B), the POR for a new shipper review initiated in the month immediately following the semiannual anniversary month will be the six-month period immediately preceding the semiannual anniversary month. Therefore, the POR for this new shipper review is July 1, 2006 through December 31, 2006.

Interested parties seeking access to proprietary information in this new shipper review should submit applications for disclosure under