**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

**Patricia Smink Rogowski**
Partner
Admitted in DE and PA
Phone: (302) 658-9141
FAX (302) 658 5614
E-MAIL: progowski@cblh.com
REPLY TO: Wilmington DE Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 12, 2008

**VIA ELECTRONIC FILING**

Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Motorola Corp. v. Research In Motion Limited and Research In Motion Corp.; C.A. No. 08-104 SLR**

Dear Judge Robinson:

Pursuant to Delaware Local Rule 7.1.4, Defendants Research In Motion Limited and Research In Motion Corp. respectfully request oral argument on Defendant Research In Motion's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 (D.I. 15).

Respectfully submitted,

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz LLP

cc: William F. Lee, Esquire
Michelle D. Miller, Esquire
Dominic Massa, Esquire
Monte T. Squire, Esquire
Jesse J. Jenner, Esquire
Norman H. Beamer, Esquire
Nicole M. Jantzi, Esquire
(All served via e-mail)