IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., Plaintiff, v. RESEARCH IN MOTION LIMITED and RESEARCH IN MOTION CORPORATION, Defendants. | ) | Civil Action No. 1:08-cv-104-SLR |

**DEFENDANT RESEARCH IN MOTION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS IN SUPPORT OF ITS MOTION TO TRANSFER VENUE**

Defendants Research in Motion Limited and Research in Motion Corporation (collectively "RIM") respectfully move this Court to file a short brief and Supplemental Declaration of Randall W. Mishler and Supplemental Declaration of Brian Rivers to supplement and correct the record on Defendant Research in Motion's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (D.I. 15). The supplemental brief is attached as Exhibit A and the Supplemental Declarations are attached as Exhibit B.

In support of this motion, RIM states:

1. It recently came to RIM's attention that statements in RIM's briefs and supporting declarations require correction. As discussed in the supplemental brief attached to this motion, the Supplemental Declarations of Mr. Mishler and Mr. Rivers correct statements concerning the residence of inventors that were made in the original Declarations.

For the foregoing reasons, good cause exists to update the record and RIM should be granted leave to file its supplemental brief and declaration.

Respectfully submitted,

By: */s/ Patricia Smink Rogowski*

Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendants*

Dated: June 18, 2008

**OF COUNSEL**
William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

SO ORDERED this _____ day of June 2008.

_______________________________
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION LIMITED<br>RESEARCH IN MOTION CORPORATION<br><br>Defendants. | ) | Civil Action No.<br>1:08-cv-104-SLR |

**DEFENDANT RESEARCH IN MOTION'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE**

## I. INTRODUCTION

Defendants Research In Motion Limited and Research In Motion Corporation (collectively "RIM") file this supplemental brief to correct certain statements in briefs and accompanying declarations filed in support of RIM's Motion to Transfer Venue (D.I. 15).

RIM moved to transfer venue to the Northern District of Texas primarily because: (1) Motorola's claims in this action and Motorola's claims in Motorola's action in the Northern District of Texas are all related aspects of a single, underlying licensing dispute between the parties; and (2) the interests of judicial economy, efficiency, and convenience warrant that these claims be resolved together in RIM's comprehensive action in the Northern District of Texas. Not only do the parties' claims arise out of the same licensing dispute, but these claims involve substantially overlapping technologies, closely related issues, and overlapping discovery concerning the same RIM and Motorola devices and licensing programs.

In support of its motion to transfer, RIM noted as a subsidiary matter that six inventors of Motorola's patents (at issue in RIM's comprehensive Northern District of Texas case) resided in

the Northern District of Texas when they made their inventions. (*See, e.g.*, D.I. 16, RIM Opening Brief at 8). As discussed below and in the supplemental declarations filed herewith, although two of these inventors ***worked*** in the Northern District of Texas, they actually ***resided*** in the Eastern District of Texas. RIM hereby submits this supplemental brief and declarations to provide the Court with a complete and clear record regarding the parties' contacts with the Northern District of Texas.

## II. SUPPLEMENTAL INFORMATION

It recently came to RIM's attention that statements in RIM's briefs and supporting declarations require correction. RIM's Opening Brief at 8 (D.I. 16) stated that "six of Motorola's named inventors were ***based*** in the Northern District of Texas when they filed their patent applications" and Paragraph 14 of Mr. Mishler's prior declaration (D.I. 27) stated that "six of Motorola's named inventors ***resided*** in the Northern District of Texas."[1] Although the patent files indicate that these six Motorola inventors ***worked*** on their patents in the Northern District of Texas, only four of the inventors ***resided*** in the Northern District. *See* Supplemental Declaration of Randall W. Mishler, Esq. at ¶ 4. Two other inventors, Mr. Cox and Mr. Davis, resided in Plano, within the Eastern District of Texas. *Id.* Through an oversight by counsel, RIM's briefs and Mr. Mishler's prior declaration incorrectly identified these two inventors' prior residences as being within the Northern District of Texas. *Id.*

Through the same oversight, RIM's briefs and Mr. Mishler's prior declaration identified the likely current address of Mr. Davis as within the Northern District, although residence reports indicate a probable current address for Mr. Davis in Plano, Texas (Eastern District). Supp. Mishler Decl. at ¶ 5.

---

[1] An identical statement was contained in the Declaration of Brian Rivers, Esq. filed in support of RIM's opening brief on its Motion to Transfer. *See* Rivers Decl. at ¶ 21 (D.I. 16).

Nevertheless, as RIM noted in its Opening Brief regarding this subsidiary point, "[r]egardless of the present location of these inventors, discoverable information regarding the work they performed in Northern District of Texas in connection with the patents-in-suit likely remains in that District." (*See*, D.I. 16, RIM Opening Brief at 8).

## III. CONCLUSION

RIM respectfully requests that the Court consider the supplemental facts set forth above and in the accompanying declarations. RIM further respectfully requests, in the interests of judicial economy, efficiency, and convenience as set forth in RIM's Opening and Reply Briefs, that the Court transfer Motorola's present claims to Northern District of Texas so that they may be resolved in RIM's pending comprehensive action.

Date: June 18, 2008

RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION

By their attorneys

*<u>/s Patricia Smink Rogowski</u>*
Patricia Smink Rogowski (I.D. 2632)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *MOTOROLA, INC.*, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 08-104-SLR |
| | § | |
| *RESEARCH IN MOTION LIMITED* and *RESEARCH IN MOTION CORPORATION*, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | | |

## SUPPLEMENTAL DECLARATION OF RANDALL W. MISHLER, ESQ.

I, Randall W. Mishler, Esq., depose and say:

1. I am an attorney, a member of the State Bar of Texas, and an employee of Plaintiff Research In Motion Corporation (referred to collectively with Research In Motion Limited as "RIM"). I am a Senior Licensing Counsel for RIM. My office is at Research In Motion Corporation's headquarters in Irving, Texas. I reside in Dallas, Texas.

2. On May 20, 2008, I submitted a declaration in support of RIM's Reply Brief for its Motion to Transfer this case to the United States District Court for the Northern District of Texas.

3. I submit this affidavit upon personal knowledge or information and belief to supplement and to correct certain statements in my prior declaration.

**Connections to the Northern District of Texas**

4. In paragraph 14 of my prior declaration, I stated that "[b]ased on the information recorded on the face of Motorola's patents-in-suit, six of Motorola's named inventors resided in the Northern District of Texas when they filed their patent applications: Mr. Gregory Lewis

Cannon (Keller), Mr. David P. Kilp (Colleyville), and Mr. Nick P. Lagen (Forth Worth), all of the named inventors of U.S. Patent No. 5,974,447; and Mr. John D. Deletic (Dallas), Mr. Vick T. Cox (Plano), and Mr. John A. Davis (Plano), all of the named inventors of U.S. Patent No. 5,706,211." Although the patent files indicate that Mr. Cox and Mr. Davis ***worked*** in Dallas, Texas (Northern District of Texas), they ***resided*** in Plano, Texas (Eastern District of Texas). Through an oversight by counsel, my prior declaration incorrectly identified these two inventors' prior residences as being within the Northern District of Texas.

5. I further stated in paragraph 14 of my prior declaration that "[b]ased upon publicly available information, at least Mr. Cox and Mr. Davis appear to still reside in the Northern District of Texas." The Residence Reports filed with RIM's opening brief indicate a probable current address for Mr. Cox in Grapevine, Texas (Northern District of Texas), but indicate a probable current address for Mr. Davis in Plano, Texas (Eastern District of Texas). Through an oversight by counsel, my prior declaration incorrectly identified Mr. Davis's likely current residence as being within the Northern District of Texas.

6. However, as I also stated in paragraph 14 of my prior declaration, "[r]egardless of the present location of these inventors, discoverable information regarding the work they performed in Northern District of Texas in connection with the patents-in-suit likely remains in that District."

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Randall W. Mishler, Esq.

Dated: June 17, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MOTOROLA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>1:08-cv-104-SLR |

**SUPPLEMENTAL DECLARATION OF BRIAN RIVERS, ESQ.**

I, Brian Rivers, Esq., depose and say:

1. I am an attorney, a member of the State Bar of Texas, and an employee of Defendant Research In Motion Limited (referred to collectively with Research In Motion Corporation as "RIM"). I am currently Vice President of IP Licensing for RIM.

2. On March 31, 2008, I submitted a declaration in support of RIM's Motion to Transfer this case to the United States District Court for the Northern District of Texas

3. I submit this declaration upon personal knowledge or information and belief to supplement and to correct certain statements in my prior declaration.

**Connections to the Northern District of Texas**

4. In paragraph 21 of my prior declaration, I stated that "[b]ased on the information recorded on the face of Motorola's patents-in-suit, six of Motorola's named inventors resided in the Northern District of Texas when they filed their patent applications: Mr. Gregory Lewis Cannon (Keller), Mr. David P. Kilp (Colleyville), and Mr. Nick P. Lagen (Forth Worth), all of the named inventors of U.S. Patent No. 5,974,447; and Mr. John D. Deletic (Dallas), Mr. Vick T.

Cox (Plano), and Mr. John A. Davis (Plano), all of the named inventors of U.S. Patent No. 5,706,211." Although the patent files indicate that Mr. Cox and Mr. Davis ***worked*** in Dallas, Texas, within the Northern District of Texas, they ***resided*** in Plano, Texas, within the Eastern District of Texas. Through an oversight by counsel, my prior declaration incorrectly identified these two inventors' prior residences as being within the Northern District of Texas.

5. I further stated in paragraph 21 of my prior declaration that "[b]ased upon publicly available information, at least Mr. Cox and Mr. Davis appear to still reside in the Northern District of Texas." The Residence Reports attached to my prior declaration indicate a probable current address for Mr. Cox in Grapevine, Texas (which is within the Northern District of Texas), but indicate a probable current address for Mr. Davis in Plano, Texas (which is within the Eastern District of Texas, not the Northern District). Through an oversight by counsel, my prior declaration incorrectly identified Mr. Davis's likely current residence as being within the Northern District of Texas.

6. However, as I also stated in paragraph 21 of my prior declaration, "[r]egardless of the present location of these inventors, discoverable information regarding the work they performed in Northern District of Texas in connection with the patents-in-suit likely remains in that District."

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Brian Rivers, Esq.

Dated: June 16, 2008

# CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 18th day of June, 2008, I electronically filed **DEFENDANT RESEARCH IN MOTION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS IN SUPPORT OF ITS MOTION TO TRANSFER VENUE** with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)

I hereby further certify that on this 18th day of June, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com

612455v1