IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | Civil Action No. |
| | ) | 1:08-cv-104-SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION LIMITED and | ) | |
| RESEARCH IN MOTION CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT UNDER LOCAL RULE 7.1.1 ACCOMPANYING
DEFENDANT RESEARCH IN MOTION'S MOTION FOR LEAVE
TO FILE SUPPLEMENTAL BRIEF AND DECLARATION
IN SUPPORT OF ITS MOTION TO TRANSFER VENUE**

Pursuant to Delaware Local Rule 7.1.1, before filing the motion for leave (D.I. 30), counsel for Defendants Research in Motion Limited and Research in Motion Corporation contacted counsel for Plaintiff Motorola, Inc. by telephone and by e-mail in an attempt to resolve the motion. Plaintiff reserved the right to oppose.

Respectfully submitted,

By: */s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)
**CONNOLLY BOVE LODGE & HUTZ LLP**
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
Dated: June 19, 2008         progowski@cblh.com
*Attorneys for Defendants*

- 2 -

**OF COUNSEL**
William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA  02109
(617) 526-6000

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 19th day of June, 2008, I electronically filed **STATEMENT UNDER LOCAL RULE 7.1.1 ACCOMPANYING DEFENDANT RESEARCH IN MOTION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS IN SUPPORT OF ITS MOTION TO TRANSFER VENUE** with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

> Josy W. Ingersoll (No. 1088)
> Elena C. Norman (No. 4780)
> Monté T. Squire (No. 4764)

I hereby further certify that on this 19th day of June, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

                              */s/ Patricia Smink Rogowski*
                              Patricia Smink Rogowski (Bar ID No. 2632)
                              progowski@cblh.com

612455v1