IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 08-104-SLR |
| RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF MOTOROLA, INC.'S RESPONSE TO DEFENDANT RESEARCH IN MOTION'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND DECLARATIONS IN SUPPORT OF**
<u>**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**</u>

<u>OF COUNSEL</u>

Jesse J. Jenner
Steven Pepe
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036

Norman H. Beamer
**ROPES & GRAY LLP**
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
**ROPES & GRAY LLP**
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: June 23, 2008

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com

*Attorneys for Plaintiff Motorola, Inc.*

## DISCUSSION

Motorola does not object to RIM revising its declarations to state that two of the inventors of certain Motorola nonessential patents formerly resided in the Eastern District of Texas.[1]  As revised, RIM's Supplementary Brief and Attorney Declaration declare that "regardless of the present location of these inventors, discoverable information regarding the work they performed in the Northern District of Texas in connection with the patents-in-suit likely remains in that District." (Supp. Brf. at 3, Supp. Decl. ¶ 6).

RIM is still incorrect—the Motorola nonessential patents are not the patents-in-suit. The only patents at issue before this Court are the RIM patents that are asserted against Motorola. Those patents have named inventors from Waterloo, Ontario, Canada and New Jersey. The named inventors of two of the patents-in-suit are within the subpoena power of this Court, while none are in Northern District of Texas.

RIM's revised declaration confirms why its transfer motion must fail. When the Court considers the facts that are relevant to the RIM patent claims, the Third Circuit's *Jumara* test overwhelmingly counsels that transfer is improper.

---

[1] In its Reply Brief and attached Declaration, RIM stated that a Carrollton, Texas facility is located in the Northern District of Texas. (Reply at 9; Mischler Reply Decl. ¶ 10). However, much of Carrollton, Texas is not located in the Northern District of Texas. RIM has not yet confirmed the specific location of its Carrollton facility.

-2-

Respectfully submitted,

*[signature]*

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monte T. Squire (No. 4764)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
msquire@ycst.com

*Attorneys for Plaintiff Motorola, Inc.*

**OF COUNSEL**

Jesse J. Jenner
Steven Pepe
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036

Norman H. Beamer
**ROPES & GRAY LLP**
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
**ROPES & GRAY LLP**
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: June 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on June 23, 2008, true and correct copies of the foregoing document will be served by e-mail and hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

### BY E-MAIL

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>/s/ Monté T. Squire
>
>Josy W. Ingersoll (No. 1088)
>Elena C. Norman (No. 4780)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Telephone: (302) 571-6600
>msquire@ycst.com