IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOTOROLA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESEARCH IN MOTION LIMITED and )<br>RESEARCH IN MOTION CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | C.A. No. 1:08-cv-104-SLR |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Defendants hereby notify the Court that Jared C. Miller, formerly of Wilmer Cutler Pickering Hale & Dorr LLP, has withdrawn as one of the attorneys for Defendants in this action.

The undersigned remains counsel of record for Defendants in this action.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
*Attorneys for Defendants*

Dated: August 21, 2008

**OF COUNSEL**

William F. Lee
Dominic E. Massa
Michelle D. Miller
**Wilmer Cutler Pickering Hale & Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

630006-1

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 21st day of August, 2008, I electronically filed **NOTICE OF WITHDRAWAL OF COUNSEL** with the Court Clerk using CM/ECF which will send notification of such filing(s) to:

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)

I hereby further certify that on this 21st day of August, 2008, I have served this document on the attorneys of record at the following addresses as indicated:

**VIA E-Mail**
Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
*jesse.jenner@ropesgray.com*

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301
Telephone: (650) 617-4000
*norman.beamer@ropesgray.com*

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 508-4600
*nicole.jantzi@ropesgray.com*

_____
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com

612455v1