IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MOTOROLA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 08-104-SLR |
| | ) | |
| RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, PLEASE TAKE NOTICE that Monté T. Squire, Esquire, of the law firm of Young Conaway Stargatt & Taylor, LLP, 1000 West Street, The Brandywine Building, Wilmington, Delaware, 19801 hereby withdraws his appearance on behalf of Plaintiff. Plaintiff continues to be represented by the law firms of Young Conaway Stargatt & Taylor, LLP and Ropes & Gray LLP .

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Elena C. Norman (No. 4780)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6600
jshaw@ycst.com

*Attorneys for Plaintiff Motorola, Inc.*

1

DB02:6715343.1                                                                            063528.1003

Of Counsel:

Jesse J. Jenner
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036

Norman H. Beamer
ROPES & GRAY LLP
525 University Avenue
Palo Alto, CA 94301

Nicole M. Jantzi
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, DC 20005

Dated: August 28, 2008

## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 28, 2008, I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Patricia Smink Rogowski, Esquire
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

I further certify that on August 28, 2008, copies of the foregoing document will be served by e-mail and hand delivery on the above listed counsel and on the following non-registered participants as indicated below:

### BY E-MAIL

William F. Lee, Esquire [william.lee@wilmerhale.com]
Michelle D. Miller, Esquire [michelle.miller@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

William J. Bohler [william.bohler@wilmerhale.com]
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Avenue
Palo Alto, CA 94304

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>Josy W. Ingersoll (No. 1088)
>Elena C. Norman (No. 4780)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>Telephone: (302) 571-6600
>enorman@ycst.com